UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

[Filed Electronically]

| | |
|---|---|
| DANIELLA BLAINE, Administratrix of the estate of KENNETH H. CROSS, II, deceased, | ) ) ) ) |
| PLAINTIFF | ) ) |
| v. | ) CASE NO. 3:13-CV-427-CRS ) ) |
| CORIZON, INC., et al., | ) ) |
| DEFENDANTS | ) |

**PLAINTIFF'S FIRST DISCOVERY REQUESTS
TO DEFENDANTS STEVE CONRAD AND MARK E. BOLTON**

Plaintiff Daniella Blaine, Administratrix of the estate of Kenneth H. Cross, II, deceased, requests that Defendants answer the following discovery requests within 30 days as required by the Federal Rules of Civil Procedure:

**Requests for Production of Documents**

1.  Please produce all policies, procedures and protocols of Louisville Metro Department of Corrections, and Louisville Metro Police Department, in force and effect at the time of the events made the basis of Plaintiff's Complaint.

    **ANSWER:**

2.  Please produce all documents in your possession concerning or mentioning Kenneth H. Cross, II.

1

**ANSWER:**

3. Please produce all documents generated as a result of, or reflecting, any investigation of the events made the basis of Plaintiff's Complaint (including but not limited to any investigation report prepared by the Kentucky State Police or any other investigative or law enforcement agency), or any discipline of any person, or any change in policy, procedure, protocol or practice, as a consequence of the events made the basis of Plaintiff's Complaint.

**ANSWER:**

4. Please produce all documents identifying and providing the last known addresses and telephone numbers of all persons who shared a cell with or observed Kenneth H. Cross, II during the events made the basis of Plaintiff's Complaint.

**ANSWER:**

5. Please produce any and all photographs and/or videotapes of Kenneth H. Cross, II.

**ANSWER:**

6. Please produce copies of all complaints filed against you that involved or alleged a drug overdose.

**ANSWER:**

### Interrogatories

1. Identify by name, address, telephone number and position, all persons: (a) involved in the arrest of Mr. Cross; and (b) responsible for monitoring Mr. Cross after his admission to the Jail, and specify how they were supposed to monitor him.

**ANSWER:**

3. Describe with specificity your policy, procedure, protocol and/or practice for distinguishing a person who appears to be sleeping from one who is unconscious.

**ANSWER:**

4. Specify your understanding of how one might prevent the death of someone who has taken an overdose of drugs.

**ANSWER:**

5. Specify all training you and your officers have received to recognize and respond to the signs and symptoms of an overdose of drugs.

**ANSWER:**

6. Specify what you understand to be the signs and symptoms of a drug overdose.

**ANSWER:**

7. Under what circumstances do you consider an overdose of drugs to be a medical emergency?

**ANSWER:**

8. Specify all tests and/or examinations administered to Mr. Cross during the events made the basis of Plaintiff's Complaint to determine whether he was experiencing a medical emergency, or had taken an overdose of drugs, or was sleeping or unconscious, and when and by whom such tests and/or examinations were administered and the results of same.

**ANSWER:**

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
BelzleyBathurst, Attorneys
P.O. Box 278
Prospect, KY  40059
(502) 292-2452
gbelzley@aol.com

Paul Brizendine
Water Tower Square
300 Missouri Avenue, Suite 200
Jeffersonville, IN 47130
(812) 941-4100
paul@brizendinelaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2014, the foregoing was delivered via email to:

Kent Wicker
Reed Wicker PLLC
2100 Waterfront Plaza
Louisville, KY  40202

5

Sean Ragland
Matthew A. Piekarski
Phillips Parker Orberson & Arnett, PLLC
716 West Main Street, Suite 300
Louisville, KY 40202

Stephen P. Durham
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202

***Counsel for Defendants***

/s/ Gregory A. Belzley
***Counsel for Plaintiff***