## Toxicology Associates, Prof. LLC
*Dedicated to Patient Care, Research, and Teaching in Medical Toxicology*

Jeffrey Brent, MD, PhD
Ken Kulig, MD
Edward W. Cetaruk, MD

2555 South Downing Street, Suite 260
Denver, CO 80210-5817
Phone: 303-765-3800   Fax: 303-765-3804

Robert B. Palmer, PhD
Benjamin Hatten, MD, MPH
William J. Boroughf, DO

August 31, 2016

Phillips Parker Oberson Arnett
Attn: Sean Ragland, Esq.
Matt Piekarski, Esq.
716 W. Main Street, Suite 300
Louisville, KY 40202

RE: *Cross v Corizon Inc., et al*

Dear Mr. Ragland and Mr. Piekarski,

By way of introduction, I am a medical toxicologist, emergency physician, and epidemiologist. I am currently an Assistant Professor at the University of Colorado School of Medicine with a primary appointment in the Section of Medical Toxicology, Department of Emergency Medicine. In addition, I am an attending physician at the Rocky Mountain Poison and Drug Center as well as a member of Toxicology Associates, Prof. LLC, - a hospital based, single specialty medical group dedicated solely to medical toxicology. I am board certified in both emergency medicine and medical toxicology, and I actively practice both emergency medicine and medical toxicology. Medical toxicology is an American Board of Medical Specialties recognized sub-specialty that deals specifically with human disease associated with any potentially toxic exposure. As a medical toxicologist, I specialize in the assessment, diagnosis, and treatment of adverse effects of pharmaceuticals, other chemicals, natural toxins, envenomations, and any other potential toxicants or toxicological conditions.

I received my M.D. at the University of Texas - Southwestern Medical Center in Dallas, TX. After completion of this degree, I entered residency in emergency medicine at Denver Health Medical Center in Denver, Colorado. Following this, I worked as faculty in the emergency medicine residency program at Denver Health Medical Center and the University of Colorado School of Medicine for a single year. Subsequently, I entered medical toxicology fellowship training at Oregon Health and Science University in Portland, Oregon. During my fellowship, I simultaneously obtained a Masters in Public Health in epidemiology and biostatistics. Upon completion of my Fellowship and M.P.H. degree, I returned to Denver in 2013 and joined the faculty at the University of Colorado School of Medicine, the Rocky Mountain Poison and Drug Center, and Toxicology Associates.

In my role at the University of Colorado School of Medicine and the Rocky Mountain Poison and Drug Center, I provide case based teaching, didactic instruction, and supervision of clinical care provided by medical and pharmacy students, residents, and medical toxicology fellows-in-training. In addition, I am actively involved in research through the University of Colorado School of Medicine and the Rocky Mountain Poison and Drug Center. Furthermore, I have an active practice primarily caring for patients through Toxicology Associates. In all these capacities, I routinely evaluate and treat patients who

present with both acute and chronic toxicologic issues. I have evaluated and treated thousands of patients with toxicologic conditions during my career.

At your request, I have reviewed records in this case. In addition to published peer reviewed medical and scientific literature regarding drug abuse and sudden death, I have reviewed the following documents:

1. Autopsy Report
2. Death Certificate
3. Deposition Ada Daugherty
4. Deposition Daniella Blaine
5. Deposition Harold Rickey Lemon
6. Deposition Martha Carlin
7. Deposition Cindy MIller
8. Deposition Stephanie Kohl with Exhibits
9. Deposition Thelma Sloan with Exhibits
10. Deposition Dr. George Rodgers
11. Correctional Medical Services Policy Procedure Manual
12. Complaint
13. Corizon Problem List
14. Initial Health Assessment Dept. Corrections 9/1/09
15. Jail Health Assessment 10/29/08
16. NCCHC - CCC Initial 3/19/08
17. Sub Abuse-Alcohol Benzos Opioid Revised 9/1/09
18. Inmates with Alcohol and Other Drug Problems Revises 4/1/12
19. Personnel File Ada Daugherty
20. Personnel File Stephanie Kohl
21. Personnel File Thelma Sloan
22. Protocols Index
23. Corizon 1st Response
24. Daugherty 1st Response
25. Kohl 1st Response
26. Sloan 1st Response
27. Blain Verification of Discovery Response
28. Cross Jail Records
29. Miscellaneous Blaine documents
30. Report to discovery in Blaine
31. Corizon Chart medical records
32. Lifespring medical records 1-7
33. Rite Aid Pharmacy
34. St. Catherine Medical records 1-2
35. St. Catherine Billing
36. Answer of Metro Defs
37. Answer by Corizon, Kohl etc.
38. Corizon Corporate Disclosure Statement
39. Answer by Tinnell & McNamara
40. Plaintiff's Initial Disclosures
41. Corizon Initial Disclosures
42. Initial Disclosures - Officers

43. Plaintiff's Conf Statement
44. Corizon Defendants' Conference statement
45. Conference Statement of Officers
46. Scheduling Order
47. Training: Orientation SAW
48. Substance Abuse Withdrawal Initiative
49. Training SAW 5/9/12
50. NCCHC 2010
51. NCCHC 2013
52. Accreditation certificates

The facts of the case, as I understand them, are as follows: On August 25, 2012 Mr. Cross was arrested at 16:00 per the time noted on the arrest report. He was taken to a holding cell and then the initial intake interview by Nurse Kohl at the Louisville Metropolitan Department of Corrections jail facility. Nurse Kohl performed her evaluation at 17:06 per the time noted on the record. At that time, the patient reported taking Xanax and Lortab but did not specify whether these were medications he was taking chronically nor when he had taken his last dose. Mr. Cross stated to the nurse that he had consumed beer prior to arrest. He also stated that he had not taken any additional substances. Nurse Kohl noted reassuring vital signs. She documented that the patient nodded off repeatedly during the interview. Per Nurse Kohl, the patient stated he was very tired and he wanted to go to bed. The patient was started on alcohol and opioid withdrawal protocols. He was then moved to an observation cell on alcohol and drug withdrawal protocols.

The patient was noted to be snoring loudly at some point after entering his cell. He was then found unresponsive, cyanotic, and pulseless at 20:47. CPR was initiated and the patient was transferred to the local emergency department. He was unable to be resuscitated and pronounced dead.

On autopsy the following substances were detected in the:

Blood
- Methadone and its metabolite,
- Alprazolam
- Diazepam/nordiazepam

Urine:
- Methadone
- Alprazolam and its metabolites
- Hydrocodone and its metabolites
- Metabolites of diazepam (Nordiazepam/Oxazepam/Temazepam)

In addition, the autopsy revealed cardiac hypertrophy, left ventricular hypertrophy and moderate coronary disease, along with other chronic diseases. Furthermore, the patient was obese with a BMI of 32.2. The medical examiner reached the conclusion "The death of this 43-year-old man, Kenneth Cross, is attributed to acute intoxication due to the combined effects of methadone, alprazolam, and diazepam."

The questions I have been asked to address are:

1. What are potential alternative causes of death aside from the medical examiners conclusion?
2. What is the most likely cause of death?
3. What sort of evaluation and monitoring would Mr. Cross have received had he been sent to the emergency department at the time of his intake interview with Nurse Kohl?
4. What is the onset of action for the substances detected in Mr. Cross's blood and urine.

**1. *What are potential alternative causes of death, aside from the medical examiners conclusion?***

There are numerous potential causes of death in this case. First, Mr. Cross was found to test positive for methadone and its metabolite. Methadone is well known to cause QT prolongation making exposed patients at risk of dysrhythmia and sudden cardiac death.  It is possible that Mr. Cross experienced a dysrhythmia either soley due to, or in combination with, his preexisting coronary artery disease, cardiac hypertrophy and left ventricular hypertrophy resulting in a fatal dysrhythmia and sudden cardiac death. Additionally, Mr. Cross is obese and may have suffered from sleep apnea. Sleep apnea generates an increased risk of dysrhythmia as well as an increased risk of airway obstruction and hypercapnic respiratory failure. Third, Mr. Cross could have died due to positional asphyxia or asphyxia from vomiting and resulting mechanical airway obstruction. Additional causes, such as heart attack due to acute coronary syndrome or a seizure leading to dysrhythmia or airway obstruction are less likely but possible.  Nevertheless, multiple potential causes of death are present in this case and the most likely process leading to death is not clear.

**2.  *What is the most likely cause of death?***

Mr. Cross' death was most likely the result of his exposure to opioids and benzodiazepines along with ethanol.  It is unclear whether his death was due to respiratory failure following acute overdose, due respiratory failure resulting from a combination of medications taken at therapeutic dosing, due to a dysrhythmia related to methadone, or due to a dysrhythmia or respiratory failure following exacerbation of sleep apnea by any or all of the relevant substances. All are very possible in this case and it is not clear that death was due to an acute overdose.

**3. *What sort of evaluation and monitoring would Mr. Cross have received had he been sent to the emergency department at the time of his intake interview with Nurse Kohl?***

In this case, Mr. Cross presented with normal vital signs and denied exposure to any substances aside from ethanol.  In addition, he exhibited an unsteady gait and slurred speech, both of which were perceived as evidence of being "under the influence." Of note, gait and speech disturbances were present to some degree at baseline due to a preexisting traumatic brain injury.   Furthermore, Nurse Kohl documented that Mr. Cross smelled of ETOH and the patient reported consuming alcohol alone and no other substances prior to evaluation.

In a situation such as this, where a patient reports acute consumption of alcohol, smells of ethanol, is verbal and denies coingestions, and has a presentation consistent with acute alcohol intoxication without vital sign abnormalities, it is unlikely that the patient would have been monitored any differently in an emergency department than he was at the correctional facility. While some emergency departments may formally test blood alcohol or breath concentrations, there is wide variability in practice and most emergency departments do not routinely perform alcohol testing in the case of isolated alcohol intoxication. In addition, some emergency departments may test for coingestions, via blood testing and/or urine drug screening; however most would not in this situation. If a patient self reports alcohol intoxication, denies coingestions, and has a presentation consistent with uncomplicated alcohol intoxication, testing for potential overdose is not routinely performed. Again, while it is possible

that some emergency departments may perform cardiac or pulse oximetry monitoring in a patient presenting the appearance of acute alcohol intoxication, most would not provide more intense monitoring. In municipalities with a dedicated alcohol detoxification facility, such patients would likely be transported to an unmonitored bed at such a facility. In addition, such patients are routinely returned to jail to continue sobering. Consequently, while it is possible that additional testing or monitoring would have been performed in an emergency department, in most instances no such further testing or monitoring would be performed. Given the number of patients presenting to emergency departments with alcohol intoxication, intensive testing or monitoring is not practical and the history and presentation are used to guide testing and monitoring.

Finally, the indication for naloxone use, either empiric use or in the setting of confirmed exposure to opioids, is respiratory depression – not altered mental status, somnolence, appearance of intoxication, or cardiac arrest. In this case, Mr. Cross presented with a normal respiratory rate, oxygen saturation, and ability to engage in conversation. There would not have been an indication to treat with naloxone at the time of evaluation. Furthermore, snoring following alcohol exposure is common and would not have represented and indication for naloxone administration. Rather, patients presenting to the emergency department with alcohol intoxication who then snore while sleeping are not routinely monitored with increased intensity nor do they undergo interventions based on the presence of snoring.

### 4. *What is onset of action of the substances detected in Mr. Cross's blood and urine?*
In the setting of an oral overdose of any of the following medications, time to onset would not be shorter than demonstrated in fasting, volunteer pharmacokinetic/pharmacodynamic studies. Thus, this data can be considered the minimum time to onset and time to peak concentration. In the setting of overdose and in the presence of opioids, time to onset may be prolonged due to delayed gastric emptying. However, pharmacokinetic/pharmacodynamics studies represent a reasonable estimate of time of onset and time to peak concentration. In all cases, onset of action would be followed by a rapid increase in clinical effects during the interval between onset and peak concentration.

- Methadone – Following oral therapeutic dosing, peak blood concentration has been reported at 2.1 hours. Onset would occur before this, at approximately 45-75 minutes post ingestion. Intravenous administration would dramatically reduce the time to onset.
- Hydrocodone - Following oral therapeutic dosing, peak blood concentration has been reported at 1.5 hours. Onset would occur before this, at approximately 30-60 minutes post ingestion.
- Alprazolam - Following oral therapeutic dosing, peak blood concentration has been reported at 1.3 hours. Onset would occur before this, at approximately 30-60 minutes post ingestion.
- Diazepam - Following oral therapeutic dosing, peak blood concentration has been reported at 1.0 hour. Onset would occur before this, at approximately 20-40 minutes post ingestion.

The opinions herein are to a reasonable degree of medical and scientific probability. They are based on my education, experience and training as a medical toxicologist, emergency physician, and epidemiologist, as well as peer-reviewed literature. I reserve the right to amend this report, should additional information or data become available.

Benjamin Hatten, M.D., M.P.H.

References Works:

Baselt RC: Alprazolam in Disposition of Toxic Drugs and Chemicals in Man. Tenth Edition. 2014. Biomedical Publications. Seal Beach, CA. Pgs. 74-76.

Baselt RC: Diazepam in Disposition of Toxic Drugs and Chemicals in Man. Tenth Edition. 2014. Biomedical Publications. Seal Beach, CA. Pgs. 618-621.

Baselt RC: Hydrocodone in Disposition of Toxic Drugs and Chemicals in Man. Tenth Edition. 2014. Biomedical Publications. Seal Beach, CA. Pgs. 1011-1013.

Baselt RC: Hydromorphone in Disposition of Toxic Drugs and Chemicals in Man. Tenth Edition. 2014. Biomedical Publications. Seal Beach, CA. Pgs. 1017-1019.

Baselt RC: Methadone in Disposition of Toxic Drugs and Chemicals in Man. Tenth Edition. 2014. Biomedical Publications. Seal Beach, CA. Pgs. 1257-1261.

Selected Peer Reviewed Publications:

*Opioids*
1. Vital signs: overdoses of prescription opioid pain relievers---United States, 1999--2008. *MMWR. Morbidity and mortality weekly report.* 2011;60(43):1487-1492.
2. Bohnert AS, Valenstein M, Bair MJ, et al. Association between opioid prescribing patterns and opioid overdose-related deaths. *Jama.* 2011;305(13):1315-1321.
3. Carman WJ, Su S, Cook SF, Wurzelmann JI, McAfee A. Coronary heart disease outcomes among chronic opioid and cyclooxygenase-2 users compared with a general population cohort. *Pharmacoepidemiol Drug Saf.* 2011;20(7):754-762.
4. Chou R, Fanciullo GJ, Fine PG, et al. Clinical guidelines for the use of chronic opioid therapy in chronic noncancer pain. *J Pain.* 2009;10(2):113-130.
5. Chou R, Fanciullo GJ, Fine PG, Miaskowski C, Passik SD, Portenoy RK. Opioids for chronic noncancer pain: prediction and identification of aberrant drug-related behaviors: a review of the evidence for an American Pain Society and American Academy of Pain Medicine clinical practice guideline. *J Pain.* 2009;10(2):131-146.
6. Chou R, Turner JA, Devine EB, et al. The effectiveness and risks of long-term opioid therapy for chronic pain: a systematic review for a National Institutes of Health Pathways to Prevention Workshop. *Annals of internal medicine.* 2015;162(4):276-286.
7. Dunn KM, Saunders KW, Rutter CM, et al. Opioid prescriptions for chronic pain and overdose: a cohort study. *Annals of internal medicine.* 2010;152(2):85-92.
8. Ekholm O, Kurita GP, Hojsted J, Juel K, Sjogren P. Chronic pain, opioid prescriptions, and mortality in Denmark: A population-based cohort study. *Pain.* 2014;155(12):2486-2490.
9. Farney RJ, Walker JM, Cloward TV, Rhondeau S. Sleep-disordered breathing associated with long-term opioid therapy. *Chest.* 2003;123(2):632-639.
10. Franklin GM, Mai J, Turner J, Sullivan M, Wickizer T, Fulton-Kehoe D. Bending the prescription opioid dosing and mortality curves: impact of the Washington State opioid dosing guideline. *American journal of industrial medicine.* 2012;55(4):325-331.
11. Gomes T, Mamdani MM, Dhalla IA, Paterson JM, Juurlink DN. Opioid dose and drug-related mortality in patients with nonmalignant pain. *Archives of internal medicine.* 2011;171(7):686-691.

12. Guilleminault C, Cao M, Yue HJ, Chawla P. Obstructive sleep apnea and chronic opioid use. *Lung.* 2010;188(6):459-468.
13. Hall AJ, Logan JE, Toblin RL, et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. *Jama.* 2008;300(22):2613-2620.
14. Havens JR, Walker R, Leukefeld CG. Benzodiazepine use among rural prescription opioids users in a community-based study. *J Addict Med.* 2010;4(3):137-139.
15. Jann M, Kennedy WK, Lopez G. Benzodiazepines: a major component in unintentional prescription drug overdoses with opioid analgesics. *J Pharm Pract.* 2014;27(1):5-16.
16. Li L, Setoguchi S, Cabral H, Jick S. Opioid use for noncancer pain and risk of myocardial infarction amongst adults. *J Intern Med.* 2013;273(5):511-526.
17. Mogri M, Khan MI, Grant BJ, Mador MJ. Central sleep apnea induced by acute ingestion of opioids. *Chest.* 2008;133(6):1484-1488.
18. Nuckols TK, Anderson L, Popescu I, et al. Opioid prescribing: a systematic review and critical appraisal of guidelines for chronic pain. *Annals of internal medicine.* 2014;160(1):38-47.
19. Paulozzi LJ, Budnitz DS, Xi Y. Increasing deaths from opioid analgesics in the United States. *Pharmacoepidemiol Drug Saf.* 2006;15(9):618-627.
20. Paulozzi LJ, Kilbourne EM, Shah NG, et al. A history of being prescribed controlled substances and risk of drug overdose death. *Pain medicine.* 2012;13(1):87-95.
21. Volkow ND, McLellan AT. Opioid Abuse in Chronic Pain--Misconceptions and Mitigation Strategies. *N Engl J Med.* 2016;374(13):1253-1263.
22. Walker JM, Farney RJ, Rhondeau SM, et al. Chronic opioid use is a risk factor for the development of central sleep apnea and ataxic breathing. *Journal of clinical sleep medicine : JCSM : official publication of the American Academy of Sleep Medicine.* 2007;3(5):455-461.
23. Wang D, Teichtahl H, Drummer O, et al. Central sleep apnea in stable methadone maintenance treatment patients. *Chest.* 2005;128(3):1348-1356.
24. Warner M, Chen LH, Makuc DM, Anderson RN, Minino AM. Drug poisoning deaths in the United States, 1980-2008. *NCHS data brief.* 2011(81):1-8.
25. Webster LR, Choi Y, Desai H, Webster L, Grant BJ. Sleep-disordered breathing and chronic opioid therapy. *Pain medicine.* 2008;9(4):425-432.
26. Yue HJ, Guilleminault C. Opioid medication and sleep-disordered breathing. *The Medical clinics of North America.* 2010;94(3):435-446.

*QTc Prolongation/Sudden Death*
1. Chan A, Isbister GK, Kirkpatrick CM, Dufful SB. Drug-induced QT prolongation and torsades de pointes: evaluation of a QT nomogram. *QJM.* 2007;100(10):609-615.
2. Chugh SS, Socoteanu C, Reinier K, Waltz J, Jui J, Gunson K. A community-based evaluation of sudden death associated with therapeutic levels of methadone. *Am J Med.* 2008;121(1):66-71.
3. Crouch MA, Limon L, Cassano AT. Clinical relevance and management of drug-related QT interval prolongation. *Pharmacotherapy.* 2003;23(7):881-908.
4. Roden DM. Drug-induced prolongation of the QT interval. *The New England journal of medicine.* 2004;350(10):1013-1022.
5. Seftchick MW, Adler PH, Hsieh M, et al. The prevalence and factors associated with QTc prolongation among emergency department patients. *Ann Emerg Med.* 2009;54(6):763-768.
6. Stringer J, Welsh C, Tommasello A. Methadone-associated Q-T interval prolongation and torsades de pointes. *Am J Health Syst Pharm.* 2009;66(9):825-833.