# CURRICULUM VITAE

| NAME | Benjamin W. Hatten, MD MPH | DATE | 01/12/2015 |
| --- | --- | --- | --- |

## PRESENT POSITION AND ADDRESS

**Academic Rank:**  **Assistant Professor**

**Department:**  **Department of Emergency Medicine &**
**Division of Clinical Pharmacology and Toxicology,**
**Department of Medicine**
**University of Colorado School of Medicine**

**Professional Addresses:**

**University of Colorado School of Medicine**
**Anschutz Medical Campus**
**Department of Emergency Medicine**
**Leprino Building, 7th Floor**
**Campus Box B-215**
**12401 E. 17th Avenue**
**Aurora, CO 80045**
**Office: 720-848-6867**
**Fax: 720-848-7374**

**Rocky Mountain Poison and Drug Center**
**990 Bannock St**
**Denver, CO 80204**
**Office: 303-389-1649**

**Toxicology Associates**
**2555 S Downing St, Ste 260**
**Denver, CO 80210**
**Office: 303-765-3800**
**Fax: 303-765-3804**

**E-Mail Addresses:**  **benjamin.hatten@ucdenver.edu**
**benjamin.hatten@rmpdc.org**
**bhatten@toxicologyassoc.com**

1

## I. EDUCATION

**Undergraduate and Graduate:**

UNDERGRADUATE:                Bachelor of Arts
                              Hendrix College
                              Conway, Arkansas
                              1998 – 2002

MEDICAL SCHOOL:               Doctor of Medicine
                              University of Texas-Southwestern Medical School
                              Dallas, Texas
                              2002 – 2006

GRADUATE EDUCATION:           Master of Public Health
                              Epidemiology and Biostatistics Track
                              Oregon Master of Public Health Program
                              Oregon Health and Science University
                              Portland, Oregon
                              2011- 2013

**Postgraduate:**

INTERNSHIP/RESIDENCY:         Residency in Emergency Medicine
                              Denver Health Medical Center
                              Denver, Colorado
                              2006 – 2010

FELLOWSHIP:                   Medical Toxicology Fellowship
                              Oregon Health and Science University
                              Portland, Oregon
                              2011- 2013

**Certification:**

2002 – Present                Basic Life Support
                              Expires 01/2015

2006 – Present                Advanced Cardiac Life Support
                              Expires 01/2015

2007 – Present                Advanced Trauma Life Support
                              Expires 04/2017

2007 – Present                Controlled Substance Registration Certificate
                              United States Department of Justice
                              Drug Enforcement Administration

|  | License Number Available Upon Request<br>Expires 10/31/2016 |
|---|---|
| 2008-Present | Pediatric Advanced Life Support<br>Expires 03/2015 |
| 2011-Present | Emergency Medicine Board Certification<br>American Board of Emergency Medicine<br>License Number Available Upon Request<br>Expires 12/2021 |
| 2014-Present | Medical Toxicology Board Certification<br>American Board of Emergency Medicine<br>License Number Available Upon Request<br>Expires 12/2024 |

**Licenses:**

| 2007 – Present | Unrestricted Medical License<br>State of Colorado<br>License Number Available Upon Request<br>Expires 04/31/2015 |
|---|---|
| 2011- Present | Unrestricted Medical License<br>State of Oregon<br>License Number Available Upon Request<br>Expires 12/31/2015 |

## II. PROFESSIONAL EXPERIENCE

**Academic:**

| 2010-2011 | Clinical Instructor of Emergency Medicine &<br>Attending Physician<br>Department of Emergency Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
|---|---|
| 2010-2011 | Attending Physician<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2011-2013 | Attending Physician<br>Department of Emergency Medicine<br>Portland Veterans Affairs Medical Center |

3

|  | Portland, Oregon |
|---|---|
| 2011-2014 | Adjunct Assistant Professor of Emergency Medicine & Attending Physician<br>Department of Emergency Medicine<br>Oregon Health and Science University<br>Portland, Oregon |
| 2013-Present | Faculty<br>University of Colorado School of Public Health<br>Aurora, Colorado |
| 2013-Present | Consulting Physician<br>Department of Emergency Medicine<br>Children's Hospital of Colorado<br>Aurora, Colorado |
| 2013-Present | Consulting Physician<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2013-Present | Attending Physician & Medical Toxicologist<br>Rocky Mountain Poison and Drug Center<br>Denver, Colorado |
| 2013-2014 | Clinical Instructor & Attending Physician<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2014-Present | Assistant Professor<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

**Non-Academic:**

| 2008 | Physician<br>Nextcare Urgent Care<br>Aurora, Colorado |
|---|---|
| 2008-2010 | Physician |

4

|  | Lone Tree Acute Care Center<br>Lone Tree, Colorado |
|---|---|
| 2009 | Physician<br>ResortMed<br>Aspen, Colorado |
| 2009-2011 | Emergency Physician<br>EmCare<br>Dallas, TX |
| 2013-2014 | Emergency Physician<br>Emergency Physicians at Porter Hospitals<br>Englewood, Colorado |
| 2013-Present | Medical Toxicologist<br>Toxicology Associates<br>Denver, Colorado |

**Hospital Affiliations:**

| 2009-2010 | Emergency Physician<br>St. Thomas More Hospital<br>Canon City, Colorado |
|---|---|
| 2009-2011 | Emergency Physician<br>Prowers Medical Center<br>Lamar, Colorado |
| 2013-2014 | Emergency Physician<br>Castle Rock Adventist Hospital<br>Castle Rock, Colorado |
| 2013-2014 | Emergency Physician<br>Parker Adventist Hospital<br>Parker, Colorado |
| 2013-2014 | Emergency Physician<br>Porter Adventist Hospital<br>Denver, Colorado |
| 2013-2014 | Emergency Physician<br>Littleton Adventist Hospital<br>Littleton, Colorado |

5

| 2013-Present | Medical Toxicology Consultant<br>Porter Adventist Hospital<br>Denver, Colorado |
|---|---|
| 2013-Present | Medical Toxicology Consultant<br>Littleton Adventist Hospital<br>Littleton, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Swedish Medical Center<br>Englewood, Colorado |

## III. HONORS

| 2013 | Alpha Omega Alpha Honor Society |
|---|---|

## IV. SCHOLARSHIP

**Grants and Contracts:**

1. **Hatten B**. Spatial Epidemiology of Toxic Mushroom Ingestions in the United States. American College of Medical Toxicology; Spring Conference Travel Award.  Spring 2012. $500.

**Publications:**

Peer-reviewed
ORIGINAL RESEARCH:

1. Roppolo LP, White PF, **Hatten B**, Hynan LS, Pepe PE. Use of the TrachView videoscope as an adjunct to direct laryngoscopy for teaching orotracheal intubation. *Eur J Emerg Med.* 2012 Jun;19(3):196-9.

CASE REPORTS:

1. **Hatten B**, Browne V.  Retinal Detachment. *Emerg Med J.* 2011 Jan;28(1):83.

2. **Hatten BW**, Bryant E. Bleeding Scrotal Arteriovenous Malformation. *J Emerg Med.* 2012 Jun;42(6):e133-5.

3. Kusin S, Tesar J, **Hatten B**, Horowitz BZ, Hendrickson R, Leman R, Buser G. Severe Methemoglobinemia and Hemolytic Anemia from Aniline Purchased as 2C-E (4-ethyl-2,5-dimethoxyphenethylamine), a Recreational Drug, on the

Internet - Oregon, 2011.Centers for Disease Control and Prevention (CDC). *MMWR Morb Mortal Wkly Rep*. 2012 Feb 10;61:85-8.

4. **Hatten BW**, Bueso A, French LK, Hendrickson RG, Horowitz BZ. Envenomation by the Great Lakes Bush Viper (Atheris nitschei). *Clin Toxicol*. 2013 Feb;51(2):114-6.

5. **Hatten BW**, Bueso A, Craven P, Hendrickson RG, Horowitz BZ. Lead toxicity and endoscopic removal of ingested firearm cartridges. *Clin Toxicol*. 2013 Jun; 51(5):448-50.

CLINICAL POLICIES (WRITING COMMITTEE MEMBER):

1. Godwin SA, Burton JH, Gerardo CJ, **Hatten BW**, Mace SE, Silvers SM, Fesmire FM. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Procedural Sedation and Analgesia. Clinical policy: procedural sedation and analgesia in the emergency department. *Ann Emerg Med* 2014; 63(2):247-258.

CLINICAL POLICIES (OVERSIGHT COMMITTEE MEMBER):

1. Howell et al. **Oversight Committee Member**. ACEP Clinical Policy: Critical Issues in the Evaluation and Management of Patients Presenting to the Emergency Department with Suspected Appendicitis. *Ann Emerg Med* 2010; 55(1):71-116.

2. Diercks et al. **Oversight Committee Member**. ACEP Clinical Policy: Critical Issues in the Evaluation of Patients Presenting to the Emergency Department with Acute Blunt Abdominal Trauma. *Ann Emerg Med* 2011; 57(4):387-404.

3. Fesmire et al. **Oversight Committee Member**. ACEP Clinical Policy: Critical Issues in the Evaluation and Management of Patients Presenting to the Emergency Department with Suspected Pulmonary Embolism. *Ann Emerg Med* 2011; 57(6):628-652.

CONSENSUS CONFERENCE

1. Newgard CD, Beeson MS, Kessler CS, Kuppermann N, Linden JA, Gallahue F, Wolf S, **Hatten B**, Akhtar S, Dooley-Hash SL, Yarris L. Establishing an Emergency Medicine Education Research Network. *Acad Emerg Med*. 2012 Dec;19(12):1468-75.

Non-peer-reviewed
REVIEW ARTICLES:

1. **Hatten B**, Krzyzaniak S, Saghafi O. Pharyngitis: Current Guidelines For Emergency Clinicians. *EM Practice Guidelines Update.* 2011; 3(10).

Abstracts
ABSTRACT PRESENTATION CITATIONS:

1. Roppolo LP, Krackover B, Miller AH, **Hatten B**. Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses? Poster Presentation. *Ann Emerg Med* 2004; 44(4):S83-S84.

2. Roppolo LP, Brockman CR, **Hatten B**, Hynan LS. A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students. Poster Presentation. *Ann Emerg Med* 2004; 44(4):S117-S118.

3. Vogel J, **Hatten B**, Druck J.  Assessing Residency Review Committee Compliance with an Electronic Survey.  Poster Presentation. *Acad Emerg Med* 2009; 16(4):S44-45.

4. **Hatten B**, Liao M, Byyny R, Caruso E, Haukoos J. Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales.  Poster Presentation. *Acad Emerg Med* 2011; 18(5):S61.

5. **Hatten B**, Sande M, Druck J. What Does "Service Obligation" or "Clinical Education" Mean?  Poster Presentation. *Acad Emerg Med* 2011; 18(5):S59.

6. **Hatten B**, Liao M, Caruso E, Haukoos J. Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol Sales. Poster Presentation. *Acad Emerg Med* 2012; 19(4):S355.

7. **Hatten BW**, McKeown NJ, Hendrickson RG, Horowitz BZ. The epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011. Platform Presentation. *Clin Toxicol* 2012; 50(7):574-575.

8. **Hatten BW**, McKeown NJ, Hendrickson RG. Arginine Hydrochloride overdose in an infant. Poster Presentation. *Clin Toxicol* 2012; 50(7):595-596.

9. **Hatten BW**, Bueso A, Horowitz BZ. Severe pediatric lead toxicity after ingestion of three intact rifle cartridges. Poster Presentation. *Clin Toxicol* 2012; 50(7):597-598.

10. Williams BT, Schlein S, Caravati M, **Hatten B**. Botulism outbreak in a state prison from "pruno". Platform Presentation. *Clin Toxicol* 2012; 50(7):611-612.

11. **Hatten BW**, Bueso A, French LK. First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei). Poster Presentation. *Clin Toxicol* 2012; 50(7):648.

12. Kusin S, Pizarro-Osilla C, **Hatten BW**, Hendrickson RG, West PL. Cinnamania: 15 seconds of internet fame, 3 days in the ICU. Poster Presentation. *Clin Toxicol* 2012; 50(7):655.

13. **Hatten B**, Kaplan B, Kim H, Ginde A. Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department. Poster Presentation. *Ann Emerg Med* 2012; 60(4):S33.

14. **Hatten BW**, Lewis ME, Russell JW, Hendrickson RG. Major Bleeding Events in Salicylate Toxicity. Poster Presentation. *J Med Toxicol* 2013; 9(1) 82-105.

15. **Hatten BW**, Hendrickson RG, McKeown NJ, Freeman MD, Horowitz BZ. Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes. Lightning Oral Presentation. *Acad Emerg Med* 2013; 20(s1):S121.

16. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Outcomes following high concentration peroxide ingestions. Platform Presentation. *Clin Toxicol* 2013; 51(7):582-583.

17. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Caustic injuries following high concentration peroxide ingestions: 2001-2011. Poster Presentation. *Clin Toxicol* 2013; 51(7):632.

18. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Utility of CT and HBO therapy following high concentration peroxide ingestions: 2001-2011. Poster Presentation. *Clin Toxicol* 2013; 51(7):632-633.

19. Lopez AM, Kusin S, **Hatten BW**, Horowitz BZ. What's the cost of better joints? move free advanced leading to hepatotoxicity. Poster Presentation. *Clin Toxicol* 2013; 51(7):638.

20. Kusin S, **Hatten BW,** Giffin S, Horowitz BZ. Participation and response times of U.S. poison centers in a nationwide chart review. Oral Presentation. *Clin Toxicol* 2013; 51(7):705-706.

21. Russell JW, **Hatten BW**, Lewis ME, Hendrickson RG. Predictors of Coagulopathy and Hemorrhage in Salicylate Toxicity. Poster Presentation. *Ann Emerg Med* 2013; 62(4):S123.

9

22. **Hatten BW,** Hendrickson RG, Daya M, Fu R, Newgard C. Factors associated with prehospital naloxone use in the United States: 2010. Poster Presentation. *Clin Toxicol* 2014; 52(4):295-443.

23. Lopez AM, **Hatten BW,** French LK, Hendrickson RG.  Aspirin and Fanconi syndrome: are there risk factors for its development? Poster Presentation. *Clin Toxicol* 2014; 52(7):682-818.


ABSTRACTS PUBLISHED:
(Abstract authored on previously published articles for the *Journal of Emergency Medicine* Abstract Section)

1. **Hatten B**. "Estimated Risk of Cancer Associated With Radiation Exposure From 64-Slice Computed Tomography Coronary Angiography: Einstein AJ, Henzlova MJ, Rajagopalan S. *JAMA* 2007; 298:317–23" J *Emerg Med*.  2007; 33(4): 443-444.

2. **Hatten B**. "What Causes Prolonged Fatigue after Infectious Mononucleosis: And Does It Tell Us Anything about Chronic Fatigue Syndrome? White PD. *J Infect Dis* 2007; 196:4–5." *J Emerg Med*.  2007; 33(4): 444-445.

3. **Hatten B**. "Risk Factors of Symptomatic Intracerebral Hemorrhage After tPA Therapy for Acute Stroke: Lansberg MG, Thijs VN, Bammer R, et al. *Stroke* 2007; 38:2275–8." *J Emerg Med*.  2007; 33(4): 446-447.

4. **Hatten B.** "Accuracy of Ultrasonography in Diagnosis of Testicular Rupture After Blunt Scrotal Trauma: Guichard G, El Ammari J, Del Coro C, et al. *Urology* 2008; 1:52–6." *J Emerg Med*.  2008; 35(1): 112.

5. **Hatten B.** "Who Survives from Out-of-Hospital Pulseless Electrical Activity? Vayrynen T, Kuisma M, Maatta T, Boyd J. *Resuscitation* 2008; 76:207–13." *J Emerg Med*.  2008; 35(1): 113.

6. **Hatten B.** "Early Risk of Stroke After Transient Ischemic Attack: A Review and Meta-Analysis: Wu CM, McLaughlin K, Lorenzetti DL, et al. *Arch Intern Med* 2007; 167:2417–22." *J Emerg Med*.  2008; 35(1): 115.

7. **Hatten B.** "Hyponatremia and Hypokalaemia During Intravenous Fluid Administration: Armon K, Riordan A, Playfor S, et al. *Arch Dis Child* 2008; 93:285–7." *J Emerg Med*.  2008; 35(3): 351.


Ongoing Research

| 2011-Present | Factors Associated with Prehospital Naloxone Use  -Manuscript Preparation |
|---|---|
| 2011-Present | Epidemiology of Mushroom Ingestions in the United States -Manuscript Preparation |
| 2011-Present | Factors Associated with Coagulopathy in Salicylate Toxicity -Manuscript Preparation |
| 2011-Present | Treatment Variation and Clinical Outcome in Cases of High Concentration Peroxide Ingestion -Manuscript Preparation |
| 2011-Present | A Novel Human Antidote for Alpha-1 Agonist Toxicity -Study Design |
| 2012-Present | Relationship Between Medical Marijuana Use and Drug Related Death -Data Analysis |
| 2012-Present | Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes -Manuscript Development |
| 2012-Present | Regional and temporal variation in agents responsible for drug related death: 2005-2010 -Data Analysis |
| 2012-Present | Measures of drug related death rates: 2005-2010 -Manuscript Preparation |

**Invited Lectures, Conference Presentations or Professorships:**

International and National
INTERNATIONAL PRESENTATIONS:

| 2014 | Factors associated with prehospital naloxone use in the United States: 2010. Abstract Poster Presentation. XXXIV International Congress of the European Association of Poisons Centres and Clinical Toxicologists (EAPCCT) |
|---|---|

11

Brussels, Belgium

NATIONAL PRESENTATIONS:

| | |
|---|---|
| 2004 | Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses? Abstract Poster Presentation American College of Emergency Physicians Research Forum San Francisco, California |
| 2004 | A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students. Abstract Poster Presentation American College of Emergency Physicians Research Forum San Francisco, California |
| 2008 | Resident Panel Medical Student Symposium Society for Academic Emergency Medicine Washington, DC |
| 2008 | Instructor Suture Workshop Keystone Nurse Practitioner Conference Keystone, Colorado |
| 2009 | Assessing Residency Review Committee Compliance with an Electronic Survey Abstract Poster Presentation Society for Academic Emergency Medicine Annual Meeting New Orleans, Louisiana |
| 2011 | Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales Abstract Poster Presentation Society for Academic Emergency Medicine Annual Meeting Boston, Massachusetts |

12

2011                              What Does Service Obligation" Or "Clinical
                                  Education" Mean?"
                                  Abstract Poster Presentation
                                  Council of Residency Directors
                                  Academic Assembly
                                  San Diego, California

2011                              What Does Service Obligation" Or "Clinical
                                  Education" Mean?"
                                  Abstract Poster Presentation
                                  Society for Academic Emergency Medicine
                                  Annual Meeting
                                  Boston, Massachusetts

2012                              What's New at Alpha-2
                                  National Journal Club
                                  American College of Medical Toxicology
                                  National Teleconference

2012                              The Spatial Epidemiology of Toxic Mushroom
                                  Ingestions in the United States: 2001-2011
                                  Fellow-in-Training Research Symposium
                                  American College of Medical Toxicology
                                  Spring Conference
                                  San Diego, California

2012                              Characteristics of Salicylate Poisoned Patients with
                                  an Elevated INR
                                  Fellow-in-Training Research Symposium
                                  American College of Medical Toxicology
                                  Spring Conference
                                  San Diego, California

2012                              Change in Major Trauma Following a Law to Allow
                                  Expansion of Alcohol Sales
                                  Abstract Poster Presentation
                                  American College of Medical Toxicology
                                  Spring Conference
                                  San Diego, California

2012                              Change in Ethanol Related Visits and Alcohol
                                  Withdrawal Visits to the Emergency Department
                                  Following a Law to Allow Expansion of Alcohol
                                  Sales

13

|      |      |
|------|------|
|      | Abstract Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Chicago, Illinois |
| 2012 | The epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011.<br>Platform Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Arginine Hydrochloride overdose in an infant.<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Severe pediatric lead toxicity after ingestion of three intact rifle cartridges.<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei).<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Cinnamania: 15 seconds of internet fame, 3 days in the ICU.<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department.<br>Abstract Poster Presentation<br>American College of Emergency Physicians<br>Research Forum<br>Denver, Colorado |
| 2013 | High Concentration Peroxide Ingestions: 2001-2011<br>Fellow-in-Training Research Symposium |

14

American College of Medical Toxicology
Spring Conference
San Juan, Puerto Rico

2013                   Major Bleeding Events in Salicylate Toxicity
                       Abstract Poster Presentation
                       American College of Medical Toxicology
                       Spring Conference
                       San Juan, Puerto Rico

2013                   Coral Snake Envenomations 2001-2011: Antivenin
                       Use and Outcomes
                       Lightning Oral Presentation
                       Society for Academic Emergency Medicine
                       Atlanta, Georgia

2013                   Outcomes following high concentration peroxide
                       ingestions.
                       Platform Presentation
                       North American Congress of Clinical Toxicology
                       Atlanta, Georgia

2013                   Caustic injuries following high concentration
                       peroxide ingestions: 2001-2011.
                       Abstract Poster Presentation
                       North American Congress of Clinical Toxicology
                       Atlanta, Georgia

2013                   Utility of CT and HBO therapy following high
                       concentration peroxide ingestions: 2001-2011.
                       Abstract Poster Presentation
                       North American Congress of Clinical Toxicology
                       Atlanta, Georgia

2013                   What's the cost of better joints? move free advanced
                       leading to hepatotoxicity.
                       Abstract Poster Presentation
                       North American Congress of Clinical Toxicology
                       Atlanta, Georgia

2013                   Predictors of Coagulopathy and Hemorrhage
                       in Salicylate Toxicity
                       Abstract Poster Presentation
                       American College of Emergency Physicians

|       |                        |
|-------|------------------------|
|       | Research Forum<br>Seattle, Washington |
| 2014  | Hill Criteria and Causal Analysis<br>Oral Presentation<br>Western Fellows<br>Portland, Oregon |
| 2014  | Aspirin and Fanconi syndrome: are there risk factors for its development?<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>New Orleans, Louisiana |

Regional and Local
REGIONAL/STATE PRESENTATIONS:

|       |                        |
|-------|------------------------|
| 2008  | Altered Mental Status<br>Denver Fire Department CME<br>Denver, Colorado |
| 2008  | Instructor<br>Suture Workshop<br>Emergency Medicine Interest Group<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009  | Hyperthermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009  | Hypothermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009  | Environmental Emergencies<br>Denver Health Paramedic School<br>Denver, Colorado |
| 2009, 2010 | Wilderness Envenomations<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

16

2010, 2011                      Outdoor Sporting Activities
                                SURG 8031
                Wilderness Medicine
                University of Colorado School of Medicine
                Moab, Utah

2010, 2011                      Envenomations
                                SURG 8031
                Wilderness Medicine
                University of Colorado School of Medicine
                                Estes Park, Colorado

2011                            Change In Major Trauma Following A Law To
                                Allow Expansion Of Alcohol Sales
                                Lightening Oral Abstract Presentation
                                Society for Academic Emergency Medicine
                                Western Regional Meeting
                                Keystone, Colorado

2014                            Dermal Toxicology
                                Environmental and Occupational Toxicology 6616
                University of Colorado School of Public Health
                                Aurora, Colorado

2014                            Ophthalmic Toxicology
                                Environmental and Occupational Toxicology 6616
                University of Colorado School of Public Health
                                Aurora, Colorado

DEPARTMENTAL PRESENTATIONS:

2007                            Etomidate for RSI in Sepsis
                                Denver Health Residency in Emergency Medicine
                                Denver Health Medical Center
                Denver, Colorado

2008                            Wide Complex Tachycardia
                                Denver Health Residency in Emergency Medicine
                                Denver Health Medical Center
                                Denver, Colorado

2008                            Heparin in ACS: A Question of Harm
                                Denver Health Residency in Emergency Medicine

17

Denver Health Medical Center
Denver, Colorado

2009                              Morbidity and Mortality Conference
                                  Denver Health Residency in Emergency Medicine
                                  Denver Health Medical Center
                                  Denver, Colorado

2009          Bad for Business: Public Policy and Injury
              Prevention
                                  Denver Health Residency in Emergency Medicine
                                  Denver Health Medical Center
              Denver, Colorado

2010          Envenomations
                                  Denver Health Residency in Emergency Medicine
                                  Denver Health Medical Center
              Denver, Colorado

2011-2012     Introduction to Toxicology
              Emergency Medicine Residency
              Oregon Health and Science University
              Portland, Oregon

2012                              Morbidity and Mortality Conference
              Emergency Medicine Residency
              Oregon Health and Science University
              Portland, Oregon

2012          Rock n' Roll Toxicology
              Emergency Medicine Residency
              Oregon Health and Science University
              Portland, Oregon

2012          Agitated Patient
              Emergency Medicine Residency
              Oregon Health and Science University
                                  Portland, Oregon

2012                              Severe Alcohol Withdrawal
              Emergency Medicine Residency
              Oregon Health and Science University
                                  Portland, Oregon

18

2013                                    Envenomations
                          Emergency Medicine Residency
                          Oregon Health and Science University
                                    Portland, Oregon


## V. SERVICE

**Membership in Professional Societies:**

2002 – Present                    American Medical Association
                                  Positions Held:
                                        President, UT-SW Chapter
                                        Alternate Delegate, House of Delegates

2002-2006                         Texas Medical Association
                                  Positions Held:
                                        President, UT-SW Chapter

2002-2006                         Emergency Medicine Student's Association
                                  Positions Held:
                                        President, UT-SW Chapter
                                        Liaison, Emergency Medicine Residents'
                                        Association

2003 – Present                    American College of Emergency Physicians
                                  Positions Held:
                                        Member, Clinical Policies Committee
                                        Member, Academic Affairs Committee
                                        Member, Trauma and Injury Prevention
                                        Section
                                        Member, Toxicology Section

2003 – Present                    Emergency Medicine Residents' Association
                                  Positions Held:
                                        Representative, ACEP Clinical Policies
                                        Committee
                                        Representative, ACEP Academic Affairs
                                        Committee
                                        Liaison, UT-SW Emergency Medicine
                                        Interest Group

2006 – Present                    Society for Academic Emergency Medicine

2006 – 2011                       Colorado Chapter

19

| | |
|---|---|
| 2013-Present | American College of Emergency Physicians |
| 2006 – 2011 | Colorado Medical Society |
| 2011-2013 | Oregon Chapter<br>American College of Emergency Physicians |
| 2011-2013 | Oregon Medical Society |
| 2011-Present | American Academy of Clinical Toxicology |
| 2011-Present | American College of Medical Toxicology |

**Editorial and Ad Hoc Review Activities:**

JOURNAL PEER REVIEWER

| | |
|---|---|
| 2013-Present | *Clinical Toxicology* |
| 2013-Present | *Journal of Medical Toxicology* |

GUIDELINE PEER REVIEWER

1.  2011 ACCF/AHA Focused Update of the Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction (Updating the 2007 Guideline) A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Wright RS, Anderson JL, Adams CD, Bridges CR, Casey DE Jr, Ettinger SM, Fesmire FM, Ganiats TG, Jneid H, Lincoff AM, Peterson ED, Philippides GJ, Theroux P, Wenger NK, Zidar JP.
    *J Am Coll Cardiol.* 2011 Mar 23.
    *Circulation.* 2011 Mar 28.

**Committees:**

International/National

| | |
|---|---|
| 2003 | Alternate Delegate<br>Texas Delegation<br>House of Delegates<br>American Medical Association<br>Chicago, Illinois |
| 2007 – 2008 | Member<br>Academic Affairs Committee |

|  | American College of Emergency Physicians<br>Irving, Texas |
|---|---|
| 2008 – 2010<br>2014-Present | Member<br>Clinical Policies Committee<br>American College of Emergency Physicians<br>Irving, Texas |
| 2011-2012 | Working Group Member<br>Developing an Education Research Consortium<br>Consensus Conference<br>Society for Academic Emergency Medicine |

Regional
| 2010-2011 | Western Regional Society of Academic Emergency<br>Medicine<br>Annual Meeting Planning Committee Member<br>Co-Director Back Bowls Trivia |
|---|---|

Departmental
| 2006 – 2007 | Member<br>Wellness Committee<br>Residency in Emergency Medicine<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
|---|---|
| 2008 – 2010 | Member<br>Compliance Committee<br>Residency in Emergency Medicine<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |

**Service Publications:**
QUALITY ASSURANCE PROJECTS

1. **Hatten B.** Emergency Department Thoracotomies: 2008-2009. Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2010.

CLINICAL PROTOCOLS

1. **Hatten B**. Methotrexate Policy. Oregon Poison Center, Oregon Health and Science University. 2012.

21

MEDIA INTERACTIONS

February 16, 2012   "Arsenic in Baby Formula and Energy Foods". Expert
Commentary. KOIN Channel 6 News.  Portland, Oregon.

COMMUNITY OUTREACH

October 17, 2012   "Designer Drugs" Expert Panel
Multnomah County Health Department

## VI.  TEACHING:

### Scholarship of Teaching:

<u>Education Positions</u>

| | |
|---|---|
| 2007-2011<br>2013-Present | Instructor<br>SURG 8006<br>MSIV Emergency Medicine Rotation<br>University of Colorado Hospital and<br>Denver Health Medical Center<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2008-2011<br>2013-Present | Instructor<br>IDPT 7031<br>MSIII Emergency Medicine Rotation<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2010 | Instructor<br>Denver Health Paramedic School<br>Denver Health Medical Center<br>Denver, Colorado |
| 2009-2011 | Instructor<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2011 | Instructor<br>SURG 8031<br>Wilderness Medicine |

22

|  | University of Colorado School of Medicine<br>Aurora, Colorado |
|---|---|
| 2010-2011<br>2013-Present | Preceptor<br>IDPT 6000<br>Foundations of Doctoring<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2011-2014 | Instructor<br>ETOX 709X<br>Medical Toxicology<br>Oregon Health & Science University School of<br>Medicine<br>Portland, Oregon |
| 2013-Present | Instructor<br>EMED 8024<br>Medical Toxicology<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2013-Present | Practicum Site Director<br>Occupational Medicine Residency<br>University of Colorado School of Medicine<br>Denver, Colorado |

Curriculum Development

1. **Hatten B.** Rosen's Reading Schedule, Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

2. **Hatten B,** Houghland J, Moreira M.  Elective Tracks, Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

3. **Hatten B,** Cleveland N.  Research Track, Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

4. **Hatten B,** Armstrong L, Block B, Bookman K, Davis C, Jacquet G, Hurtado T. Wilderness Medicine Track. Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

Educational Publications
**ABSTRACT PRESENTATION CITATIONS:**

1. Vogel J, **Hatten B**, Druck J.  Assessing Residency Review Committee Compliance with an Electronic Survey.  Poster Presentation.  *Acad Emerg Med* 2009; 16(4):S44-45.

2. **Hatten B**, Sande M, Druck J. What Does "Service Obligation" or "Clinical Education" Mean?  Poster Presentation. *Acad Emerg Med* 2011; 18(5):S59.

## PEER REVIEWED PUBLICATIONS:

1. Newgard CD, Beeson MS, Kessler CS, Kuppermann N, Linden JA, Gallahue F, Wolf S, **Hatten B**, Akhtar S, Dooley-Hash SL, Yarris L. Establishing an Emergency Medicine Education Research Network. *Acad Emerg Med.* 2012 Dec;19(12):1468-75.


Educational Conference Presentations

| | |
|---|---|
| 2009 | Assessing Residency Review Committee Compliance with an Electronic Survey Society for Academic Emergency Medicine Annual Meeting New Orleans, Louisiana |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?" Council of Residency Directors Academic Assembly San Diego, California |
| | Society for Academic Emergency Medicine Annual Meeting Boston, Massachusetts |

**Service and Membership of Educational Committees:**

| | |
|---|---|
| 2011-2012 | Working Group Member Developing an Education Research Consortium Consensus Conference Society for Academic Emergency Medicine |

**Professional Development in Education:**

| | |
|---|---|
| CURRICULUM: | Educators Curriculum Oregon Health and Science University Portland, Oregon 2011-2013 |

24