IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| DANIELLA BLAINE, Adminstratrix of the estate of KENNETH H. CROSS, II, Deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>CORIZON, INC., ET AL. )<br><br>Defendants. ) | Case No. 3:13-cv-427-S |

**MOTION *IN LIMINE*
TO EXCLUDE REFERENCE TO NARCAN/NALOXONE**

Come the Defendants, Corizon, Inc., Stephanie Kohl, Ada Daugherty, and T.J. Sloan, by counsel, and move the Court *in limine* to exclude from evidence at trial any and all references to the medication Narcan/Naloxone. This would include any reference to Kenneth Cross not being treated with Narcan; expert testimony regarding the effects of Narcan treatment, either generally or in reference to Mr. Cross; and Louisville Metro Department of Corrections not possessing Narcan in 2012 or any subsequent use thereafter. Defendants incorporate by reference the attached Memorandum of Law.

        Respectfully Submitted,

         /s/ Sean Ragland
        Sean Ragland
        Nicholas R. Hart
        PHILLIPS PARKER ORBERSON & ARNETT, PLLC
        716 W. Main Street, Suite 300
        Louisville, Kentucky 40202
        (502) 583-9900
        sragland@ppoalaw.com
        nhart@ppoalaw.com
        *Counsel for Defendants Corizon, Inc., Stephanie Kohl,*
        *Ada Daugherty, and T.J. Sloan*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on the 3rd day of October, 2016:

Gregory A. Belzley
Belzley Bathurst, Attorneys
P.O. Box 278
Prospect, Kentucky 40059

Paul Brizendine
Water Tower Square
300 Missouri Ave., Suite 200
Jeffersonville, IN 47130

Denis Ogburn
Assistant Jefferson County Attorney
531 Court Place
Suite 900 Fiscal Court Bldg.
Louisville, KY  40202

         /s/ Sean Ragland