IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| DANIELLA BLAINE, Adminstratrix ) <br> of the estate of KENNETH H. CROSS, II, ) <br> Deceased ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORIZON, INC., ET AL. ) <br> ) <br> Defendants. ) | Case No. 3:13-cv-427-S |

---

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO PLAINTIFF'S DELIBERATE INDIFFERENCE CLAIMS**

---

Come the Defendants, Corizon, Inc., Stephanie Kohl, LPN, Ada Daugherty, LPN, and T.J. Sloan, RN, by and through counsel, and pursuant to F.R.C.P. 56, move this Court for entry of partial summary judgment in its favor, dismissing the claims of the Plaintiff, Daniella Blaine, for constitutional deprivations under 42 U.S.C. sec. 1983 as alleged in Count I of the Complaint herein on the grounds that there are no remaining genuine issues of material fact and that they are therefore entitled to judgment as a matter of law as to said claims. In support of this Motion, Defendants rely upon their Memorandum of Law.

Respectfully Submitted,

*/s/ Sean Ragland*
Sean Ragland
Matthew Piekarski
PHILLIPS PARKER ORBERSON & ARNETT, PLLC
716 W. Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
sragland@ppoalaw.com
nhart@ppoalaw.com
*Counsel for Defendants Corizon, Inc., Stephanie Kohl, Ada Daugherty, and T.J. Sloan*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on the 23rd day of January, 2017:

Gregory A. Belzley
Belzley Bathurst, Attorneys
P.O. Box 278
Prospect, Kentucky 40059

Paul Brizendine
Water Tower Square
300 Missouri Ave., Suite 200
Jeffersonville, IN 47130

Denis Ogburn
Assistant Jefferson County Attorney
531 Court Place
Suite 900 Fiscal Court Bldg.
Louisville, KY  40202

*/s/ Sean Ragland*
Sean Ragland

2