LMPD
PIU

## POST MORTEM EXAMINATION

## OF THE BODY OF

## CROSS, KENNETH  ME-12-1084

A post mortem examination of the body identified by the Jefferson County Deputy Coroner as Kenneth Cross is performed at the Urban County Government Center on August 26, 2012 at 8:00 a.m. by Dr. Darius Arabadjief. Attendant is Chris Holsclaw.

### EXTERIOR OF THE BODY

The body is received clad in gray and black boxer briefs and orange inmate pants imprinted with the capital letters "LMDC". (Comment: The orange pants are received previously partially cut, consistent with EMS/Emergency Room artifact.) Accompanying the body in the bag are two white socks. The body is covered by a white bed sheet.

The body is that of a normally developed, well nourished, obese, white man appearing older than the offered age of 43 years. The body has a measured height of 70" and a weight of 225 pounds. The scalp hair is brown to focally gray, wavy and measures up to 13". The pupils are round, equal and measure 4 mm. They are viewed through clear corneae. The irides are brown. The conjunctivae are slightly congested and are without hemorrhages, petechiae or icterus. The ears and nose are free of deformity. The jaws are edentulous, and the oral mucosa is atraumatic. Facial hair consists of a mustache and goatee that each measure up to 3/8". The neck is midline. The superficial lymph nodes are not palpable. The chest is symmetric and of increased abnormal mobility. The abdomen is slightly protuberant and demonstrates no discernible surgical scar. The external genitalia are that of a normal male. The body hair is of normal male distribution. The penis is circumcised. The testes are palpable within the scrotal sac. Examination and palpation of the extremities reveals no evidence of peripheral edema, deformity or fracture. There are multiple professional and nonprofessional, monochromatic and polychromatic tattoos over the body, including on the left neck, the chest, the abdomen, the upper back, the upper extremities and each ventral and medial leg. These tattoos include a nonprofessional, monochromatic tattoo on the upper left chest of the word "KillER" and multiple professional, monochromatic and polychromatic tattoos on the abdomen of a crown with a cross and the letters "TNS", a shield, a sword and the word "CROSS" in old English style letters. There are also various images tattooed over the rest of the body, including an eagle and a swastika on the distal ventromedial left leg. There is a well-healed, hyperpigmented scar of a swastika on the distal ventral left forearm that measures ¾" x ¾". There are a few well-healed, red, linear, vertical to oblique and overlapping scars on the mid and distal lateral right leg that measure up to 3".

Rigor mortis is well developed in the major muscle groups. Livor mortis is purple, slightly blanching and present posteriorly except over pressure points.

ME-12-1084

## EVIDENCE OF MEDICAL TREATMENT

The body is received strapped to a green plastic backboard. There is an endotracheal tube that is secured by a white cloth band around the mouth and neck. There are defibrillator pads on the upper right chest and the upper left flank. There are multiple electrocardiogram leads present, including on each proximal ventral arm and each side of the lower abdomen. There is a 2-½" x 1-¼" area of ecchymosis on the lateral right neck and right supraclavicular area with sparing in a skin fold and an eccentric pinpoint puncture above. There is a pinpoint puncture on the lateral left neck without surrounding ecchymosis. There is a pinpoint puncture on the medial right antecubital fossa with a surrounding small ecchymosis. There is a pinpoint puncture on the left antecubital fossa with a small surrounding ecchymosis. There is an ID band bearing the decedent's name on the right wrist. A hospital ID band encircles the right ankle. Present within the white sheet are two defibrillator pads that are not attached to the body. There are also other various medical items/debris that is present in the body bag.

There is a 1/16" red abrasion in the midline of the lower lip in the area of the endotracheal tube. (Comment: This is consistent with occurrence during attempts at intubation.) On the middle of the chest is a 1-½" x 1-½" area of faint, red abrasions. Opening of the chest reveals bilateral rib fractures, including the right 2nd through 8th ribs anteriorly and anterolaterally and the left 2nd through 6th ribs anteriorly. There is also a complete transverse, nondisplaced fracture of the mid sternum. (Comment: These fractures are consistent with occurrence during cardiopulmonary resuscitation.) Reflection of the skin of the neck reveals bilateral subcutaneous and fascial hemorrhages in the neck. The hyoid bone and thyroid cartilages are intact without fractures. (Comment: These hemorrhages are consistent with occurrence during attempts at intravascular catheter placement.)

## INJURIES

There is a ¾" x ½" area of multiple red to purple, pinpoint to coalescent cutaneous hemorrhages within an area of livor mortis that do not blanch on the mid left back.

## INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 5.5 cm through thin, reddish musculature into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present. Anteriorly, the liver edge is blunt, and the diaphragm displays no abnormality.

The mediastinum is in the midline. The lungs are normally inflated. There is no free fluid in either smooth pleural space.

ME-12-1084

## CARDIOVASCULAR

The heart is of the normal configuration and weighs 450 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The cardiac chambers are of proportionate capacity. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of increased prominence. The chordae tendineae display no abnormality. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries. The mid left anterior descending and left circumflex arteries demonstrate multifocal areas of atherosclerosis with up to 50% luminal stenosis. The proximal and mid right coronary artery demonstrates multifocal areas of atherosclerosis with up to 50% luminal stenosis. On section, the firm, brown myocardium is of normal consistency. The left ventricle measures 1.5 cm thick, and the right ventricle measures 0.3 cm thick. No focus of scar or acute hemorrhage is demonstrated.

The systemic aorta is of normal caliber and elasticity. There is slight atherosclerosis of the intimal surface. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

## RESPIRATORY

The lungs are of the usual lobation and weigh 700 and 875 grams, right and left respectively. Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The lungs are of normal crepitance. The pleurae are generally smooth and glistening. The bronchi are of normal distribution and dimension. They are lined with smooth, tan epithelium. There is no evidence of ante mortem thrombo-emboli. On section, the usual fine, lacy pulmonary architecture is preserved anteriorly, and there is moderate congestion and edema on palpation posteriorly. No focus of consolidation, calcification or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and non-calcified.

## LIVER AND GALLBLADDER

The liver weighs 2560 grams. The capsule is intact, smooth and shiny. The liver edge is blunt. On section, the hepatic substance is mostly brown with scattered yellow mottling and normal consistency.

The smooth-walled gallbladder contains approximately 5 ml of bile. Stone is not demonstrated. Exploration and inspection of the large bile ducts reveal them to be of normal distribution and dimension. They are patent and free of stone.

ME-12-1084

## PANCREAS

The pancreas is in its usual location and on section is composed of normally lobulated, yellow to tan and mottled, slightly firm substance. No focus of calcification is demonstrated.

## ADRENALS

The adrenal glands are in their usual location and are of normal size and shape. On section, they are composed of smooth, yellow outer cortical rims which overlie zones of deeper brown cortical and gray medullary substances.

## GENITOURINARY

The kidneys are of similar size and shape. Together they weigh 340 grams. The capsules may be removed with moderate difficulty to reveal slightly granular, medium brown renal surfaces. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No abnormality of the calyx, pelvis or medulla is demonstrated. The ureters are patent.

The bladder lumen contains 100 ml of urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated.

## SPLEEN

The spleen weighs 300 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

## ALIMENTARY

The smooth-walled esophagus is intact, of usual thickness and gray. Its mucosa is present in normal longitudinal folds. The cardioesophageal junction is ill-defined and irregular. The gastric wall is intact and of usual thickness. No abnormality of its serosal surface is demonstrated. The gastric mucosa is brown to green and diffusely flattened. The stomach contains 160 ml of green liquid and some partially digested food material. The pylorus and duodenum display no abnormality. The small and large intestines are not remarkable.

ME-12-1084

## MUSCULOSKELETAL

Examination and palpation of the spine, shoulder girdle and pelvis fails to reveal fracture.

## NECK

The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber and are patent. They are lined with smooth, pale tan epithelium. The vocal cords display no abnormality.

The tongue displays no abnormality.

## THYROID

The thyroid gland demonstrates a vague nodular pattern. The right thyroid lobe demonstrates a 0.3cm tan, circumscribed, unencapsulated nodule. The remaining thyroid has a red, firm appearance.

## HEAD

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1590 grams.

Examination of the arteries at the base of the brain reveals focal nonocclusive atherosclerosis with up to 20% luminal stenosis of the basilar artery just distal to the vertebral arteries. The remaining arteries are of normal distribution and dimension and are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2 cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid, and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

## DISPOSITION OF EVIDENCE

The following items are maintained at the OCME:

ME-12-1084

1) Photographic documentation
2) Diagrammatic documentation
3) A DNA standard card
4) Tissue for stock and histology
5) Abdominal inferior vena cava blood for short-term storage

Abdominal inferior vena cava blood, urine and vitreous fluid are submitted in a sealed kit to AIT Laboratories for toxicologic analysis. A separate sample of vitreous fluid is submitted in the same sealed kit to be held at AIT Laboratories for possible electrolyte analysis.

The following items are collected by the Louisville Metro Police Department/ETU:

1) Photographic documentation
2) Video graphic documentation
3) Pulled head hair
4) A DNA standard card

The clothing is returned with the body.

6

# MICROSCOPIC

## CROSS, KENNETH  ME-12-1084

HEART:  There is scattered myocyte hypertrophy.

LUNG:  There is vascular congestion with alveolar red blood cell extravasation. There is focal alveolar edema. There is a calcified and fibrotic nodule with patchy peripheral chronic inflammation. This is consistent with a remote granuloma. There are scattered aggregates of bacterial organisms in alveolar spaces and airways without accompanying inflammation. There is scattered polarizable foreign material present within airways and in aggregates of bacterial organisms. These findings are consistent with terminal aspiration of gastric contents. There are focal early putrefactive changes associated with these changes.

LIVER:  The hepatic architecture is maintained, but there is slight fibrous expansion of portal tracts. Some of these portal tracts demonstrate bile ductular proliferation. There is moderate mixed micro- and macrovesicular hepatic steatosis. There is chronic passive hepatic congestion. There is acute sinusoidal congestion.

KIDNEY:  There is moderate glomerulosclerosis. There is arteriolosclerosis. There is slight fibrointimal thickening of some arteries. There is vascular congestion.

BRAIN:  The brain is without significant histopathologic change.

THYROID:  The thyroid demonstrates nodular architecture with some fibrous bands present. There are nodular aggregates of chronic lymphocytic inflammation associated with atrophy of follicles and Hurthloid change of follicular cells, as well as some larger macrofollicles with abundant colloid and some scalloping of colloid. There is a larger nodule that is a circumscribed follicular mass containing a partial thin fibrous capsule. The mass has mixed micro- and macrofollicular architecture with some papillary infolding and lymphocytes at the edges. The follicular cells have bland nuclei and abundant eosinophilic cytoplasm. These findings are consistent with a dominant hyperplastic follicular nodule. The background changes are consistent with lymphocytic thyroiditis. Polarizable follicular crystals are not present.

PANCREAS:  The usual lobular architecture is maintained without significant increase in fibrosis. Fat necrosis is not present.



## JUSTICE AND PUBLIC SAFETY CABINET

Steven L. Beshear
Governor

Office of the Chief Medical Examiner
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587   Fax (502) 852-1767
www.kentucky.gov

J. Michael Brown
Secretary

### FINAL DIAGNOSIS

### CROSS, KENNETH  ME-12-1084

I. Acute and chronic substance abuse:
   A. Postmortem toxicology of abdominal inferior vena cava blood:
      i. Methadone – 262 ng/mL          (Therapeutic: 50-1000 ng/mL)
      ii. EDDP – 28.4 ng/mL
      iii. Alprazolam – 187 ng/mL          (Therapeutic: 10-40 ng/mL)
      iv. Diazepam – 263 ng/mL          (Therapeutic: 200-1000 ng/mL)
      v. Nordiazepam – 380 ng/mL          (Therapeutic: 60-1800 ng/mL)
   B. Postmortem toxicology of urine is positive for methadone, alprazolam and its metabolites, hydrocodone and its metabolites, nordiazepam, oxazepam and temazepam
   C. 43-year-old man was an inmate at Louisville Metro Department of Corrections, who was taken in August 25, 2012 and found unresponsive on August 25, 2012 in his dorm cell, per Deputy Coroner
   D. History of substance abuse and reported use of Xanax and beer on the day of incarceration, per Deputy Coroner
   E. No known prescriptions for the medications found in the blood, per Deputy Coroner

II. Hypertensive and atherosclerotic cardiovascular disease:
   A. Cardiac hypertrophy (450 grams)
   B. Left ventricular hypertrophy (1.5 cm)
   C. Arteriolonephrosclerosis (See microscopic section)
   D. Coronary artery atherosclerosis, moderate
   E. Aortic atherosclerosis, slight
   F. Cerebrovascular atherosclerosis, slight
   G. Chronic passive hepatic congestion (See microscopic section)

III. Obesity (BMI=32.2)

IV. Hepatosplenomegaly (Liver: 2560 grams, Spleen: 300 grams)
   A. Hepatic steatosis (See microscopic section)

KentuckyUnbridledSpirit.com



An Equal Opportunity Employer M/F/D



**AIT** Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Case Number: | 2081956 | Subject's Name: | CROSS, KENNETH |
|---|---|---|---|

| | |
|---|---|
| Client Account:  10127 / MEEO01 | Agency Case #:   ME12-1084 |
| Physician: | Date of Death:  08/25/2012 |
| Report To:   State Medical Examiner Office | Test Reason:  Other |
| ATTN: Office of the Coroner | Investigator:   CARROLL |
| 810 Barret Ave. Urban Gov't Ctr. | Date Received:  08/28/2012 |
| Louisville, KY  40204 | Date Reported:  09/11/2012 |
| FX: 502-574-5759 | |

| | |
|---|---|
| Laboratory Specimen No:    40303593 | Date Collected:   08/26/2012 |
| Container(s):   01:RTB     Blood,IVC | Test(s):   70530      Drugs of Abuse Panel, Blood |
| | 99310      Forensic Info |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| » Investigator: | Carroll | | | | |
| » Pathologist: | Darius Arabadjief | | | | |
| » Submitting Official: | OCME | | | | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Diazepam | POSITIVE | | | | |
| Diazepam, Quant | | 263 | ng/mL | 200 - 1000 | |
| Nordiazepam | POSITIVE | | | | |
| Nordiazepam, Quant | | 380 | ng/mL | 60 - 1800 | |
| Alprazolam | POSITIVE | | | | |
| Alprazolam, Quant | | 187 | ng/mL | 10 - 40 | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | POSITIVE | | | | |
| Methadone | POSITIVE | | | | |
| Methadone, Quant | | 262 | ng/mL | 50 - 1000 | |
| EDDP | POSITIVE | | | | |
| EDDP, Quant | | 28.4 | ng/mL | Not Established | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |

CROSS, KENNETH
Laboratory Case #: 2081956
Printed Date/Time: 09/11/2012, 12:57

ME-12-1084

V.    Lymphocytic thyroiditis with dominant hyperplastic follicular nodule (0.3 cm) (See microscopic section)

VI.   Minor contusion of back

OPINION: The death of this 43-year-old man, Kenneth Cross, is attributed to acute intoxication due to the combined effects of methadone, alprazolam and diazepam. (E850; 965.0; 969.4)

_____
Darius Arabadjief, MD

DATE PERFORMED: August 26, 2012
DATE COMPLETED: October 26, 2012
COUNTY OF JURISDICTION: Jefferson

9



**AIT Laboratories**
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| | | | |
|---|---|---|---|
| Laboratory Specimen No: | 40303594 | Date Collected: | 08/26/2012 |
| Container(s):   01:YTB   Urine, Random | | Test(s):   70080 | Drugs of Abuse Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Temazepam | POSITIVE | | | | |
| Temazepam, Quant | | >2500 | ng/mL | | |
| Alprazolam | POSITIVE | | | | |
| Alprazolam, Quant | | >2500 | ng/mL | | |
| a-OH-Alprazolam | POSITIVE | | | | |
| a-OH-Alprazolam, Quant | | >2500 | ng/mL | | |
| Nordiazepam | POSITIVE | | | | |
| Nordiazepam, Quant | | 1713 | ng/mL | | |
| Oxazepam | POSITIVE | | | | |
| Oxazepam, Quant | | >2500 | ng/mL | | |
| 'PRENORPHINE/METABOLITE | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | POSITIVE | | | | |
| Methadone | POSITIVE | | | | |
| Methadone, Quant | | >10000 | ng/mL | | |
| OPIATES | POSITIVE | | | | |
| Hydrocodone | POSITIVE | | | | |
| Hydrocodone, Quant | | 72 | ng/mL | | |
| Hydromorphone | POSITIVE | | | | |
| Hydromorphone, Quant | | 136 | ng/mL | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |
| ALCOHOLS | Negative | | | | |

CROSS, KENNETH
Laboratory Case #: 2081956
Printed Date/Time: 09/11/2012, 12:57



AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Specimen No: | 40303596 | | Date Collected: | 08/26/2012 |
| Container(s): | 01:BTT | Vitreous,EYE | Test(s): 49900 | Not Tested |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| <   No Testing Performed | > | | | | |

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

CROSS, KENNETH
Laboratory Case #: 2081956
Printed Date/Time: 09/11/2012, 12:57