# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| **DANIELLA BLAINE, Administratrix** ) <br> of the Estate of **KENNETH H. CROSS, II,** ) <br> Deceased, ) <br>  ) <br> **PLAINTIFF** ) <br>  ) <br> v. ) <br>  ) <br> **CORIZON, INC, et al.,** ) <br>  ) <br> **DEFENDANTS.** ) | Case 3:13-cv-00427-DJH-DW |

## JOINT NOTICE OF FILING OF DEPOSITIONS

The parties jointly give notice of their filing of the following depositions in the record of this case:

1. Mark Bolton

2. Ada Daugherty

3. Stephanie Kohl

4. Kevin Lamkin

5. Harold Rickey Lemon

6. Alicia Pennington

7. Thelma Sloan

The parties do not dispute the accuracy or fairness of the citations to deposition testimony in the summary judgment pleadings in this case, but file the attached depositions solely to complete the record.

1

        Respectfully submitted,

        /s/ Gregory A. Belzley
        Gregory A. Belzley
        BelzleyBathurst, Attorneys
        P.O. Box 278
        Prospect, KY  40059
        (502) 292-2452
        gbelzley@aol.com

        Paul Brizendine
        Water Tower Square
        300 Missouri Avenue, Suite 200
        Jeffersonville, IN 47130
        (812) 941-4100
        paul@brizendinelaw.com

        *Counsel for Plaintiff*

        /s/ Denis Ogburn** with permission
        Denis Ogburn
        Assistant Jefferson County Attorney
        531 Court Place, Suite 900
        Fiscal Court Bldg.
        Louisville, KY 40202

        *Counsel for Defendant Bolton*

        /s/ Sean Ragland** with permission
        Sean Ragland
        Matt Piekarski
        Phillips Parker Orberson & Arnett, PLLC
        716 West Main Street, Suite 300
        Louisville, KY  40202

        *Counsel for Remaining Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of November, 2017, the foregoing was filed via the Court's CM/ECF system, which will give electronic notice of same to all counsel of record.

/s/ Gregory A. Belzley
**Counsel for Plaintiff**

3