UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

CASE NO. 3:13-CV-427-CRS


DANIELLA BLAINE, ADMINISTRATRIX OF THE ESTATE OF

KENNETH H. CROSS, II, DECEASED

PLAINTIFF


VS.


CORIZON, INC., ET AL.

DEFENDANTS


DEPONENT:   ADA DAUGHERTY

DATE:       DECEMBER 18, 2014

REPORTER:   AMANDA BECERRA



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                           APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFF, DANIELLA BLAINE,

4    ADMINISTRATRIX OF THE ESTATE OF KENNETH H.

5    CROSS, II, DECEASED:

6    GREGORY A. BELZLEY

7    BELZLEY BATHURST, ATTORNEYS

8    3604 CONSTANTINE DRIVE

9    P.O. BOX 278

10   PROSPECT, KY 40059

11   TELEPHONE NO.: (502) 292-2452

12   EMAIL: GBELZLEY@AOL.COM

13

14   ON BEHALF OF THE DEFENDANT, CORIZON, INC.:

15   MATTHEW A. PIEKARSKI

16   PHILLIPS PARKER ORBERSON & ARNETT, PLLC

17   716 WEST MAIN STREET

18   LOUISVILLE, KY 40202

19   EMAIL: MPIEKARSKI@PPOALAW.COM

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                 APPEARANCES CONTINUED

 2

 3   ON BEHALF OF THE DEFENDANTS, OFFICER CHAD TINNELL

 4   AND OFFICER DANIEL McNAMARA:

 5   ELLEN M. HOUSTON

 6   DRESSMAN BENZINGER LAVELLE, PSC

 7   THOMAS MORE PARK

 8   207 THOMAS MORE PARKWAY

 9   CRESTVIEW HILLS, KY 41017

10   TELEPHONE NO.: (859) 426-2179

11   FACSIMILE NO.: (859) 341-1469

12   EMAIL: EHOUSTON@DBLLAW.COM

13   (VIA TELEPHONE)

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

4

1                          INDEX

2

3                                              Page

4     DIRECT EXAMINATION BY MR. BELZLEY           6

5     CROSS-EXAMINATION BY MS. HOUSTON           22

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                          STIPULATION

2

3    The deposition of ADA DAUGHERTY was taken at Phillips

4    Parker Orberson & Arnett, PLLC, 716 West Main Street,

5    Suite 300, Louisville, Kentucky on Thursday the 18th

6    day of December, 2014 at approximately 3:00 P.M. Said

7    deposition was taken pursuant to the Federal Rules of

8    Civil Procedure. It is agreed that Amanda Becerra,

9    being a Notary Public and Court Reporter for the State

10   of Kentucky, may swear the witness.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

6

1                       PROCEEDINGS

2

3           COURT REPORTER:  Will you please raise your

4    right hand.  Do you solemnly swear or affirm that the

5    testimony you are about to give will be truth, the

6    whole truth and nothing but the truth?

7           THE WITNESS:  I do.

8           COURT REPORTER:  Thank you.

9    DIRECT EXAMINATION

10   BY MR. BELZLEY:

11       Q    Ma'am, could you state your full name for the

12   record please?

13       A    Ada O'Shea Daugherty.

14       Q    That sounds like a good Irish name.

15       A    Yes, sir.

16       Q    And how old are you?

17       A    I am 27.

18       Q    And what do you do for a living?

19       A    I am a licensed practical nurse.

20       Q    And where do you work?

21       A    Louisville Metro Department of Corrections.

22       Q    That's the jail.

23       A    Yes, sir.

24       Q    And how long have you worked there?

25       A    I have worked there for three years.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      Do you remember when you started?

2      A      January 23rd, 2012.

3      Q      Two thousand twelve?

4      A      Yeah.  Like this January will be the third

5  year.

6      Q      Okay.  I'm here to talk to you about an

7  incident involving a gentleman in the jail named Ken

8  Cross.  Do you remember that?

9      A      Yes, sir.

10     Q      And hopefully, your deposition can be a

11  little more brief than the others.  When did you first

12  become aware of Mr. Cross being in the jail?

13     A      When he arrived on the floor, I was out in

14  the hall doing my sick call, on the other side of the

15  hallway.

16     Q      Okay.  Before Mr. Cross -- and you -- this is

17  on the second floor of the jail; right?

18     A      Yes, sir.

19     Q      Before Mr. Cross came up to the second floor

20  had you heard anything about him?

21     A      No, sir.

22     Q      Had you seen any -- I mean had you seen him

23  before?

24     A      No, sir.

25     Q      When he came up to the floor, what do you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  remember about that?

2       A    He was a jovial person.  I think he actually

3  hit on me as he walked past, he made some cute comment.

4  I asked him if he was doing all right and he said yeah,

5  he was just ready to take a nap.

6       Q    Did you have any conversations with Ms. Kohl

7  about Mr. Cross?

8       A    No, sir.

9       Q    Did you have any conversations with anybody

10  else about Mr. Cross?

11       A    No, sir.

12       Q    After you had that brief interaction with Mr.

13  Cross, tell me what happened next.

14       A    I went and did my sick call.

15       Q    Where was sick call being held in relation to

16  the observation cell where Mr. Cross was put?

17       A    It's on the same floor, but it's in a

18  different like wing, if you would, of the second floor.

19  It's not one that I'm particularly responsible for

20  doing sick call at.

21       Q    Did you see Mr. Cross put in the cell?

22       A    Not personally, no, sir.

23       Q    So you -- before you went to do sick call,

24  your last contact with Mr. Cross was before he was even

25  put in the observation cell?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

1       A     Yes, sir.

2       Q     **You went and did sick call, what was the next**

3   **thing that you heard about Mr. Cross?**

4       A     The next thing I heard about Mr. Cross was

5   not in reference specifically to Mr. Cross by name. The

6   inmates in OBS II knocked on the window and Officer

7   Lampkin radioed for all medical personnel to come to

8   OBS II to respond --

9       Q     **All right.**

10      A     -- and that was the next time I heard.

11      Q     **Your sole interaction with Mr. Cross prior to**

12  **him being found unresponsive was that very brief**

13  **interaction you've already described to us?**

14      A     Yes, sir.

15      Q     **Prior to Mr. Cross being found unresponsive,**

16  **did you see any documentation?**

17      A     No, sir.

18      Q     **About him?**

19      A     No.

20      Q     **Did you see what has been called "his chart?"**

21      A     No, sir.

22      Q     **Had you talked to any physician or ARNP about**

23  **Mr. Cross?**

24      A     No, sir.

25      Q     **Was there a physician or an ARNP at the jail**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   at the time you were there with Mr. Cross?

2       A    Not to my knowledge, sir.

3       Q    When you got -- when the inmates in the cell

4   with Mr. Cross began knocking on the window, just give

5   me sort of a narrative description of what you -- of

6   the chronology of what happened after that.

7       A    I heard the call come and they knocked on the

8   window.  It was behind me where I was located on the

9   second floor.  I had contaminated gloves on with a

10  different inmate, so I went and changed my gloves in

11  the nurse's station, which is right across from OBS II

12  where Mr. Cross was located.  I got to the door just as

13  they popped the door open.  I saw him lying on the

14  floor.  The officers had started to pull him over.  We

15  noticed that there was no pulse and he was bluish in

16  color.  I didn't hear any respirations. The officers

17  commenced CPR.  I initiated respirations.  I noticed

18  that there was a fluid in Mr. Cross' airway that needed

19  to be cleared for CPR to be effective.  I instructed

20  the officers to roll Mr. Cross to clear the airway.

21  Did that, laid him back down, commenced the CPR.  Nurse

22  Sloan handed me the AED.  We applied the AED.  It never

23  advised a shock.  We continued CPR until EMS arrived

24  and then I was relieved of CPR by EMS.

25      Q    Okay.  When you were relieved by EMS on the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

11

1   CPR, was that the last time that you had any contact

2   with Mr. Cross?

3          A     Yes, sir.

4          Q     From the time that the inmates started

5   banging on the -- or knocking on the window to the time

6   you were relieved by EMS, how much time do you believe

7   elapsed?

8          A     I do not know, sir.

9          Q     When you first -- when you entered the cell

10  and you first saw Mr. Cross, can you tell us how he was

11  laying?

12         A     When I first saw him, he was laying supine,

13  which is on his back.

14         Q     Okay.

15         A     He was already flat on the floor when I

16  visualized him.  He wasn't up on his bunk or anything.

17         Q     Do you know who put him on the floor?

18         A     I do not.

19         Q     But somehow he got from his bunk to the

20  floor.

21         A     The bunks are on the floor, so I'm not sure

22  if it was like a lateral move or not.  I do not know.

23         Q     Could he have rolled down to the floor from

24  his bunk by himself?

25         A     It's on the floor, so I wouldn't -- I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

.
1    wouldn't know.  It's possible.

2         Q    So when you first saw Mr. Cross after he had

3    been put in that cell, he was lying on his back --

4         A    Uh-huh.

5         Q    Is that correct?

6         A    Yes, sir.

7         Q    And his face was blue in color?

8         A    His lips were blue.  His face was kind of

9    pale.

10        Q    Pale, but his lips were blue?

11        A    Uh-huh.

12        Q    Were his lips noticeably blue?

13        A    To a medical professional, yes.

14        Q    Did he look, to a lay person did he look,

15   unusual?

16             MR. PIEKARSKI:  Object to the form.

17        Q    I mean, obviously, he's laying on the floor,

18   but I'm talking about in terms of his color.  Was his

19   pallor -- did he have a pallor?

20             MR. PIEKARSKI:  Object to the form.

21        A    Can you restate the question?

22        Q    Was he -- was he unusually pale?

23        A    When?

24        Q    When you first saw him, when you went into

25   the cell.
.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A    He -- when I -- when he was laying on the

2   floor and I first saw him in the cell, he was pale;

3   yes.  He did have a pallor.

4       Q    Do you -- between the time you had an

5   interaction that you described with Mr. Cross when he

6   was first brought up to the second floor and the

7   inmates started knocking on the window, did you ever

8   look in on Mr. Cross?

9       A    No.  I do not recall.

10      Q    Had you ever assessed Mr. Cross or taken his

11  vitals?

12      A    No, sir.

13      Q    Had anybody told you to do so?

14      A    No, sir.

15      Q    Who was your supervisor that night?

16      A    T. J. Sloan, R.N.

17      Q    Take a look at this stack of documents. It's

18  a stack of documents we marked from Ms. Kohl's

19  deposition, Exhibit 3.  Let me take you in what I -- we

20  have in here right -- kind of in the middle are the

21  unit disciplinary progress notes.  Can you find that?

22      A    Yes, sir.

23      Q    Okay.  Does your handwriting appear anywhere

24  on these progress notes?

25      A    Yes, sir.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

14

1    Q    And where do they appear?  Where does it

2  appear?

3    A    My entry begins -- it is the second entry on

4  the page dated 8/25/2012 at 20:50.

5    Q    Twenty-fifty is military time for 8:50 p.m.?

6    A    Yes, sir.

7    Q    All right.  And can you just read us what you

8  have written there?

9    A    "Inmate found lying on floor."  The words

10 'color blueish' were crossed out and documented with my

11 handwriting as an error and my initial.

12   Q    Okay.  What was the error?

13   A    Medical doesn't say "blueish," we say

14 cyanotic.

15   Q    Okay.

16   A    So then after the correction, you see the

17 word "cyanotic around lips, color pallor."

18   Q    What does that mean?

19   A    "Pallor" is a description of a shade of his

20 skin tone.

21   Q    Okay.  And can you give us kind of an example

22 of that shade?

23   A    If I -- I were to compare it to say, pink it

24 would be a gray.

25   Q    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    A    Pallor would be a gray.

2    Q    And the "cyanotic around lips" just means

3  blue around lips?

4    A    Blue around lips, yes, sir.

5    Q    Okay.

6    A    Continuing, "color pallor, no respirations,

7  no pulse, CPR initiated.  AED applied.  No shock

8  advised.  CPR commenced until EMS arrived and relieved

9  me."  And then there is an in-line notation with my

10  initial, and my signature, and my credentials.

11    Q    All right.  Now you say -- you write here,

12  "AED applied, no shock advised."  Can you explain to

13  me, if you know, what is the process that's going on

14  there?  There's a machine, this is the paddles that we

15  see on TV to apply shock to try and get somebody's

16  heart started; is that right?

17    A    Yes, sir.

18    Q    But the machine itself tells you that no

19  shock is advised?

20    A    Yes, sir.

21    Q    And do you know how the machine makes that

22  determination?

23    A    Yes, sir.  The machine is a sticker that is

24  actually applied across the chest.  It has a sensor on

25  it that is looking for a irregular heart rhythm.  The

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

16

1    shock will restart the heart rhythm if it finds one.

2    If it doesn't find a heart rhythm, it doesn't advise

3    free to shock it, to get it into normal.

4         Q    Okay.  Okay.  So the AED is a -- those

5    paddles that we see on TV is something that can correct

6    an irregular heart rhythm.  It's not something that can

7    start a heart that's been stopped.

8         A    Correct, sir.

9         Q    And so the machine, basically, detects that

10   there's no rhythm, irregular or otherwise, that the

11   heart has stopped, it tells you, "Don't try this."

12        A    Correct.

13        Q    No need to do so.

14        A    Correct.

15        Q    It's not going to happen.

16        A    Yes, sir.

17        Q    When you went into the cell, who -- do you

18   remember whether there were any -- the names of any of

19   the correctional officers that were in there with you?

20        A    The only one that I remember for certain was

21   Officer Lampkin.

22        Q    Do you remember anything the officer said

23   during that period of time?

24        A    No, sir.

25        Q    Do you -- were there inmates in the cell?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

17

1       A     Yes, sir.

2       Q     Do you remember what -- anything the inmates

3  said at that time?

4       A     Yes, sir.

5       Q     What do you remember them saying?

6       A     I remember Marquis Thompson saying, "We

7  knocked when he stopped snoring."

8       Q     And what did -- was it your understanding

9  that he was referring to the knock you overheard or was

10  it your understanding he was complaining that there had

11  been no response to that initial knock?

12            MR. PIEKARSKI:   Object to the form.

13      A     I don't -- I don't know.

14      Q     Okay.  All you remember is him saying, "We

15  knocked when he stopped snoring."

16      A     Yes, sir.

17      Q     Did any of the inmates indicate, to your

18  recollection, any objection to any alleged neglect of

19  Mr. Cross' condition or to any efforts they had

20  obtained -- they had made to get attention for Mr.

21  Cross?

22      A     I do not know.

23      Q     Okay.  How many inmates were in there with

24  him?

25      A     I do not recall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

18

1    Q    Do you know how many times Mr. Cross had been

2    checked by the correctional officers, if at all, before

3    the inmates knocked on the window?

4    A    I do not know.

5    Q    Was there any investigation that you were

6    aware of, of what happened with Mr. Cross?

7    A    I don't understand the question.

8    Q    Yeah.  I think at the time this occurred you

9    were employed at that time by Corizon; correct?

10   A    Yes, sir.

11   Q    Did -- were there any officials from Corizon

12   that came down and interviewed you and other people

13   about what happened with Mr. Cross?

14        MR. PIEKARSKI:  You're not talking about

15   anything that counsel did, right?

16        MR. BELZLEY:  Yeah, not counsel.  Not

17   lawyers.

18        MR. PIEKARSKI:  All right.

19   A    Not to my recollection, sir.

20   Q    Would you take a moment and look through that

21   stack of documents that you have there, ma'am, and see

22   whether your handwriting appears on anything other than

23   those progress notes?

24   A    Yes, sir.  No, sir.  I do not.  I did not

25   find my handwriting.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

19

1     Q     Okay.  I apologize -- can you tell me again

2  your recollection of the name of the inmate that said

3  that they had knocked on the window when Mr. Cross

4  stopped --

5     A     Mr. Marquis Thompson.

6     Q     Marquis Thompson.  And do you know how he

7  spells Marquis?

8     A     Not personally, no, sir.

9     Q     Can you describe this inmate?

10     A     African American male.

11     Q     What --

12     A     Mid-twenties.

13     Q     Do you remember an inmate being there by the

14  name of Jonathan Ewing?

15     A     No, sir.

16     Q     Or Randy Guston?  G-U-S-T-O-N.

17     A     No, sir.

18     Q     Or an Eric Phillips?

19     A     No, sir.

20     Q     Or a James Jalbe?

21     A     No, sir.

22     Q     All right.  Is there any reason in particular

23  that you remember Mr. Thompson's name?

24     A     Having just been a nurse on that floor, sir.

25     Q     Okay.  And I understand that this is a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-2   Filed 11/14/17   Page 20 of 27 PageID #: 759
The Deposition of ADA DAUGHERTY, taken on December 18, 2014

20

1    medical floor used in medical observation, this is an

2    inmate who had a medical condition that you may well

3    have attended to as a consequence and you were familiar

4    with him through that?

5         A    Yes, sir.

6         Q    Okay.  In between the period of time that you

7    had your interaction with Mr. Cross, when he came up to

8    the floor and the time that the inmates knocked on the

9    window, did you notice that Mr. Cross was snoring

10   loudly?

11        A    No, sir.

12        Q    You did not hear him snoring at any time

13   during that period?

14        A    No, sir.

15        Q    Did you touch Mr. Cross after -- did you make

16   physical contact with Mr. Cross after you entered his

17   cell -- after he had been found unresponsive?

18        A    No, sir.

19        Q    Was he cold to the touch?

20        A    No, sir.

21        Q    Could you make any determination of how long

22   Mr. Cross had been unresponsive?

23        A    No, sir.

24        Q    When Mr. Cross came to the -- to the second

25   floor, did anyone tell you that he had stumbled to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

21

1    station where Ms. Kohl performed her assessment?

2         A     No, sir.

3         Q     Did anybody tell you that his speech had been

4    slurred or that he had appeared to fall asleep several

5    times during his interview by Ms. Kohl?

6         A     No, sir.

7         Q     Or that he would ramble --

8         A     No, sir.

9         Q     -- during the interview?  Or that he seemed

10   easily distracted and childlike and was easily

11   confused?

12        A     No, sir.

13        Q     Or -- I'm sorry, I think I asked you -- or

14   that he appeared to fall asleep several times during

15   his interview?

16        A     No, sir.

17        Q     Okay.

18              MR. BELZLEY:  Ma'am, I don't have any further

19   questions for you.

20              WITNESS:  Thank you, sir.

21              MR. PIEKARSKI:  Great.  Ellie?

22              MS. HOUSTON:  Yeah, I just have one easy one.

23              MR. PIEKARSKI:  We'll see about the "easy"

24   one.

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of ADA DAUGHERTY, taken on December 18, 2014

22

```
1   CROSS-EXAMINATION BY

2   MS. HOUSTON:

3       Q    I represent Officers Tinnell and McNamara and

4   my question is were you made aware of any circumstances

5   concerning Mr. Cross' arrest?

6       A    No, ma'am.

7       Q    Okay.

8            MS. HOUSTON:  Okay.  Thanks.  I don't have

9   any other questions.

10           MR. BELZLEY:  Give me just a second.  I

11  forgot to look through one thing.  Nope.

12           MR. PIEKARSKI:  We're good?

13           MR. BELZLEY:  No further questions.  Thank

14  you, ma'am.

15           WITNESS:  Thank you.

16           (DEPOSITION CONCLUDED AT 3:50 P.M.)

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-2   Filed 11/14/17   Page 23 of 27 PageID #: 762
The Deposition of ADA DAUGHERTY, taken on December 18, 2014

23

CERTIFICATE OF REPORTER

COMMONWEALTH OF KENTUCKY AT LARGE


I do hereby certify that the witness in the foregoing

transcript was taken on the date, and at the time and

place set out on the Title page hereof by me after

first being duly sworn to testify the truth, the whole

truth, and nothing but the truth; and that the said

matter was recorded stenographically and mechanically

by me and then reduced to typewritten form under my

direction, and constitutes a true record of the

transcript as taken, all to the best of my skill and

ability. I certify that I am not a relative or employee

of either counsel, and that I am in no way interested

financially, directly or indirectly, in this action.



AMANDA BECERRA,

COURT REPORTER / NOTARY

MY COMMISSION EXPIRES: 12/03/2016

SUBMITTED ON: 01/02/2015

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**2**

**2012** 7:2
**20:50** 14:4
**23rd** 7:2
**27** 6:17

**3**

**3** 13:19
**3:50** 22:16

**8**

**8/25/2012** 14:4
**8:50** 14:5

**A**

**Ada** 6:13
**advise** 16:2
**advised** 10:23
15:8,12,19
**AED** 10:22
15:7,12 16:4
**affirm** 6:4
**African** 19:10
**airway** 10:18,
20
**alleged** 17:18
**American**
19:10
**apologize** 19:1
**appeared**
21:4,14
**appears** 18:22
**applied** 10:22
15:7,12,24
**apply** 15:15
**ARNP** 9:22,25
**arrest** 22:5

**arrived** 7:13
10:23 15:8
**asleep** 21:4,14
**assessed**
13:10
**assessment**
21:1
**attended** 20:3
**attention**
17:20
**aware** 7:12
18:6 22:4

**B**

**back** 10:21
11:13 12:3
**banging** 11:5
**basically** 16:9
**began** 10:4
**begins** 14:3
**BELZLEY** 6:10
18:16 21:18
22:10,13
**blue** 12:7,8,10,
12 15:3,4
**blueish** 14:10,
13
**bluish** 10:15
**brought** 13:6
**bunk** 11:16,19,
24
**bunks** 11:21

**C**

**call** 7:14 8:14,
15,20,23 9:2
10:7
**called** 9:20
**cell** 8:16,21,25
10:3 11:9 12:3,
25 13:2 16:17,
25 20:17

**changed** 10:10
**chart** 9:20
**checked** 18:2
**chest** 15:24
**childlike** 21:10
**chronology**
10:6
**circumstance**
**s** 22:4
**clear** 10:20
**cleared** 10:19
**cold** 20:19
**color** 10:16
12:7,18 14:10,
17 15:6
**commenced**
10:17,21 15:8
**comment** 8:3
**compare**
14:23
**complaining**
17:10
**CONCLUDED**
22:16
**condition**
17:19 20:2
**confused**
21:11
**consequence**
20:3
**contact** 8:24
11:1 20:16
**contaminated**
10:9
**continued**
10:23
**Continuing**
15:6
**conversations**
8:6,9
**Corizon** 18:9,
11

**correct** 12:5
16:5,8,12,14
18:9
**correction**
14:16
**correctional**
16:19 18:2
**Corrections**
6:21
**counsel** 18:15,
16
**COURT** 6:3,8
**CPR** 10:17,19,
21,23,24 11:1
15:7,8
**credentials**
15:10
**Cross** 7:8,12,
16,19 8:7,10,
13,16,21,24
9:3,4,5,11,15,
23 10:1,4,12,20
11:2,10 12:2
13:5,8,10 17:21
18:1,6,13 19:3
20:7,9,15,16,
22,24
**Cross'** 10:18
17:19 22:5
**CROSS-
EXAMINATIO
N** 22:1
**crossed** 14:10
**cute** 8:3
**cyanotic**
14:14,17 15:2

**D**

**dated** 14:4
**Daugherty**
6:13
**Department**
6:21
**deposition**
7:10 13:19

22:16
**describe** 19:9
**description**
10:5 14:19
**detects** 16:9
**determination**
15:22 20:21
**DIRECT** 6:9
**disciplinary**
13:21
**distracted**
21:10
**documentatio**
**n** 9:16
**documented**
14:10
**documents**
13:17,18 18:21
**door** 10:12,13

**E**

**easily** 21:10
**easy** 21:22,23
**effective** 10:19
**efforts** 17:19
**elapsed** 11:7
**Ellie** 21:21
**employed** 18:9
**EMS** 10:23,24,
25 11:6 15:8
**entered** 11:9
20:16
**entry** 14:3
**Eric** 19:18
**error** 14:11,12
**Ewing** 19:14
**EXAMINATIO
N** 6:9
**Exhibit** 13:19
**explain** 15:12



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**F**

face 12:7,8

fall 21:4,14

familiar 20:3

find 13:21 16:2 18:25

finds 16:1

flat 11:15

floor 7:13,17, 19,25 8:17,18 10:9,14 11:15, 17,20,21,23,25 12:17 13:2,6 14:9 19:24 20:1,8,25

fluid 10:18

forgot 22:11

form 12:16,20 17:12

found 9:12,15 14:9 20:17

free 16:3

full 6:11

**G**

G-U-S-T-O-N 19:16

gentleman 7:7

give 6:5 10:4 14:21 22:10

gloves 10:9,10

good 6:14 22:12

gray 14:24 15:1

Great 21:21

Guston 19:16

**H**

hall 7:14

hallway 7:15

hand 6:4

handed 10:22

handwriting 13:23 14:11 18:22,25

happen 16:15

happened 8:13 10:6 18:6, 13

hear 10:16 20:12

heard 7:20 9:3, 4,10 10:7

heart 15:16,25 16:1,2,6,7,11

held 8:15

hit 8:3

HOUSTON 21:22 22:2,8

**I**

II 9:6,8 10:11

in-line 15:9

incident 7:7

initial 14:11 15:10 17:11

initiated 10:17 15:7

inmate 10:10 14:9 19:2,9,13 20:2

inmates 9:6 10:3 11:4 13:7 16:25 17:2,17, 23 18:3 20:8

instructed 10:19

interaction 8:12 9:11,13 13:5 20:7

interview 21:5, 9,15

interviewed 18:12

investigation 18:5

involving 7:7

Irish 6:14

irregular 15:25 16:6,10

**J**

jail 6:22 7:7,12, 17 9:25

Jalbe 19:20

James 19:20

January 7:2,4

Jonathan 19:14

jovial 8:2

**K**

Ken 7:7

kind 12:8 13:20 14:21

knock 17:9,11

knocked 9:6 10:7 17:7,15 18:3 19:3 20:8

knocking 10:4 11:5 13:7

knowledge 10:2

Kohl 8:6 21:1,5

Kohl's 13:18

**L**

laid 10:21

Lampkin 9:7 16:21

lateral 11:22

lawyers 18:17

lay 12:14

laying 11:11,12 12:17 13:1

licensed 6:19

lips 12:8,10,12 14:17 15:2,3,4

living 6:18

located 10:8, 12

long 6:24 20:21

loudly 20:10

Louisville 6:21

lying 10:13 12:3 14:9

**M**

machine 15:14,18,21,23 16:9

made 8:3 17:20 22:4

make 20:15,21

makes 15:21

male 19:10

marked 13:18

Marquis 17:6 19:5,6,7

Mcnamara 22:3

means 15:2

medical 9:7 12:13 14:13 20:1,2

Metro 6:21

Mid-twenties 19:12

middle 13:20

military 14:5

moment 18:20

move 11:22

**N**

named 7:7

names 16:18

nap 8:5

narrative 10:5

needed 10:18

neglect 17:18

night 13:15

normal 16:3

notation 15:9

notes 13:21,24 18:23

notice 20:9

noticeably 12:12

noticed 10:15, 17

nurse 6:19 10:21 19:24

nurse's 10:11

**O**

O'SHEA 6:13

Object 12:16, 20 17:12

objection 17:18

OBS 9:6,8 10:11

observation 8:16,25 20:1

obtained 17:20

occurred 18:8

officer 9:6 16:21,22

officers 10:14, 16,20 16:19 18:2 22:3

officials 18:11

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

open 10:13

overheard 17:9

---
**P**
---

p.m. 14:5 22:16

paddles 15:14 16:5

pale 12:9,10,22 13:2

pallor 12:19 13:3 14:17,19 15:1,6

past 8:3

people 18:12

performed 21:1

period 16:23 20:6,13

person 8:2 12:14

personally 8:22 19:8

personnel 9:7

Phillips 19:18

physical 20:16

physician 9:22,25

PIEKARSKI 12:16,20 17:12 18:14,18 21:21, 23 22:12

pink 14:23

popped 10:13

practical 6:19

prior 9:11,15

PROCEEDING S 6:1

process 15:13

professional 12:13

progress 13:21,24 18:23

pull 10:14

pulse 10:15 15:7

put 8:16,21,25 11:17 12:3

---
**Q**
---

question 12:21 18:7 22:4

questions 21:19 22:9,13

---
**R**
---

R.N. 13:16

radioed 9:7

raise 6:3

ramble 21:7

Randy 19:16

read 14:7

ready 8:5

reason 19:22

recall 13:9 17:25

recollection 17:18 18:19 19:2

record 6:12

reference 9:5

referring 17:9

relation 8:15

relieved 10:24, 25 11:6 15:8

remember 7:1, 8 8:1 16:18,20, 22 17:2,5,6,14 19:13,23

REPORTER 6:3,8

represent 22:3

respirations 10:16,17 15:6

respond 9:8

response 17:11

responsible 8:19

restart 16:1

restate 12:21

rhythm 15:25 16:1,2,6,10

roll 10:20

rolled 11:23

---
**S**
---

sensor 15:24

shade 14:19,22

shock 10:23 15:7,12,15,19 16:1,3

sick 7:14 8:14, 15,20,23 9:2

side 7:14

signature 15:10

sir 6:15,23 7:9, 18,21,24 8:8, 11,22 9:1,14, 17,21,24 10:2 11:3,8 12:6 13:12,14,22,25 14:6 15:4,17, 20,23 16:8,16, 24 17:1,4,16 18:10,19,24 19:8,15,17,19, 21,24 20:5,11, 14,18,20,23 21:2,6,8,12,16, 20

skin 14:20

Sloan 10:22 13:16

slurred 21:4

snoring 17:7, 15 20:9,12

sole 9:11

solemnly 6:4

somebody's 15:15

sort 10:5

sounds 6:14

specifically 9:5

speech 21:3

spells 19:7

stack 13:17,18 18:21

start 16:7

started 7:1 10:14 11:4 13:7 15:16

state 6:11

station 10:11 21:1

sticker 15:23

stopped 16:7, 11 17:7,15 19:4

stumbled 20:25

supervisor 13:15

supine 11:12

swear 6:4

---
**T**
---

talk 7:6

talked 9:22

talking 12:18 18:14

tells 15:18 16:11

terms 12:18

testimony 6:5

thing 9:3,4 22:11

Thompson 17:6 19:5,6

Thompson's 19:23

thousand 7:3

time 9:10 10:1 11:1,4,5,6 13:4 14:5 16:23 17:3 18:8,9 20:6,8, 12

times 18:1 21:5,14

Tinnell 22:3

told 13:13

tone 14:20

touch 20:15,19

truth 6:5,6

TV 15:15 16:5

twelve 7:3

Twenty-fifth 14:5

---
**U**
---

Uh-huh 12:4, 11

understand 18:7 19:25

understanding 17:8,10

unit 13:21

unresponsive 9:12,15 20:17, 22

unusual 12:15

unusually 12:22

---
**V**
---

visualized 11:16



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**vitals**  13:11

---

**W**

---

**walked**  8:3

**window**  9:6
  10:4,8 11:5
  13:7 18:3 19:3
  20:9

**wing**  8:18

**word**  14:17

**words**  14:9

**work**  6:20

**worked**  6:24,
  25

**write**  15:11

**written**  14:8

---

**Y**

---

**year**  7:5

**years**  6:25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com