1        UNITED STATES DISTRICT COURT

2        WESTERN DISTRICT OF KENTUCKY

3          LOUISVILLE DIVISION

4           NO. 3:13-CV-427

5

6   DANIELLA BLAINE, ADMINISTRATRIX OF THE ESTATE OF KENNETH

7           H. CROSS, II, DECEASED,

8               PLAINTIFF

9

10              V.

11

12         CORIZON, INC., ET AL.,

13             DEFENDANTS

14

15

16

17

18

19

20

21

22

23   DEPONENT:   KEVIN LAMKIN

24   DATE:       SEPTEMBER 20, 2016

25   REPORTER:   CRYSTAL HAVENS

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

2

```
 1                          APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, DANIELLA BLAINE:

 4   GREGORY A. BELZLEY

 5   BELZLEYBATHURST ATTORNEYS

 6   3604 CONSTANTINE DRIVE

 7   PROSPECT, KENTUCKY 40059

 8   TELEPHONE NO.: (502) 292-2452

 9   E-MAIL:GBELZLEY@AOL.COM

10

11   ON BEHALF OF THE DEFENDANTS, KEVIN LAMKIN AND MARK E.

12   BOLTON:

13   J. DENIS OGBURN

14   JEFFERSON COUNTY ATTORNEY

15   FISCAL COURT BUILDING

16   531 COURT PLACE

17   SUITE 900

18   LOUISVILLE, KENTUCKY 40202

19   TELEPHONE NO.: (502) 574-6312

20   FACSIMILE NO.: (502) 574-4215

21   E-MAIL: DENIS.OGBURN@LOUISVILLEKY.GOV

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                    APPEARANCES (CONTINUED)

2

3    ON BEHALF OF THE DEFENDANTS, CORIZON, STEPHANIE KOHL,

4    AND THELMA SLOAN:

5    MATT PIEKARSKI

6    PHILLIPS PARKER ORBERSON AND ARNETT

7    716 WEST MAIN STREET #300

8    LOUISVILLE, KENTUCKY 40202

9    TELEPHONE NO.: (502) 583-9900

10   FACSIMILE NO.: (502) 587-1927

11   E-MAIL: MPIEKARSKI@PPOALAW.COM

12

13   ALSO PRESENT:  KRISTINA CALHOUN, TRAINEE

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

4

INDEX

                                              Page

DIRECT EXAMINATION BY MR. BELZLEY                6


                        EXHIBITS

                                              Page

1      OFFICER LAMKIN'S STATEMENT, PAGE 3         9



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                         STIPULATION

2

3    The deposition of KEVIN LAMKIN taken at FISCAL COURT

4    BUILDING, 531 COURT PLACE, SUITE 900, LOUISVILLE,

5    KENTUCKY 40202 on TUESDAY, the 20TH day of SEPTEMBER,

6    2016 at approximately 1:00 p.m.; said deposition was

7    taken pursuant to the FEDERAL Rules of Civil Procedure.

8    It is agreed that CRYSTAL HAVENS, being a Notary Public

9    and Court Reporter for the State of KENTUCKY, may swear

10   the witness.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

6

```
 1                    PROCEEDINGS

 2

 3           COURT REPORTER:  Sir, if you'll raise your

 4      right hand for me, please.  Do you solemnly swear or

 5      affirm that the     testimony you are about to give

 6      will be the truth, the whole truth, and nothing but

 7      the truth?

 8              THE WITNESS:  I do.

 9           COURT REPORTER:  Okay.

10                    DIRECT EXAMINATION

11  BY MR. BELZLEY:

12      Q    Sir, could you state your full name for the

13  record, please.

14      A    Kevin Howard Lamkin.

15      Q    And Mr. Lamkin, how old are you?

16      A    29.

17      Q    And what do you do for a living?

18      A    I'm a corrections officer.

19      Q    Where do you work?

20      A    Louisville Metro Department of Corrections.

21      Q    And how long have you been there?

22      A    Seven-and-a-half years.

23      Q    Do you remember when it was you started?

24      A    04-13-09.

25      Q    Do you have a rank?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

7

1      A    Officer.

2      Q    Just officer?

3      A    Uh-huh.

4      Q    Mr. Lamkin, I want to talk to you about a

5 fellow that was in the jail back in 2012 by the name of

6 Kenneth Cross, and he died in the jail of a drug

7 overdose.  Do you recall that event?

8      A    Yes.

9      Q    Okay.  Where did you go to high school?

10     A    Bullitt East.

11     Q    And when did you graduate from there?

12     A    2005.

13     Q    Did you go to college?

14     A    Some.

15     Q    Where did you go?

16     A    JCTC.

17     Q    Did you get a degree?

18     A    No.

19     Q    Have you had any technical training or post-

20 college education?

21     A    No.

22     Q    After graduating in 2005 -- between the time

23 you graduated from high school in 2005 to hiring on with

24 the jail in April of 2009, can you tell me what your

25 employment history during that period of time was?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW  Document 109-4  Filed 11/14/17  Page 8 of 31 PageID #: 923
The Deposition of KEVIN LAMKIN, taken on September 20, 2016

8

1      A      Mainly construction.

2      Q      What got you interested in being a corrections

3  officer?

4      A      I had some friends that worked down there.

5      Q      And who is that?

6      A      Sergeant Peter Allen and Officer Woods.

7      Q      And these were personal friends of yours?

8      A      Yes.

9      Q      And they suggested that maybe you put in an

10  application and see?

11      A      I guess so.

12      Q      You enjoy the work?  And you've been there

13  seven-and-a-half years now?

14      A      Yes, sir.

15      Q      Have you ever served in the Armed Forces?

16      A      No, sir.

17      Q      Ever been sued before?

18      A      No, sir.

19      Q      Ever sue anybody before?

20      A      No, sir.

21      Q      Have you ever been arrested?

22      A      No, sir.

23      Q      Ever spend a night in jail for any reason?

24      A      No, sir.

25      Q      Do you hold any licenses -- professional



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   licenses or certificates that have ever been revoked or

2   suspended?

3       A    No, sir.

4       Q    Are you a member of any associations or

5   organizations?

6       A    Yes, sir.

7       Q    And what are those?

8       A    Fraternal Order of Police.

9       Q    Anything else?

10      A    That would be it I believe.

11      Q    Okay.  Are you on social media?  Do you have,

12  like, a Facebook account?

13      A    Yes, sir.

14      Q    Anything else?

15      A    No.

16      Q    Twitter?  Anything of that nature?

17      A    (NO VERBAL RESPONSE).

18          MR. BELZLEY:  Okay.  Let me mark -- or

19      designate as Exhibit 1.  There you go, sir.  That's

20      for you.  Denis and --

21          (EXHIBIT 1 MARKED FOR IDENTIFICATION)

22      Q    Mr. Lamkin, this is page 3 of a statement that

23  you gave concerning your experiences with Mr. Cross in

24  the jail.  This is page 3 of 6.  I didn't include the

25  whole statement.  It's just the section I was interested

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    in talking to you about.

2         A    Okay.

3         Q    Have you seen the statement you gave before?

4         A    This one right here?

5         Q    Yes.

6         A    Yes.

7         Q    Okay.  Tell me what you've done to prepare for

8    your deposition today.

9         A    Read through my statement.

10        Q    Okay.  Tell me what you can recall as you sit

11   here today about Mr. Cross.

12        A    Not much.  He had just arrived on my shift.

13        Q    What was your shift?

14        A    Mid watcher.  3:00 to 11:00.

15        Q    Who was your shift supervisor?

16        A    At the time, I believe, it was Lieutenant

17   Goodlett, who is now a captain.

18        Q    Okay.  What were your responsibilities the

19   night Mr. Cross was there?  Let me give you that date.

20   That would have been August 25, 2012.  What were your

21   responsibilities on that shift?

22        A    To walk around, check on the inmates, do my

23   security checks, see to it that everyone had the

24   opportunity to eat.

25        Q    Do you recall when it was during your shift

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   that you first encountered Mr. Cross?

2       A    I believe from what I wrote is towards the

3   beginning of my shift.

4       Q    All right.  And what do you remember about

5   that encounter?

6       A    I remember he arrived on the floor and I

7   secured him in the observation cell number 2.

8       Q    Why did you put him in that cell?

9       A    That's what the move list told me to put him.

10      Q    And that was the move list?

11      A    Yes.

12      Q    Now, what is that?

13      A    When they're first booked in, they're screened

14  by medical, and he was -- I guess medical determined

15  that he was to be kept an eye on, so they moved him to

16  an observation cell 2.

17      Q    Now, is there anything peculiar about

18  observation cell 2 that makes it the cell that's used to

19  keep somebody under specific observation?

20      A    Nowadays we use it a lot of, like, suicide

21  watches, stuff like that.

22      Q    Okay.

23      A    Back then if someone came in who appeared to

24  be intoxicated or something like that, it's located

25  right across from the nurses' station.  So they could be

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-4   Filed 11/14/17   Page 12 of 31 PageID #: 927
The Deposition of KEVIN LAMKIN, taken on September 20, 2016

12

1    kept a sharp eye on.

2        Q    Okay.  And does this cell have a large window?

3        A    Several.

4        Q    Several large windows so that it's easier to

5    see what's going on and everything that's going --

6        A    Uh-huh.

7        Q    -- on in the cell when you pass by?

8        A    Oh, absolutely.

9        Q    All right.  Do you know why the move list --

10   specifically, why the move list directed you to put Mr.

11   Cross in observation cell 2?

12       A    No.

13       Q    Prior to Mr. Cross becoming unresponsive, have

14   you seen any paperwork concerning him?

15       A    No.  Not that I recall.

16       Q    All right.  Are there instances in which the

17   move list will direct that a new admittee to the jail be

18   put in observation cell number 2 and you would be

19   informed of the specific reasons for that?

20       A    Not to my knowledge.

21       Q    Is unconsciousness considered a medical

22   emergency in the jail?

23       A    Absolutely.

24       Q    And why is that?

25       A    It could be something life-threatening.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q    Okay.  When you -- were you the one that

2  escorted Mr. Cross into observation cell 2?

3      A    Yes.  From the time he arrived to the floor.

4      Q    Who brought him up to the floor?

5      A    I don't remember.

6      Q    But you took -- you basically took custody of

7  him when he got up to the -- and this is the second

8  floor we're talking about, correct?

9      A    Yes.  Second floor.

10      Q    He gets up to the second floor.  You take

11  custody of him and escort him to observation cell 2?

12      A    Right.

13      Q    How long did that take?

14      A    Ten or 15 seconds.

15      Q    Tell me what you can remember about Mr. Cross,

16  what you observed of him, whether you had -- whether you

17  said anything to him, whether he said anything to you.

18      A    I don't.

19      Q    Okay.  Now, once you put him in the cell, when

20  was the next time that you remember having a contact

21  with Mr. Cross?

22      A    Shortly after chow.  After we serve food cart

23  -- food trays.  I remember the inmates were complaining

24  because he was snoring loudly.

25      Q    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

14

1      A      And I just opened up the door and checked in

2  on him and he was just sleeping and snoring, which is

3  not unusual.

4      Q      What time during that period of time was

5  dinner typically served in the jail?

6      A      On the second floor it would have been between

7  4:30 and 5:00.

8      Q      And do you know whether Mr. Cross had been

9  served dinner?

10     A      I have no idea.

11     Q      Do you know whether he ate dinner?

12     A      There's no way to tell that.

13     Q      Do you know how long he had been sleeping

14  before the inmates started complaining because he was

15  snoring so loudly?

16     A      No.

17     Q      Prior to this time, had anyone ever told you

18  that snoring -- loud snoring might be a sign of

19  respiratory distress?

20     A      No.  I'm not medically trained for that.

21     Q      Okay.  Had anybody ever told you that loud

22  snoring might be a symptom of a drug overdose?

23     A      No.

24     Q      Prior to August 25, 2012, tell me what

25  training you had received insofar as the signs and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

15

1    symptoms of a drug overdose are concerned.

2        A    Little to none.

3        Q    As you sit here today, can you remember any

4    training that you'd received on the signs and symptoms

5    of a drug overdose prior to Mr. Cross being in the jail?

6        A    No, sir.

7        Q    Now, do you know how long Mr. Cross had been

8    asleep before the inmates complained about him snoring?

9        A    No, sir.

10       Q    Had you noticed how -- him snoring loudly?

11       A    Yes.

12       Q    Do you know approximately -- well, strike

13   that.  How was it communicated to you that the inmates

14   were complaining about him snoring?

15       A    They just said something when I walked by, I

16   believe.

17       Q    Do you remember the gist of what was

18   communicated to you by the inmates at that time?

19       A    Not -- not really.  No.  I just remember them

20   complaining that he was snoring.

21       Q    Okay.  And then in a specific as detail as you

22   recall, tell me what you did.

23       A    From the time I was notified --

24       Q    Yes, sir.

25       A    -- that there was distress?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

16

1      Q    Well, no.  From the time that you were

2  notified -- the inmates complained to you about him

3  snoring loudly.

4      A    I believe I opened the door and checked on

5  him.  Make sure everything was okay.  See if I could see

6  anything -- any obvious signs of distress, but it seemed

7  to me like he was just sleeping.

8      Q    Now, what -- you opened the door, did you walk

9  into the cell?

10     A    I don't believe so.

11     Q    So is it fair to say you opened the cell door,

12  but you stood in the cell doorway --

13     A    Yes.

14     Q    -- and observe Mr. Cross?  And do you remember

15  whether he was laying on his back, his side, his

16  stomach?

17     A    At that time I don't remember how he was

18  laying.

19     Q    Was it your opinion that he was snoring

20  loudly?

21     A    I mean, I don't know.  I wasn't in there.

22     Q    Okay.

23     A    I did hear him snoring.

24     Q    And when you heard him snoring, was that --

25         did you hear him snoring even when you were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  outside the cell with the door closed?

2       A    I don't remember.

3       Q    When you checked him to see if he was okay,

4  did you try to wake him up?

5       A    No.

6       Q    Why not?

7       A    Why?

8       Q    Well, what -- can you tell the difference

9  between someone who is unconscious and breathing as

10 opposed to someone who is asleep and breathing?

11         MR. PIEKARSKI:  Object to the form.

12         MR. OGBURN:  Yeah.  Objection as well.

13      Q    How do you -- have you been trained prior to

14 August 25, 2012 to determine whether someone is sleeping

15 or whether they're unconscious?

16         MR. PIEKARSKI:  Object to the form.  Go ahead.

17      A    No.  That's --

18      Q    Okay.

19      A    -- medical's job.

20      Q    Why is that medical's job?

21      A    They're there for the -- all the medical

22 reasons you can think of involving inmates.

23      Q    Had you been told that it was medicals job to

24 determine whether someone was sleeping or unconscious?

25      A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

18

1     Q    Where did you -- where did you get that

2  information?

3     A    I didn't.  I mean, --

4     Q    Was that -- is that fair to say it was your

5  assumption?

6     A    Yes.

7     Q    Prior to August 25, 2012, had you ever seen

8  any of your fellow officers awaken an intoxicated inmate

9  to make sure that he was not unconscious?

10     A    I've never observed that.  No.

11     Q    As you sit here today, do you know any other

12  way to distinguish between an individual who is sleeping

13  and an individual who is unconscious other than

14  attempting to wake them up?

15     A    Do I know of any other way?

16     Q    Uh-huh.

17     A    Yes.

18     Q    How's that?

19     A    Ammonia capsules that the nurses keep on them.

20     Q    Okay.  What is your understanding of when

21  ammonia capsules are used in a situation like that?

22     A    I don't.  I'm not trained to use them.

23     Q    At this time in August 25 of 2012 is it fair

24  to say that -- well, had you received basic First Aid

25  training?

Kentuckiana Reporters                  502.589.2273 Phone
P.O. Box 3983                        502.584.0119 Fax
Louisville, KY 40201            schedule@kentuckianareporters.com
                               www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      A      Yes.

2      Q      Had you received CPR training?

3      A      Yes.

4      Q      Anything else?

5      A      Those are the only two medical type training

6   that we received that I know -- that I can remember.

7      Q      Okay.  At the time you saw Mr. Cross while he

8   was snoring, you checked on him.  It was your impression

9   he was just sleeping.  Do you know whether he was

10  sleeping or whether he was unconscious?

11     A      No.

12     Q      Back at this time in August 20 -- August of

13  2012 you testified you hadn't -- you didn't see any

14  paperwork concerning Mr. Cross.

15     A      Not that I remember.

16     Q      Yeah.  But back in this period of time, was

17  there any verbal communication between the medical staff

18  and the corrections officers on duty about any concerns

19  they might have about a new admission to the jail?

20     A      No.  But medicals very limited in what they

21  can tell us because of HIPAA laws.

22     Q      Okay.  And I understand that.  Was -- were

23  there any instances prior to August 25 of 2012 where

24  medical just simply instructed you to keep a close eye

25  on somebody?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

20

1    A    None specially that I can recall, but they can

2  absolutely do that.  Yes.

3    Q    Okay.  Had anyone prior to August 25, 2012

4  told you that if an inmate comes into the jail and is

5  intoxicated and goes to sleep you ought to periodically

6  wake them up to make sure that they're not or have not

7  become unconscious?

8    A    No.

9    Q    Has anybody told you that since?

10    A    No.

11    Q    Do you know whether the jail admits persons

12  who are brought to the jail by police officers who are

13  unconscious?

14    A    I'm sorry.  Can you repeat that?

15    Q    Sure.  If a police officer arrests somebody

16  and brings them to the jail --

17    A    Uh-huh.

18    Q    -- and they're pres -- and when they get to

19  the jail the arrestee's unconscious, does the jail admit

20  people in an unconscious state, if you know?

21    A    No.  They would be deferred.

22    Q    Is a drug overdose considered a medical

23  emergency in the jail?

24       MR. PIEKARSKI:  Object to the form.  I'm just

25  objecting to the form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q       Go ahead.

2       A       Yes.

3       Q       Back in August of 2012 what was your

4    understanding of what you were supposed to do if you

5    discovered that somebody was unconscious?

6       A       Exactly what I did.

7       Q       And what was that?

8       A       Called for help and told medical on the radio

9    to bring all life saving equipment.

10      Q       Now, were you the first officer notified by

11   the inmates in Mr. Cross' cell that something was wrong?

12      A       I was.

13      Q       Okay.  How did they notify you of that?

14      A       An inmate work aid came around and told me.

15      Q       Do you remember what he told you?

16      A       He said, "There's something wrong with this

17   guy."

18      Q       And did he tell you why he thought there was

19   something wrong with him?

20      A       No.

21      Q       What did you do?

22      A       Immediately dropped what I was doing and went

23   to observation cell 2 where Mr. Cross was.

24      Q       Okay.  And what did you see when you got

25   there?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    I opened the door and looked inside and

2  noticed that his chest was not rising.  He was facing

3  away from me, so I couldn't see his face.  So I just

4  kind of shook him, trying to wake him up.  Rolled him

5  over on his back and noticed his lips were blue.

6        Q    Do you know how long he'd been unresponsive?

7        A    I do not.

8        Q    Do you know whether when you were summoned by

9  the inmate, when you were told something's wrong with

10 this guy, when you got there, was he laying in the same

11 position he had been in when you'd seen him previously

12 when he was snoring so loudly?

13       A    I'm not sure.

14       Q    Prior to August 25, 2012, were you ever told

15 there was a certain type or class of inmate that you

16 should monitor for unconsciousness?

17       A    Not specifically that I remember.

18       Q    Were you -- prior to August 25, 2012, were you

19 -- do you recall ever being told by anyone that you

20 ought to monitor inmates who are admitted to the jail in

21 an intoxicated state for unconsciousness?

22       A    Back in then I don't remember.

23       Q    Okay.  Have you been told that since?

24       A    Yes.

25       Q    Okay.  When do you recall being told that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

23

1      A    Since the administration changed policies

2   around -- or when they have a detox dorm -- or actually

3   three male detox dorms that they would go to.

4      Q    Do you remember roughly when it was that the

5   policies were changed?

6      A    No.

7      Q    Okay.

8      A    Not really.

9           MR. BELZLEY:  Denis, before I forget, I'd like

10      to see the new policy just for what that's worth.

11      Q    But it is your understanding now that

12   intoxicated -- or inmates that enter the jail in an

13   intoxicated state are monitored for

14   consciousness/unconsciousness for some period of time?

15      A    Yes.

16      Q    But that was not being done back in August of

17   2012?

18      A    Not that I remember.

19      Q    How are inmates that are admitted to the jail

20   today in an intoxicated state, how are they monitored

21   for unconsciousness?

22      A    They're sent up to what we call the program

23   dorm.  That's for recovering alcoholics, drug addicts,

24   things of that nature.  They're restricted to lower

25   bunks only.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

24

1      Q      Okay.

2      A      The inmates in there, kind of, help them along

3   as they're detoxing --

4      Q      Okay.

5      A      -- because they all know what it's like and

6   they've been there.

7      Q      Yeah.

8      A      Our detox dorms are actually a model standard.

9   For -- several other jails have come and looked at it.

10  So it's really worked out well.

11     Q      Okay.  You say it's "a model standard".  What

12  do you mean by that?

13     A      From what I understand, other jails are trying

14  to imitate it.

15     Q      Okay.  But what do the officers do to monitor

16  inmates for unconsciousness?  Do they wake sleeping

17  inmates for a period of time to make sure they're

18  sleeping and not unresponsive?

19     A      It's not so much the officers; it's the

20  nursing staff.

21     Q      Okay.

22     A      They come and take their vitals.  I'm not

23  really sure how often.  Once a shift or twice a shift.

24  I'm not entirely sure.  They'll take their vitals, give

25  them medication, things of that nature.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

25

1      Q    Okay.  Do you know who was the impetus for --

2  the creation of this detox dorm, whether it was jail

3  officials or whether it was the medical company?

4      A    I have no idea where the idea originated from.

5      Q    Okay.  Do you know whether death from drug

6  overdose is preceded by a period of unconsciousness?

7      A    I have no idea.

8      Q    Do you know what Mr. -- were you advised of

9  what Mr. Cross was arrested for?

10     A    Uh-uh.  I don't remember.

11     Q    Or what transpired between Mr. Cross and the

12  nurse that evaluated him when he was admitted to the

13  jail on August 25, 2012?

14     A    No.

15     Q    Nowadays, do you know who -- what they -- what

16  condition of an admitted individual, a person admitted

17  to the jail, merits being put into the detox dorm?  Is

18  it any sign of intoxication, or

19     A    From my understanding, it's any admission of

20  having used drugs or have used drugs.

21     Q    Okay.  So if somebody --

22     A    Or alcohol.  I'm sorry.

23     Q    Okay.  So if somebody says, "I've been

24  drinking and I take opiates"?

25     A    It's an automatic detox dorm.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of KEVIN LAMKIN, taken on September 20, 2016

26

1        MR. BELZLEY:  Okay.  All right.  So no further

2    questions.  Thank you very much.

3        MR. PIEKARSKI:  No questions.

4        MR. OGBURN:  I have no questions.

5        MR. BELZLEY:  Okay.

6        (DEPOSITION CONCLUDED AT 1:24 P.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

COMMONWEALTH OF KENTUCKY AT LARGE

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded stenographically and mechanically by me and then reduced to typwritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability.  I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



CRYSTAL HAVENS,

COURT REPORTER/NOTARY

COMMISSION EXPIRES:  01/19/2020

SUBMITTED ON:  09/30/2016

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**0**

**04-13-09** 6:24

**1**

**1** 9:19,21
**11:00** 10:14
**15** 13:14
**1:24** 26:6

**2**

**2** 11:7,16,18
12:11,18 13:2,
11 21:23
**20** 19:12
**2005** 7:12,22,
23
**2009** 7:24
**2012** 7:5 10:20
14:24 17:14
18:7,23 19:13,
23 20:3 21:3
22:14,18 23:17
25:13
**25** 10:20 14:24
17:14 18:7,23
19:23 20:3
22:14,18 25:13
**29** 6:16

**3**

**3** 9:22,24
**3:00** 10:14

**4**

**4:30** 14:7

**5**

**5:00** 14:7

**6**

**6** 9:24

**A**

**absolutely**
12:8,23 20:2
**account** 9:12
**addicts** 23:23
**administration**
23:1
**admission**
19:19 25:19
**admit** 20:19
**admits** 20:11
**admitted** 22:20
23:19 25:12,16
**admittee** 12:17
**advised** 25:8
**affirm** 6:5
**ahead** 17:16
21:1
**aid** 18:24 21:14
**alcohol** 25:22
**alcoholics**
23:23
**Allen** 8:6
**ammonia**
18:19,21
**appeared**
11:23
**application**
8:10
**approximately**
15:12
**April** 7:24
**Armed** 8:15
**arrested** 8:21
25:9
**arrestee's**
20:19

**arrests** 20:15
**arrived** 10:12
11:6 13:3
**asleep** 15:8
17:10
**associations**
9:4
**assumption**
18:5
**ate** 14:11
**attempting**
18:14
**August** 10:20
14:24 17:14
18:7,23 19:12,
23 20:3 21:3
22:14,18 23:16
25:13
**automatic**
25:25
**awaken** 18:8

**B**

**back** 7:5 11:23
16:15 19:12,16
21:3 22:5,22
23:16
**basic** 18:24
**basically** 13:6
**beginning**
11:3
**BELZLEY** 6:11
9:18 23:9 26:1,
5
**blue** 22:5
**booked** 11:13
**breathing**
17:9,10
**bring** 21:9
**brings** 20:16
**brought** 13:4
20:12
**Bullitt** 7:10

**bunks** 23:25

**C**

**call** 23:22
**Called** 21:8
**capsules**
18:19,21
**captain** 10:17
**cart** 13:22
**cell** 11:7,8,16,
18 12:2,7,11,18
13:2,11,19
16:9,11,12 17:1
21:11,23
**certificates**
9:1
**changed** 23:1,
5
**check** 10:22
**checked** 14:1
16:4 17:3 19:8
**checks** 10:23
**chest** 22:2
**chow** 13:22
**class** 22:15
**close** 19:24
**closed** 17:1
**college** 7:13,
20
**communicate**
**d** 15:13,18
**communicatio**
**n** 19:17
**company** 25:3
**complained**
15:8 16:2
**complaining**
13:23 14:14
15:14,20
**concerned**
15:1

**concerns**
19:18
**CONCLUDED**
26:6
**condition**
25:16
**consciousnes**
**s/**
**unconsciousn**
**ess** 23:14
**considered**
12:21 20:22
**construction**
8:1
**contact** 13:20
**correct** 13:8
**corrections**
6:18,20 8:2
19:18
**COURT** 6:3,9
**CPR** 19:2
**creation** 25:2
**Cross** 7:6 9:23
10:11,19 11:1
12:11,13 13:2,
15,21 14:8
15:5,7 16:14
19:7,14 21:23
25:9,11
**Cross'** 21:11
**custody** 13:6,
11

**D**

**date** 10:19
**death** 25:5
**deferred** 20:21
**degree** 7:17
**Denis** 9:20
23:9
**Department**
6:20
**deposition**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

10:8 26:6

designate 9:19

detail 15:21

determine 17:14,24

determined 11:14

detox 23:2,3 24:8 25:2,17,25

detoxing 24:3

died 7:6

difference 17:8

dinner 14:5,9, 11

direct 6:10 12:17

directed 12:10

discovered 21:5

distinguish 18:12

distress 14:19 15:25 16:6

door 14:1 16:4, 8,11 17:1 22:1

doorway 16:12

dorm 23:2,23 25:2,17,25

dorms 23:3 24:8

drinking 25:24

dropped 21:22

drug 7:6 14:22 15:1,5 20:22 23:23 25:5

drugs 25:20

duty 19:18

**E**

easier 12:4

**East** 7:10

**eat** 10:24

**education** 7:20

**emergency** 12:22 20:23

**employment** 7:25

**encounter** 11:5

**encountered** 11:1

**enjoy** 8:12

**enter** 23:12

**equipment** 21:9

**escort** 13:11

**escorted** 13:2

**evaluated** 25:12

**event** 7:7

**EXAMINATIO N** 6:10

**exhibit** 9:19,21

**experiences** 9:23

**eye** 11:15 12:1 19:24

**F**

**face** 22:3

**Facebook** 9:12

**facing** 22:2

**fair** 16:11 18:4, 23

**fellow** 7:5 18:8

**floor** 11:6 13:3, 4,8,9,10 14:6

**food** 13:22,23

**Forces** 8:15

**forget** 23:9

**form** 17:11,16 20:24,25

**Fraternal** 9:8

**friends** 8:4,7

**full** 6:12

**G**

**gave** 9:23 10:3

**gist** 15:17

**give** 6:5 10:19 24:24

**Goodlett** 10:17

**graduate** 7:11

**graduated** 7:23

**graduating** 7:22

**guess** 8:11 11:14

**guy** 21:17 22:10

**H**

**hand** 6:4

**hear** 16:23,25

**heard** 16:24

**high** 7:9,23

**HIPAA** 19:21

**hiring** 7:23

**history** 7:25

**hold** 8:25

**How's** 18:18

**Howard** 6:14

**I**

**idea** 14:10 25:4,7

**IDENTIFICATI ON** 9:21

**imitate** 24:14

**Immediately** 21:22

**impetus** 25:1

**impression** 19:8

**include** 9:24

**individual** 18:12,13 25:16

**information** 18:2

**informed** 12:19

**inmate** 18:8 20:4 21:14 22:9,15

**inmates** 10:22 13:23 14:14 15:8,13,18 16:2 17:22 21:11 22:20 23:12,19 24:2,16,17

**inside** 22:1

**instances** 12:16 19:23

**instructed** 19:24

**interested** 8:2 9:25

**intoxicated** 11:24 18:8 20:5 22:21 23:12,13, 20

**intoxication** 25:18

**involving** 17:22

**J**

**jail** 7:5,6,24 8:23 9:24 12:17,22 14:5 15:5 19:19

20:4,11,12,16, 19,23 22:20 23:12,19 25:2, 13,17

**jails** 24:9,13

**JCTC** 7:16

**job** 17:19,20,23

**K**

**Kenneth** 7:6

**Kevin** 6:14

**kind** 22:4 24:2

**knowledge** 12:20

**L**

**Lamkin** 6:14, 15 7:4 9:22

**large** 12:2,4

**laws** 19:21

**laying** 16:15,18 22:10

**licenses** 8:25 9:1

**Lieutenant** 10:16

**life** 21:9

**life- threatening** 12:25

**limited** 19:20

**lips** 22:5

**list** 11:9,10 12:9,10,17

**living** 6:17

**located** 11:24

**long** 6:21 13:13 14:13 15:7 22:6

**looked** 22:1 24:9

**lot** 11:20



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**loud** 14:18,21

**loudly** 13:24
14:15 15:10
16:3,20 22:12

**Louisville** 6:20

**lower** 23:24

**M**

**make** 16:5 18:9
20:6 24:17

**makes** 11:18

**male** 23:3

**mark** 9:18

**MARKED** 9:21

**media** 9:11

**medical** 11:14
12:21 17:21
19:5,17,24
20:22 21:8 25:3

**medical's**
17:19,20

**medically**
14:20

**medicals**
17:23 19:20

**medication**
24:25

**member** 9:4

**merits** 25:17

**Metro** 6:20

**Mid** 10:14

**model** 24:8,11

**monitor** 22:16,
20 24:15

**monitored**
23:13,20

**move** 11:9,10
12:9,10,17

**moved** 11:15

**N**

**nature** 9:16
23:24 24:25

**night** 8:23
10:19

**noticed** 15:10
22:2,5

**notified** 15:23
16:2 21:10

**notify** 21:13

**Nowadays**
11:20 25:15

**number** 11:7
12:18

**nurse** 25:12

**nurses** 18:19

**nurses'** 11:25

**nursing** 24:20

**O**

**Object** 17:11,
16 20:24

**objecting**
20:25

**Objection**
17:12

**observation**
11:7,16,18,19
12:11,18 13:2,
11 21:23

**observe** 16:14

**observed**
13:16 18:10

**obvious** 16:6

**officer** 6:18
7:1,2 8:3,6
20:15 21:10

**officers** 18:8
19:18 20:12
24:15,19

**officials** 25:3

**OGBURN**
17:12 26:4

**opened** 14:1
16:4,8,11 22:1

**opiates** 25:24

**opinion** 16:19

**opportunity**
10:24

**opposed** 17:10

**Order** 9:8

**organizations**
9:5

**originated**
25:4

**overdose** 7:7
14:22 15:1,5
20:22 25:6

**P**

**P.M.** 26:6

**paperwork**
12:14 19:14

**pass** 12:7

**peculiar** 11:17

**people** 20:20

**period** 7:25
14:4 19:16
23:14 24:17
25:6

**periodically**
20:5

**person** 25:16

**personal** 8:7

**persons** 20:11

**Peter** 8:6

**PIEKARSKI**
17:11,16 20:24
26:3

**police** 9:8
20:12,15

**policies** 23:1,5

**policy** 23:10

**position** 22:11

**post-** 7:19

**preceded** 25:6

**prepare** 10:7

**pres** 20:18

**previously**
22:11

**prior** 12:13
14:17,24 15:5
17:13 18:7
19:23 20:3
22:14,18

**PROCEEDING
S** 6:1

**professional**
8:25

**program** 23:22

**put** 8:9 11:8,9
12:10,18 13:19
25:17

**Q**

**questions**
26:2,3,4

**R**

**radio** 21:8

**raise** 6:3

**rank** 6:25

**Read** 10:9

**reason** 8:23

**reasons** 12:19
17:22

**recall** 7:7
10:10,25 12:15
15:22 20:1
22:19,25

**received** 14:25
15:4 18:24
19:2,6

**record** 6:13

**recovering**
23:23

**remember**
6:23 11:4,6
13:5,15,20,23
15:3,17,19
16:14,17 17:2
19:6,15 21:15
22:17,22 23:4,
18 25:10

**repeat** 20:14

**REPORTER**
6:3,9

**respiratory**
14:19

**RESPONSE**
9:17

**responsibilitie
s** 10:18,21

**restricted**
23:24

**revoked** 9:1

**rising** 22:2

**Rolled** 22:4

**roughly** 23:4

**S**

**saving** 21:9

**school** 7:9,23

**screened**
11:13

**seconds** 13:14

**section** 9:25

**secured** 11:7

**security** 10:23

**Sergeant** 8:6

**serve** 13:22

**served** 8:15
14:5,9

**seven-and-a-
half** 6:22 8:13

**sharp** 12:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

shift 10:12,13,
15,21,25 11:3
24:23

shook 22:4

Shortly 13:22

side 16:15

sign 14:18
25:18

signs 14:25
15:4 16:6

simply 19:24

sir 6:3,12 8:14,
16,18,20,22,24
9:3,6,13,19
15:6,9,24

sit 10:10 15:3
18:11

situation 18:21

sleep 20:5

sleeping 14:2,
13 16:7 17:14,
24 18:12 19:9,
10 24:16,18

snoring 13:24
14:2,15,18,22
15:8,10,14,20
16:3,19,23,24,
25 19:8 22:12

social 9:11

solemnly 6:4

something's
22:9

specially 20:1

specific 11:19
12:19 15:21

specifically
12:10 22:17

spend 8:23

staff 19:17
24:20

standard 24:8,
11

started 6:23
14:14

state 6:12
20:20 22:21
23:13,20

statement
9:22,25 10:3,9

station 11:25

stomach 16:16

stood 16:12

strike 15:12

stuff 11:21

sue 8:19

sued 8:17

suggested 8:9

suicide 11:20

summoned
22:8

supervisor
10:15

supposed
21:4

suspended
9:2

swear 6:4

symptom
14:22

symptoms
15:1,4

_____

T

talk 7:4

talking 10:1
13:8

technical 7:19

Ten 13:14

testified 19:13

testimony 6:5

things 23:24
24:25

thought 21:18

time 7:22,25
10:16 13:3,20

14:4,17 15:18,
23 16:1,17
18:23 19:7,12,
16 23:14 24:17

today 10:8,11
15:3 18:11
23:20

told 11:9 14:17,
21 17:23 20:4,9
21:8,14,15
22:9,14,19,23,
25

trained 14:20
17:13 18:22

training 7:19
14:25 15:4
18:25 19:2,5

transpired
25:11

trays 13:23

truth 6:6,7

Twitter 9:16

type 19:5 22:15

typically 14:5

_____

U

Uh-huh 7:3
12:6 18:16
20:17

Uh-uh 25:10

unconscious
17:9,15,24
18:9,13 19:10
20:7,13,19,20
21:5

unconsciousn
ess 12:21
22:16,21 23:21
24:16 25:6

understand
19:22 24:13

understanding
18:20 21:4
23:11 25:19

unresponsive

12:13 22:6
24:18

unusual 14:3

_____

V

verbal 9:17
19:17

vitals 24:22,24

_____

W

wake 17:4
18:14 20:6 22:4
24:16

walk 10:22
16:8

walked 15:15

watcher 10:14

watches 11:21

window 12:2

windows 12:4

Woods 8:6

work 6:19 8:12
21:14

worked 8:4
24:10

worth 23:10

wrong 21:11,
16,19 22:9

wrote 11:2

_____

Y

years 6:22 8:13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com