1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF KENTUCKY

3                      AT LOUISVILLE

4

5                    Electronically Filed

6

7   DANIELLA BLAINE, Administratrix      )
    of the Estate of KENNETH H. CROSS, II,)
8   Deceased                             )
                                         )
9                    Plaintiff           )
                                         )
10                                       )
    V.                                   )  Case No.
11                                       )  3:13-cv-427-S
                                         )
12  CORIZON, INC., ET AL.                )
                                         )
13                   Defendants          )
                                         )

14

15

16          DEPOSITION OF HAROLD RICKEY LEMON

17           TAKEN BY DEFENDANTS CORIZON, INC.,
       STEPHANIE KOHL, ADA DAUGHERTY, AND T.J. SLOAN
18

19              Jeffersonville, Indiana

20              September 19, 2014

21

22

23

24          MELISSA A. ENGLEMAN, R.P.R.
         2260 CORYDON NEW MIDDLETOWN ROAD
            CORYDON, INDIANA 47112
25              (502) 475-1435
           MELISSAAENGLEMAN@GMAIL.COM

1                          APPEARANCES

2

3          Mr. Gregory A. Belzley, of the law firm of Belzley
           Bathurst Attorneys, for Plaintiff Daniella Blaine,
4          Administratrix of the Estate of Kenneth H. Cross,
           II, Deceased.

5
           Mr. Matthew A. Piekarski, of the law firm of
6          Phillips Parker Orberson & Arnett, P.L.C., for
           Defendants Corizon, Inc., Stephanie Kohl, Ada
7          Daugherty, and T.J. Sloan.

8          Ms. Ellen Houston, of the law firm of Dressman
           Benzinger LaVelle, PSC, for Defendants Officer Chad
9          Tinnell and Officer Daniel McNamara.

10

11

12                            INDEX

13

14
     WITNESS:   HAROLD RICKEY LEMON

15

16

17   <u>EXAMINATION</u>                                    <u>PAGE</u>

     By Mr. Piekarski                                  3
18
     By Ms. Houston                                   52
19
     By Mr. Belzley                                   60
20

21

22

23

24

25

1        The deposition of HAROLD RICKEY LEMON, taken

2   pursuant to notice, on September 19, 2014, in the

3   Brizendine Law Office, LLC, 300 Missouri Avenue, Suite

4   200, Jeffersonville, Indiana, at approximately 3:15 p.m.,

5   said deposition being taken on oral examination to be

6   used in accordance with Kentucky Rules of Federal

7   Procedure.

8                          -  -  -

9        HAROLD RICKEY LEMON, the said witness, having first

10  been duly sworn, was examined and testified as follows:

11                        EXAMINATION

12  BY MR. PIEKARSKI:

13        Q.      What's your name?

14        A.      Harold Rickey Lemon, L-E-M-O-N.

15        Q.      Mr. Lemon, I'm Matt Piekarski.  I represent

16  Corizon and three nurses, Stephanie Kohl, Ada Daugherty,

17  and T.J. Sloan, in a lawsuit that's been filed by

18  Daniella Blaine.  She's the sister of Kenneth Cross, who

19  I believe was your friend, correct?

20        A.      Yes, yes, sir.

21        Q.      Okay.  I'm going to ask you some questions

22  today regarding Mr. Cross and some of the issues

23  surrounding what turned out to be his death.  Okay?

24        A.      Yeah.

25        Q.      I understand he was your friend, and I'm --

1     A.     Yes.

2     Q.     You're getting emotional already, and I'm

3  sorry for your loss.  All right?

4     A.     Yes, sir.

5     Q.     And today we're going to have to talk about

6  some issues that are -- that deal with Mr. Cross, and I

7  understand that's going to be emotional.

8     A.     Uh-hmm.

9     Q.     And I don't mean to pry, but that's what

10 this lawsuit is about.  So, it's my job --

11    A.     I understand.

12    Q.     -- to ask those questions.

13    A.     Yes, sir, I understand.

14    Q.     Have you ever given a deposition before?

15    A.     To two other officers.  A lady officer and

16 another guy officer had called me, well, called my

17 mama's phone number and asked if they could meet me at

18 Hardee's, and they wanted to try -- and then they

19 brought theirself out like they was Internal Affair

20 people, and I was like, well, okay, you know, sure, and

21 I met them, you know, in their SUV at the Hardee's, and

22 they asked me questions and stuff, because, well, I felt

23 like, well, because we're two white guys down there in

24 African-American town, a place called Portland, where

25 there's a lot of drug activity, when we went to leave, I

```
1   think they pulled us over, because then all of a sudden

2   after, you know -- and when them officers up there, I

3   told them, I said, "Well, I felt like they was

4   profiling, thinking we was over there trying to buy

5   dope, and I was trying to find the hospital," and then

6   that officer went to talking about dope and where we was

7   getting it and all that, and I said, "Sir, you know,

8   there ain't no dope going on.  I'm trying to find a

9   hospital," because I'm from Georgia, and I don't know my

10  way around this area, and Kenny just kept telling me to

11  go left, and I knew you go around the curve to get to

12  the hospital, and he kept saying left, and I thought,

13  well, you dummy, that's your right, and, so, then they

14  started talking about dope, and I just finally told

15  them, "Look, you know, we're here to talk about Kenny.

16  You're asking about dope.  You know, I got to end this.

17  Dope wasn't involved."

18       Q.       Okay.  Have you ever sat in a room full of

19  lawyers and had a lawyer ask you questions and called it

20  a deposition?

21       A.       I really can't remember if I have, but it

22  seems -- well, like, okay, now, that -- okay.  Now, them

23  two people is the only thing I can remember having a

24  talk-to about where they were tape recording.  I'm

25  thinking, well, ain't that a deposition or not, or are
```

1    they just prying?

2        Q.        I'm glad I don't have to answer questions

3    at this, because I don't know the answer.

4        A.        Okay.

5        Q.        But here's the deal:  Where I was getting

6    to is I'm going to give you some rules for what we're

7    going to do today.  All right?  I'm going to explain it

8    to you just a little bit so that will make this process

9    a little easier.

10       A.        Yes, sir.

11       Q.        I'm going to ask you questions, and I want

12   you to do the best to answer those questions and tell

13   the truth.  Okay?

14       A.        Yes, sir.

15       Q.        If you need a break at any time, let me

16   know, and we can take it.  This isn't an endurance

17   contest.  All right?

18       A.        Yes, sir.

19       Q.        Make sure you understand the questions that

20   I'm asking you, and it might be best if you just answer

21   the question I'm asking.

22       A.        Yes, sir.  Okay.

23       Q.        You may have -- I have the tendency to

24   wander and digress, and you may have a tendency --

25       A.        And I want to explain to the best of my

1    knowledge.

2        Q.        Yeah, but let's just answer the questions

3    that I ask you, and that might make this go a little

4    faster.

5        A.        Yes, yes, sir.

6        Q.        And, then, try to wait until I finish my

7    question before you answer.  Okay?

8        A.        Yes, sir.  Okay.  I got to make sure you're

9    finished.

10       Q.        No, that was good, because some of my

11   depositions tend to get conversational, like we have

12   been already at the start here, okay, and that's

13   natural, but let's try for our court reporter's sake to

14   have me finish, then you answer.  Okay?

15       A.        Yes, sir.

16       Q.        Okay.  If you don't know an answer to my

17   question, you can say I just -- you don't know.  All

18   right?  You don't have to guess.  Okay?

19       A.        Yes, sir.

20       Q.        All right.  Is there any reason why we

21   can't go forward with your deposition today?  Are you

22   like what I'm -- what I mean is are you under the

23   influence of any drugs or alcohol that is going to

24   impair your ability to give truthful testimony here

25   today?

1       A.      No, sir.

2       Q.      Have you done anything to prepare for your

3   deposition today?

4       A.      Like just know what, you know, I've already

5   told people, you know, what I know is, you know, what I

6   know.  It's not like, you know, I kept records and read

7   over them and all over and over.

8       Q.      Have you met with Mr. Belzley previously

9   and talked to him about this case?

10      A.      Who is that?

11      Q.      The guy sitting over there to your left.

12      A.      Oh.  I thought it was Gary.

13              MR. BELZLEY:  Greg.

14      A.      Oh, Greg.  Okay.  See there?  Yes, sir, we

15   have.

16      Q.      Okay.  And you guys just talked about what

17   we're probably getting ready to talk about today, right?

18      A.      Yes, sir.

19      Q.      Make sure you understand the question I'm

20   asking.  If you answer a question without asking me to

21   clarify and you didn't really understand, we might end

22   up with some confusing testimony or some testimony that

23   in effect is not the truth.  Okay?  So, I'm going to

24   probably ask you something you're not going to know what

25   I'm getting at.  Just ask me to restate the question to

1    clarify, ask me what I mean, and we'll try and get on

2    the same page.  All right?

3         A.      Yes, sir.

4         Q.      How long have you and Mr. Cross been

5    friends?

6         A.      Oh, about I'd say a good nine, ten years,

7    give or take a year, maybe.

8         Q.      How did you guys meet?

9         A.      I met him through my oldest brother, Dale

10   Lemon, but he passed away.

11        Q.      Sorry to hear that.  How did Dale pass

12   away?

13        A.      Cancer.

14        Q.      How did Dale know Kenny?

15        A.      Now, that, I don't have a clue how they had

16   met or anything.  We never really got into that

17   discussion.

18        Q.      How often did you and Mr. Cross speak?

19        A.      As far as like he would call every now and

20   then on the phone, but we was -- like every weekend he

21   was over at my house, NASCAR weekend, and we would watch

22   NASCAR together.

23        Q.      Did you guys do anything else other than

24   watch NASCAR together on the weekends?

25        A.      Well, honestly -- well, yeah, we'd buy beer

```
1    and just sit and drink beer and watch NASCAR.
2          Q.      Did you do anything else?
3          A.      No.
4          Q.      Okay.  Let me get some context here.  I
5    mean, how many --
6          A.      I mean, like -- excuse me.  Like what kind
7    of -- like anything else meaning in what way?
8          Q.      Would you guys go out to bars?
9          A.      Oh, no, sir.
10         Q.      Did you -- did you go to concerts?
11         A.      No, sir.
12         Q.      Did you do anything else other than --
13         A.      No.  Like I say, we just -- we might walk
14   down to the river, you know, when the race wasn't on.
15         Q.      That's what I'm talking about.
16         A.      Okay.
17         Q.      Anything else like that?
18         A.      No.  That's about it.
19         Q.      Did you guys play video games or anything
20   like that?
21         A.      No, sir.
22         Q.      Typical NASCAR race day how many beers
23   would you guys drink?
24         A.      Oh, well, let's see, he might have eight
25   and I have eight.  Well, we'd get two 30-packs for the
```

```
 1   Friday, Saturday, and Sunday.
 2        Q.        You guys watch the Nationwide and the
 3   Sprint?
 4        A.        The truck, the Busch, and the Winston Cup.
 5   Well, they don't call it that no more, but I was nine
 6   years old, and I was into it since then, so it's always
 7   going to be Busch and Winston Cup to me.
 8        Q.        How many races are there in a weekend?
 9        A.        Well, you got practice, and you got
10   qualifying, and you got the truck race Friday, and the
11   Busch race Saturday, and the Winston Cup Sunday.
12        Q.        Okay.  As you can tell, you might be out of
13   my realm.  I'm not really a NASCAR guy, so you'll have
14   to dumb it down for me.  Sorry.
15        A.        I'm just old.  I'm kidding.
16        Q.        Don't judge.  You guys go -- roll through
17   two 30-packs in a weekend?
18        A.        Yeah.  There would probably be 10 or 12
19   left over, you know, Monday morning.
20        Q.        And you guys -- would you do that all
21   NASCAR -- all race season?
22        A.        Yes.
23        Q.        Starting with Daytona?
24        A.        Exactly.
25        Q.        Ending with the --
```

```
 1        A.        In Florida.  Oh, heck.  Homestead.

 2        Q.        See, I'm not totally clueless.  I know they

 3   start in Daytona.

 4        A.        Okay, okay.

 5        Q.        Have you ever been married?

 6        A.        Yes, sir.

 7        Q.        How many times?

 8        A.        Twice.

 9        Q.        Are you currently married?

10        A.        No, sir.

11        Q.        Do you have any family, ex-wives, or close

12   friends, acquaintances who live in Kentucky?

13        A.        No, sir.

14        Q.        Do you have any kids?

15        A.        One.

16        Q.        Is he over -- he or she?

17        A.        Daughter, daughter.

18        Q.        Is she over 18?

19        A.        Yes.

20        Q.        What's her name?

21        A.        April.

22        Q.        April Lemon?

23        A.        April Marie Lemon.  Okay, the whole name.

24        Q.        Where does she live?

25        A.        Somewhere in Georgia.
```

1  Q.    You're from Georgia you said?

2  A.    Well, I was born in Kentucky, I think

3  Kentucky Baptist, and, well, my mom and dad got

4  separated back when I was like five or six years old.

5  My dad moved to Georgia, and, well, my mom started

6  having bad times so she gave custody to my dad because

7  he was doing well, and, so, he raised us in Georgia.

8  Q.    Okay.  What brought you here to southern

9  Indiana?

10  A.    My mother's age.

11  Q.    Is your mother still alive?

12  A.    Yes, sir.

13  Q.    Do you take care of her?

14  A.    Yes, sir, the best I can.

15  Q.    Good for you.  Do you live at her

16  residence?

17  A.    I live in the same apartment building.  She

18  lives in Apartment 4, and I live in Apartment 1, which

19  is about 40 feet away, our doors.

20  Q.    And where -- what's your address?

21  A.    319 Spring Street, Apartment 1,

22  Jeffersonville, Indiana, 47130, I believe.

23  Q.    I'm going to go back.  When you and

24  Mr. Cross would watch the NASCAR races on the weekend,

25  what day did it start?  What day would you guys start?

1      A.      Friday.

2      Q.      Friday.  And then Friday and then Saturday

3 and then the big race Sunday, right?

4      A.      Yes, sir.

5      Q.      Would he come over every weekend?

6      A.      He might miss one -- one, possibly maybe

7 two, but that's very seldom.  One weekend in a month,

8 you know, but he was usually there at least two or three

9 times a month on the weekends.

10      Q.      Okay.  Have you ever gone by any other

11 names other than Rickey Harold Lemon?

12      A.      No, sir.  It's Harold Rickey Lemon, not

13 Rickey Harold.

14      Q.      I'm sorry.  I apologize.

15      A.      That's all right.  Everybody can make a

16 mistake.  It ain't like, you know, you pulled a gun out

17 to show it to me and accidentally shot me.

18      Q.      Not yet.

19             MR. BELZLEY:  Big difference.

20             MR. PIEKARSKI:  Let's go off the record for

21 a second.

22             (At this point there was a discussion

23              off the record.)

24 BY MR. PIEKARSKI:

25      Q.      Did Mr. Cross ever live with you

```
 1    permanently?

 2          A.      No, sir.

 3          Q.      Mr. Cross lived with his mother, correct?

 4          A.      Yes, sir.

 5          Q.      He lived up in Henryville, correct?

 6          A.      Yes, sir, where the tornado hit.

 7          Q.      Did he ever live with anybody else, to your

 8    knowledge?

 9          A.      Not to my knowledge, no, sir.

10          Q.      Mr. Cross had one son, correct?

11          A.      Yeah.  They called him Little Kenny, I

12    think.

13          Q.      Were you aware of Mr. Cross having any

14    family or close relations in Kentucky?

15          A.      Not to my knowledge, no, sir.

16          Q.      I don't mean to pry, but I got to ask, have

17    you ever been convicted of a felony?

18          A.      Me?

19          Q.      Yes, sir.

20          A.      Yes, sir.

21          Q.      When was that?

22          A.      A couple times.

23          Q.      When was the first time?

24          A.      I think it was like in '81.

25          Q.      What was the charge?
```

```
 1        A.        I think it was DUI.

 2        Q.        Next one?

 3        A.        Maintaining a common nuisance.

 4        Q.        When was that?

 5        A.        Around I think like -- let's see.  Around

 6   2002 or '3, '4, something like that.

 7        Q.        Okay.  Any others?

 8        A.        Not to my knowledge.

 9        Q.        Do you have any charges currently pending

10   against you?

11        A.        No, sir.

12        Q.        The DUI in '81, it was a long time ago, but

13   was it alcohol or drugs?

14        A.        It was beer.

15        Q.        Are you currently working?

16        A.        No, sir.

17        Q.        How long have you been out of work?

18        A.        Since September 13th, 1988.

19        Q.        What happened on September 13, 1988?

20        A.        I was working for Atlanta Tree Service, and

21   I was cutting a top out of a pine tree about 90 feet up,

22   and when I cut the top out of it, the tree root system

23   and all came out of the ground and threw me out of the

24   top of it.  I was in a coma for six months and traction

25   for two years.  That's why I said a while ago I'm a
```

1    walking miracle.

2         Q.        We did get to it.  Okay.  Ever since then

3    you -- did you file a workers' compensation claim?

4         A.        Yes, sir.  He didn't have a nickle's worth

5    of insurance.

6         Q.        Since then you've been on Social Security

7    Disability?

8         A.        SSDI, because my dad -- five companies, he

9    made sure he pay -- he took all the taxes out and done

10   that extra SSDI stuff.

11        Q.        Mr. Cross, he was on Social Security

12   Disability, correct?

13        A.        I believe so, yeah.

14        Q.        What was that related to?

15        A.        I don't have a clue.  We never talked about

16   it, really.  I think it was because of seizures or

17   something.  I don't really -- I know he had seizures.

18        Q.        Did he tell you that?

19        A.        Yeah, he told me that, about his seizures.

20   So, you know, I'd always try to make sure, you know,

21   watch out for that.

22        Q.        What kind of seizures did --

23        A.        I don't know what they call them.

24        Q.        What kind did he say he had?

25        A.        I don't remember now what exact kind he

1   said.

2       Q.      Did you ever see him have a seizure?

3       A.      Yes, sir, that day.

4       Q.      The day of --

5       A.      Of the, uh-hmm, mishap.

6       Q.      That would be August 25th, 2012?

7       A.      Now, that date, I don't remember the exact

8   date.

9       Q.      I'm telling you.

10      A.      Oh, okay.

11      Q.      That was the day he passed away --

12      A.      Oh, okay.

13      Q.      -- just so you know, in case I reference

14  that going forward.  Okay?

15      A.      Okey-dokey.

16      Q.      You believe he had a seizure that day?

17      A.      Yes, sir.

18      Q.      Was it a grand mal seizure, the shakes?

19      A.      Yeah, he was kind of shaking and stuff, and

20  I said, well, I'm calling 911, because, actually, all

21  right -- is it all right to finish?

22      Q.      Go ahead.

23      A.      All right.  Thank you.  And, see, because

24  we rode up to the Liquor Land, and he was fine, and

25  we -- I went in to get me a 40-ounce beer.  Well, he

1  bought him I say a grape drink, and, you know, I thought

2  it was a grape drink.  I didn't know they had grape,

3  cherries and all that kind of beer, but it was a grape

4  beer.

5           When he opened it, he poured it in this big

6  cup, and I laid mine behind there, and he started doing

7  this little shaking stuff, and he said, "Rick, I'm

8  starting to have a seizure.  Take me to University of

9  Louisville," and I said, "Look, man, I'll take you up

10  here to Clark County.  It's quick."  "No.  I hate them

11  people.  They don't really treat you right."  I thought

12  well, okay, that's your opinion.  I figured, well, I can

13  get him over there.  He said, "No.  I got time, I got

14  time."  And finish how it happened?

15       Q.       (Nodding head.)

16       A.       All right.  And then we got on the

17  expressway on 65 south, and he kept going "No.  Take a

18  left.  Go left," and, you know, like getting off right

19  there on 64.  I'm like, yeah, I remember going around a

20  big curve to get to the hospital, and I'm like, okay, we

21  got to go down here by a store a light or two, and we

22  got to take a left, and then the hospital is right down

23  there.

24           Well, we kept going, and I'm like, well,

25  this don't seem right, and then all of a sudden down

1   there around 22nd Street I noticed, you know, like a

2   store.  You could see it kind of from the expressway,

3   and I said, "Oh, there's that store.  Yeah, it's left

4   over there."

5          So, we get off and went around the thing

6   and went by, and I went, "Now, wait a minute.  This is

7   one way.  You can't turn left here."  He said, "No.

8   Come on.  Go on up.  Go on up."  When we got up there

9   around Market, he said, "No.  Down there, down there.  I

10  said, "Throw a rock."  Yeah, right.  God bless him.

11         Q.        Go ahead.  Keep going.

12         A.        And we went -- we went on down past this

13  grocery store, and I noticed two tire stores, and I

14  thought, well, I'll pull in there, they'll tell me how

15  to get to the hospital.  Well, they was closed.  So, I

16  seen, you know, this door open, some guy go in this

17  store, and it was some kind of a barber shop or a hair

18  salon.  So, I went in there.  "How do I get back to

19  University of Louisville?"  The guy said, "Well, I can

20  call an ambulance."  I said, "Well, he said he's got

21  time.  He knows his seizures.  He's okay."  And he said,

22  well --

23         Q.        Let me slow you down.  How is Ken doing at

24  this time?

25         A.        He was doing all right.  He was talking

```
 1   and, you know, I mean, you know, coherent and just had
 2   started just little, small shakes.
 3         Q.      Which you thought was a seizure and he
 4   thought was a seizure?
 5         A.      Yes, sir.
 6         Q.      Okay.  Keep going.
 7         A.      And, so, the guy said, "Before an ambulance
 8   could get here through all these red lights and stuff,
 9   you could probably get him back on 64 and go up two red
10   lights and get off and get off and get off at
11   Jefferson," and, boom, it's like, yeah, that's the road
12   to get off that goes around off the expressway, that
13   curve, and you go up by the store and end up right down
14   there.  So, when I turned -- as soon as I turned back on
15   22nd off of Market, I was pulled over by a police
16   officer.
17         Q.      Okay.  Let's stop there.
18         A.      Yes, sir.  We ain't got that far.
19         Q.      You were rolling, and I'm not going to slow
20   you down because that was good.  That's good
21   information.
22         A.      Yes, sir.
23         Q.      So, during this time when you guys are --
24   first of all, Ken, while you were in the convenient
25   store getting a 40-ounce for yourself --
```

1        A.        Yes.

2        Q.        -- and a grape beer for him --

3        A.        He bought a grape beer.  I thought it was a

4     grape soda.

5        Q.        Okay.  Turned out it was a grape beer.

6        A.        It was a grape beer, yes, sir.

7        Q.        And while you're driving -- and then when

8     you get back in the car, that's when he had -- he

9     started shaking a little bit, right?

10       A.        Yeah, he had that little shake.

11       Q.        And he told you that he might be having a

12    seizure?

13       A.        Yes, sir.

14       Q.        You looked at him and said that seems about

15    right, looks like he's having a seizure, right?

16       A.        I've seen people have seizures, you know,

17    doing all that shaking.

18       Q.        And that's what you thought was wrong with

19    him at that point, right?

20       A.        Yes, sir.

21       Q.        He said to take him to U of L?

22       A.        Yes, sir.

23       Q.        Which is why you didn't go to the closest

24    hospital, which was here in Indiana, correct?

25       A.        Yes, sir.  He didn't like it.

1    Q.      Okay.  That's fine.  Came over the bridge,

2  got lost.

3    A.      Yes, sir.

4    Q.      Okay.  During that time he told you he had

5  time, but he was still exhibiting some signs of

6  seizures?

7    A.      Yes, sir.

8    Q.      Okay.  And during that time he didn't tell

9  you anything else was wrong with him, it was just

10  seizures?

11    A.      Yes, sir.  No, sir, he didn't tell me

12  nothing else, and, yes, sir, it appeared to be a

13  seizure.

14    Q.      All right.  And then you asked for

15  directions --

16    A.      Yes, sir.

17    Q.      -- over on 22nd Streetish, correct?

18    A.      Yes, sir.

19    Q.      Okay.  And then you were going to head back

20  on 64 to head back to -- back into downtown over to

21  U of L, correct?

22    A.      Yes, sir.

23    Q.      And at that time you got pulled over?

24    A.      Yes, sir.

25    Q.      Okay.  What happened when you got pulled

```
 1   over?

 2        A.       The police officer, he walked up, and he

 3   asked me for my driver's license.  I handed him my ID.

 4   He walks back, checks it out.  He comes back, and he

 5   said, "Well, do you-all want to step out of the car and

 6   have a seat on the curb?"  And we sat down on the curb,

 7   and he brought my ID.  He said, well, sir, you know,

 8   your license ain't suspended, you just don't have one.

 9        Q.       Okay.

10        A.       Okay.  And, so, he wrote me a ticket for

11   driving without a license, and then he asked Kenny for

12   his ID, and, you know, Kenny was, you know, still having

13   that little shaking move and stuff, and he gave the

14   officer his ID, and he went and checked on Kenny.  He

15   come back, and he said, "Mr. Cross, you need to stand up

16   and turn around and quit faking," because he was

17   shaking.  I said, "Sir, he needs to get to University

18   Hospital.  He's having a seizure," and he told him quit

19   faking, and I said -- he said, "We got nurses at the

20   jail," and I'm like, yeah, but they're not like, you

21   know -- they ain't going to be like a hospital with real

22   doctors, to me.  That's the way I feel.  You know, I

23   believe if they would have took him on to University,

24   Kenny would still be alive.

25        Q.       Okay.  Did the officers indicate to you why
```

```
 1   they pulled you over?

 2        A.       Said I didn't use my turn signal.

 3        Q.       Okay.  Do you have a driver's license?

 4        A.       No, sir.  That's why I know I used my turn

 5   signal.  I follow every law because -- and my mama, boy,

 6   she gets on me every time.  When we get in the car, boy,

 7   she gets all over me.

 8        Q.       Did they indicate why they were arresting

 9   Kenny?

10        A.       He had a misdemeanor warrant.  You know,

11   they didn't say what for.  He just said, "Well, you got

12   a misdemeanor warrant."

13        Q.       Okay.  And you told them that he needed to

14   go to the hospital --

15        A.       Yes, sir.

16        Q.       -- because he was having a seizure?

17        A.       Yes, sir.

18        Q.       They said what you said they said.  After

19   they took him -- after they took him, what did you do?

20        A.       The officer told me, he said, "Now, look, I

21   know you ain't got a driver's license.  I know it's your

22   mama's car."  He said, "I'm going to go two blocks down

23   and I'm going to take a right."  Well, first -- excuse

24   me.  May I go --

25        Q.       Please.
```

1      A.      Well, before they took Kenny off and he

2   told me that, they brought in a drug dog and went

3   through my car, and, well, they didn't find nothing, and

4   that police officer, he told me, he said, "Well, I'm

5   going to go down two blocks, and I'm going to take a

6   right, you know, to take Kenny on to jail."  He said, "I

7   can't tell you exactly what to do, but," he said, "in

8   about 20 or 30 minutes I'm going to come back here, and

9   I don't want to see this car sitting here."  So, as soon

10  as I seen that man take that right down that second

11  block, I got in that car and I took off straight to my

12  mama.  Oh, boy, that was -- I got in trouble, too, by

13  her.  She noticed her car was gone.

14       Q.      Okay.

15       A.      I'm going to stretch a little bit.

16       Q.      Sure.  Did you ever call the jail on

17  Kenny's behalf?

18       A.      No, sir.  It was like my best

19  recollection -- I don't remember if I called her or not,

20  but I know it was like 30 minutes after I got home I

21  remember her calling me, Ms. Margaret, Kenny's mama,

22  calling me and said, "Oh, Rick, I just got a call from

23  the Louisville jail, and they just said they went and

24  checked on Kenny and he was dead."

25       Q.      How long after you got home was that?

1    A.        About 30 minutes after I had been home from

2    22nd Street from when they took him.

3    Q.        How long after -- in your best guess, how

4    long after Kenny was taken to jail was that?

5    A.        I'd say about maybe 50 minutes, give or

6    take five or ten.

7    Q.        Okay.  So, the best you can recall, you

8    went straight home after Kenny got taken to jail.

9    A.        I know I went straight home.

10   Q.        You went straight home.

11   A.        Exactly.

12   Q.        The best you recall you got a call from

13   Kenny's mom --

14   A.        Yes.

15   Q.        -- right thereafter, 30 minutes after you

16   got home, and she said Kenny was dead?

17   A.        Yes, sir.

18   Q.        Okay.  Did you call Kenny's mom at any

19   point during the day, either after -- when you were

20   taking him to the hospital -- start with there, did you

21   call Kenny's mom when --

22   A.        I can't remember.

23   Q.        Do you have a cell phone?

24   A.        Yes, sir.

25   Q.        Is it the same one you had then?

1      A.      Yes, sir.

2      Q.      What's the number?  What's your phone

3  number?

4      A.      Sorry.  Let me call you and --

5              MR. PIEKARSKI:  Let's go off the record for

6  a second.

7              (At this point there was a discussion

8               off the record.)

9  BY MR. PIEKARSKI:

10     Q.      Mr. Lemon, I believe your phone number, we

11  just sorted out -- you just called me.  I believe your

12  phone number is (812) 207-4120, correct?

13     A.      I think that is right.  Now, you know, like

14  I said, with a little remembrance.

15     Q.      Okay.  I forget your answer to my original

16  question.  Did you call Kenny's mom at any point when

17  you guys were either fixing to go to the hospital or on

18  your way?

19     A.      I can't remember.  I can't remember that at

20  all if I did or I didn't or Kenny did or whatever.  I

21  don't remember that, because he said, you know, the way,

22  you know -- he kept assuring me that he had plenty of

23  time, he would be all right, it wasn't like he was going

24  to fall over dead.  I mean, if you've had them a lot of

25  times before, you know, then you know the situation.

1    Q.       Okay.  Let me back up.  What were you --

2  other than going to the convenient store to buy some

3  beer, what were you and Kenny doing that day?

4    A.       Sitting at the house waiting on NASCAR.

5    Q.       Okay.  Was that your plan for the

6  foreseeable future there?

7    A.       Yes, yes, sir, all weekend.  That's our

8  game plan, weekend game plan.

9    Q.       All right.  When it's not NASCAR season, do

10  you guys still get together?

11    A.       Well, yeah, like in the wintertime, yeah,

12  he would come by, you know, once or twice.

13    Q.       What did you guys do then?

14    A.       Stay out of the cold and drink cold beer,

15  stay warm.

16    Q.       Would you guys, you know, center your

17  weekend around any other sporting event or anything or

18  you guys sit around and --

19    A.       If some kind of sport was on, we would sit

20  and watch it, I reckon, you know.

21    Q.       Sure.  All right.  You didn't -- at any

22  time after Kenny was arrested, you didn't call the jail

23  and talk to any nursing staff or correctional officer on

24  Kenny's behalf, correct?

25    A.       No, sir.  I really didn't know how, you

```
 1   know.
 2        Q.        Were you concerned that Kenny was in danger
 3   medically at that point?
 4        A.        Well, as far as like I'm thinking, no, you
 5   know.  Like, well, all right, well, they get him down to
 6   jail, hopefully them nurses will see, you know, and
 7   they'll take him on to the hospital, you know.  Well,
 8   hope -- you know, my hope was, well, you know, the
 9   police supposed to be good guys, and, you know, they're
10   supposed to take care of the community, and they're
11   supposed to help people out.  So, you know, I was like,
12   well, okay, well, he'll get the help he needs.  Wrong
13   help.
14        Q.        Do you have any knowledge about what Kenny
15   may have told either the officers, correctional
16   officers, or nursing staff about --
17        A.        I was moving my neck.
18        Q.        -- what his medical issue was?
19        A.        I was waiting.  I was just moving my neck.
20   I wasn't, you know, trying to say yes or no.
21        Q.        That's all right.  Did you hear my
22   question?
23        A.        Yeah.  But, no, sir, I don't have any idea
24   what he said or anything about that.
25        Q.        Okay.  When you and the -- when the
```

1    officers and you were all around with -- it's a horrible

2    question.

3                  When the officers had you and Kenny on the

4    curb and were talking to you-all, did Kenny ever say

5    anything to the officers about what was wrong with him?

6         A.      I can't -- I don't think so.  I don't know

7    if he did or not.

8         Q.      You were doing the talking?

9         A.      Yes, sir.

10        Q.      Okay.  And you don't remember Kenny saying

11   anything?

12        A.      No, sir.

13        Q.      And you don't know what, if anything, he

14   said to anybody thereafter?

15        A.      No, sir.

16        Q.      Okay.  Other than the shakes that you

17   described earlier as kind of full body convulsions, but

18   not -- it doesn't sound like they were really all that

19   serious, because Kenny was still able to get out of the

20   car and sit on the curb, correct?

21        A.      Yes, sir.

22        Q.      So, he was still walking and talking,

23   right?

24        A.      Functional, yes, sir.

25        Q.      Yeah.  And other than the shaking, was he

```
 1   exhibiting any other alarming medical sign?
 2        A.      Nothing that I recognized, you know.
 3        Q.      Was he having any trouble staying awake,
 4   conscious?
 5        A.      He seemed like he was, you know, all right
 6   and coherent, you know.  He seemed to be, you know,
 7   coherent, you know.
 8        Q.      Okay.  He was -- whether he was directing
 9   you wrong or not, he was still having a cogent
10   conversation with you, correct, in the car?
11        A.      Now, what's that mean?
12        Q.      He was still having a conversation that
13   made some sense to you, correct?
14        A.      Oh, yes, sir.
15        Q.      Okay.  Do you have any medical training?
16        A.      Only with trees.
17        Q.      Tree doctor.
18        A.      I'm a tree surgeon.  I've been told by the
19   best police officer in the world, Sheriff Earl D. Lee of
20   Douglas County, Georgia, always be honest.  So, you
21   asked me.  Well, yeah, only with trees.
22        Q.      No, that's great.  Not with people.
23        A.      No, sir.
24        Q.      Were you aware that Kenny ever filed any
25   civil lawsuits?
```

1      A.       No, sir.

2      Q.       Did Kenny -- you said he was on Social

3  Security Disability, but you didn't know why, right?

4      A.       Correct.

5      Q.       You and Kenny never really talked about his

6  medical history?

7      A.       No, sir.

8      Q.       Did he ever tell you that he was

9  experiencing any pain?

10     A.       Not to my knowledge.

11     Q.       Did he ever talk to you about any of his

12  mental or physical ailments?

13     A.       No, sir.  I mean, you know, it was like,

14  well, I mean, I seem a little off too at times, and, you

15  know, he seemed like, well, he was just being -- you

16  know, had a little nuttiness in him just being, you

17  know, like me, funny type.

18     Q.       But you don't know any of his medical

19  diagnoses, whether they be mental or physical?

20     A.       No, sir.

21     Q.       You guys didn't talk about that stuff?

22     A.       No, sir.  He just seemed like a, you know,

23  regular old guy that I knowed all my life or something,

24  you know, somebody --

25     Q.       I totally understand.  Did Kenny ever have

1   any long-time girlfriends or anything like that when you

2   knew him?

3           A.      I really -- I really don't know.  I know --

4   I mean, we had talked about where, you know, in the past

5   or something where -- I can't remember her name, but

6   about a certain girl or a girlfriend he might have had

7   or something, but we didn't get into no big details

8   about it.

9           Q.      Okay.  And you weren't aware that he had

10  any kind of romantic involvements --

11          A.      No, sir.

12          Q.      -- long time with any women while you guys

13  were friends, right?

14          A.      No, sir.

15          Q.      Other than you, did you guys have any other

16  friends, or did Kenny have any other friends that you

17  knew of?

18          A.      Not -- not that I knew of.  I just know it

19  seemed like he knowed everybody in Clark County or the

20  state of Indiana, and I never had -- he never come upon

21  somebody like he didn't know, you know.

22          Q.      Whether he knew them or not?

23          A.      Really.  He was always friendly to

24  everybody.

25          Q.      Right, right, right.  Friendly guy, right?

```
 1        A.       Yes, sir.

 2        Q.       Do you know anything about Kenny's

 3   educational background?

 4        A.       No, sir.

 5        Q.       Know anything about his work history?

 6        A.       No, sir.  He seemed to me like he was a

 7   pretty smart feller.

 8        Q.       You didn't know that -- did you know if he

 9   worked?

10        A.       I don't think he did.

11        Q.       The whole time you knew him --

12        A.       Yes, sir.

13        Q.       -- he didn't work?

14        A.       No, sir.

15        Q.       Okay.  Did you know anything about his work

16   history, like a job he maybe had?

17        A.       No, sir.

18        Q.       Okay.  Other than spending the time with

19   you on the weekends watching NASCAR or just drinking

20   beer, do you know what else he liked to do on a daily

21   basis?

22        A.       Just go here and there.  You know, it was

23   like -- it was like he just couldn't stay still for a

24   minute.  He always had to be on the move, like I say,

25   meeting everybody, you know.
```

1        Q.        Okay.  Your impression was that he was out

2    and about outside the house a lot?

3        A.        Oh, yes, sir.

4        Q.        Did he ever hang out in Louisville?

5        A.        I don't really know, but I don't think so,

6    I mean, but I can't say for sure.

7        Q.        Did Kenny ever have any issues with using

8    drugs?

9        A.        Not to my knowledge.

10        Q.        Did Kenny ever use drugs in your presence?

11        A.        No, sir.  He knows better.

12        Q.        Did you chew him out for that?

13        A.        Well, he knowed the deal right off the bat,

14    you know.  If you want to mess with any kind of dope,

15    just go on somewhere else now.

16        Q.        Did you ever know Kenny to abuse any of his

17    prescription pain medication?

18        A.        To tell you the truth, I didn't know he was

19    on pain medication.

20        Q.        How about other prescription medication?

21        A.        The only thing I knowed that he said he had

22    to take was some kind of seizure medication.  I can't

23    remember what it was called.  He said, yeah, that's for

24    seizures.

25        Q.        Did you ever know him to take too much of

1    his medication?

2        A.      No, sir.  I mean, never really seen him

3    take medicine.

4        Q.      Okay.  Never saw him take medicine?

5        A.      I've never seen him take medicine.  I mean,

6    I've never seen him even take them seizure medicines.

7    He's like, well, they're for my seizures.

8        Q.      You never saw him take medication at any

9    point?

10       A.      I never seen him take any, and that's the

11   God's honest truth.  I never seen him take any kind of

12   medication or any kind of dope.

13       Q.      Do you know anything about Kenny's like

14   accident history, like motor vehicle accidents, other

15   accidents or injuries?  Do you know anything about that?

16       A.      I don't remember.  I don't know if I -- I

17   can't remember if we ever talked about it or not.  I do

18   not remember.

19       Q.      Okay.  Do you know anything about his past

20   hospitalizations or surgeries, anything like that?

21       A.      No, sir, I can't -- you know, don't

22   remember it.  Like I say, there's a possibility we could

23   have talked about it, but it's just something that

24   slipped my mind.

25       Q.      That's fine.  If you don't remember, "I

```
 1   don't remember" is a good answer.  Okay?
 2        A.      Yes, sir.
 3        Q.      Was Kenny a smoker?
 4        A.      Cigarettes.  Let's see.  I can't -- heck, I
 5   can't remember if he did or not, and that's -- wait a
 6   minute.  Now, that is bugging me.  I can't remember if
 7   he did or not.  I can say, well, I think he did, but I
 8   can't think if he did.  Dang.  Now, that's getting
 9   weird.
10        Q.      That's all right.
11        A.      The stuff I knowed -- you know, like I say,
12   we hung out on the weekends, I should know whether he
13   smoked or not.  That should be the simplest thing to
14   answer yes or no.  That's going to bug the heck out of
15   me, did he smoke or didn't he smoke?
16        Q.      If you think of it, if it occurs to you,
17   I'm sure you'll stop me and let me know.
18        A.      I'm sorry.
19        Q.      That's all right.  Other than seizure
20   medication, you weren't really aware of what his
21   medication regimen was or what he was taking and what he
22   wasn't taking?
23        A.      No, sir, I have no idea, really.
24        Q.      Do you know if he had ever been treated for
25   any kind of substance abuse, alcohol, or drugs?
```

1      A.      No, sir, not to my knowledge.  I mean, that

2  was something that never came up to my best knowledge.

3      Q.      Okay.  What about physical impairments, did

4  Kenny walk with a limp?

5      A.      Yeah, he had a weird walk, you know, like

6  where he -- his back always hurting or something, hip.

7      Q.      To your knowledge, he had either -- he had

8  back and hip pain or back or hip pain?

9      A.      Yeah, I know he had.

10      Q.      One or the other or both?

11      A.      One or the other or both he could have.  I

12  can't -- like I say, I don't really know which one, or

13  it could have been all of it.

14      Q.      Other than walking with a limp, did he have

15  any other physical impairments that you're aware of?

16      A.      Not that I can recollect.

17      Q.      Okay.  Did he have any mental impairments

18  that you were aware of?

19      A.      He was a little crazy in certain ways, you

20  know, like.

21      Q.      Like how?

22      A.      Stuff he would say.  You know, it's like

23  it's hard to remember.  It's hard to put a finger on it,

24  but it would be silly-type ways, you know.

25      Q.      Okay.  Do you know if he had any kind of

1    anxiety or depression or bipolar issues?

2         A.      Seems to remember I think, yeah, we had

3    talked, because I have bipolar, and I think, yeah, he

4    was talking about -- yeah, I think I remember him

5    saying, yeah, that he had bipolar.

6         Q.      Okay.  Are you on any medication?

7         A.      Uh-hmm.

8         Q.      What are you on?

9         A.      Remeron for bipolar and Lunesta for my

10   sleep apnea.

11        Q.      Anything else?

12        A.      No.  No, sir.  Excuse me.

13        Q.      That's fine.  Do you know if Kenny was

14   taking anything related to his bipolar condition, if he

15   had it?

16        A.      And if I remember correctly, I'm thinking I

17   think he said he had Depakote, because I was on

18   Depakote, but it made me hallucinate, and I had to get

19   my doctor to get me off that stuff, so they put me on

20   Remeron.

21        Q.      Depakote is a seizure medication as well,

22   isn't it?

23        A.      Oh.  I don't have a clue.  I know it's for

24   bipolar.

25        Q.      So, your understanding was he took that for

his bipolar?

A.        Yeah, he took that for bipolar, yeah, but, like I say, I never seen him take any of it.  You know, he would have, you know, a couple of seizure medicine pills.  Even his mom said, you know, if he needs it, make sure he takes his seizure medicine.  Well, I never even seen him take that.  He's like, well, if I need it, I'll take it.

Q.        Did he ever talk about taking -- I know you never saw him take too much medication or you never saw him take any medication.

A.        No, I never saw.

Q.        Did he ever talk about taking medication that wasn't his?

A.        No, sir.

Q.        Did he ever talk about taking too much medication that was his?

A.        No, sir.

Q.        Do you know anything about his criminal history, Kenny's criminal history?

A.        No, sir.  I mean, as far as I know, I mean, I wouldn't think, you know, after meeting him he would have -- you know, be a criminal-type person.

Q.        But did you ever know that he had been incarcerated at any point?

1   A.      Yes.  I know he was in Clark County Jail.

2   Q.      For how long?

3   A.      Now, I don't know that.

4   Q.      For what?

5   A.      I don't have a clue.

6   Q.      When?

7   A.      I don't know.  You'd have to look the

8   record up at the Clark County Jail.

9   Q.      Sure.  Other than being in Clark County

10  Jail, are you aware of any other run-ins he had with the

11  law?

12  A.      No, sir.

13  Q.      Other than the one you were witness to --

14  A.      That -- just that one over there where that

15  police took him for a misdemeanor warrant.

16  Q.      Bench warrant.

17  A.      Yeah, that word.  And that's the only time.

18  Q.      Okay.  You don't have any knowledge of any

19  of his charges for theft or anytime he was arrested for

20  any kind of drug-related offenses?

21  A.      I don't have any knowledge of any of his

22  criminal history.

23  Q.      That's fine.

24  A.      That covers it all.

25  Q.      Then, we'll move on.

1    A.        All right.  Oh, boy.

2    Q.        Do you want to take a break?

3    A.        I'm fine.

4    Q.        This is actually a good time to take a

5 break if you want to.  We've been rolling through your

6 deposition, so why don't we take a quick break.  I got

7 to find out what on this sheet -- I think we've already

8 been through most of it.

9              (At this point a brief recess was taken

10                whereupon the deposition resumed.)

11                         -   -   -

12                   EXAMINATION

13 BY MR. PIEKARSKI (CONTINUING):

14    Q.        I don't have that many more questions --

15    A.        Okay.

16    Q.        -- but I do have some more.

17    A.        Okay.

18    Q.        What time did Kenny come over on that

19 Saturday, or did he come over on the Friday before?

20    A.        I can't remember if it was Friday or

21 Saturday.  It might have been Friday.  His mama would

22 drop him off.  I can't remember if it was like later in

23 the afternoon or, you know, like morning time.

24    Q.        On Friday?

25    A.        On Friday.  I think it was Friday.  I know

1    it would usually be the Friday.

2        Q.       Did he stay Friday night, then, at your

3    house?

4        A.       Yeah, he would spend the night Friday,

5    Saturday, and his mom would pick him up like Monday

6    morning.

7        Q.       Sure.  And then on Saturday when you guys

8    went to the convenient store had you run out of beer, or

9    were you just looking for something special?

10       A.       Well, I went up there, and I was going to

11   get that big quart, and I wasn't thinking.  See, I

12   hadn't got my racing beer yet, and, so, I thought -- and

13   I got me a quart.  I wasn't thinking about the beer.

14               When I started noticing that, you know, I'm

15   like, oh, dang, I forgot to get my -- no, I think I did

16   have a 30- pack.  I think I already did and -- I don't

17   know why I got that.  I don't know why I got the quart,

18   to tell you the truth, but I think I did already have a

19   30-pack for the race, and I thought, well, I'm going to

20   go ahead and get me another quart, and I'll drink that

21   until, you know, this, that, and the other.

22       Q.       All right.  On a typical weekend when you

23   guys got the two 30-packs, would you drink about evenly,

24   you and Kenny, or did you drink more and he drink less

25   or he drank more and you drank less?

```
 1        A.        I think I drank a little more than him.

 2        Q.        Like a couple more?

 3        A.        Yeah, a couple, two or three more.  That's

 4   easy to say.  I like my beer taste.

 5        Q.        When you guys were in the car on your way

 6   to Louisville trying to get to the hospital, was Kenny

 7   drinking his drink that he had, the grape what turned

 8   out to be beer?

 9        A.        Yes, sir.  He poured it in the cup, and, if

10   I may, see, I didn't realize it was a beer, a grape

11   beer, until I got back home, because the can was in the

12   car, and I went to take it out, and I went beer, you

13   know?

14        Q.        Okay.  But still he was able to drink his

15   beverage?

16        A.        Oh, yes.  Even the police smelled it and

17   gave it back to him sitting there on the curb, and I

18   thought, well, it must be a grape drink.

19        Q.        So, they gave him the drink to have on the

20   curb while you were waiting?

21        A.        Yes, yes, sir.  And I --

22        Q.        Did they not think it was beer -- or do you

23   know if they knew it was beer?

24        A.        I don't think.  Like I say, the police

25   smelled it, you know, and, like I say, I could smell
```

1    grape, so I guess he thought it might have been a grape

2    drink.  I never seen a flavored beer.

3         Q.      Sure.  You didn't know it was a beer --

4         A.      No, sir.

5         Q.      -- until later?

6         A.      Uh-hmm.

7         Q.      But Kenny was still able to drink it --

8         A.      Oh, yes, sir.

9         Q.      -- in the process of trying to get to the

10   hospital?

11        A.      Yes, sir, because I wasn't thinking -- now,

12   you know, I was like, well, I know it ain't a beer.  You

13   know, heck, if I'm taking him to the hospital, I know he

14   ain't going to be drinking a beer, surely.

15        Q.      But he was.

16        A.      Yeah.  But, like I say, I didn't know that

17   until I got back home and throwed the can out.

18        Q.      Do you know what, if anything, Kenny said

19   to the correctional officers or medical providers at the

20   jail?

21        A.      No, sir.  I was nowhere around that to hear

22   anything.

23        Q.      And you haven't learned anything since

24   then?

25        A.      No, sir.

1          Q.          Do you know what, if anything, anyone other

2     than you said to either the correctional officers or the

3     nursing personnel at the jail on Kenny's behalf or about

4     Kenny?

5          A.          I have no idea.

6          Q.          No idea?

7          A.          No.

8          Q.          No conversations between anyone regarding

9     Kenny while he was at the jail, right?

10         A.          Sir, I wasn't -- all I can say -- see, I

11    wasn't at the jail or nothing, so I wouldn't have any

12    idea who said anything to what.

13         Q.          Right.  And you haven't learned from any

14    other source what went on, right?

15         A.          No, sir.

16         Q.          And you don't know what Kenny was acting

17    like at the jail, right?

18         A.          No, sir.

19         Q.          You haven't found that out from any other

20    source, have you?

21         A.          No, sir.

22         Q.          You don't have any knowledge of any

23    communications between the arresting officers and the

24    medical staff, correct?

25         A.          No, sir.

1      Q.      Do you have any knowledge of the

2   communications between the arresting officers and the

3   correctional officers?

4      A.      No, sir.

5      Q.      Okay.  Do you know why Kenny died?

6      A.      I think when him and that other man that

7   day I come up here and talked with you-all, I think they

8   told me, but I don't remember.  What was it you-all told

9   me?  Okay.  Well --

10     Q.      Sitting here today, do you know why Kenny

11  died?

12     A.      No, sir.  I'm thinking, well, because maybe

13  they wasn't getting him to the hospital and he died of a

14  seizure or something.

15     Q.      You think he died of a seizure?

16     A.      Yes, sir.

17     Q.      Have you reviewed the autopsy or toxicology

18  on Kenny?

19     A.      No, sir.

20     Q.      Have you reviewed any documents whatsoever

21  regarding Kenny?

22     A.      No, sir.

23     Q.      I think you said you don't really have any

24  information about Kenny and his condition at the jail,

25  right?

1        A.        No, sir, none at all.

2        Q.        I'm guessing from the conversations you had

3    with Kenny and just your experience with this situation

4    that you don't have -- there's no indication to you that

5    Kenny was trying to commit suicide or anything of the

6    like, right?

7        A.        No, sir.  I wouldn't see that in him.

8        Q.        Do you know Stephanie Kohl, Ada Daugherty,

9    or T.J. Sloan?

10       A.        No, sir.

11       Q.        They're the nurses I represent over at the

12   jail.

13       A.        Oh, okay.

14       Q.        You don't know any of those nurses?

15       A.        No, sir.

16       Q.        Do you have any knowledge of any of the

17   facts regarding the medical treatment Kenny received at

18   the jail?

19       A.        No, sir, none at all.

20       Q.        Have you spoke with any medical

21   professional regarding Kenny's treatment at the jail?

22       A.        No, sir.

23       Q.        And you're not aware of any medical

24   professional criticizing the Corizon nurses for their

25   care and treatment of Kenny, correct?

1      A.      Now, say that in a way I can understand it.

2      Q.      You're not aware that anyone criticized the

3  nurses --

4      A.      What is criticize?  You mean talk bad about

5  them?

6      Q.      Talk bad about them about their care and

7  treatment of Kenny over at the jail.

8      A.      No, no, sir.

9      Q.      Never heard -- have you heard anybody say

10  that?

11      A.      I ain't never heard nobody say nothing

12  about them.  I mean, I don't know them.

13      Q.      Other than you, did anybody else interact

14  with Kenny in your presence other than the arresting

15  officers on the day that Kenny died?

16      A.      Well, once they took him off, that's the

17  last time I seen him.  I wouldn't know who he was with

18  or anybody else.

19      Q.      Was anyone else at your house --

20      A.      Oh, no, sir.

21      Q.      -- with you-all the day -- during the day

22  before you-all went to the convenient store?

23      A.      No, sir.

24      Q.      Just you and him?

25      A.      Just me and Kenny.

1      Q.      Do you know anyone who might have relevant

2    information regarding this lawsuit other than yourself,

3    Kenny's mom, and Kenny's sister?

4      A.      Now, explain all that again about --

5      Q.      Yeah.  Anybody else Kenny was close to

6    other than you, his mom --

7      A.      Not to my knowledge.  I know, you know --

8    he didn't talk about people a lot.  I know we would just

9    walk out on the street, it was like he knew everybody,

10   which he did know a lot of people.

11     Q.      I'm just trying -- you know, you're a

12   potential witness in this case because you were with

13   Kenny on the day, and you're friends with Kenny, right?

14     A.      Yes, sir.

15     Q.      I'm just trying to -- is there anybody else

16   like you who was a part of Kenny's life who might

17   have --

18     A.      Not to my knowledge, that, you know, he

19   hung out with and really enjoyed, you know.

20     Q.      That's all the questions I have for you

21   right now, but I am going to pass you off.

22     A.      Okay.  Pass me off?

23            MS. HOUSTON:  I'm going to ask you

24   questions.

25            MR. PIEKARSKI:  Ms. Houston is going to ask

1    you questions.

2                          -   -   -

3                        EXAMINATION

4    BY MS. HOUSTON:

5         Q.        Mr. Lemon, my name is Ellie Houston.   I

6    represent Officers Tinnell and McNamara, and they were

7    the two officers that were present that night, the night

8    we've been talking about.

9         A.        Okay.

10        Q.        Did you know them before?

11        A.        No, no, ma'am.

12        Q.        Okay.  So, you -- and have you seen them

13   since?

14        A.        Not to my knowledge.

15        Q.        And the only time you actually spoke to

16   these two officers is that night?

17        A.        Yes, sir (sic), to my best recollection.   I

18   mean, I don't know if -- I mean, to tell you the truth,

19   I don't know if I would know -- remember what they

20   looked like if they was sitting right here in the room.

21        Q.        That was my next question.  So, you don't

22   know what they looked like?

23        A.        No, I can't remember.

24        Q.        Okay.  And, so, you -- and the only thing

25   you really recall telling them as far as -- well, strike

1    that.

2                    You testified that you told the cops you

3    thought Kenny was having a seizure, correct?

4        A.        Yes, ma'am.

5        Q.        Okay.  And that's the only thing you told

6    them.  Did you tell them anything else about Kenny's

7    condition?

8        A.        That's the best I knew.

9        Q.        Did you give them any other reason for you

10   taking Kenny to the hospital other than him having a

11   seizure?

12       A.        That was the only thing I thought I was

13   taking him to the hospital for.

14       Q.        And that was the only thing you thought of?

15       A.        Yes, ma'am, that's all I thought I was

16   taking him for.

17       Q.        Okay.  I'm just going to look through my

18   notes, so if there's a pause that's why.  I'm just kind

19   of looking through here.

20                    The only thing that you observed personally

21   Kenny doing that made you think he had a seizure was a

22   slight head-bobbing?

23       A.        And he would shake.  You know, he had a

24   little shaky -- you know, a little shaking going on.

25       Q.        Just a little shaking going on.  Was it

 1   throughout his entire body, or was it just his arms?

 2        A.      You know, it was just like around his top

 3   area, you know, like he was having like a cold chill.

 4        Q.      Okay.  So, it was like he kind of had a

 5   cold chill?

 6        A.      Some kind of cold chill, yeah.

 7        Q.      And when is the first time you observed his

 8   behavior that looked like he was having a cold chill?

 9        A.      As soon as we got back in the car from

10   Liquor Land.

11        Q.      Oh, okay.  So, on the ride over there

12   everything was fine to Liquor Land?  Everything was

13   fine?

14        A.      Yes, yes, ma'am.

15        Q.      And then the two of you went into Liquor

16   Land, and he bought his grape beer, and you bought your

17   beer, correct?

18        A.      Yes, ma'am.

19        Q.      And then you came out, and then you both

20   got in the car, and is that when you first noticed this

21   cold chill?

22        A.      Well, first, I -- he had poured his beer in

23   this big cup and put a top on it, and I think he had a

24   straw in it, you know, and then he started doing this

25   (indicating), and he said, "Oh, Rick, take me over to

1    University.  I think I'm having a seizure.  This is the

2    way they start" or something, and, you know, it looked

3    like he was going brrr, like cold chills and moving, you

4    know.

5         Q.      But he was conscious the entire time?

6         A.      Yes, ma'am.

7         Q.      And he was talking to you?

8         A.      Yes, ma'am.

9         Q.      And he understood you?

10        A.      Yes, ma'am.

11        Q.      And he made sense to you?

12        A.      Well, yes, ma'am.

13        Q.      And I think you said you couldn't recall if

14   you had already purchased your 30-pack of beer yet or

15   not, right?

16        A.      I couldn't remember.  I'm like -- you know,

17   like I say, I have that type of problem too with my head

18   injuries.

19        Q.      I understand.  And Liquor Land -- was it

20   Liquor Land?  Is that what it is?

21        A.      Yes, ma'am.

22        Q.      Where is that?

23        A.      Right across on the other side of the

24   expressway, right across from Thorntons store.

25        Q.      So, how far is it from your apartment where

1    you were living?

2         A.        I'm about three blocks away, four blocks.

3         Q.        So, instead of walking, you decided to

4    drive?

5         A.        Yes, ma'am.  And I think that's why I

6    drove, I was going to get the 30-pack, and I'm thinking,

7    well -- now you-all really got me thinking, dang it, you

8    know, I might have drove the car up there so I didn't

9    have to carry a 30-pack.

10        Q.        That makes sense.

11        A.        And made me like, well -- like, well, why

12   did I only get a quart?  But that's my weird memory.

13             MS. HOUSTON:  If we could just go off the

14   record for about five minutes, that would be a little

15   more efficient.  Thank you.

16             (At this point a brief recess was taken

17              whereupon the deposition resumed.)

18                      -   -   -

19                    EXAMINATION

20   BY MS. HOUSTON (CONTINUING):

21        Q.        Have you told me everything that you recall

22   about that incident that night?

23        A.        Say that --

24        Q.        Have we discussed everything that you

25   remember about that night when you were pulled over?

1      A.      What do you mean have we discussed?

2      Q.      Today at your deposition.

3      A.      Oh.  What you just asked me?  Well, we

4 just -- whatever we just talked about, we just talked

5 about.

6      Q.      Right.  But everything that -- when you

7 answered his questions and my questions, I mean, is

8 there anything else that you remember about that night

9 that you haven't told us?

10     A.      No, ma'am.  I mean, the best to my

11 knowledge, you know, give the best truthful testimony.

12 Like I say, you know, I tell the truth to the police,

13 and, you know, even if you have to tell against the

14 police, I don't like doing that, because then they want

15 to get even with you, you know.  I hate that.  Because

16 I'm telling you, the greatest guy I know, Sheriff Earl

17 D. Lee of Douglas County, I was friends with him, and he

18 always told me, you know, he said, boy, always be honest

19 with the police, and they'll -- you'll get a lot better

20 help, and like, you know, I get in trouble in Douglas

21 County or something, I tell the truth, go on and say

22 guilty.  Ain't no sense in spending all that kind of

23 money.  Heck, I done it.  All right?  All right, Your

24 Honor.  Mr. Lemon just deserves like three months.

25 Well, he let me be a trustee.  Go home on the weekend,

1    he let his trustee.  All right, I'm guilty.

2         Q.        Mr. Lemon, have you ever spent any time in

3    jail?

4         A.        Yes, I've been in jail before.

5         Q.        Okay.  What for?

6         A.        Let's see.  For DUI, and for that common

7    nuisance and, oh, fighting.  I've been in fights before.

8         Q.        You've been in fights.  Okay.

9         A.        Like shocking.  I'm sorry.  You go, like

10   you've been in fights.

11        Q.        That's okay.  No.  You were previously

12   asked if you had ever been convicted of a felony, so let

13   me define it for you.  A felony by law is something

14   that's punishable by a year or more in jail or prison.

15   Have you spent a year or more?  Do you recall?

16        A.        I don't think I've ever spent over six

17   months in jail.

18        Q.        Okay.  But do you know if that was because

19   you were released early before you --

20        A.        Well, because -- well, my honesty and like,

21   see, like, you know, like I would get -- like if they

22   give me like six months, I don't think I've ever been

23   sentenced over six months.

24        Q.        Okay.  So, you don't recall being sentenced

25   for a year, but then --

1     A.        No, ma'am.

2     Q.        -- getting let out early?

3     A.        Oh, yes.  You know, like Earl Lee or, well,

4   even Clark County, they give you two for one, but Earl

5   Lee, if you was trustee, you got two for one.  You know,

6   like if you done all right, like I say, if you had six

7   months, you had to do three months, you done all right.

8   Heck, you know, in a month's time, you know, because of

9   your honesty and stuff, he says, oh, you can go on and

10  give him time served, send him on home, he's done fine.

11    Q.        Now, did you lose your license because of

12  multiple DUIs?

13    A.        I think I had two.

14    Q.        And do you think that's why you lost your

15  license?

16    A.        Oh, yes, ma'am.

17    Q.        And is there any chance --

18    A.        No.  They took -- I'm sorry.

19    Q.        No.  Go ahead.

20    A.        I remember the judge took them for ten

21  years.

22    Q.        So, you lost your license for ten years?

23    A.        Yes.

24    Q.        And you understand that every time you

25  drive without a license that you're breaking the law?

1    You understand that?

2         A.        Yes, ma'am.  And I ain't like them people

3    that say, yeah, it's only against the law if you get

4    caught.  Well, I know it is, and, Lord, my mama, it

5    would kill her.

6         Q.        I understand.  I don't have any other

7    questions.  Thank you.

8         A.        Okay.  You're welcome.

9              MR. PIEKARSKI:  We're good.

10                      -  -  -

11                   EXAMINATION

12   BY MR. BELZLEY:

13        Q.        Mr. Lemon, let me ask you a few questions.

14   That night you were with Kenny that we've been talking

15   about, based on what you were seeing, did you believe

16   that whatever was wrong with Kenny was sufficiently

17   serious that he needed to go to the hospital?

18        A.        Well, in a way, because he said, "Yeah,

19   take me on over there.  I'm starting to have a seizure."

20        Q.        And after you-all were stopped by the

21   police, did you tell the police you had been -- that you

22   were taking Kenny to the hospital?

23        A.        Yes, sir.

24        Q.        And did you tell them that you believed he

25   needed to go to the hospital?

```
 1          A.        Yes, sir.

 2          Q.        You said at one point that one of the

 3   police officers told Kenny to quit faking it.

 4          A.        Yes, sir, because he was shaking.

 5          Q.        Okay.  That's what I was going to ask you.

 6   What was Kenny doing that it was your impression the

 7   officer was telling him to quit?

 8          A.        Because of his shaking and stuff and me

 9   telling him we need to get him to the hospital because

10   I'm pretty sure he's having a seizure, and the next

11   thing he's like, oh, quit faking.

12          Q.        Was the shaking that you observed when the

13   officer told Kenny to quit faking, was that the same

14   degree, severity of shaking that you had seen

15   previously?

16          A.        Yes, sir.

17                    MR. BELZLEY:  No further questions.

18                    MR. PIEKARSKI:  I'm good.

19                    MS. HOUSTON:  I'm good.

20                    (Deposition concluded at 4:25 p.m.)

21

22

23

24

25
```

```
 1   STATE OF INDIANA   :

 2                      : SS

 3   COUNTY OF HARRISON :

 4              I, Melissa A. Engleman, a Notary Public in

 5   and for the state and county aforesaid, hereby certify

 6   that the foregoing is a true, correct, and complete

 7   transcript of the proceedings taken at the time and

 8   place set forth in the caption hereof; that the witness

 9   was first duly sworn before giving said testimony; that

10   the appearances were as set out in the caption hereof;

11   that all of the testimony, objections, and remarks of

12   counsel made at the time of the taking of the testimony

13   are contained herein; and that the testimony was taken

14   down by me in stenotypy and thereafter transcribed under

15   my direction.

16              Given under my hand as reporter aforesaid

17   this 26th day of September 2014.

18              My commission expires January 9, 2017.

19

20              _____

21              Melissa A. Engleman, Notary Public

22

23

24

25
```

**'**

**'81** [2] - 15:24, 16:12

**1**

**1** [2] - 13:18, 13:21
**10** [1] - 11:18
**12** [1] - 11:18
**13** [1] - 16:19
**13th** [1] - 16:18
**18** [1] - 12:18
**19** [2] - 1:20, 3:2
**1988** [2] - 16:18, 16:19

**2**

**20** [1] - 26:8
**200** [1] - 3:4
**2002** [1] - 16:6
**2012** [1] - 18:6
**2014** [3] - 1:20, 3:2, 62:17
**2017** [1] - 62:18
**207-4120** [1] - 28:12
**2260** [1] - 1:24
**22nd** [4] - 20:1, 21:15, 23:17, 27:2
**25th** [1] - 18:6
**26th** [1] - 62:17

**3**

**3** [2] - 2:17, 16:6
**30** [5] - 26:8, 26:20, 27:1, 27:15, 44:16
**30-pack** [4] - 44:19, 55:14, 56:6, 56:9
**30-packs** [3] - 10:25, 11:17, 44:23
**300** [1] - 3:3
**319** [1] - 13:21
**3:13-cv-427-S** [1] - 1:11
**3:15** [1] - 3:4

**4**

**4** [2] - 13:18, 16:6
**40** [1] - 13:19
**40-ounce** [2] - 18:25, 21:25
**47112** [1] - 1:24
**47130** [1] - 13:22
**475-1435** [1] - 1:25
**4:25** [1] - 61:20

**5**

**50** [1] - 27:5
**502** [1] - 1:25
**52** [1] - 2:18

**6**

**60** [1] - 2:19
**64** [3] - 19:19, 21:9, 23:20
**65** [1] - 19:17

**8**

**812** [1] - 28:12

**9**

**9** [1] - 62:18
**90** [1] - 16:21
**911** [1] - 18:20

**A**

**ability** [1] - 7:24
**able** [3] - 31:19, 45:14, 46:7
**abuse** [2] - 36:16, 38:25
**accident** [1] - 37:14
**accidentally** [1] - 14:17
**accidents** [2] - 37:14, 37:15
**accordance** [1] - 3:6
**acquaintances** [1] - 12:12
**acting** [1] - 47:16
**activity** [1] - 4:25
**Ada** [3] - 2:6, 3:16, 49:8
**ADA** [1] - 1:17
**address** [1] - 13:20
**Administratrix** [2] - 1:7, 2:4
**Affair** [1] - 4:19
**aforesaid** [2] - 62:5, 62:16
**African** [1] - 4:24
**African-American** [1] - 4:24
**afternoon** [1] - 43:23
**age** [1] - 13:10
**ago** [2] - 16:12, 16:25
**ahead** [4] - 18:22, 20:11, 44:20, 59:19
**ailments** [1] - 33:12
**ain't** [12] - 5:8, 5:25, 14:16, 21:18, 24:8, 24:21, 25:21, 46:12, 46:14, 50:11, 57:22, 60:2
**AL** [1] - 1:12
**alarming** [1] - 32:1
**alcohol** [3] - 37:23, 16:13, 38:25
**alive** [2] - 13:11, 24:24
**ambulance** [2] - 20:20, 21:7
**American** [1] - 4:24
**AND** [1] - 1:17
**answer** [12] - 6:2, 6:3, 6:12, 6:20, 7:2, 7:7, 7:14, 7:16, 8:20, 28:15, 38:1, 38:14
**answered** [1] - 57:7
**anxiety** [1] - 40:1
**anytime** [1] - 42:19
**apartment** [2] - 13:17, 55:25
**Apartment** [3] - 13:18, 13:21
**apnea** [1] - 40:10
**apologize** [1] - 14:14
**appearances** [1] - 62:10
**APPEARANCES** [1] - 2:1
**appeared** [1] - 23:12
**April** [3] - 12:21, 12:22, 12:23
**area** [2] - 5:10, 54:3
**arms** [1] - 54:1
**Arnett** [1] - 2:6
**arrested** [2] - 29:22, 42:19
**arresting** [4] - 25:8, 47:23, 48:2, 50:14
**assuring** [1] - 28:22
**AT** [1] - 1:3

**Atlanta** [1] - 16:20
**Attorneys** [1] - 2:3
**August** [1] - 18:6
**autopsy** [1] - 48:17
**Avenue** [1] - 3:3
**awake** [1] - 32:3
**aware** [9] - 15:13, 32:24, 34:9, 38:20, 39:15, 39:18, 42:10, 49:23, 50:2

**B**

**background** [1] - 35:3
**bad** [3] - 13:6, 50:4, 50:6
**Baptist** [1] - 13:3
**barber** [1] - 20:17
**bars** [1] - 10:8
**based** [1] - 60:15
**basis** [1] - 35:21
**bat** [1] - 36:13
**Bathurst** [1] - 2:3
**beer** [31] - 9:25, 10:1, 16:14, 18:25, 19:3, 19:4, 22:2, 22:3, 22:5, 22:6, 29:3, 29:14, 35:20, 44:8, 44:12, 44:13, 45:4, 45:8, 45:10, 45:11, 45:12, 45:22, 45:23, 46:2, 46:3, 46:12, 46:14, 54:16, 54:17, 54:22, 55:14
**beers** [1] - 10:22
**behalf** [3] - 26:17, 29:24, 47:3
**behavior** [1] - 54:8
**behind** [1] - 19:6
**Belzley** [4] - 2:3, 2:19, 8:8
**BELZLEY** [4] - 8:13, 14:19, 60:12, 61:17
**bench** [1] - 42:16
**Benzinger** [1] - 2:8
**best** [14] - 6:12, 6:20, 6:25, 13:14, 26:18, 27:3, 27:7, 27:12, 32:19, 39:2, 52:17, 53:8, 57:10, 57:11
**better** [2] - 36:11, 57:19
**between** [3] - 47:8, 47:23, 48:2
**beverage** [1] - 45:15
**big** [7] - 14:3, 14:19, 19:5, 19:20, 34:7, 44:11, 54:23
**bipolar** [6] - 40:1, 40:3, 40:5, 40:9, 40:14, 40:24, 41:1, 41:2
**bit** [3] - 6:8, 22:9, 26:15
**BLAINE** [1] - 1:7
**Blaine** [2] - 2:3, 3:18
**bless** [1] - 20:10
**block** [1] - 26:11
**blocks** [4] - 25:22, 26:5, 56:2
**bobbing** [1] - 53:22
**body** [2] - 31:17, 54:1
**boom** [1] - 21:11
**born** [1] - 13:2
**bought** [4] - 19:1, 22:3, 54:16
**boy** [5] - 25:5, 25:6, 26:12, 43:1, 57:18
**break** [4] - 6:15, 43:2, 43:5, 43:6
**breaking** [1] - 59:25

**bridge** [1] - 23:1
**brief** [2] - 43:9, 56:16
**Brizendine** [1] - 3:3
**brother** [1] - 9:9
**brought** [4] - 4:19, 13:8, 24:7, 26:2
**brrr** [1] - 55:3
**bug** [1] - 38:14
**bugging** [1] - 38:6
**building** [1] - 13:17
**Busch** [3] - 11:4, 11:7, 11:11
**buy** [4] - 5:4, 9:25, 29:2
**BY** [8] - 1:17, 3:12, 14:24, 28:9, 43:13, 52:4, 56:20, 60:12

**C**

**cancer** [1] - 9:13
**caption** [1] - 62:8, 62:10
**car** [15] - 22:8, 24:5, 25:6, 25:22, 26:3, 26:9, 26:11, 26:13, 31:20, 32:10, 45:5, 45:12, 54:9, 54:20, 56:8
**care** [4] - 13:13, 30:10, 49:25, 50:6
**carry** [1] - 56:9
**Case** [1] - 1:10
**case** [3] - 8:9, 18:13, 51:12
**caught** [1] - 60:4
**cell** [1] - 27:23
**center** [1] - 29:16
**certain** [2] - 34:6, 39:19
**certify** [1] - 62:5
**Chad** [1] - 2:8
**chance** [1] - 59:17
**charge** [1] - 15:25
**charges** [2] - 16:9, 42:19
**checked** [2] - 24:14, 26:24
**checks** [1] - 24:4
**cherries** [1] - 19:3
**chew** [1] - 36:12
**chill** [5] - 54:3, 54:5, 54:6, 54:8, 54:21
**chills** [1] - 55:3
**cigarettes** [1] - 38:4
**civil** [1] - 32:25
**claim** [1] - 17:3
**clarify** [2] - 8:21, 9:1
**Clark** [6] - 19:10, 34:19, 42:1, 42:8, 42:9, 59:4
**close** [3] - 12:11, 15:14, 51:5
**closed** [1] - 20:15
**closest** [1] - 22:23
**clue** [4] - 9:15, 17:15, 40:23, 42:5
**clueless** [1] - 12:2
**cogent** [1] - 32:9
**coherent** [3] - 21:1, 32:6, 32:7
**cold** [8] - 29:14, 54:3, 54:5, 54:6, 54:8, 54:21, 55:3
**coma** [1] - 16:24
**commission** [1] - 62:18
**commit** [1] - 49:5
**common** [2] - 16:3, 58:6
**communications** [2] - 47:23,

48:2
**community** [1] - 30:10
**companies** [1] - 17:8
**compensation** [1] - 17:3
**complete** [1] - 62:6
**concerned** [1] - 30:2
**concerts** [1] - 10:10
**concluded** [1] - 61:20
**condition** [3] - 40:14, 48:24, 53:7
**confusing** [1] - 8:22
**conscious** [2] - 32:4, 55:5
**contained** [1] - 62:13
**contest** [1] - 6:17
**context** [1] - 10:4
**CONTINUING** [2] - 43:13, 56:20
**convenient** [4] - 21:24, 29:2, 44:8, 50:22
**conversation** [2] - 32:10, 32:12
**conversational** [1] - 7:11
**conversations** [2] - 47:8, 49:2
**convicted** [2] - 15:17, 58:12
**convulsions** [1] - 31:17
**cops** [1] - 53:2
**Corizon** [3] - 2:6, 3:16, 49:24
**CORIZON** [2] - 1:12, 1:17
**correct** [19] - 3:19, 15:3, 15:5, 15:10, 17:12, 22:24, 23:17, 23:21, 28:12, 29:24, 31:20, 32:10, 32:13, 33:4, 47:24, 49:25, 53:3, 54:17, 62:6
**correctional** [5] - 29:23, 30:15, 46:19, 47:2, 48:3
**correctly** [1] - 40:16
**CORYDON** [2] - 1:24, 1:24
**counsel** [1] - 62:12
**County** [9] - 19:10, 32:20, 34:19, 42:1, 42:8, 42:9, 57:17, 57:21, 59:4
**COUNTY** [1] - 62:3
**county** [1] - 62:5
**couple** [5] - 15:22, 41:4, 45:2, 45:3
**court** [1] - 7:13
**COURT** [1] - 1:1
**covers** [1] - 42:24
**crazy** [1] - 39:19
**criminal** [4] - 41:19, 41:20, 41:23, 42:22
**criminal-type** [1] - 41:23
**criticize** [1] - 50:4
**criticized** [1] - 50:2
**criticizing** [1] - 49:24
**cross** [11] - 3:22, 4:6, 9:4, 9:18, 13:24, 14:25, 15:3, 15:10, 15:13, 17:11, 24:15
**CROSS** [1] - 1:7
**Cross** [2] - 2:4, 3:18
**cup** [3] - 19:6, 45:9, 54:23
**Cup** [3] - 11:4, 11:7, 11:11
**curb** [6] - 24:6, 31:4, 31:20, 45:17, 45:20
**curve** [3] - 5:11, 19:20, 21:13
**custody** [1] - 13:6

**cut** [1] - 16:22
**cutting** [1] - 16:21

**D**

**dad** [4] - 13:3, 13:5, 13:6, 17:8
**daily** [1] - 35:20
**Dale** [3] - 9:9, 9:11, 9:14
**dang** [3] - 38:8, 44:15, 56:7
**danger** [1] - 30:2
**Daniel** [1] - 2:9
**DANIELLA** [1] - 1:7
**Daniella** [2] - 2:3, 3:18
**date** [2] - 18:7, 18:8
**Daugherty** [2] - 2:7, 3:16, 49:8
**DAUGHERTY** [1] - 1:17
**daughter** [2] - 12:17
**Daytona** [2] - 11:23, 12:3
**dead** [3] - 26:24, 27:16, 28:24
**deal** [3] - 4:6, 6:5, 36:13
**death** [1] - 3:23
**Deceased** [2] - 1:8, 2:4
**decided** [1] - 56:3
**Defendants** [3] - 1:13, 2:6, 2:8
**DEFENDANTS** [1] - 1:17
**define** [1] - 58:13
**degree** [1] - 61:14
**Depakote** [3] - 40:17, 40:18, 40:21
**deposition** [12] - 3:1, 3:5, 4:14, 5:20, 5:25, 7:21, 8:3, 43:6, 43:10, 56:17, 57:2, 61:20
**DEPOSITION** [1] - 1:16
**depositions** [1] - 7:11
**depression** [1] - 40:1
**described** [1] - 31:17
**deserves** [1] - 57:24
**details** [1] - 34:7
**diagnoses** [1] - 33:19
**died** [5] - 48:5, 48:11, 48:13, 48:15, 50:15
**difference** [1] - 14:19
**digress** [1] - 6:24
**directing** [1] - 32:8
**direction** [1] - 62:15
**directions** [1] - 23:15
**Disability** [3] - 17:7, 17:12, 33:3
**discussed** [2] - 56:24, 57:1
**discussion** [3] - 9:17, 14:22, 28:7
**DISTRICT** [2] - 1:1, 1:2
**doctor** [2] - 32:17, 40:19
**doctors** [1] - 24:22
**documents** [1] - 48:20
**dog** [1] - 26:2
**dokey** [1] - 18:15
**done** [6] - 8:2, 17:9, 57:23, 59:6, 59:7, 59:10
**door** [1] - 20:16
**doors** [1] - 13:19
**dope** [8] - 5:5, 5:6, 5:8, 5:14, 5:16, 5:17, 36:14, 37:12
**Douglas** [1] - 32:20, 57:17, 57:20
**down** [18] - 4:23, 10:14, 11:14,

19:21, 19:22, 19:25, 20:9, 20:12, 20:23, 21:13, 21:20, 24:6, 25:22, 26:5, 26:10, 30:5, 62:14
**downtown** [1] - 23:20
**drank** [3] - 44:25, 45:1
**Dressman** [1] - 2:8
**drink** [15] - 10:1, 10:23, 19:1, 19:2, 29:14, 44:20, 44:23, 44:24, 45:7, 45:14, 45:18, 45:19, 46:2, 46:7
**drinking** [3] - 35:19, 45:7, 46:14
**drive** [2] - 56:4, 59:25
**driver's** [3] - 24:3, 25:3, 25:21
**driving** [2] - 22:7, 24:11
**drop** [1] - 43:22
**drove** [2] - 56:6, 56:8
**drug** [3] - 4:25, 26:2, 42:20
**drug-related** [1] - 42:20
**drugs** [5] - 7:23, 16:13, 36:8, 36:10, 38:25
**DUI** [3] - 16:1, 16:12, 58:6
**DUIs** [1] - 59:12
**duly** [2] - 3:10, 62:9
**dumb** [1] - 11:14
**dummy** [1] - 5:13
**during** [5] - 21:23, 23:4, 23:8, 27:19, 50:21

**E**

**Earl** [4] - 32:19, 57:16, 59:3, 59:4
**early** [2] - 58:19, 59:2
**easier** [1] - 6:9
**easy** [1] - 45:4
**educational** [1] - 35:3
**effect** [1] - 8:23
**efficient** [1] - 56:15
**eight** [2] - 10:24, 10:25
**either** [5] - 27:19, 28:17, 30:15, 39:7, 47:2
**Electronically** [1] - 1:5
**Ellen** [1] - 2:8
**Ellie** [1] - 52:5
**emotional** [2] - 4:2, 4:7
**end** [3] - 5:16, 8:21, 21:13
**ending** [1] - 11:25
**endurance** [1] - 6:16
**ENGLEMAN** [1] - 1:23
**Engleman** [2] - 62:4, 62:21
**enjoyed** [1] - 51:19
**entire** [2] - 54:1, 55:5
**Estate** [2] - 1:7, 2:4
**ET** [1] - 1:12
**evenly** [1] - 44:23
**event** [1] - 29:17
**ex** [1] - 12:11
**ex-wives** [1] - 12:11
**exact** [2] - 17:25, 18:7
**exactly** [3] - 11:24, 26:7, 27:11
**EXAMINATION** [6] - 2:16, 3:11, 43:12, 52:3, 56:19, 60:11
**examination** [1] - 3:5

**examined** [1] - 3:10
**excuse** [3] - 10:6, 25:23, 40:12
**exhibiting** [2] - 23:5, 32:1
**experience** [1] - 49:3
**experiencing** [1] - 33:9
**expires** [1] - 62:18
**explain** [3] - 6:7, 6:25, 51:4
**expressway** [4] - 19:17, 20:2, 21:12, 55:24
**extra** [1] - 17:10

**F**

**facts** [1] - 49:17
**faking** [5] - 24:16, 24:19, 61:3, 61:11, 61:13
**fall** [1] - 28:24
**family** [2] - 12:11, 15:14
**far** [6] - 9:19, 21:18, 30:4, 41:21, 52:25, 55:25
**faster** [1] - 7:4
**Federal** [1] - 3:6
**feet** [2] - 13:19, 16:21
**feller** [1] - 35:7
**felony** [3] - 15:17, 58:12, 58:13
**felt** [2] - 4:22, 5:3
**few** [1] - 60:13
**fighting** [1] - 58:7
**fights** [3] - 58:7, 58:8, 58:10
**figured** [1] - 19:12
**file** [1] - 17:3
**filed** [2] - 3:17, 32:24
**Filed** [1] - 1:5
**finally** [1] - 5:14
**fine** [9] - 18:24, 23:1, 37:25, 40:13, 42:23, 43:3, 54:12, 54:13, 59:10
**finger** [1] - 39:23
**finish** [4] - 7:6, 7:14, 18:21, 19:14
**finished** [1] - 7:9
**firm** [3] - 2:3, 2:5, 2:8
**first** [8] - 3:9, 15:23, 21:24, 25:23, 54:7, 54:20, 54:22, 62:9
**five** [4] - 13:4, 17:8, 27:6, 56:14
**fixing** [1] - 28:17
**flavored** [1] - 46:2
**Florida** [1] - 12:1
**follow** [1] - 25:5
**follows** [1] - 3:10
**FOR** [1] - 1:2
**foregoing** [1] - 62:6
**foreseeable** [1] - 29:6
**forget** [1] - 28:15
**forgot** [1] - 44:15
**forth** [1] - 62:8
**forward** [2] - 7:21, 18:14
**four** [1] - 56:2
**Friday** [14] - 11:1, 11:10, 14:1, 14:2, 43:19, 43:20, 43:21, 43:24, 43:25, 44:1, 44:2, 44:4
**friend** [2] - 3:19, 3:25
**friendly** [2] - 34:23, 34:25
**friends** [7] - 9:5, 12:12, 34:13,

34:16, 51:13, 57:17
**full** [2] - 5:18, 31:17
**functional** [1] - 31:24
**funny** [1] - 33:17
**future** [1] - 29:6

## G

**game** [2] - 29:8
**games** [1] - 10:19
**Gary** [1] - 8:12
**Georgia** [6] - 5:9, 12:25, 13:1, 13:5, 13:7, 32:20
**girl** [1] - 34:6
**girlfriend** [1] - 34:6
**girlfriends** [1] - 34:1
**given** [1] - 4:14
**Given** [1] - 62:16
**glad** [1] - 6:2
**god** [1] - 20:10
**God's** [1] - 37:11
**grand** [1] - 18:18
**grape** [15] - 19:1, 19:2, 19:3, 22:2, 22:3, 22:4, 22:5, 22:6, 45:7, 45:10, 45:18, 46:1, 54:16
**great** [1] - 32:22
**greatest** [1] - 57:16
**Greg** [2] - 8:13, 8:14
**Gregory** [1] - 2:3
**grocery** [1] - 20:13
**ground** [1] - 16:23
**guess** [3] - 7:18, 27:3, 46:1
**guessing** [1] - 49:2
**guilty** [2] - 57:22, 58:1
**gun** [1] - 14:16
**guy** [4] - 4:16, 8:11, 11:13, 20:16, 20:19, 21:7, 33:23, 34:25, 57:16
**guys** [24] - 4:23, 8:16, 9:8, 9:23, 10:8, 10:19, 10:23, 11:2, 11:16, 11:20, 13:25, 21:23, 28:17, 29:10, 29:13, 29:16, 29:18, 30:9, 33:21, 34:12, 34:15, 44:7, 44:23, 45:5

## H

**hair** [1] - 20:17
**hallucinate** [1] - 40:18
**hand** [1] - 62:16
**handed** [1] - 24:3
**hang** [1] - 36:4
**hard** [2] - 39:23
**Hardee's** [2] - 4:18, 4:21
**HAROLD** [4] - 1:16, 2:14, 3:1, 3:9
**Harold** [4] - 3:14, 14:11, 14:12, 14:13
**HARRISON** [1] - 62:3
**hate** [2] - 19:10, 57:15
**head** [5] - 19:15, 23:19, 23:20, 53:22, 55:17
**head-bobbing** [1] - 53:22
**hear** [3] - 9:11, 30:21, 46:21
**heard** [3] - 50:9, 50:11

**heck** [6] - 12:1, 38:4, 38:14, 46:13, 57:23, 59:8
**help** [4] - 30:11, 30:12, 30:13, 57:20
**Henryville** [1] - 15:5
**hereby** [1] - 62:5
**herein** [1] - 62:13
**hereof** [2] - 62:8, 62:10
**hip** [3] - 39:6, 39:8
**history** [7] - 33:6, 35:5, 35:16, 37:14, 41:20, 42:22
**hit** [1] - 15:6
**hmm** [4] - 4:8, 18:5, 40:7, 46:6
**home** [16] - 26:20, 26:25, 27:1, 27:8, 27:9, 27:10, 27:16, 45:11, 46:17, 57:25, 59:10
**homestead** [1] - 12:1
**honest** [3] - 32:20, 37:11, 57:18
**honestly** [1] - 9:25
**honesty** [1] - 58:20, 59:9
**Honor** [1] - 57:24
**hope** [1] - 30:8
**hopefully** [1] - 30:6
**horrible** [1] - 31:1
**hospital** [22] - 5:5, 5:9, 5:12, 19:20, 19:22, 20:15, 22:24, 24:21, 25:14, 27:20, 28:17, 30:7, 45:6, 46:10, 46:13, 48:13, 53:10, 53:13, 60:17, 60:22, 60:25, 61:9
**Hospital** [1] - 24:18
**hospitalizations** [1] - 37:20
**house** [5] - 9:21, 29:4, 36:2, 44:3, 50:19
**HOUSTON** [5] - 51:23, 52:4, 56:13, 56:20, 61:19
**Houston** [4] - 2:8, 2:18, 51:25, 52:5
**hung** [2] - 38:12, 51:19
**hurting** [1] - 39:6

## I

**ID** [4] - 24:3, 24:7, 24:12, 24:14
**idea** [5] - 30:23, 38:23, 47:5, 47:6, 47:12
**II** [2] - 1:7, 2:4
**impair** [1] - 7:24
**impairments** [1] - 39:3, 39:15, 39:17
**impression** [2] - 36:1, 61:6
**IN** [1] - 1:1
**Inc** [2] - 2:6
**INC** [2] - 1:12, 1:17
**incarcerated** [1] - 41:25
**incident** [1] - 56:22
**INDEX** [1] - 2:12
**Indiana** [6] - 1:19, 3:4, 13:9, 13:22, 22:24, 34:20
**INDIANA** [2] - 1:24, 62:1
**indicate** [1] - 24:25, 25:8
**indicating** [1] - 54:25
**indication** [1] - 49:4
**influence** [1] - 7:23
**information** [3] - 21:21, 48:24,

51:2
**injuries** [2] - 37:15, 55:18
**instead** [1] - 56:3
**insurance** [1] - 17:5
**interact** [1] - 50:13
**Internal** [1] - 4:19
**involved** [1] - 5:17
**involvements** [1] - 34:10
**issue** [1] - 30:18
**issues** [4] - 3:22, 4:6, 36:7, 40:1

## J

**jail** [22] - 24:20, 26:6, 26:16, 26:23, 27:4, 27:8, 29:22, 30:6, 46:20, 47:3, 47:9, 47:11, 47:17, 48:24, 49:12, 49:18, 49:21, 50:7, 58:3, 58:4, 58:14, 58:17
**Jail** [3] - 42:1, 42:8, 42:10
**January** [1] - 62:18
**Jefferson** [1] - 21:11
**Jeffersonville** [3] - 1:19, 3:4, 13:22
**job** [2] - 4:10, 35:16
**judge** [2] - 11:16, 59:20

## K

**keep** [2] - 20:11, 21:6
**Ken** [2] - 20:23, 21:24
**Kenneth** [2] - 2:4, 3:18
**KENNETH** [1] - 1:7
**Kenny** [68] - 5:10, 5:15, 9:14, 15:11, 24:11, 24:12, 24:14, 24:24, 25:9, 26:1, 26:6, 26:24, 27:4, 27:8, 27:16, 28:20, 29:3, 29:22, 30:2, 30:14, 31:3, 31:4, 31:10, 31:19, 32:24, 33:2, 33:5, 33:25, 34:16, 36:7, 36:10, 36:16, 38:3, 39:4, 40:13, 43:18, 44:24, 45:6, 46:7, 46:18, 47:4, 47:9, 47:16, 48:5, 48:10, 48:18, 48:21, 48:24, 49:3, 49:5, 49:17, 49:25, 50:7, 50:14, 50:15, 50:25, 51:5, 51:13, 53:3, 53:10, 53:21, 60:14, 60:16, 60:22, 61:3, 61:6, 61:13
**Kenny's** [16] - 26:17, 26:21, 27:13, 27:18, 27:21, 28:16, 29:24, 35:2, 37:13, 41:20, 47:3, 49:21, 51:3, 51:16, 53:6
**Kentucky** [5] - 3:6, 12:12, 13:2, 13:3, 15:14
**KENTUCKY** [1] - 1:2
**kept** [5] - 5:10, 5:12, 8:6, 19:17, 19:24, 28:22
**kidding** [1] - 11:15
**kids** [1] - 12:14
**kill** [1] - 60:5
**kind** [22] - 10:6, 17:22, 17:24, 17:25, 18:19, 19:3, 20:2, 20:17, 29:19, 31:17, 34:10,

36:14, 36:22, 37:11, 37:12, 38:25, 39:25, 42:20, 53:18, 54:4, 54:6, 57:22
**knowed** [5] - 33:23, 34:19, 36:13, 36:21, 38:11
**knowledge** [20] - 7:1, 15:8, 15:9, 15:15, 16:8, 30:14, 33:10, 36:9, 39:1, 39:2, 39:7, 42:18, 42:21, 47:22, 48:1, 49:16, 51:7, 51:18, 52:14, 57:11
**knows** [2] - 20:21, 36:11
**Kohl** [3] - 2:6, 3:16, 49:8
**KOHL** [1] - 1:17

## L

**L-E-M-O-N** [1] - 3:14
**lady** [1] - 4:15
**laid** [1] - 19:6
**Land** [6] - 18:24, 54:10, 54:12, 54:16, 55:19, 55:20
**last** [1] - 50:17
**LaVelle** [1] - 2:8
**law** [8] - 2:3, 2:5, 2:8, 25:5, 42:11, 58:13, 59:25, 60:3
**Law** [1] - 3:3
**lawsuit** [3] - 3:17, 4:10, 51:2
**lawsuits** [1] - 32:25
**lawyer** [1] - 5:19
**lawyers** [1] - 5:19
**learned** [2] - 46:23, 47:13
**least** [1] - 14:8
**leave** [1] - 4:25
**Lee** [4] - 32:19, 57:17, 59:3, 59:5
**left** [9] - 5:11, 5:12, 8:11, 11:19, 19:18, 19:22, 20:3, 20:7
**LEMON** [4] - 1:16, 2:14, 3:1, 3:9
**Lemon** [8] - 3:14, 9:10, 12:22, 12:23, 14:11, 14:12, 52:5, 57:24
**lemon** [3] - 3:15, 28:10, 58:2, 60:13
**less** [2] - 44:24, 44:25
**license** [9] - 24:3, 24:8, 24:11, 25:3, 25:21, 59:11, 59:15, 59:22, 59:25
**life** [2] - 33:23, 51:16
**light** [1] - 19:21
**lights** [2] - 21:8, 21:10
**limp** [2] - 39:4, 39:14
**Liquor** [6] - 18:24, 54:10, 54:12, 54:15, 55:19, 55:20
**live** [7] - 12:12, 12:24, 13:15, 13:17, 13:18, 14:25, 15:7
**lived** [2] - 15:3, 15:5
**lives** [1] - 13:18
**living** [1] - 56:1
**LLC** [1] - 3:3
**long-time** [1] - 34:1
**Look** [2] - 5:15, 19:9
**look** [3] - 25:20, 42:7, 53:17
**looked** [5] - 22:14, 52:20, 52:22, 54:8, 55:2

**looking** [2] - 44:9, 53:19
**looks** [1] - 22:15
**Lord** [1] - 60:4
**lose** [1] - 59:11
**loss** [1] - 4:3
**lost** [2] - 23:2, 59:14, 59:22
**LOUISVILLE** [1] - 1:3
**Louisville** [5] - 19:9, 20:19, 26:23, 36:4, 45:6
**Lunesta** [1] - 40:9

## M

**ma'am** [15] - 52:11, 53:4, 53:15, 54:14, 54:18, 55:6, 55:8, 55:10, 55:12, 55:21, 56:5, 57:10, 59:1, 59:16, 60:2
**maintaining** [1] - 16:3
**mal** [1] - 18:18
**mama** [3] - 25:5, 26:12, 26:21, 43:21, 60:4
**mama's** [2] - 4:17, 25:22
**man** [3] - 19:9, 26:10, 48:6
**Margaret** [1] - 26:21
**Marie** [1] - 12:23
**Market** [2] - 20:9, 21:15
**married** [2] - 12:5, 12:9
**Matt** [1] - 3:15
**Matthew** [1] - 2:5
**McNamara** [2] - 2:9, 52:6
**mean** [25] - 4:9, 7:22, 9:1, 10:5, 10:6, 15:16, 21:1, 28:24, 32:11, 33:13, 33:14, 34:4, 36:6, 37:2, 37:5, 39:1, 41:21, 50:4, 50:12, 52:18, 57:1, 57:7, 57:10
**meaning** [1] - 10:7
**medical** [10] - 30:18, 32:1, 32:15, 33:6, 33:18, 46:19, 47:24, 49:17, 49:20, 49:23
**medically** [1] - 30:3
**medication** [15] - 36:17, 36:19, 36:20, 36:22, 37:1, 37:8, 37:12, 38:20, 38:21, 40:6, 40:21, 41:10, 41:11, 41:13, 41:17
**medicine** [5] - 37:3, 37:4, 37:5, 41:4, 41:6
**medicines** [1] - 37:6
**meet** [2] - 4:17, 9:8
**meeting** [2] - 35:25, 41:22
**MELISSA** [1] - 1:23
**Melissa** [2] - 62:4, 62:21
**MELISSAAENGLEMAN@ GMAIL.COM** [1] - 1:25
**memory** [1] - 56:12
**mental** [3] - 33:12, 33:19, 39:17
**mess** [1] - 36:14
**met** [4] - 4:21, 8:8, 9:9, 9:16
**MIDDLETOWN** [1] - 1:24
**might** [6] - 6:20, 7:3, 8:21, 10:13, 10:24, 11:12, 14:6, 22:11, 34:6, 43:21, 46:1, 51:1, 51:16, 56:8
**mind** [1] - 37:24

**mine** [1] - 19:6
**minute** [3] - 20:6, 35:24, 38:6
**minutes** [6] - 26:8, 26:20, 27:1, 27:5, 27:15, 56:14
**miracle** [1] - 17:1
**misdemeanor** [3] - 25:10, 25:12, 42:10
**mishap** [1] - 18:5
**miss** [1] - 14:6
**Missouri** [1] - 3:3
**mistake** [1] - 14:16
**mom** [10] - 13:3, 13:5, 27:13, 27:18, 27:21, 28:16, 41:5, 44:5, 51:3, 51:6
**Monday** [2] - 11:19, 44:5
**money** [1] - 57:23
**month** [2] - 14:7, 14:9
**month's** [1] - 59:8
**months** [7] - 16:24, 57:24, 58:17, 58:22, 58:23, 59:7
**morning** [3] - 11:19, 43:23, 44:6
**most** [1] - 43:8
**mother** [2] - 13:11, 15:3
**mother's** [1] - 13:10
**motor** [1] - 37:14
**move** [3] - 24:13, 35:24, 42:25
**moved** [1] - 13:5
**moving** [3] - 30:17, 30:19, 55:3
**MR** [13] - 3:12, 8:13, 14:19, 14:20, 14:24, 28:5, 28:9, 43:13, 51:25, 60:9, 60:12, 61:17, 61:18
**MS** [5] - 51:23, 52:4, 56:13, 56:20, 61:19
**multiple** [1] - 59:12
**must** [1] - 45:18

## N

**name** [5] - 3:13, 12:20, 12:23, 34:5, 52:5
**names** [1] - 14:11
**NASCAR** [11] - 9:21, 9:22, 9:24, 10:1, 10:22, 11:13, 11:21, 13:24, 29:4, 29:9, 35:19
**Nationwide** [1] - 11:2
**natural** [1] - 7:13
**neck** [2] - 30:17, 30:19
**need** [6] - 6:15, 24:15, 41:7, 61:9
**needed** [2] - 25:13, 60:17, 60:25
**needs** [3] - 24:17, 30:12, 41:5
**never** [21] - 9:16, 17:15, 33:5, 34:20, 37:2, 37:4, 37:5, 37:6, 37:8, 37:10, 37:11, 39:2, 41:3, 41:6, 41:10, 41:12, 46:2, 50:9, 50:11
**NEW** [1] - 1:24
**next** [3] - 16:2, 52:21, 61:10
**nickle's** [1] - 17:4
**night** [9] - 44:2, 44:4, 52:7, 52:16, 56:22, 56:25, 57:8, 60:14

**nine** [2] - 9:6, 11:5
**nobody** [1] - 50:11
**none** [2] - 49:1, 49:19
**Notary** [2] - 62:4, 62:21
**notes** [1] - 53:18
**nothing** [5] - 23:12, 26:3, 32:2, 47:11, 50:11
**notice** [1] - 3:2
**noticed** [4] - 20:1, 20:13, 26:13, 54:20
**noticing** [1] - 44:14
**nowhere** [1] - 46:21
**nuisance** [2] - 16:3, 58:7
**number** [5] - 4:17, 28:2, 28:3, 28:10, 28:12
**nurses** [7] - 3:16, 24:19, 30:6, 49:11, 49:14, 49:24, 50:3
**nursing** [3] - 29:23, 30:16, 47:3
**nuttiness** [1] - 33:16

## O

**objections** [1] - 62:11
**observed** [3] - 53:20, 54:7, 61:12
**occurs** [1] - 38:16
**OF** [4] - 1:2, 1:16, 62:1, 62:3
**offenses** [1] - 42:20
**Office** [1] - 3:3
**officer** [12] - 4:15, 4:16, 5:6, 21:16, 24:2, 24:14, 25:20, 26:4, 29:23, 32:19, 61:7, 61:13
**Officer** [2] - 2:8, 2:9
**Officers** [1] - 52:6
**officers** [17] - 4:15, 5:2, 24:25, 30:15, 30:16, 31:1, 31:3, 31:5, 46:19, 47:2, 47:23, 48:2, 48:3, 50:15, 52:7, 52:16, 61:3
**often** [1] - 9:18
**okey** [1] - 18:15
**okey-dokey** [1] - 18:15
**old** [4] - 11:6, 11:15, 13:4, 33:23
**oldest** [1] - 9:9
**once** [2] - 29:12, 50:16
**one** [18] - 12:15, 14:6, 14:7, 15:10, 16:2, 20:7, 24:8, 27:25, 39:10, 39:11, 39:12, 42:13, 42:14, 59:4, 59:5, 61:2
**open** [1] - 20:16
**opened** [1] - 19:5
**opinion** [1] - 19:12
**oral** [1] - 3:5
**Orberson** [1] - 2:6
**original** [1] - 28:15
**outside** [1] - 36:2

## P

**P.L.C** [1] - 2:6
**p.m** [2] - 3:4, 61:20
**pack** [1] - 44:16
**page** [1] - 9:2
**PAGE** [1] - 2:16

**pain** [5] - 33:9, 36:17, 36:19, 39:8
**Parker** [1] - 2:6
**part** [1] - 51:16
**pass** [3] - 9:11, 51:21, 51:22
**passed** [2] - 9:10, 18:11
**past** [3] - 20:12, 34:4, 37:19
**pause** [1] - 53:18
**pay** [1] - 17:9
**pending** [1] - 16:9
**people** [10] - 4:20, 5:23, 8:5, 19:11, 22:16, 30:11, 32:22, 51:8, 51:10, 60:2
**permanently** [1] - 15:1
**person** [1] - 41:23
**personally** [1] - 53:20
**personnel** [1] - 47:3
**Phillips** [1] - 2:6
**phone** [6] - 4:17, 9:20, 27:23, 28:2, 28:10, 28:12
**physical** [4] - 33:12, 33:19, 39:3, 39:15
**pick** [1] - 44:5
**Piekarski** [3] - 2:5, 2:17, 3:15
**PIEKARSKI** [9] - 3:12, 14:20, 14:24, 28:5, 28:9, 43:13, 51:25, 60:9, 61:18
**pills** [1] - 41:5
**pine** [1] - 16:21
**place** [2] - 4:24, 62:8
**Plaintiff** [2] - 1:9, 2:3
**plan** [2] - 29:5, 29:8
**play** [1] - 10:19
**plenty** [1] - 28:22
**point** [11] - 14:22, 22:19, 27:19, 28:7, 28:16, 30:3, 37:9, 41:25, 43:9, 56:16, 61:2
**police** [14] - 21:15, 24:2, 26:4, 30:9, 32:19, 42:15, 45:16, 45:24, 57:12, 57:14, 57:19, 60:21, 61:3
**Portland** [1] - 4:24
**possibility** [1] - 37:22
**possibly** [1] - 14:6
**potential** [1] - 51:12
**poured** [3] - 19:5, 45:9, 54:22
**practice** [1] - 11:9
**prepare** [1] - 8:2
**prescription** [2] - 36:17, 36:20
**presence** [2] - 36:10, 50:14
**present** [1] - 52:7
**pretty** [2] - 35:7, 61:10
**previously** [3] - 8:8, 58:11, 61:15
**prison** [1] - 58:14
**problem** [1] - 55:17
**Procedure** [1] - 3:7
**proceedings** [1] - 62:7
**process** [2] - 6:8, 46:9
**professional** [2] - 49:21, 49:24
**profiling** [1] - 5:4
**providers** [1] - 46:19
**pry** [2] - 4:9, 15:16
**prying** [1] - 6:1

**PSC** [1] - 2:8
**Public** [2] - 62:4, 62:21
**pull** [1] - 20:14
**pulled** [7] - 5:1, 14:16, 21:15, 23:23, 23:25, 25:1, 56:25
**punishable** [1] - 58:14
**purchased** [1] - 55:14
**pursuant** [1] - 3:2
**put** [3] - 39:23, 40:19, 54:23

## Q

**qualifying** [1] - 11:10
**quart** [5] - 44:11, 44:13, 44:17, 44:20, 56:12
**questions** [18] - 3:21, 4:12, 4:22, 5:19, 6:2, 6:11, 6:12, 6:19, 7:2, 43:14, 51:20, 51:24, 52:1, 57:7, 60:7, 60:13, 61:17
**quick** [2] - 19:10, 43:6
**quit** [6] - 24:16, 24:18, 61:3, 61:7, 61:11, 61:13

## R

**R.P.R** [1] - 1:23
**race** [7] - 10:14, 10:22, 11:10, 11:11, 11:21, 14:3, 44:19
**races** [2] - 11:8, 13:24
**racing** [1] - 44:12
**raised** [1] - 13:7
**read** [1] - 8:6
**ready** [1] - 8:17
**real** [1] - 24:21
**realize** [1] - 45:10
**really** [22] - 5:21, 8:21, 9:16, 11:13, 17:16, 17:17, 19:11, 29:25, 31:18, 33:5, 34:3, 34:23, 36:5, 37:2, 38:20, 38:23, 39:12, 48:23, 51:19, 52:25, 56:7
**realm** [1] - 11:13
**reason** [2] - 7:20, 53:9
**received** [1] - 49:17
**recess** [2] - 43:9, 56:16
**reckon** [1] - 29:20
**recognized** [1] - 32:2
**recollect** [1] - 39:16
**recollection** [2] - 26:19, 52:17
**record** [6] - 14:20, 14:23, 28:5, 28:8, 42:8, 56:14
**recording** [1] - 5:24
**records** [1] - 8:6
**red** [2] - 21:8, 21:9
**reference** [1] - 18:13
**regarding** [6] - 3:22, 47:8, 48:21, 49:17, 49:21, 51:2
**regimen** [1] - 38:21
**regular** [1] - 33:23
**related** [3] - 17:14, 40:14, 42:20
**relations** [1] - 15:14
**released** [1] - 58:19
**relevant** [1] - 51:1
**remarks** [1] - 62:11
**remember** [35] - 5:21, 5:23,

17:25, 18:7, 19:19, 26:19, 26:21, 27:22, 28:19, 28:21, 31:10, 34:5, 36:23, 37:16, 37:17, 37:18, 37:22, 37:25, 38:1, 38:5, 38:6, 39:23, 40:2, 40:4, 40:16, 43:20, 43:22, 48:8, 52:19, 52:23, 55:16, 56:25, 57:8, 59:20
**remembrance** [1] - 28:14
**Remeron** [2] - 40:9, 40:20
**reporter** [1] - 62:16
**reporter's** [1] - 7:13
**represent** [3] - 3:15, 49:11, 52:6
**residence** [1] - 13:16
**restate** [1] - 8:25
**resumed** [2] - 43:10, 56:17
**reviewed** [2] - 48:17, 48:20
**Rick** [3] - 19:7, 26:22, 54:25
**Rickey** [4] - 3:14, 14:11, 14:12, 14:13
**RICKEY** [4] - 1:16, 2:14, 3:1, 3:9
**ride** [1] - 54:11
**river** [1] - 10:14
**road** [1] - 21:11
**ROAD** [1] - 1:24
**rock** [1] - 20:10
**rode** [1] - 18:24
**roll** [1] - 11:16
**rolling** [2] - 21:19, 43:5
**romantic** [1] - 34:10
**room** [2] - 5:18, 52:20
**root** [1] - 16:22
**Rules** [1] - 3:6
**rules** [1] - 6:6
**run** [2] - 42:10, 44:8
**run-ins** [1] - 42:10

## S

**sake** [1] - 7:13
**salon** [1] - 20:18
**sat** [2] - 5:18, 24:6
**Saturday** [7] - 11:1, 11:11, 14:2, 43:19, 43:21, 44:5, 44:7
**saw** [5] - 37:4, 37:8, 41:10, 41:12
**season** [2] - 11:21, 29:9
**seat** [1] - 24:6
**second** [3] - 14:21, 26:10, 28:6
**Security** [3] - 17:6, 17:11, 33:3
**see** [16] - 8:14, 10:24, 12:2, 16:5, 18:2, 18:23, 20:2, 26:9, 30:6, 38:4, 44:11, 45:10, 47:10, 49:7, 58:6, 58:21
**seeing** [1] - 60:15
**seem** [2] - 19:25, 33:14
**seizure** [25] - 18:2, 18:16, 18:18, 19:8, 21:3, 21:4, 22:12, 22:15, 23:13, 24:18, 25:16, 36:22, 37:6, 38:19, 40:21, 41:4, 41:6, 48:14, 48:15, 53:3, 53:11, 53:21, 55:1, 60:19, 61:10

**seizures** [10] - 17:16, 17:17, 17:19, 17:22, 20:21, 22:16, 23:6, 23:10, 36:24, 37:7
**seldom** [1] - 14:7
**send** [1] - 59:10
**sense** [4] - 32:13, 55:11, 56:10, 57:22
**sentenced** [2] - 58:23, 58:24
**separated** [1] - 13:4
**September** [5] - 1:20, 3:2, 16:18, 16:19, 62:17
**serious** [2] - 31:19, 60:17
**served** [1] - 59:10
**Service** [1] - 16:20
**set** [2] - 62:8, 62:10
**severity** [1] - 61:14
**shake** [2] - 22:10, 53:23
**shakes** [3] - 18:18, 21:2, 31:16
**shaking** [13] - 18:19, 19:7, 22:9, 22:17, 24:13, 24:17, 31:25, 53:24, 53:25, 61:4, 61:8, 61:12, 61:14
**shaky** [1] - 53:24
**sheet** [1] - 43:7
**Sheriff** [2] - 32:19, 57:16
**shocking** [1] - 58:9
**shop** [1] - 20:17
**shot** [1] - 14:17
**show** [1] - 14:17
**sic** [1] - 52:17
**side** [1] - 55:23
**sign** [1] - 32:1
**signal** [2] - 25:2, 25:5
**signs** [1] - 23:5
**silly** [1] - 39:24
**silly-type** [1] - 39:24
**simplest** [1] - 38:13
**sister** [2] - 3:18, 51:3
**sit** [4] - 10:1, 29:18, 29:19, 31:20
**sitting** [6] - 8:11, 26:9, 29:4, 45:17, 48:10, 52:20
**situation** [2] - 28:25, 49:3
**six** [6] - 13:4, 16:24, 58:16, 58:22, 58:23, 59:6
**sleep** [1] - 40:10
**slight** [1] - 53:22
**slipped** [1] - 37:24
**Sloan** [3] - 2:7, 3:17, 49:9
**SLOAN** [1] - 1:17
**slow** [2] - 20:23, 21:19
**small** [1] - 21:2
**smart** [1] - 35:7
**smell** [1] - 45:25
**smelled** [2] - 45:16, 45:25
**smoke** [2] - 38:15
**smoked** [1] - 38:13
**smoker** [1] - 38:3
**Social** [3] - 17:6, 17:11, 33:2
**soda** [1] - 22:4
**somewhere** [2] - 12:25, 36:15
**son** [1] - 15:10
**soon** [3] - 21:14, 26:9, 54:9
**sorry** [8] - 4:3, 9:11, 11:14,

14:14, 28:4, 38:18, 58:9, 59:18
**sorted** [1] - 28:11
**sound** [1] - 31:18
**source** [2] - 47:14, 47:20
**south** [1] - 19:17
**southern** [1] - 13:8
**special** [1] - 44:9
**spend** [1] - 44:4
**spending** [2] - 35:18, 57:22
**spent** [3] - 58:2, 58:15, 58:16
**sport** [1] - 29:19
**sporting** [1] - 29:17
**Spring** [1] - 13:21
**Sprint** [1] - 11:3
**SS** [1] - 62:2
**SSDI** [2] - 17:8, 17:10
**staff** [3] - 29:23, 30:16, 47:24
**stand** [1] - 24:15
**start** [6] - 7:12, 12:3, 13:25, 27:20, 55:2
**started** [7] - 5:14, 13:5, 19:6, 21:2, 22:9, 44:14, 54:24
**starting** [3] - 11:23, 19:8, 60:19
**state** [2] - 34:20, 62:5
**STATE** [1] - 62:1
**STATES** [1] - 1:1
**stay** [4] - 29:14, 29:15, 35:23, 44:2
**staying** [1] - 32:3
**stenotypy** [1] - 62:14
**step** [1] - 24:5
**Stephanie** [3] - 2:6, 3:16, 49:8
**STEPHANIE** [1] - 1:17
**still** [12] - 13:11, 23:5, 24:12, 24:24, 29:10, 31:19, 31:22, 32:9, 32:12, 35:23, 45:14, 46:7
**stop** [2] - 21:17, 38:17
**stopped** [1] - 60:20
**store** [11] - 19:21, 20:2, 20:3, 20:13, 20:17, 21:13, 21:25, 29:2, 44:8, 50:22, 55:24
**stores** [1] - 20:13
**straight** [4] - 26:11, 27:8, 27:9, 27:10
**straw** [1] - 54:24
**Street** [3] - 13:21, 20:1, 27:2
**street** [1] - 51:9
**Streetish** [1] - 23:17
**stretch** [1] - 26:15
**strike** [1] - 52:25
**stuff** [12] - 4:22, 17:10, 18:19, 19:7, 21:8, 24:13, 33:21, 38:11, 39:22, 40:19, 59:9, 61:8
**substance** [1] - 38:25
**sudden** [2] - 5:1, 19:25
**sufficiently** [1] - 60:16
**suicide** [1] - 49:5
**Suite** [1] - 3:3
**Sunday** [3] - 11:1, 11:11, 14:3
**supposed** [3] - 30:9, 30:10, 30:11

**surely** [1] - 46:14
**surgeon** [1] - 32:18
**surgeries** [1] - 37:20
**surrounding** [1] - 3:23
**suspended** [1] - 24:8
**SUV** [1] - 4:21
**sworn** [2] - 3:10, 62:9
**system** [1] - 16:22

**T**

**T.J** [4] - 1:17, 2:7, 3:17, 49:9
**TAKEN** [1] - 1:17
**talk-to** [1] - 5:24
**tape** [1] - 5:24
**taste** [1] - 45:4
**taxes** [1] - 17:9
**ten** [4] - 9:6, 27:6, 59:20, 59:22
**tend** [1] - 7:11
**tendency** [2] - 6:23, 6:24
**testified** [2] - 3:10, 53:2
**testimony** [8] - 7:24, 8:22, 57:11, 62:9, 62:11, 62:12, 62:13
**THE** [2] - 1:1, 1:2
**theft** [1] - 42:19
**theirself** [1] - 4:19
**thereafter** [3] - 27:15, 31:14, 62:14
**thinking** [10] - 5:4, 5:25, 30:4, 40:16, 44:11, 44:13, 46:11, 48:12, 56:6, 56:7
**Thorntons** [1] - 55:24
**three** [6] - 3:16, 14:8, 45:3, 56:2, 57:24, 59:7
**threw** [1] - 16:23
**throughout** [1] - 54:1
**Throw** [1] - 20:10
**throwed** [1] - 46:17
**ticket** [1] - 24:10
**Tinnell** [2] - 2:9, 52:6
**tire** [1] - 20:13
**today** [9] - 3:22, 4:5, 6:7, 7:21, 7:25, 8:3, 8:17, 48:10, 57:2
**together** [3] - 9:22, 9:24, 29:10
**took** [13] - 17:9, 24:23, 25:19, 26:1, 26:11, 27:2, 40:25, 41:2, 42:15, 50:16, 59:18, 59:20
**top** [5] - 16:21, 16:22, 16:24, 54:2, 54:23
**tornado** [1] - 15:6
**totally** [2] - 12:2, 33:25
**town** [1] - 4:24
**toxicology** [1] - 48:17
**traction** [1] - 16:24
**training** [1] - 32:15
**transcribed** [1] - 62:14
**transcript** [1] - 62:7
**treat** [1] - 19:11
**treated** [1] - 38:24
**treatment** [4] - 49:17, 49:21, 49:25, 50:7
**Tree** [1] - 16:20
**tree** [4] - 16:21, 16:22, 32:17,

32:18
**trees** [2] - 32:16, 32:21
**trouble** [3] - 26:12, 32:3, 57:20
**truck** [2] - 11:4, 11:10
**true** [1] - 62:6
**trustee** [3] - 57:25, 58:1, 59:5
**truth** [8] - 6:13, 8:23, 36:18, 37:11, 44:18, 52:18, 57:12, 57:21
**truthful** [2] - 7:24, 57:11
**try** [5] - 4:18, 7:6, 7:13, 9:1, 17:20
**trying** [9] - 5:4, 5:5, 5:8, 30:20, 45:6, 46:9, 49:5, 51:11, 51:15
**turn** [4] - 20:7, 24:16, 25:2, 25:4
**turned** [5] - 3:23, 21:14, 22:5, 45:7
**twice** [2] - 12:8, 29:12
**two** [21] - 4:15, 4:23, 5:23, 10:25, 11:17, 14:7, 14:8, 16:25, 19:21, 20:13, 21:9, 25:22, 26:5, 44:23, 45:3, 52:7, 52:16, 54:15, 59:4, 59:5, 59:13
**type** [4] - 33:17, 39:24, 41:23, 55:17
**typical** [2] - 10:22, 44:22

**U**

**uh-hmm** [4] - 4:8, 18:5, 40:7, 46:6
**under** [3] - 7:22, 62:14, 62:16
**understood** [1] - 55:9
**UNITED** [1] - 1:1
**University** [5] - 19:8, 20:19, 24:17, 24:23, 55:1
**up** [21] - 5:2, 8:22, 15:5, 16:21, 18:24, 19:9, 20:8, 21:9, 21:13, 24:2, 24:15, 29:1, 39:2, 42:8, 44:5, 44:10, 48:7, 56:8

**V**

**vehicle** [1] - 37:14
**video** [1] - 10:19

**W**

**wait** [3] - 7:6, 20:6, 38:5
**waiting** [3] - 29:4, 30:19, 45:20
**walk** [4] - 10:13, 39:4, 39:5, 51:9
**walked** [1] - 24:2
**walking** [4] - 17:1, 31:22, 39:14, 56:3
**walks** [1] - 24:4
**wander** [1] - 6:24
**warm** [1] - 29:15
**warrant** [4] - 25:10, 25:12, 42:15, 42:16
**watch** [7] - 9:21, 9:24, 10:1, 11:2, 13:24, 17:21, 29:20
**watching** [1] - 35:19
**ways** [2] - 39:19, 39:24
**weekend** [12] - 9:20, 9:21, 11:8,

11:17, 13:24, 14:5, 14:7, 29:7, 29:8, 29:17, 44:22, 57:25
**weekends** [4] - 9:24, 14:9, 35:19, 38:12
**weird** [3] - 38:9, 39:5, 56:12
**welcome** [1] - 60:8
**WESTERN** [1] - 1:2
**whatsoever** [1] - 48:20
**white** [1] - 4:23
**whole** [2] - 12:23, 35:11
**Winston** [3] - 11:4, 11:7, 11:11
**wintertime** [1] - 29:11
**WITNESS** [1] - 2:14
**witness** [4] - 3:9, 42:13, 51:12, 62:8
**wives** [1] - 12:11
**women** [1] - 34:12
**word** [1] - 42:17
**workers'** [1] - 17:3
**world** [1] - 32:19
**worth** [1] - 17:4
**wrote** [1] - 24:10

**Y**

**year** [4] - 9:7, 58:14, 58:15, 58:25
**years** [6] - 9:6, 11:6, 13:4, 16:25, 59:21, 59:22
**you-all** [8] - 24:5, 31:4, 48:7, 48:8, 50:21, 50:22, 56:7, 60:20
**yourself** [2] - 21:25, 51:2