UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

CASE NO. 3:13-CV-427-CRS


DANIELLA BLAINE, ADMINISTRATRIX OF THE ESTATE

OF KENNETH H. CROSS, II, DECEASED

PLAINTIFF


V.


CORIZON, INC., et al.

DEFENDANTS


DEPONENT:  THELMA J. SLOAN

DATE:      OCTOBER 3, 2014

REPORTER:  AMANDA BECERRA

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                     APPEARANCES

2

3    ON BEHALF OF THE PLAINTIFF, DANIELLA BLAINE,

4    ADMINISTRATRIX OF THE ESTATE OF KENNETH H. CROSS,

5    II, DECEASED:

6    GREGORY A. BELZLEY

7    BELZLEY BATHURST, ATTORNEYS

8    3604 CONSTANTINE DRIVE

9    P.O. BOX 278

10   PROSPECT, KENTUCKY 40059

11   TELEPHONE: (502) 292-2452

12   EMAIL GBELZLEY@AOL.COM

13

14   ON BEHALF OF THE DEFENDANTS, OFFICER CHAD TINNELL

15   AND OFFICER DANIEL MCNAMARA:

16   ELLEN M. HOUSTON

17   DRESSMAN BENZINGER LAVELLE, PSC

18   THOMAS MORE PARK

19   207 THOMAS MORE PARKWAY

20   CRESTVIEW HILLS, KENTUCKY 41017

21   TELEPHONE: (859) 426-2179

22   FAX: (859) 341-1469

23   EMAIL: EHOUSTON@DBLLAW.COM

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                    APPEARANCES (CONT.)

2

3    ON BEHALF OF THE DEFENDANT, CORIZON, INC.:

4    MATTHEW A. PIEKARSKI

5    PHILLIPS PARKER ORBERSON & ARNETT, PLLC

6    716 WEST MAIN STREET, SUITE 300

7    LOUISVILLE, KENTUCKY 40202

8

9    ALSO PRESENT: ASHLEY ROSAS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                              INDEX

2                                                    Page

3

4    DIRECT EXAMINATION BY MR. BELZLEY              6

5    CROSS EXAMINATION BY MS. HOUSTON               117

6    REDIRECT EXAMINATION BY MR. BELZLEY            120

7

8                            EXHIBITS

9    Exhibit                                         Page

10

11    1     MEDICAL RECORDS                          9

12    2     INTERVENTION PROGRESS NOTES             105

13    3     POLICY LAUREL COUNTY DETENTION CENTER   110

14    4     OBSERVED RISK & SPECIAL NEEDS           112

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 5 of 136 PageID #: 1099
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

5

1                          STIPULATION

2

3   The deposition of THELMA J. SLOAN, taken at Phillips

4   Parker Orberson & Arnett, PLLC, 716 West Main Street,

5   Suite 300, Louisville, Kentucky on Friday, the 3rd day

6   of October, 2014 at approximately 9:00 A.M.  Said

7   deposition was taken pursuant to the Federal Rules of

8   Civil Procedure. It is agreed that Amanda Becerra,

9   being a Notary Public and Court Reporter for the State

10  of Kentucky, may swear the witness.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 6 of 136 PageID #: 1100
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

6

PROCEEDINGS

1

2

3          COURT REPORTER:  Ma'am, will you please raise

4  your right hand?  Do you solemnly swear or affirm that

5  the testimony you're about to give will be the truth,

6  the whole truth, and nothing but the truth?

7          THE WITNESS:  Yes.

8          COURT REPORTER:  Thank you.

9  DIRECT EXAMINATION

10  BY MR. BELZLEY:

11      **Q**    **Good morning, ma'am.**

12      A    Good morning.

13      **Q**    **Could you state your full name for the record**

14  **please?**

15      A    My name is Thelma Sloan.

16      **Q**    **And what do you do for a living?**

17      A    I'm an RN at the Metro Jail.

18      **Q**    **RN is a registered nurse?**

19      A    Right.

20      **Q**    **How long have you been a registered nurse?**

21      A    Since 2000.

22      **Q**    **And how long have you worked in -- how long**

23  **have you worked in the Louisville Jail?**

24      A    Approximately 26 years.

25      **Q**    **So you -- you were working at the Louisville**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Jail before you became an RN?

2       A    Yes.  I was an LPN then.

3       Q    Have you worked as a nurse for the last 26

4  years?  Whether as an LPN or an RN in the Louisville

5  Jail?

6       A    Yes.

7       Q    Well, see I'm finding this stuff out.  This

8  is new to me.  Okay.  That's why we take these

9  depositions.  Have you ever worked as a nurse outside

10 the jail?

11      A    Yes.

12      Q    Where have you worked?

13      A    I worked at -- what is it -- Audubon in their

14 intensive care unit.  I did nursing home work.  I did

15 hospice work.  I worked with children at Caritas Peace.

16 I did private duty.

17      Q    Have you worked as a nurse continuously for

18 the last 26 years at the jail?

19      A    Not -- not continuously.  I think I was not

20 working for about a year.  But I was giving you the

21 entire length of time that I was there.  Because when I

22 went back to school is when I was out for that year.

23      Q    When you were working in these other

24 positions, intensive care, nursing home, hospice --

25 were those jobs you were doing while also working as a



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  nurse at the jail?

2        A    No.

3        Q    Within --

4        A    Some of them was.

5        Q    Okay.

6        A    Some -- okay.  Because I did at one time work

7  two jobs.

8        Q    Now, we've been provided your personnel file

9  in this case.  And I've looked at -- at -- at the

10  application for employment with Corizon.  It -- to the

11  best of your recollection were all of the things that

12  you set forth in that application true and correct?

13        A    Yes.

14        Q    Have you ever been fired from a job before?

15        A    No.

16        Q    Have you ever been subjected to any

17  employment related discipline or sanctions because of

18  something you've done during your work?

19        A    Not that I can recall.

20        Q    Currently, do you hold any licenses or

21  certificates that have ever been suspended or revoked?

22        A    No.  Never.

23        Q    Okay.  Tell me what you did to prepare for

24  your deposition today.

25        A    I got lost.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

9

1            MR. PIEKARSKI:  She met with me.

2            MR. BELZLEY:  Hmm?

3            MR. PIEKARSKI:  She met with me.

4            MR. BELZLEY:  Oh, okay.

5            MR. PIEKARSKI:  Yeah.

6    BY MR. BELZLEY:

7        Q    Did you review any documents?

8        A    Today?

9        Q    No.  In preparation for your deposition.

10           THE WITNESS:  What was that little paper we -

11    -

12           MR. PIEKARSKI:  We reviewed her note.

13           MR. BELZLEY:  Her note?  Okay.

14           MR. PIEKARSKI:  Yes.

15    BY MR. BELZLEY:

16       Q    I want to talk to you today about a gentleman

17    by the name of Kenneth Cross.  And -- why don't we do

18    this.  Let me show you what I'm marked Exhibit 1 to

19    your deposition.  Which is documents that have been

20    produced to me in this litigation. What I would like

21    you to do is if you would look through here and

22    identify for me your note that you reviewed in

23    preparation for your deposition.

24    (EXHIBIT 1 MARKED FOR IDENTIFICATION)

25           MR. PIEKARSKI:  Greg, do you mind if I help?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Yeah.  You skipped --

2              MR. BELZLEY:  Do you think she skipped over

3    it?

4              MR. PIEKARSKI:  Yeah.  You skipped over it.

5              MR. BELZLEY:  Okay.

6    BY MR. BELZLEY:

7         Q    And I think I'm -- I'm where you are.  What

8    you're looking at it is a document that's entitled at

9    the top, "Correctional Medical Services

10   Interdisciplinary Progress Notes."  Is that right?

11        A    Right.

12        Q    The patient name on this document is Kenneth

13   Cross.  His ID number appears to be 38558 -- let's see

14   -- 5587.  What is -- can you explain to me what that

15   identification number is?

16        A    That is a particular number that is assigned

17   by the jail system as a permanent number when an

18   individual comes into the facility.  It's an ID that

19   they wear on an arm band.  It's for release because in

20   their system that number matches whatever is on their

21   band.

22        Q    Okay.  And they actually -- that number is on

23   an arm band that they wear?  As long as they are in the

24   jail?

25        A    There is exceptions to that.  If a person is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   doing self-harm to themselves with it or on suicide obs

2   or something like that and have a potential then we

3   remove it and put it outside the cell door.

4       Q    Okay.  There's a line that says,

5   "Institution:" and it looks like, "OBS number one." And

6   then I can't read the --

7       A    That's LMDC.  Louisville Metro Department of

8   Corrections.

9       Q    What is OBS number one?

10      A    That is giving reference to an observation

11  area.  That would be on the medical floor.

12      Q    Okay.  Can you tell me -- you -- you said

13  that observation number one is on the medical floor?

14      A    As well as observation number two is as well.

15      Q    So are there any more than two observation

16  cells on the medical floor?

17      A    No.  But any single cell could be used as an

18  observation cell.

19      Q    Okay.  How many individuals do -- does

20  observation cell number one hold?  Are there bunks?

21      A    One and two both hold seven.

22      Q    Both hold seven.  Do they have seven bunks in

23  them?

24      A    They would have boats.

25      Q    Boats?  Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1        A     And those is as needed.

2        Q     **Okay.**

3        A     We might not have seven people in there. You

4    might only have three or one.

5        Q     **And can you tell me where the medical floor**

6    **is located in the jail?**

7        A     On the second floor.

8        Q     **Now am I referring to that correctly as the**

9    **medical floor?  Or is it an area on the floor -- the**

10   **second floor?**

11       A     I think it's deemed the medical floor because

12   that's where the nurse's station is. That's where the -

13   - like the central hub area is. So yeah.  I would say

14   that would -- the medical floor actually encompasses

15   the mental health patients and the -- the like the

16   medical folks with like conditions that, you know.

17       Q     **That need --**

18       A     That -- that, yeah.

19       Q     **Kind of ongoing attention?**

20       A     Right.  It might be dressings or diabetes

21   that's out of control or something like that.

22       Q     **Is the medical floor in what is referred to**

23   **or considered the secured part of the jail?**

24       A     The entire jail is considered secured.

25       Q     **Okay.  Now, on the medical floor we've got**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    the nurse's station, we've got observation cells one

2    and two.   What else is on the medical floor?

3         A    Medical records is there.

4         Q    Medical records.

5         A    The -- the psychiatric service offices are

6    there.

7         Q    Okay.

8         A    The administrator's office is there.  And the

9    Director of Nursing's office is there.  The Executive

10   Secretary's office is there.

11        Q    The -- the what secretary?

12        A    The Executive Secretary.  The med room is

13   there.  The X-ray room is there.  The triage room is

14   there, and a break room is there

15        Q    And a -- and the what room?

16        A    The break room

17        Q    Break room?

18        A    It's not used as a break room, but...

19             MR. PIEKARSKI:  Are you asking what's on the

20   whole second floor?

21             MR. BELZLEY:  Well, I'm -- I'm -- I'm asking

22   what is in -- what is on the medical floor as -- as --

23   as she's termed it.

24             MR. PIEKARSKI:  Okay.  Great.  Yeah.

25   BY MR. BELZLEY:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 14 of 136 PageID #:
1108
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
14

1        Q     And now you got ahead of me a little bit

2    there.  You said a break room, triage, X-ray?  What --

3    what other room -- rooms are there?  You talked about

4    the nurse's station, observation cells one and two,

5    medical records, psychiatric offices, the

6    administrator's office, the Director of Nurses, the

7    Executive se -- Executive Secretary, break room,

8    triage, X-ray, and there was something else I thought.

9              MR. PIEKARSKI:  It has the med room.

10             MR. BELZLEY:  The med room?

11             THE WITNESS:  Medical room.

12             MR. BELZLEY:  Okay.

13   BY MR. BELZLEY:

14        Q     And the med room is where you have the

15   medicine?

16        A     Um-hmm.  The med carts.

17        Q     Okay.  Anything else that you can recall that

18   comprises the -- the medical floor?

19        A     Well, you have the cells and the dorms on the

20   mental health unit.  That's on one side.  And then on

21   the other side you have the cells that's sort of deemed

22   as medical cells, and dorms too. And then psych has

23   dorms as well so...

24        Q     Okay.  So there's a mental health unit? How

25   many cells are in the mental health unit?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        A        14.

2        Q        And there are in -- in addition to that there

3    are what you refer to as dorms?

4        A        There's two dorms on the mental health unit.

5        Q        Two dorms on the mental health unit?

6        A        On the second floor.  Yes.

7        Q        So the dorms are part of the mental health

8    unit?

9        A        Those dorms are.  Yes.  On the mental health

10   side.

11       Q        Okay.  Are there any other dorms on the

12   medical floor other than those associated with the

13   mental health unit?

14       A        Yes.  There's three.

15       Q        Okay.  And what are those dorms?

16       A        One dorm is for individuals that have

17   impaired mobility.  There is another dorm they use for

18   -- mostly now for people with -- they could be used for

19   impaired mobility as long as they a bottom bunk is

20   available and there's space.  Like for diabetics that's

21   out of control, just -- just to group them together.

22       Q        And what's the third one?

23       A        The third one is like the -- the biggest

24   mental -- the biggest medical dorm.  And it has just a

25   gamut of everything.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 16 of 136 PageID #: 1110
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

16

1        Q      Okay.

2        A      And then there's four negative pressure

3    single cells.

4        Q      Now what do you mean when you say negative

5    pressure?

6        A      It's like -- it's for individuals that would

7    have TB.

8        Q      Or some kind of infectious --

9        A      Airborne --

10       Q      -- disease?

11       A      -- airborne disease primarily.  And then

12   there's eight single cells.

13       Q      Okay.  And let me now, okay.  Let me -- and -

14   - and where does -- where do observation cells one and

15   two fall into that?  Are they separate from what we've

16   been discussing, or are they part of the -- the -- cell

17   arrangements we've been discussing?

18       A      They're not connected to the other cells if

19   that's what you mean.  There's no opening between the

20   cells.  They're individual rooms.

21       Q      Okay.  Well, I guess what I'm asking is

22   observation cell one part of the -- is -- is that one

23   of the negative pressure cells or...

24       A      No.  Observation is -- no.  Observation and

25   negative pressure is different, because you -- it's a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 17 of 136 PageID #:
1111
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
17

```
 1    single cell so there's only person allowed in a

 2    negative pressure room.

 3         Q     Okay.

 4         A     Okay.  So those are specialized cells.

 5         Q     Okay.  So let me go over this and make sure I

 6    kind of have a clear picture of it in my head. On the

 7    medical floor, when we're talking about cells or rooms

 8    where inmates are put, we've got four negative pressure

 9    single cells.

10         A     Right.

11         Q     We have eight single cells in addition to

12    that?  Is that correct?

13         A     Um-hmm.

14         Q     You got -- and you're going to have to say

15    yes or no.

16         A     Yes.

17         Q     Okay.  We've got three dorms, one of which is

18    pretty much devoted to impaired mobility people.

19    Another has impaired mobility, diabetic type people.

20    And the third is the biggest medical dorm that has all

21    sorts of medical people in it?

22         A     Right.

23         Q     Then we have the mental health unit that has

24    two dorms and 14 cells.

25         A     In addition to the two observation cells.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q      And then we have the two observation cells.

2        A      Correct.

3        Q      And the observation cells, cells one and two,

4   are separate from the mental health unit. They're

5   separate from the negative pressure cells. They're

6   separate from the eight single cells. They're --

7   they're separate from the three dorm cells?

8        A      No.

9        Q      Okay.

10       A      The observation cells is part of the mental

11  health.

12       Q      Okay.

13       A      All right.  They're just separate rooms.

14  They're by themselves sort of.

15       Q      Okay.

16       A      They're like you have to walk around a little

17  curve to get to the next cell.  But it's considered the

18  mental health -- part of the mental health area.

19       Q      Okay.  Are the observation cells two of the -

20  - the 14 cells in the mental health unit?

21       A      I don't exactly know what you mean.

22       Q      Well, it is my understanding there were 14

23  cells in the mental health unit?

24       A      Right.  Those are single cells.

25       Q      Okay.  So those don't -- that -- they don't -

-

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    - those don't include the observation cells?

2        A    No.   Let's see if I can try to explain it.

3    Okay?   The two main observation cells house seven

4    people each.

5        Q    Right.

6        A    The -- the individual 14 single cells --

7    okay.   Only house one person.

8        Q    Got you.

9        A    Okay.   But you can have individuals in the

10   single cells that are on -- that can be on observation.

11       Q    Okay.

12       A    But they would be on for a different reason

13   maybe.

14       Q    Okay.   Now this note that we're looking at

15   that you prepared it appears to be dated August 25,

16   2012.   And the time appears to be military time 20:50.

17       A    Right.

18       Q    Is that right?

19       A    Yes.

20       Q    And that -- that military time is -- equates

21   to 8:50 pm?

22       A    Correct.

23       Q    Okay.   What shift were you working?

24       A    That would have been the second shift, 3:00

25   to 11:00.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      **Three to 11:00?**

2      A      Or 3:00 to 11:30.

3      Q      **How many shifts are there?**

4      A      Three.

5      Q      **And what's -- what are the times for the**

6      **third shift?**

7      A      Eleven to 7:30.

8      Q      **And I take it the first shift is 7:00 to**

9      **3:00?**

10     A      Three-thirty.  Yes.

11     Q      **Three-thirty.  So you and Ms. Kohl and Ms.**

12     **Daugherty would have all been working on the second**

13     **shift on August 25, 2012?**

14     A      Yes.

15     Q      **Were there any other nurses working on that**

16     **shift with you?**

17     A      I'm sure there was.

18     Q      **Do you -- well, do you know how -- how many**

19     **nurses work a -- were working the second shift on**

20     **August 25, 2012?**

21     A      I would say probably eight.

22     Q      **Now, let -- let's talk about who was at the**

23     **jail on August 25, 2012 on the second shift. Obviously**

24     **you were there.  And you are a registered nurse?  Ms.**

25     **Kohl was there, and that's spelled K-O-H-L.  And she as**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

21

1    I understand it is a license -- or was at that time a

2    licensed practical nurse.  Is that right?

3         A    Yes.

4         Q    Ms. Daugherty was there, and was -- was she a

5    licensed practical nurse as well?

6         A    Yes.

7         Q    Who else do you recall being there that

8    night?  The nurses on duty?

9         A    That's a long time ago.

10        Q    I understand -- I understand.  And -- and --

11   and do your best, but if you can't recall that's okay.

12        A    I don't remember.

13        Q    Okay.  Is there -- is there documentation, to

14   your knowledge, that exists from which we could

15   determine who in addition to you, Ms. Kohl and Ms.

16   Daugherty were there?

17        A    Yes.

18        Q    What -- what would that be?

19        A    The schedule.

20        Q    There's a schedule.  Do you recall whether

21   there were any other registered nurses on duty at the

22   jail for the second shift on August 25, 2012?

23             MR. PIEKARSKI:  Object to form.

24        A    I don't remember.  I -- I know that I was

25   so...

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q     But -- but in -- in completely aside from

2     names or individuals, do you know whether there would

3     have been another RN on duty --

4     A     There's only one that's --

5     Q     With -- with you?

6     A     Required.

7     Q     There's only one that's required?

8     A     Yes.

9     Q     How about ARNPs?  Any ARNPs on duty that --

10    at second shift on August 25 to your recollection?

11    A     The nurse practitioners are not usually there

12    at that particularly the time.  They usually work day

13    shift.  It may spill over into second shift, but it's

14    not usually going to be until eight o'clock.

15    Q     And how about physicians?

16    A     Physicians are not typically there, but the

17    doctor that we had before in 212 -- in 2012 -- it was

18    always a possibility that he might be there.

19    Q     Okay.  Now, you mentioned the schedule. Does

20    the schedule show which -- what nurses were working

21    which shifts?

22    A     There's a daily schedule.  I don't know if

23    they keep those, but we do a daily schedule.

24    Q     Okay.

25    A     And we place -- the charge nurse puts the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    nurses in a -- on -- on a particular floor.

2        **Q      Who was the charge nurse at that time?**

3        A      That would have been me.

4        **Q      Now, would the schedule also show when ARNPs**

5    **were at the jail?**

6        A      They probably have a different schedule, but

7    it's not like -- like staffing schedule.  You know,

8    like I'm sure they have it because somebody has got to

9    keep up with vacations and things.

10       **Q      And how about physicians?  Is there a**

11   **documented schedule for them?**

12       A      Normally the physician comes in Monday

13   through Friday.  And then they have the physician would

14   be on -- physician or nurse practitioner or - - would

15   be on call for the other times in between.

16       **Q      How many ARNPs were working at the jail back**

17   **in August of 2012?  Do you -- do you know?**

18       A      We usually only have one.  Now, there was a

19   little space in there when it was in the process of

20   getting people's clearance, you know, but, I don't know

21   if that was that particular time or not.  But usually

22   it's one.

23       **Q      And do you remember what his or her name was?**

24       A      Well, it would have been a her for sure.

25       **Q      Okay.**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

24

```
 1        A    I can give you that much.  Okay.  We -- we
 2   have not had any guys.
 3        Q    Well that helps.
 4        A    Okay.
 5        Q    Okay.
 6        A    Oh gee, '12 thinking.  I'm thinking it might
 7   have been a lady by the name of Kubander.
 8        Q    Kubander.  I have heard that name before.  Do
 9   you know whether Ms. Kubander also provided services at
10   the Kentucky State Reformatory?
11        A    I don't know.  She may have.
12        Q    Okay.  How about the physicians?  Back in
13   August of 2012 how many physicians were working at or
14   visiting at -- visiting at the jail?
15        A    Are you including psychiatrists?
16        Q    No.  Not really.
17        A    Okay.  Then they would have been at least
18   two.
19        Q    And do you remember their names?
20        A    I'm pretty sure that it was Dr. Smith and Dr.
21   Urback.  But if I'm wrong, then it was Dr. Cad
22   (phonetic) and Dr. Urback.
23        Q    Okay
24        A    Because I -- Dr. Smith left for a little
25   while and then he came back so, and now he's gone again
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 25 of 136 PageID #:
1119
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
25

1   so...

2        Q     Okay.  But August 25, 2012, do you remember

3   what day of the week that was?

4        A     Not really.

5        Q     Hang on.  Let me -- I can sort that out right

6   quick.  I had that but I forgot it.

7        A     Probably a Friday.  My Fridays are all bad.

8        Q     Looks like a Saturday.  August 25, 2012.  So

9   is it fair to say that on Saturday August 25, 2012 at

10  the second shift there was probably not an ARNP at the

11  jail, and probably not a physician?

12       A     I believe so.

13       Q     Okay.  What were your responsibilities on

14  August 25, 2012?

15       A     Well, actually I was the charge nurse.  And I

16  was also responsible for the mental health unit. Which

17  is those two obs cells, the 14 single cells, and the

18  two dorms.  As well as any other thing that may arise

19  that may need my assistance.

20       Q     Okay.  What is a -- what are your

21  responsibilities as the charge nurse?

22       A     Do we have all day?  Okay.  Well, they have a

23  list of that too.

24       Q     Okay.

25       A     If you would like to get that list of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 26 of 136 PageID #: 1120
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

26

1    charge nurse responsibilities it probably could explain

2    it better.

3        Q    Okay.  Okay.  There's a -- Corizon has a

4    actual document that sets forth what the

5    responsibilities of a charge nurse are?

6        A    Yes.

7        Q    Okay.  Can you just kind of give me a general

8    idea of what some of them are?

9        A    Well, you have to ensure that the patients

10   are delivered care, or as it's medicines, dressings,

11   their intake, their -- it's all about the patient.

12       Q    As the charge nurse is that -- are you pretty

13   much the supervisor of the sh -- the nursing shift?

14       A    Yes.

15       Q    All right.  Now you say you were responsible

16   for the mental health unit?  That included observation

17   unit -- observation cell number one?  Is that right?

18       A    Yes.

19       Q    Now, when you say you were responsible for

20   the mental health unit what do you mean by that?

21       A    That means that I would address whatever need

22   comes up with that -- those individuals on that

23   particular unit, that I would be the one that would be

24   documenting on them and assessing them.

25       Q    What's the -- what -- did -- would -- was



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    there any other nurse that helped you with those

2    responsibilities for the mental health unit?

3         A    That sounds like a double edged question. And

4    that I'm looking at my note and obviously the case was

5    they did.

6         Q    And that would have been Ms. Daugherty who

7    was there?

8         A    Um-hmm.

9         Q    Do you -- can you read the signature of the -

10   - the last note on that page?  Who wrote that?

11        A    Oh gosh.

12        Q    It looks like Gleison or Claussen or...

13        A    Maybe it was Glassen (phonetic).

14        Q    Glassen?  Now were the inmates in observation

15   cell one regularly monitored or checked?

16             MR. PIEKARSKI:  Object to form.

17        A    The indiv -- this fellow happened to be in

18   observation cell number two not one, by the way

19        Q    Oh.  Okay.

20        A    Which is directly across from the mental

21   health unit.  You can actually see straight in there.

22        Q    Okay.

23        A    Which you could in one too, but it probably

24   really doesn't matter.  But anyway --

25        Q    So that where it indicates observation number

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   one that's incorrect?  It was ac -- he was actually in

2   observation number two?

3         A    Yes.

4         Q    All right.  And you -- you have an

5   independent recollection that he was in observation --

6         A    I definitely --

7         Q    -- two?

8         A    -- remember he was in two.

9         Q    What was it about -- how do you remember that

10  --

11        A    Because there --

12        Q    -- independently?

13        A    -- was another incident that was occurring at

14  the time this was occurring.

15        Q    Okay.  What was that incident?

16        A    An individual was complaining of EPS from

17  side effects of his medication.  So I was in the

18  process of handling that when I was called for this.

19        Q    He -- he was complaining of what?

20        A    Side effects from his psychiatric medicine.

21  They're -- the -- they're called EPS symptoms.

22        Q    Do you remember that individual's name?

23        A    Yes.

24        Q    And what was his name.

25             MR. PIEKARSKI:  Hang on.  I don't know that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   we should put that on the public record.

2           MR. BELZLEY:  Okay.

3           MR. PIEKARSKI:  We've identified an awful lot

4   about his medical condition.  There's -- we can -- we

5   can do it off the record.

6           MR. BELZLEY:  Okay.  Let's go off the record.

7           MR. PIEKARSKI:  Yeah.

8   (OFF THE RECORD)

9           MR. BELZLEY:  Back on the record.

10  BY MR. BELZLEY:

11      Q    Well, let -- let's talk about the -- the

12  individual -- the individuals in observation number

13  two, which included Mr. Cross during the second shift

14  on August 25, 2012.  How often did somebody just look

15  in on those individuals?

16      A    I mean, you looked at in -- in on them all

17  the time.  Like I said, there was -- it's just like you

18  look right out this window here, they're right there.

19      Q    Okay.  Let's talk about how you can see in

20  observation number two.

21      A    It's -- it's -- it's the entire front is like

22  a glass.

23      Q    Okay.  And what is its location relative to

24  the nurse's station?

25      A    Directly across from the mental health area.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 30 of 136 PageID #:
1124
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
30

1  The nurse's station is kind of divided into two, but it

2  is connected by a door.  So you would just leave that

3  door open.  So it sits right in the middle and -- and

4  directly across from that kind of more like on the

5  mental health edge of that is obs number two.

6      **Q     Okay.  Is there -- but is there, to your**

7  **knowledge, a -- a regular schedule by which somebody**

8  **actually formally looks in on the inmates?**

9      A    Of the individual is placed on observa -- see

10  this is where it gets confusing.  Okay. Because at one

11  time we used those cells not for observation.  But now,

12  I mean, that's specifically what they are now.

13  Sometimes we used to just put overflow people in there.

14      **Q     Okay.**

15      A    Okay?  Okay.  I don't -- I have to look at

16  here.  Because I don't remember that he was on

17  observation or not.  Because if that would make it --

18  that would mean if he was on observation then, yes.  An

19  officer would go by every 15 minutes look on an

20  individual, sign the paper that they did see the

21  person.  Or anyone else who was in there because each

22  person would have a sheet.

23          MR. PIEKARSKI:  You're fine.  He'll ask a

24  question if he wants you to...

25      **Q     Now, if the pers -- if the person is on**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    observation you say an officer would look in every 15

2    minutes and record that on a sheet for that particular

3    individual?

4         A    Right.

5         Q    When you say an officer, would this be a

6    member of the medical staff or a corrections officer?

7         A    It would be a correction officer.  And there

8    would also be individual that would be a -- considered

9    a watcher or a sitter that would actually be doing

10   eyeballing one on one at the individual or individuals

11   that are in that cell. And would alarm the officer or

12   medical staff should something arise.

13        Q    Do you know whether there was an individual

14   like that assigned to that duty for observation cell

15   two that night?

16        A    No.  Because I don't remember if they was on

17   observation or not.

18        Q    Okay.  Why don't you take a second look

19   through there and see if you can determine whether he

20   was on observation or not.  Mr. Cross.

21             MR. PIEKARSKI:  Can we take a quick break so

22   I can go to the bathroom?

23             MR. BELZLEY:  Sure.

24             MR. PIEKARSKI:  Yeah.  Maybe give her time to

25   look through it anyway.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

1          MR. BELZLEY:  Yeah.

2   (OFF THE RECORD)

3          MR. BELZLEY:  Let's go back on the record.

4   BY MR. BELZLEY:

5     Q    And let me ask you, Ms. Sloan, in looing

6   through the rest of Exhibit 1, have you been able to

7   determine whether Mr. Cross was placed on observation?

8     A    It doesn't appear that he was.

9     Q    Okay.  So what would that -- in terms of how

10  often he was checked or observed, what would that

11  indicate to you?  If he's not placed on observation,

12  how often would somebody look in on him?

13    A    Well, I guess it's considered passive obs.

14  People are on observation on the entire -- both sides

15  of the unit.  The medical and the mental health unit.

16  And you actually have to travel past that cell to get

17  to other cells.  Because the other cells are around the

18  walls.

19    Q    Okay.  If you would turn to the page

20  immediately following through the progress notes. If

21  you look at the bottom there under plan. There's a

22  check mark that indicates, "Observed patient."  It

23  looks like, "Every eight hours for five days."  Do you

24  see that there?

25    A    Um-hmm.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

33

1    Q    And is that how you read that?

2    A    That's what it looks like to me.

3    Q    Now, under those circumstances how often

4    would somebody be -- be looking in on Mr. Cross.

5    A    They would be looked at him every 15 minutes.

6    Q    Every 15 minutes?

7    A    That's why I asked you if this was all the

8    chart is.  Because I didn't see the the observation

9    sheets.

10   Q    Okay.  I I haven't seen it either.

11   A    Okay.

12       MR. PIEKARSKI:  That would be a part of the -

13   - the --

14       MR. BELZLEY:  The jail file?

15       MR. PIEKARSKI:  The jail file.

16       MR. BELZLEY:  Okay.

17   BY MR BELZLEY:

18   Q    How often would Mr. Cross be checked by

19   someone associated with the medical staff?

20   A    Well, he was on a detox.  This is -- okay?

21   Q    Um-hmm.

22   A    And they would be checked every four hours

23   because of detox.

24   Q    Okay.  Do you know whether anyone from the

25   medical staff checked Mr. Cross between the time he was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    put in observation cell two and the time that he was

2    found unresponsive?

3          A    I do not know.

4          Q    Would there be a document that would indicate

5    that, that -- that you would look for to see what it

6    indicated?

7          A    Well, it looks like to me that when he came

8    into the jail that he was checked by Nurse Kohl at

9    5:06.

10         Q    Um-hmm.

11         A    So he wouldn't even be due to be checked

12   until 9:06.

13         Q    Right.  And he was found unresponsive at

14   roughly 8:50 pm?

15         A    Right.  But I'm not saying that he wasn't

16   checked.  I'm just saying as...

17         Q    Do you have any recollection of checking Mr.

18   Cross prior to be -- being contacted due to his being

19   unresponsive?

20         A    When you say checking what do you mean?

21         Q    Did you -- do you recall looking in on him?

22         A    Yes.  I seen Mr. Cross several times.

23         Q    Okay.

24         A    Okay.  I saw Mr. Cross when he came up from

25   the booking floor and was placed in that cell.  He was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    chatting with the officer.  I saw Mr. Cross chatting

2    with the other inmates that was in that room, in the

3    observation room.  I saw him eating.

4        Q    Okay.  Now, have you made any notes or

5    documentation concerning your contacts with Mr. Cross?

6    For what you observed of him other than the note on --

7    the Interdisciplinary Progress Note that appears for

8    August 25, 2012 at 20:50?

9        A    You're stating just what I just said.  Did I

10   document that anywhere?  Is that what you're asking me?

11       Q    Well, I'm -- I'm saying is -- do you -- do

12   you -- have you written anything down about Mr. Cross

13   other than what's on this page?

14       A    Apparently not.  But I don't go around

15   looking at people eating and chatting and all that

16   either.  I mean, if they're -- that's just normal

17   operations.

18       Q    Okay.  I'm just trying to figure out what you

19   wrote down.

20       A    Well, what I wrote down is when I was called

21   for the emergency.

22       Q    Yeah.  I'm just trying to make sure that's

23   all we got.

24       A    Okay.

25       Q    Now, can you -- well, let me back up.  You

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    said that on the medical floor there was an office

2    there for the Director of Nurses?  Who was that at this

3    time, in August of 2012?

4        A    We had a lot of changes so, some of them were

5    short.  I don't know if it would have been Alicia Fox

6    or Jessica Muncy.  Probably one of those individuals.

7        Q    Okay.  Would you have expected her to have

8    been there second shift on a Saturday?

9        A    No.

10       Q    Okay.  You said there's an administrator's

11   office also on the medical floor.  Is that the Medical

12   Administrator?

13       A    Yeah the -- that person is considered the

14   Health Service Administrator.

15       Q    Health Services Administrator.  Who was the

16   Health Services Administrator back in August of

17   2012?

18       A    Well, it gets kind of -- a Ms. -- a Ms. Fox

19   was also -- she actually was promoted to Regional

20   Manager.  And there was a timeframe where we didn't

21   have a Health Service Administrator or a Director of

22   Nursing.  And she kind of like fit -- footed the bill

23   for each.

24       Q    Okay.

25       A    Until one came in.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Okay.  Okay.  But if at this time there was a

2    separate administrator, would you have expected them to

3    be on site on second shift on Saturday?

4    A    No.

5    Q    And the Executive Secretary, do you know who

6    that was back in August 2012?

7    A    It probably was a lady by the name of Riley

8    (phonetic).  And she wouldn't have been there either if

9    that was your next question.

10   Q    Okay.

11   MR. PIEKARSKI:  Just wait until he asks.

12   Q    Observation cell two, do you know -- or can

13   you -- do you have a sense of roughly how big it is?

14   A    It's probably a little bit smaller than this

15   room.

16   Q    Okay.  There's a door that you can go through

17   to enter the cell I -- I would assume?

18   A    Well, it's an electronic door you actually

19   got to call for permission and the officers radio

20   control.

21   Q    And they click it open?

22   A    Right.

23   Q    And you open it?  But you've indicated that -

24   - that basically the front of observation two is a

25   window almost?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 38 of 136 PageID #: 1132
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

38

1      A     Yes.

2      Q     Is it -- is it --

3      A     There is -- go ahead.

4      Q     Is it floor to ceiling or?  Is it -- is it --

5  is it like these floor to ceiling windows we have here

6  or is it more like the windows we have behind us that's

7  a little bit up off the floor and a little bit below

8  the ceiling?

9      A     The windows are -- they have concrete

10  probably about this far -- they have concrete.  But you

11  could see a person of my statute at least from hip --

12  I'm short so...

13      Q     Okay.

14      A     You know, you could see most of me in it.  And

15  if you're taller you're going to see even more.

16      Q     But do -- do you have a sense of what the

17  size of the window is?  How many feet by how many feet?

18      A     Not really.

19      Q     But that window --

20      A     It's three panes.

21      Q     Okay.

22      A     It's three panes on one side and I think two

23  on the other.  And it's -- it's -- it's probably the

24  window may be a little bit smaller in diameter going

25  across as yours in this office.  But it's concrete goes

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  up and it goes all the way around.  And the -- the

2  windows are framed in.

3      Q    Okay.  Now, if I'm standing in the hallway

4  looking at observation cell two, where is the door? Is

5  the door in the center, to the right or the left?

6      A    It's in the center.

7      Q    It's in the center.  If I walk in that door,

8  tell me what I would see in terms of the layout of

9  observation cell two?

10     A    Well, you would probably see the boats. You

11 would see --

12     Q    Now where would they be?

13     A    They would be on the floor.

14     Q    Would they be to one side of the room or

15 another or...?

16     A    It's wherever the individuals had moved them

17 in there.  I mean we have -- we put them wherever they

18 wanted them at.

19     Q    Okay.  Is there a toilet in there?

20     A    Yes.

21     Q    Is there a shower?

22     A    No shower.

23     Q    Is there a sink?

24     A    There is a sink.

25     Q    Is the -- the -- is there -- is the toilet

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    area blocked from -- from being able to see it from

2    outside the cell?

3          A     There is a concrete column there.

4          Q     Okay.  Other than that -- other than that

5    concrete column that -- that affords some privacy for

6    the toilet, is there anything else in observation cell

7    two that would in any way interfere or obscure your

8    seeing what's going on in the rest of the cell?

9          A     No.

10         Q     Okay.  Do you remember who the corrections

11   officer was that was looking in on the inmates every 15

12   minutes that night?

13         A     No.  Because usually there is three.

14         Q     There is three different ones?

15         A     There is three different -- I mean, there is

16   the same three officers for the shift.  But they each -

17   - they all three do different -- they could be doing

18   different jobs.  They -- we have like what they call a

19   rover, which is individuals that go get people for

20   medical reasons.  And then you have like individual

21   that go around and do the sheets and do -- and another

22   might be moving one person from a place to another.

23   But they all take turns.  So it could be a toss-up of

24   which one.

25         Q     What is your understanding of what those

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    officers are looking for when they look into

2    observation cell number two?

3        A    Well, you --

4             MR. PIEKARSKI:  Object.  I'll withdraw.  Go

5    ahead.  That's fine.

6        A    The -- there is a with the observation sheet

7    there is another sheet that goes along with that.  And

8    it's basically what activity the person is

9    demonstrating.  If they're sitting, if they're talking,

10   if they're sleeping, if they're eating or. And they

11   will write the little code that represents that.

12       Q    Okay.  If the individual -- if they're

13   looking in observation number two and there's a n

14   individual there who is sleeping, they would indicate

15   on these pages they're having checked the cell and that

16   that -- and that they observed that individual

17   sleeping?

18       A    But they actually are looking to see if the

19   person is sleeping, which would mean that they are

20   breathing.

21       Q    Okay.  Is it fair to say that officer -- your

22   understanding of what the officers do when they're

23   checking these cells, when it comes to a sleeping

24   inmate -- so looking at the inmate, concluding that

25   they're sleeping, but also that they are breathing?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

42

1      A    Yes.

2      Q    **Do they do anything else with regard to a**

3  **sleeping inmate?**

4      A    If -- let's just say perhaps it's time to

5  eat.  Then they would wake that person up.

6      Q    **Okay.**

7      A    For their food.

8      Q    **Other than that?**

9      A    Well, they would if they wanted to go take a

10  shower.  Everybody gets an opportunity to go take a

11  shower.  I forgot about that room.  There is a shower

12  room that -- on that floor too.

13     Q    **Okay.**

14     A    On both side.

15     Q    **With regard to an intoxicated inmate, an**

16  **inmate that's come into the jail and has been observed**

17  **and documented to be intoxicated.  To your knowledge,**

18  **do the corrections guards, if that individual is**

19  **sleeping, go in and assess his level of consciousness?**

20     A    If an individual is placed on observation for

21  whatever reason, the officers know that they are to

22  check for breathing on every shift on every inmate.

23     Q    **I'm not talking about breathing.  I'm talking**

24  **about consciousness.  Somebody who is sleeping, their**

25  **eyes are closed they may be motionless and they're**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    breathing.  Somebody who is unconscious, their eyes are

2    closed they may be motionless and they may be

3    breathing.  So my question is, to your knowledge, do

4    these officers that check inmates in these cells,

5    particularly one who is sleeping and in particular one

6    who was admitted and observed and documented to be

7    intoxicated, do they --

8         A    Well, first of all --

9         Q    Hang -- hang on.  Do they go in there and

10   check their level of consciousness?

11        A    You're asking me to make a -- a decision on

12   what an officer would know or what know.

13        Q    No.

14        A    No because --

15        Q    I'm not.

16        A    -- I don't know if they would know --

17        Q    Okay.

18        A    -- the difference between -- or anyone else

19   for that -- I mean, you can assume that your child is

20   sleeping if you don't wake them up.

21        Q    Here's all I'm asking you.

22             MR. PIEKARSKI:  Listen to his question. And

23   try to answer.

24        Q    And I know you just finished a shift. Okay.

25        A    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      I'm not here to fight with you.

2      A      Well, I -- well that's not my -- I just want

3  to make sure I'm -- I'm clear.

4      Q      Okay.  What I want to know is do you know

5  whether officers who check these inmates every 15

6  minutes will enter the cell for the purpose of

7  assessing the level of an inmate's consciousness that

8  appears to be sleeping?  Have you ever seen them do

9  anything like that?

10     A      I have seen it.

11     Q      Okay.  Under what circumstances have you seen

12  them do that?

13     A      I've saw -- I've seen them do it at people

14  that were sleeping and it was at chow time when they

15  eat.  And the person doesn't -- they say, "Hey man, you

16  know, food is out here."  And the person doesn't say

17  anything.  So they go into the cell and say, "Hey man,

18  you all right?"  You know, and then if they still don't

19  get no answer then, you know, they will shake the foot

20  or something.

21     Q      Yeah.

22     A      You know.

23     Q      Any other instances other than them not

24  getting up for chow?

25     A      Well, if anybody don't respond usually.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, Taken on October 03, 2014

45

```
 1        Q     Okay.  But are you aware of any rule or
 2   policy in the jail such that officers will go in on a
 3   regular basis whether chow or not?
 4        A     I'm not aware of no rule.
 5        Q     And check -- and assess the consciousness of
 6   a -- of an intoxicated inmate who appears to be
 7   sleeping?
 8        A     It would -- that would probably anybody.  It
 9   wouldn't necessarily have to be an intoxicated
10   individual.
11        Q     I'm sorry?
12        A     I said, I'm not aware of any rule that is set
13   by the jail that the officers go in and check an inmate
14   or another person, whether they have any kind of
15   condition.
16        Q     Is that something that you believe or
17   understand to be the responsibility of the medical
18   staff?
19             MR. PIEKARSKI:  Object to form.  What - -
20   what their resp -- I don't know.
21             MR. BELZLEY:  To check or assess somebody --
22   somebody's condition.
23        A     Yeah.  I would think that -- I must be
24   extremely tired.  Okay.  Let's see if I can reword
25   this.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW  Document 109-7  Filed 11/14/17  Page 46 of 136 PageID #:
1140
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
46

1          MR. BELZLEY:  Let me -- let me -- let's go

2    off the record for a second.

3          MR. PIEKARSKI:  Yeah.

4    (OFF THE RECORD)

5          MR. BELZLEY:  Tell you what, can you read

6    back to me my last question?

7          COURT REPORTER:  Um-hmm.

8          MR. BELZLEY:  Sort of help me figure out

9    where I was.

10   (REPORTER PLAYS BACK REQUESTED TESTIMONY)

11         MR. BELZLEY:  Okay.

12         COURT REPORTER:  Okay.

13         MR. BELZLEY:  Okay.

14   BY MR. BELZLEY:

15       **Q     Prior to your being notified that Mr. Cross**

16   **was unresponsive, do you know whether anybody after**

17   **appeared to fall asleep assessed his level of**

18   **consciousness?**

19       A     Not that I can recall.

20       **Q     Okay.  Tell me what you remember about Mr.**

21   **Cross.  Where were you -- let's start when you first**

22   **remember seeing him.  Where were you located at that**

23   **time and where was he?**

24       A     He was -- it was on the second floor and he

25   was coming around the corner.  I assume from the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 47 of 136 PageID #:
1141
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

47

1    elevator from the booking floor.  And I was in the

2    mental health nurse's station.  So that's where I saw

3    him talking to the officers.  I saw him enter the obs

4    number two cell door.  And then after that I saw him

5    talking with the other inmates that were also in there.

6        Q    Could you hear what they were saying?

7        A    No.

8        Q    Did he ever talk to you?

9        A    No.  I don't remember that he did.

10       Q    Did you ever say anything to him?

11       A    I don't know.  Because usually, you know, I

12   at least wave.  I say, "How you doing?"  So I might

13   have.

14       Q    Did you hear anything he was saying to the

15   officer that was -- that brought him up to the medical

16   floor?

17       A    No.

18       Q    But pretty -- I take it that probably you --

19   your first contact with Mr. Cross was when he was

20   brought up to the medical floor to be put in

21   observation two?

22       A    That's the first time that I saw him.

23       Q    Okay.  Do you know roughly what time that

24   was?

25       A    Not really I don't.  It's usually not too

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

48

1    long after they're assessed on the booking floor.

2         Q    **Okay.  Okay.  What did you see him doing with**
3    **the other inmates after he entered the cell?**

4         A    He was talking, you know, he was using hand

5    gestures.  And I actually even saw him smile -- he was

6    -- he was interacting.

7         Q    **Did you see him trying to shake people's**
8    **hands?  I saw a reference to that in a debriefing note.**
9    **That he was -- wanted to shake everybody's hand in the**
10   **cell.**

11        A    I don't remember that.

12        Q    **Okay.  What do you next remember about Mr.**
13   **Cross?**

14        A    I remember that -- I remember him eating. I -

15   - I know chow came and he ate.

16        Q    **When does chow typically come on Saturday?**

17        A    It varies.  It varies because that just has

18   to do with the kitchen staff and what comes out. But

19   the -- the -- the typical chow on weekend is not like a

20   regular tray.  It's like sandwiches and -- and juice or

21   milk or something like that.  So it's like a sack

22   lunch.

23        Q    **Okay.  Is there a range of time that you can**
24   **give us?  6:00 to 7:00?  6:30 to 7:30?  7:00 to 8:00?**

25        A    It's usually -- well, it could be between

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 49 of 136 PageID #: 1143
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

49

1   4:00 and 6:00 or 4:00 and 7:00.  It just depends on

2   when they all get it ready.

3        Q     Okay.  After you remember seeing Mr. Cross

4   eating, what do you next recall seeing?

5        A     I hate to -- I don't really remember what I

6   remember next because I can't remember if he was -- if

7   I saw him talking again.  Or if that was the time when

8   I was called over there.

9        Q     Do you have a recollection of seeing Mr.

10  Cross sleeping?  Or appear -- or lying down and

11  appearing to be sleeping?

12       A     I was called over there at that particular

13  time.  But, no.  Let's just go with no.  I don't recall

14  it.

15       Q     When you saw Mr. Cross the first time, coming

16  up to the medical floor, and being taken to observation

17  cell two did you see him stumble?

18       A     No.

19       Q     Or stagger?

20       A     No.

21       Q     Did -- in the course of your observations or

22  when you looked at Mr. Cross that night, did you ever

23  see him no -- appearing to nod off?

24       A     No.

25       Q     Okay.  Tell me if you would just -- if you



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    would read to me what your note on the

2    Interdisciplinary Progress Note says?

3         A    It has the time of 8-25-12 at 20:50.  It

4    says, "Patient laying on floor.  Color bluish, zero

5    respirations, zero pulse.  CPR initiated.  AD applied

6    zero shock indicated.  Observes dark emesis from oral

7    cavity.  Patient was assisted to side lying position.

8    EMS contacted immediately.  CPR and AED continues until

9    EMS arrived.  EMS continues CPR, attempted to intubate

10   unsuccessfully.  Patient transported to U of L and

11   pronounced at 2033, 2133 hours."

12        Q    Okay.  How were you notified that there was a

13   problem with Mr. Cross in observation cell two?

14             MR. PIEKARSKI:  Object to form.  Go ahead.

15   Sorry.

16        A    As I was stating earlier, I was having an

17   issue with the other inmate.  And I was in that

18   vicinity probably less than 30 feet.  And I was

19   definitely in voice range because one of the nurses

20   yelled out my name.  And so I said I have to put this

21   on hold and go over here.  So I went to the cell.

22        Q    Do you remember who the nurse was that yelled

23   out your name?

24        A    I believe it was Nurse Daugherty.

25        Q    Now this situation you were dealing with in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the other cell, the inmate who was complaining of side

2    effects of medication.  How long had you been dealing

3    with that situation before you heard your name called

4    out?

5         A    A couple minutes maybe.

6         Q    And after your name was called out what did

7    you do?

8         A    I went to the -- that -- to the obs number

9    two immediately.  I looked into the cell.

10        Q    And what did you see?  Anything other than or

11   -- anything you can recall in addition to what you've

12   put in your progress note here?

13        A    All I -- well, I -- when -- when I saw him

14   lying on the floor I asked if he had a -- if he had a

15   pulse.  I was told he had no pulse, so I said start

16   CPR.  And of course, you know, the officers was in

17   there.  So they notified a sergeant, the sergeant

18   called -- this all goes on behind the scenes, you know

19   -- called EMS and -- but while that -- all that was

20   going on when I found out he didn't have a pulse

21   because they checked it and he wasn't breathing then I

22   went into the triage -- the med room rather and got the

23   AED.  And I set it down and I started to undo and they

24   said go ahead -- the nurse said, "Go ahead.  Go ahead.

25   We got this.  Go ahead and take care of whatever you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   was taking care of."

2        Q    Okay.  Now the AED is the -- the -- the

3   paddles?

4        A    No.  The -- it's a Automatic -- Automatic

5   External Defibrillator.  They're actually pads.

6        Q    Okay.

7        A    Well they come differently now, but they're -

8   - it's essentially two pads.  You put one here and one

9   over here.

10       Q    Um-hmm.

11       A    And it sends an electrical shock to the heart

12  to get it to start.

13       Q    Okay.  How long do you think you were -- were

14  in the cell with Mr. Cross after being notified that he

15  had been -- after -- that he had been found

16  unresponsive?

17       A    Until I got the AED?

18       Q    Well, the -- the -- you had to leave to get

19  the AED, right?

20       A    Right.

21       Q    Okay.  From the time --

22       A    I --

23       Q    -- you were notified that you heard your name

24  called?

25       A    Right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q     Until the time that somebody said, "We've got

2     this covered.  Go on."  About how much time passed?

3     A     The whole thing?

4     Q     Um-hmm.

5     A     I -- I doubt prob -- prob -- and this is just

6     an estimate -- but five -- probably no more than 10

7     minutes.

8     Q     Okay.  Prior to hearing your name called, had

9     you -- do you have a recollection of seeing Mr. Cross

10    sleeping?

11            MR. PIEKARSKI:  Object to form.  Asked and

12    answered.

13            THE WITNESS:  Do you want me to answer?

14            MR. PIEKARSKI:  Oh, yeah.  Yeah.  Please, go

15    ahead.

16            THE WITNESS:  Okay.  So, okay.

17    A     Sleeping.  I don't remember that I did see

18    that.

19    BY MR. BELZLEY:

20    Q     Let me -- let me ask you this.  Do you have a

21    recollection the night that Mr. Cross was --

22    A     Actually, I do.

23    Q     Okay.

24    A     Because he was snoring.

25    Q     Okay.  You remember him snoring?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A     I remember him snoring.   Because I thought

2   how loud it was.

3       Q     **Right.   He was snoring loudly enough to where**

4   **you could hear him snoring outside the cell?**

5       A     No.   The door was opened.   I don't remember

6   why the door was open, but I heard the door -- the -- I

7   was there.   I heard the door open.

8       Q     **But it was -- it was your impression that he**

9   **was snoring loudly?**

10      A     Well, I snore loudly too so, you know.

11      Q     **Yeah.   But it -- it -- you were struck by how**

12  **loud it was?**

13      A     I thought it was loud but...

14      Q     **It was -- it was loud in your experience of**

15  **having worked in the jail 26 years and listening to**

16  **inmates snore at various volume levels?   Is that fair**

17  **to say?**

18      A     Yeah.   I guess.   I guess, I don't...

19      Q     **Do you know how long -- do you know when you**

20  **heard him snoring loudly in relation to your name being**

21  **called?**

22      A     No.   Not really.

23      Q     **Do you recall anyone -- did you -- did you**

24  **talk to anybody about his snoring?   Or his loud**

25  **snoring?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW    Document 109-7    Filed 11/14/17    Page 55 of 136 PageID #:
1149
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
55

1      A    I don't think so.

2      Q    Do you recall anybody remarking to you about

3  how loudly he was snoring?

4      A    I don't know.  I don't know.

5      Q    Are you --

6           MR. PIEKARSKI:  Just what you remember.

7           MR. BELZLEY:  Yeah.

8      Q    Are you --

9           MR. PIEKARSKI:  That's what his question was.

10     Q    Are you aware of whether loud snoring is an

11  indicator or a symptom of respiratory distress?

12     A    Not necessarily.

13     Q    Well, I mean do you -- is -- let me ask the

14  question another way.  Is -- is loud snoring a symptom

15  or an indicator -- or can it be -- of respiratory

16  distress?

17     A    I'm thinking.

18     Q    Sure.  Take -- and take your time.  I'm --

19  I'm not rushing you.

20     A    Well, in -- in the medical area, there's a

21  lot of things that can be interpreted differently. For

22  example, if a person has sleep apnea and they're not on

23  a CPAP machine, they're going to have that loud

24  snoring.  Okay?  And like I say, for instance if a

25  person has -- goes and has a seizure they could also

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 56 of 136 PageID #:
11150
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014

56

1    have loud snoring.  So -- but ordinarily if you -- if a

2    person is having respiratory problems like in

3    breathing, the breathing -- because snoring and

4    breathing is different.  Right?  Then you have it would

5    be more like gasping.  Which is indicative of

6    respiratory problems, not really snoring.

7         Q    Did you have any involvement in the

8    assessment of Mr. Cross when he entered the jail? The

9    medical assessment?

10        A    That would have been Ms. Kohl.

11        Q    Right.  But you had no involvement in that?

12        A    No.

13        Q    Tell me what you knew about Mr. Cross? Prior

14   to your -- your name being hollered out?

15        A    Ms. Kohl called me and informed that she was

16   having this guy come up to the observation cell.  And -

17   - well, yeah.  I guess that's what she -- observation

18   cell so he would be my patient, pretty much.  And I

19   said okay, you know.

20        Q    Did she tell you why she was sending him up

21   to be the ob -- to be put in observation cell two and

22   to be your patient?

23        A    Most likely it would be related to the

24   traumatic brain injury.

25        Q    Now, I don't want you to guess here or assume

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 57 of 136 PageID #:
1151
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
57

1    or speculate.

2        A    Well --

3        Q    Do you recall whether she told you

4    specifically why she was sending him up to observation

5    cell two to be your patient?

6        A    I'm pretty sure that it would be because of -

7    - of the brain injury, and the detox.  But, at the jail

8    most -- I would say 99 percent of traumatic brain

9    injuries goes to mental health.  Just because they

10    would be victimized.

11       Q    Did -- do you recall Nurse Kohl telling you

12    that Mr. Cross -- that she believed Mr. Cross was

13    intoxicated?

14       A    Not really.

15       Q    Did Ms. Kohl tell you that Mr. Cross' speech

16    was slurred?

17       A    No.  She didn't tell me that.

18       Q    Did she tell you that he stumbled when he

19    walked?

20       A    Not that I remember.

21       Q    Did she tell you that he appeared to be

22    nodding off or falling to sleep while she was

23    attempting to interview him?

24       A    No.

25       Q    Did she tell you that she believed him to be


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  under the influence of unknown substances?

2      A    I do believe she told me that she -- "he

3  might be under the influence of something."  She

4  doesn't know, yes.

5      Q    Did -- did she tell you that he reported

6  taking, among his medications Xanax and Lortab?

7      A    I don't remember if she said that or not.

8      Q    When you heard your name called and you went

9  -- when you heard your name called, did you go first to

10 the window of observation two and look in the cell?

11     A    No.  The door was already open.

12     Q    So you went directly in?

13     A    Right.

14     Q    When you got in there, was Mr. Cross --

15 you've indicated color bluish.  Was he -- was his color

16 notably -- could you tell obviously his color was not

17 natural?

18     A    Yes.

19     Q    Do you know how long his color had been

20 unnatural?

21     A    No.

22     Q    Do you have any knowledge of how long Mr.

23 Cross had -- was unresponsive prior to your entering

24 the cell?  Or had been unresponsive?

25     A    I would probably say no.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      Q      Now, there were jail officers in the cell

2   when you entered the cell?

3      A      Yes.

4      Q      Do you remember who they were?

5      A      No.

6      Q      What were they doing?

7      A      Well, since there were other inmates in

8   there, I would -- it's kind of hard to recreate from a

9   long time ago.

10     Q      Um-hmm.

11     A      But -- and I don't really remember if this be

12  true or not, but usually they remove the inmates from

13  that area.  So they would have been -- probably one of

14  the officers would have done that. There would have

15  been -- I think there was several officers in there

16  that was helping with the CPR stuff too.

17     Q      But you don't remember any of their names?

18     A      No.

19     Q      Was Ms. Daugherty in the cell with you?

20     A      She was already in there.

21     Q      Do you remember whether there were any other

22  nurses in the cell, other than Ms. Daugherty?

23     A      It seems like there was, but I'm not sure.

24     Q      Did you speak with any of Mr. Cross'

25  cellmates after the entering the cell?  After hearing

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    your name called?

2        A    No.

3        Q    Do you remember them -- anything that any of

4    his cellmates may have said while you were in the cell

5    attempting to revive Mr. Cross?

6        A    No.

7        Q    Do you know why Mr. Cross died?

8        A    Yes.

9        Q    And what is your understanding of the cause

10   of his death?

11       A    Overdose.

12       Q    Now, I have been provided copies of the

13   nursing protocols, of that were in effect at the time

14   that Mr. Cross was in the jail.  And also Corizon's

15   Health Services Policy and Procedures Manual.  Are you

16   familiar with both of those documents?

17       A    I would say fairly familiar.

18       Q    When you started work at the jail --

19       A    Um-hmm.

20       Q    -- who was your employer at that time?

21       A    When I first started?

22       Q    Yes, ma'am.

23       A    It was CMS.

24       Q    Correctional Medical Services?

25       A    Um-hmm.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 61 of 136 PageID #:
1155
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
61

1      Q      Do you know when that changed?

2      A      We went through different providers I guess

3 you could say.  Because I think Cori -- CMS was there

4 for about 23 years.  No.  Maybe -- probably less than

5 10 years ago.

6      Q      And at that time did the -- did it change

7 from being CMS to Corizon?

8      A      It changed from CMS to PHS, and then CMS and

9 PHS merged and become Corizon.

10      Q      And it appears that although the -- the

11 Health Services Policy and Procedures Manual has

12 Corizon's name on it, the nursing protocols that were

13 in use at the time Mr. Cross was in jail still had

14 CMS's name on it?  Is that --

15      A      That's what it looks like.

16      Q      Okay.  Are you aware of whether either the

17 Policy and Procedures Manual or the nursing protocols

18 address drug overdose?

19            MR. PIEKARSKI:  Object to form.

20      A      There probably is a policy.  There is a

21 policy for everything.

22      Q      Well, actually I have been through these

23 things and I'm not sure there is.

24      A      Oh, okay.

25      Q      Do you recall -- I guess what I'm asking you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    is do you recall something specifically?  As you sit

2    here today, a policy that speaks directly to the issue

3    of drug overdose?  Or a nursing protocol that speaks

4    directly to the issue of drug overdose?

5        A    I don't really know.

6        Q    Do you remember responding to written

7    discovery requests in this case?  Interrogatories and

8    requests for productions that you were sent?

9             THE WITNESS:  Did I give you that?

10            MR. PIEKARSKI:  Yeah.  What -- you want to

11   show her real -- or I can show her a copy I have if you

12   don't want to show her your highlighted copy.

13            MR. BELZLEY:  Yeah.  If you would that would

14   be great.

15            MR. PIEKARSKI:  Oh, shoot.  I don't know --

16   actually I don't know if I have one in here.

17            THE WITNESS:  Well that -- that's what I have

18   in the car, right?  Okay.  Okay.

19            MR. PIEKARSKI:  Yeah.  Greg, just hold it up

20   for her if you could.  Could you hold it up?

21            MR. BELZLEY:  Yeah.

22            MR. PIEKARSKI:  Remember these? Remember we -

23   -

24            THE WITNESS:  Oh, yeah.  Yeah.  Okay.

25            MR. BELZLEY:  Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 63 of 136 PageID #:
1157
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
63

```
 1              THE WITNESS:  Sorry.

 2              MR. PIEKARSKI:  I don't know what you have in

 3    your car.

 4              THE WITNESS:  That's true, you wouldn't.

 5    Okay.

 6    BY MR. BELZLEY:

 7         Q    What do you understand to be the -- the

 8    symptoms or signs of someone who may have taken an

 9    overdose of drugs?

10         A    Well, it would depend on the drug.

11         Q    Okay.

12         A    And it would also depend on the person's

13    medical condition because people are going to respond

14    differently

15         Q    Sure.  But can -- do you -- can you tell us

16    generally some of the signs and symptoms one would

17    expect to see of an individual who has taken an

18    overdose of drugs?

19              MR. PIEKARSKI:  Object to form.  You can

20    answer.

21         A    Okay.  Are you talking about a par -- they're

22    actually a little bit different to whatever drug.

23         Q    Sure.  I -- I mean if you want to break them

24    up into drugs, that's great for me.

25         A    No.  I don't really want to do that.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 64 of 136 PageID #:
1158
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
64

1        Q       Okay.

2        A       But I'm just trying to see if you got a

3   specific one that you want me to rattle off to you?

4        Q       No.  I'm -- I'm actually what I'm -- what I'm

5   trying to determine is whether you are aware of any of

6   the -- the -- the generally recognized signs and

7   symptoms of a drug overdose.

8                MR. PIEKARSKI:  That's a different question.

9        Q       Okay.  Well, let me ask you that way.  Are

10  you -- can you tell me any of the generally recognized

11  signs and symptoms of a drug overdose?

12       A       A drug overdose you would have like nausea,

13  vomiting -- I would -- pain -- abdominal pain.

14       Q       Okay.

15       A       Depending on the -- the drug you could have

16  elevated blood pressure or a low blood pressure. You

17  could have increased breathing or decreased breathing.

18       Q       Okay.

19       A       You could have seizures.

20       Q       Okay.  Anything else?

21       A       There probably is some.  There's probably a

22  lot.

23       Q       Would you say that -- that staggering,

24  stumbling walk could be a sign and symptom of a drug

25  overdose?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A     Not necessarily.

2       Q     How about nodding off?

3       A     Not necessarily.

4       Q     How about loud snoring?

5       A     Not necessarily.

6       Q     But can they be?

7       A     I would not necessarily say a -- of a drug

8    overdose.  Those can be signs that you're under the

9    influence.  Because an overdose is different than just

10   like you've had a drink, and you're not feeling good.

11   And you're -- it makes you tired, and you nod.

12      Q     Well, can we agree that everybody that takes

13   a -- an overdose of drugs would presumably exhibit the

14   signs and symptoms of being the under - - under the

15   influence of those drugs?

16           MR. PIEKARSKI:  Object to form.  But go ahead

17   and answer.

18      A     Some -- some people do and some people don't.

19   It depends on their tolerance.

20      Q     Have you ever been told by anybody or

21   received any training or instruction that if an in --

22   inmate comes in, you believe him under the influence of

23   an unknown substance, or a medication of some kind.

24   And that they're nodding off, stumbling when they walk,

25   appear confused, that they may be at risk of a drug

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   overdose?

2        A     What was the first part of your question?

3        Q     **Has anybody ever told you that?**

4        A     Has anybody ever told me that that was a sign

5   or symptom?  I'm --

6        Q     **No.  I mean, has anybody ever -- have you**

7   **ever been in a classroom type setting?  Have you ever -**

8   **-**

9        A     Oh, okay.

10       Q     **-- seen a PowerPoint?  Have you ever in**

11  **connection with your work at the jail, has anybody ever**

12  **said, look.  And inmate comes in, they're intoxicated,**

13  **they're believed to be under the influence of drugs.**

14  **They're stumbling when they walk.  Their speech is**

15  **slurred.  They're confused they're nodding off, they**

16  **may have taken an overdose of drugs.**

17       A     No one has not ever told me that, but, I

18  mean, you have general education as to what you might

19  expect under a person that may be under the influence

20  of a drug.  But on the other hand, when you go to

21  nursing school you also find out that people can have

22  all those kinds of symptoms with medical conditions.

23       Q     **Um-hmm.  Sure.  Somebody can come in and --**

24  **and have a medical condition, but they're not there**

25  **because they have -- if they've been arrested for**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   drugs.  And that could be associated with their medical

2   condition.  I'm talking about people that come to a

3   jail, like Mr. Cross.  After being arrested for drugs,

4   drug offense.  He's intoxicated.  Ms. Kohl believed he

5   was under the influence of drugs.  She says, "He

6   stumbles when he walks to the station.  His speech is

7   slurred." He's nodding off while she's trying to talk

8   to him. He's confused.  Has anybody ever told you, if

9   you can recall, that under those circumstance, you

10  ought to be watching that person to make sure they

11  don't succumb to an overdose of drugs?

12          MR. PIEKARSKI:  Object to form.  You can

13  answer.

14      A    No.

15      Q    How about loud snoring in connection with an

16  individual with those signs and symptoms?

17          MR. PIEKARSKI:  Object to the form.  Go

18  ahead.

19      Q    Has anybody ever said if you've got an

20  individual with those signs and symptoms, and they

21  appear to go to sleep and start snoring really loudly,

22  they may be at risk of an overdose of drugs?

23      A    No.

24      Q    Or that you need to assess their level of

25  consciousness?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

1    A    No.

2    Q    Is it your understanding that unconsciousness

3  in the jail is a medical emergency?

4    A    Yes.

5    Q    And has that always been the case in your

6  experience while you've worked at the jail?

7    A    Yes.

8    Q    Are you aware of whether anybody prior to

9  your name being hollered by -- by Ms. Daugherty -- or

10 somebody after Mr. Cross was found unresponsive -- are

11 you aware of anyone checking Mr. Cross to see whether

12 he was unconscious?

13   A    Not that I recall.

14   Q    Or whether more generally he was experiencing

15 some kind of a medical emergency?

16   A    I don't think so.

17   Q    Assuming -- assuming Mr. Cross came up to the

18 medical floor and was put in observation cell two

19 sometime around 5:30 the night of August 25, do you

20 have any knowledge whether he was checked by a nurse

21 after that?  Before you were summoned after he was

22 found unresponsive?

23   A    I'm not aware of it.

24   Q    Would it be fair to say that the only checks

25 he would have received during that period of time would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW  Document 109-7  Filed 11/14/17  Page 69 of 136 PageID #:
1163
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

69

1    have been the corrections officers looking in the cell

2    and noting they're having observed the individual and

3    what he was doing?

4              MR. PIEKARSKI:  Object to the form.  I don't

5    know that we've established that that occurred.

6              MR. BELZLEY:  Okay.  We'll get --

7              MR. PIEKARSKI:  And then -- and with checks

8    she talk -- just make sure that we know we're under the

9    umbrella, you know, the -- the passive looking --

10             MR. BELZLEY:  Okay.

11             MR. PIEKARSKI:  Yeah.

12   BY MR. BELZLEY:

13        Q    Well, let me ask it to you this way.  Do you

14   know -- do you know whether Mr. Cross was -- was

15   checked by a member of the corrections staff after he

16   was put in observation cell two and before you were

17   called after he was found unresponsive?

18        A    You're asking me if I'm 100 percent sure?

19        Q    Yeah.

20        A    No.  I cannot -- no.

21        Q    Do you have any recollect -- independent

22   recollection?  Personal recollection of seeing him --

23   seeing a corrections officer checking or looking in on

24   the inmates in -- in observation two that night?

25        A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      Okay.  Do you remember how many times that

2  happened before you were summoned to the cell?

3      A      No.

4      Q      Do you -- after -- after Mr. Cross was put in

5  observation cell number two, do you recall anyone

6  entering the cell before he was found unresponsive?

7      A      I don't know.

8      Q      You don't have a re -- a specific

9  recollection of somebody entering the cell before he

10  was found?  Before -- before the occasion on which he

11  was found unresponsive?

12      A      I don't know.  Because they -- those guys go

13  out to take a shower.  So that means they could be

14  coming in and out.  So that's just a normal operation

15  thing.  That would be not something you would just

16  remember.

17      Q      Now, in response to interrogatory number

18  seven, we asked, "Under what circumstances do you

19  consider an overdose of drugs to be a medical

20  emergency?"  And the response was, "Objection.  The

21  interrogatory is vague, overly broad, unduly burdensome

22  and is not reasonably calculated, to lead to the

23  discovery of admissible evidence. Without waving any

24  objection, an overdose of drugs can rise to the level

25  of a medical emergency in countless circumstances.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 71 of 136 PageID #:
1165
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

71

1    Generally, an overdose of drugs would be a medical

2    emergency when the amount taken potentially places the

3    patient at the risk of suffering significant injury or

4    death."  Okay.  Did I read that correctly?

5         A    Yes.

6         Q    All right.  How do you determine whether the

7    amount taken by an individual -- the amount of drugs

8    taken by an individual potentially places him or her at

9    risk of suffering significant injury or death?

10        A    I personally don't place an amount. Because

11   everybody has their own tolerance to -- to medications,

12   drugs dependent on whatever condition they may be in.

13   But usually you have issues that come up that would be

14   prior to impending doom, you know, that would put a

15   person more likely to be -- arise as a medical

16   emergency.

17        Q    Do I understand you to be saying that -- that

18   a person who has taken an overdose of drugs would

19   exhibit signs -- symptoms that would indicate to you

20   that they may be suffering a medical emergency?

21        A    Yes.

22        Q    Okay.  Have you received any training in what

23   those signs and symptoms might be?

24             MR. PIEKARSKI:  Objection.  From -- from

25   where?  She outlined nursing school earlier.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. BELZLEY:  Anywhere.

2          MR. PIEKARSKI:  Okay.

3   BY MR. BELZLEY:

4      Q    Signs and symptoms that somebody has taken an

5   amount of drugs that potentially places them at risk of

6   suf -- suffering significant injury or death?  Have you

7   -- have -- have you been trained or educated as to what

8   those signs and symptoms might be?

9      A    With -- it doesn't necessarily have to be

10  drugs, but I know that's what this -- this is about.

11  But impe -- impending death is -- happens pretty much

12  the same way it does for everybody. You know, you stop

13  breathing, you stop having a pulse, you usually vomit.

14  Sometimes, you know, you have leakage of other fluids

15  from other orifices.

16     Q    Well, it's pretty late at that stage though?

17     A    Yeah.  It's pretty late.  But lots of times

18  but prior to that though, you know, you know that

19  you're not feeling right.

20     Q    Well, do -- would a death attributable to an

21  overdose of drugs, to your knowledge, be accompany --

22  be preceded by a period of unconsciousness?  And by

23  that I mean a condition in which the person cannot be

24  awakened, but they are still breathing and their heart

25  is still beating?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 73 of 136 PageID #:
11167
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
73

1        A        There may be some, but I'm not -- I'm not --

2    I'm not -- it's not registering what it might be. Other

3    than like if you were in a coma.

4        Q        Well, I guess do you know whether a drug

5    overdose death is preceded by a period of

6    unconsciousness?  Do you --

7        A        Usually it's -- I wouldn't --

8        Q        Do you know or don't -- or do you not?

9        A        I don't -- I have never seen it in my career.

10   Let's just put it that way.

11       Q        A drug overdose being preceded by a period of

12   unconsciousness?

13       A        Right.

14       Q        When you heard Mr. Cross snoring loudly, do

15   you know then whether he was conscious or not?

16       A        Alert is --

17                MR. PIEKARSKI:  What do we mean by conscious?

18   I hate to say that frankly.  But, you know, is -- are

19   we -- is sleeping conscious?  Or are you defining

20   sleeping as unconscious?

21   BY MR. BELZLEY:

22       Q        Well, are people that -- you tell me.  Are

23   people that are sleeping -- before my alarm went off

24   this morning --

25       A        Well, that -- sleeping is an unconscious

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1    state.  Because you're not aware of what's going on

 2    while you're asleep.

 3         Q     Okay.  But I could be aroused?

 4         A     Yes.

 5         Q     Okay.  So let me put it this way.  Prior --

 6    when -- when -- when you heard Mr. Cross snoring

 7    loudly, do you know what -- did anybody make an attempt

 8    to arouse him at that point?

 9         A     I don't -- I don't think so.

10         Q     Did -- do you know whether Mr. Cross snoring

11    loudly could indicate an inability to arouse him?

12         A     No.

13               MR. PIEKARSKI:  Object to form.

14         Q     Or awaken him?

15         A     No.

16         Q     Who is Beverly Haskins?  Do you know?

17         A     Yes.

18         Q     Who -- who is she?

19         A     She is -- or was a social worker that worked

20    on the -- for the mental health unit.

21         Q     Who was Lee Zellers?

22         A     He was the Dir -- at that particular time he

23    was the Director of Mental Health.

24         Q     Okay.  Did you have any contacts with the

25    family of -- of Mr. Cross?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A     No.

2       Q     **Were you involved in any investigation of the**

3   **circumstances of -- of Mr. Cross' death?**

4             MR. PIEKARSKI:  Object.  Greg, just nothing

5   that you and I talked about.

6             MR. BELZLEY:  Yeah.  I mean --

7             MR. PIEKARSKI:  Yeah.  Obviously that's

8   exempt.

9   BY MR. BELZLEY:

10      Q     **I'm talking about conducted by either the**

11  **jail, your employer, or law enforcement after Mr.**

12  **Cross' death?**

13      A     I'm pretty sure that they have a unit at the

14  jail called the professional standards unit. It might

15  have another different lettering now.  But it's

16  essentially the same thing.  They would -- they always

17  conduct a -- an investigation after an incident like

18  this.

19      Q     **The -- do you remember the -- any of these**

20  **inmates?  Jonathan Ewing (phonetic)?**

21      A     Yes.

22      Q     **Do you remember him being in the cell with**

23  **Mr. Cross?**

24      A     Not particularly.

25      Q     **What do you remember about Mr. Ewing?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      A     That he's a young African America male.

2      Q     Do you know why he was in observation two?

3  What he was there for?

4      A     No.  It's been too long ago.

5      Q     How about Randy Guston (phonetic)?  Do you

6  remember Randy Guston?

7      A     No.

8      Q     Or Eric Phillips (phonetic)?

9      A     Eric Phillips sounds familiar.  Nothing

10  really significant.

11      Q     How about James Jaulbee spelled J-A-U-L-B-E-

12  E?

13      A     He really sounds familiar just because his

14  name is different.

15      Q     Yeah.

16         MR. PIEKARSKI:  Can we take it off the record

17  for a second?

18  (OFF THE RECORD)

19  BY MR. BELZLEY:

20      Q     Back on the record.  When you first saw Mr.

21  Cross come up to the medical floor, being escorted,

22  placed in observation cell two, did he appear drunk to

23  you?

24      A     No.  Actually he didn't.

25      Q     Do you know who found Mr. Cross unresponsive?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

77

1    Whether it was his cellmates, corrections officers, Ms.

2    Daugherty?  Who it was that first found him to be

3    unresponsive?

4        A    No.  I don't actually.  Because I was over

5    dealing with another -- I don't know who got whose

6    attention initially.

7        Q    Do you remember the name of an Officer

8    Lampken (phonetic) being on duty that night?

9        A    Lampken was a second shift officer.

10       Q    When Ms. Kohl called you about Mr. Cross, did

11   she tell you that she believed he needed any special

12   treatment, special observations, special monitoring?

13   Anything of that nature?

14       A    Not that I can recall.  But other than what's

15   already written in there.

16       Q    Do -- do -- did you communicate to the

17   corrections officers responsible for checking on Mr.

18   Cross, along with the other inmates in observation cell

19   two any special instructions?  Any special directives

20   in terms of what they were supposed to look for with

21   regard to Mr. Cross? What they were supposed to watch

22   out for?  Anything of that nature?

23       A    I don't know if they did or not.  But -- and

24   I'm just going to go with this -- because there -- I'm

25   pretty sure it's still in effect that each -- because

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 78 of 136 PageID #:
1172
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
78

1    Lampken has been there for a while.  The mental health

2    -- two individuals Lee Zellers and another social

3    worker goes to the place where they get trained, which

4    used to be Southfield.  And gives like a seminar on

5    things to look for.

6              MR. PIEKARSKI:  Hang on.  I don't know if

7    you're answering his question.

8              MR. BELZLEY:  No.  She is.

9              MR. PIEKARKSI:  Oh, she is?  Okay.

10             THE WITNESS:  Okay.

11             MR. PIEKARSKI:  All right.

12       A    So they would get informed of signs and

13   symptoms or things to look out for.  Not just with

14   people with -- with drugs, but like for people that are

15   like changes in behavior that could be a risk factor

16   for people that might be suicidal.  Or -- or whatever

17   the case may come up for the mental health folks.

18   BY MR. BELZLEY:

19       Q    **Okay.  Prior to your -- your voice being**

20   **called after Mr. Cross was found unresponsive, had**

21   **anyone told you anything that indicated to you that he**

22   **might be at risk of a drug overdose?**

23       A    Not really.  No.

24       Q    **Had you communicated to the corrections**

25   **officer resp -- corrections officers responsible for**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 79 of 136 PageID #:
1173
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
79

1  looking in on the inmates in cell -- observation cell

2  two any concern that Mr. Cross might be susceptible to

3  or may have taken a drug overdose?

4      A    That would be a HIPAA violation.  If you

5  divulge that information, like that -- that this person

6  was on drugs and whatever.

7      Q    Okay.  So you couldn't -- you -- you -- your

8  understanding --

9      A    It --

10     Q    -- of the HIPAA laws is you affirmatively

11 could not communicate something like that to the

12 corrections officers who were checking --

13     A    I couldn't -- I could not tell --

14     Q    -- cell two?

15     A    -- anyone anyone's medical condition.  Okay.

16 That's where their -- whatever it be.  If you're a

17 diabetic, they're going to know it because we're giving

18 you insulin, you know, but no because it's protected.

19 But people on -- in the -- the officers that work on

20 the mental health unit or the medical unit they have a

21 pretty good idea as to what the patient types that we

22 get, you know.

23     Q    Do you know whether they are familiar with

24 signs and symptoms of a drug overdose?

25          MR. PIEKARSKI:  Object to form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    But I would think they probably have a good

2  idea, just like anyone else would.  But he -- I think

3  that he didn't -- when he came in he didn't appear to

4  be having an overdose, you know, he was just walking

5  around and talking.

6      **Q    Prior to your name being called out after Mr.**

7  **Cross was found unresponsive, did you read or review**

8  **any documentation of his assessment by Nurse Kohl or**

9  **any documents she had prepared about Mr. Cross?**

10     A    I don't know if I did or not.  I don't

11 remember if I did.  A lot of the times I do, but, you

12 know...

13     **Q    Where would -- now, how would you have access**

14 **to the documentation Nurse Kohl prepared for Mr. Cross?**

15     A    Some of these are like just regular standard

16 forms that come from the grill area when the person

17 comes in.  Some of them come -- are generated from the

18 computer, so if they're from the computer then any

19 medical staff could have access to it.

20     **Q    Okay.  Well, let's -- let's -- let's go**

21 **through these then.  Let's look at this the -- the**

22 **first --**

23          MR. PIEKARSKI:  Do you want to take a quick

24 break first?  We've been going about an hour.

25          MR. BELZLEY:  Sure.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MR. PIEKARSKI:  Yeah.  If that was a good

2   stopping point?

3        MR. BELZLEY:  Yeah.  No, that's fine.

4        MR. PIEKARSKI:  Okay.  Yeah.

5   (OFF THE RECORD)

6        MR. BELZLEY:  Well, let's get back on. You

7   ready?

8        COURT REPORTER:  Um-hmm.

9   BY MR. BELZLEY:

10       Q    Before we start talking about the documents,

11  let me ask you were you Ms. Daugherty's supervisor on

12  August 25, 2012?

13       A    Yes.

14       Q    And what -- what was her responsibilities?

15  What were her responsibilities that -- that day?

16       A    I'm not sure.

17       Q    Okay.  Let's -- let's go through Exhibit 1.

18  And I'm looking on the first page, which is entitled,

19  Corizon Problem List.  Did you see this document before

20  Mr. Cross was found unresponsive?

21       A    I don't know.

22       Q    Okay.  Where would this document -- where

23  could you locate this?  Would this be just hard copy in

24  a file?  Or would this be on a computer and accessible

25  through a computer?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A      This particular form on top?

2      **Q      Yes, ma'am.**

3      A      This is available in the computer.  Okay. We

4  -- we do have copies in the medical unit too.

5      **Q      Okay.  When -- do you recall -- well, when an**

6  **inmate comes into the jail.  An inmate like Mr. Cross**

7  **who ends up being put up on the --**

8      A      Right.

9      **Q      -- medical floor.  When he comes up to the**

10  **medical floor does he bring any documents up there with**

11  **him?  Or any documents -- hard copies of documents sent**

12  **up to the medical floor when he's sent up there?**

13      A      Not typically.

14      **Q      Okay.  The -- and so at least initially --**

15  **and we're talking here with Mr. Cross he came up around**

16  **5:30.  Was found unresponsive around 8:50. Would you**

17  **have access to any -- well, would you have up on the**

18  **medical floor -- typically have on the medical floor**

19  **any of his hard copy documents to look at?**

20      A      I don't recall if she brought me this entire

21  packet or not.

22      **Q      Okay.**

23      A      Typically, the packets are brought up at the

24  end of the shift.  This would be why she would call me

25  to let me know this person is coming.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

1    Q    Okay.  Okay.  So if you indicate typically

2  the -- the hard copy documents of people that are sent

3  to the medical floor are brought up at the end of the

4  shift when they were -- when the documents were first

5  filled out?

6    A    Right.

7    Q    And so this being the second shift they

8  wouldn't have come up until around 11:00 that night?

9    A    Right.

10    Q    And you think that's probably why Ms. Kohl

11  called you and gave you a heads up on Mr. Cross coming

12  up to the medical floor?

13    A    That's a possibility.  But it may be a

14  possibility that she could have brought it and I just

15  don't remember it.

16    Q    That's okay.  If she didn't bring it up to

17  the second floor or if some -- if -- if nobody brought

18  these up to the second floor before Mr. Cross was found

19  unresponsive, would this document that we're looking  -

20  - the Problem List, would that have been accessible by

21  a computer available to you on the second floor?

22    A    That's dependable.  Because I don't know if

23  she has her documents saved in a file in her name.  Or

24  if she puts it somewhere else in the computer.  Because

25  the -- it's a blank form in the computer.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN taken on October 03, 2014

```
1       Q     Okay.  Is the typical practice to fill out

2  the form and then print out a hard copy?

3       A     Right.

4       Q     And it's -- and it's the hard copy that

5  remains the record?  Is that right?

6       A     Yeah.  I would think so.

7       Q     And -- and by that I mean, we're looking at

8  this particular problem list for -- for Mr. Cross.

9  There wouldn't have been a way for you to have pulled

10 this completed document for Mr. Cross up on the

11 computer?

12      A     Not that I'm aware of.

13      Q     Okay.  Okay.  You would be dependent upon

14 having a hard copy of this document?

15      A     Yes.

16      Q     Okay.  But -- but again you don't recall --

17 you -- you can't recall whether you saw this before Mr.

18 Cross was found unresponsive?

19      A     No.

20      Q     Tell me to the best of your recollection

21 everything you had heard from Ms. Kohl about Mr. Cross

22 prior to his being found unresponsive.

23      A     I believe that she told me that he had issues

24 with -- I remember the traumatic brain injury, that he

25 had psychiatric problems, and I think she suspected
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW  Document 109-7  Filed 11/14/17  Page 85 of 136 PageID #:
1179
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
85

1  that he had -- was on something.

2      Q    Okay.

3      A    I don't remember the high blood pressure at

4  all.

5      Q    **As specific as you remember Ms. Kohl being**

6  **with you was that she suspected he was on something?**

7      A    Well, I mean, that's -- yeah.  I guess so.

8      Q    **Okay.  Had you heard prior to Mr. Cross being**

9  **found unresponsive, had you heard anything about Mr.**

10 **Cross from anybody other than Ms. Kohl?**

11     A    Not that -- no.  I don't think so.

12     Q    **Okay.  Let's look at the second page of**

13 **Exhibit 1, which is the Corizon Inmate Education**

14 **Record.  Have you -- do you know whether you saw this**

15 **prior to him being found unresponsive?**

16         MR. PIEKARSKI:  Hang on.  I don't think our

17 copies are the same.  Yeah my second page is the

18 Multidisciplinary --

19         COURT REPORTER:  Yeah.  That's what mine is

20 too.

21         MR. BELZLEY:  Sure is.  Okay.  Well, that's -

22 - okay.  So your second page is the --

23         MR. PIEKARSKI:  Yeah.  There --

24         MR. BELZLEY:  -- Multidisciplinary?

25         MR. PIEKARSKI:  -- she got it.  She got to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    it.  It's the third page --

 2              THE WITNESS:  It's the third page.

 3    BY MR. BELZLEY:

 4         Q    Let's talk about the Inmate Education Record.

 5    Do you know whether you saw this before Mr. Cross was

 6    found unresponsive?

 7         A    Not that I can recall.

 8         Q    And again, like the Problem List you would

 9    have been dependent upon a hard copy of this document?

10    This is not something that could be accessed through

11    the computer.  Is that right?

12         A    Right.

13         Q    Okay.  Let's look back at the

14    Multidisciplinary Referral.  Let me flip these two. Do

15    you recall seeing the Multidisciplinary Referral before

16    Mr. Cross was found unresponsive?

17         A    No.

18         Q    And would this also be a document that you

19    would depend upon having in hard copy?  And could not

20    accessed -- accessed through a computer?

21         A    Well, we -- like I said we do have copies of

22    these.  Wouldn't be completed like we said -- weren't

23    completely filled out, I wouldn't have access until it

24    was completed.  But these -- these particular forms

25    here doesn't -- wouldn't go to me.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      Q      Okay.

2      A      Okay.  They would go to wherever it was

3   indicated like she's got checked up there mental health

4   and chronic clinic.  So those are...

5      Q      And I'm sorry.  You said chronic clinic?

6      A      Right.  Yeah the -- it's like the second one

7   that's got like the little bubble there.  On -- it's

8   below mental health and it says chronic clinic there?

9      Q      Okay.  Oh, I'm sorry.  Okay.  Chronic cl --

10  care clinic where she's checked hypertension?

11     A      Right.

12     Q      Do you recognized -- do you recognize Ms.

13  Kohl's initials at the bottom?

14     A      Yes.

15     Q      And her signature on the line that follows

16  referred by?

17     A      Yes.

18     Q      Explain to me -- and I'm looking in the --

19  the middle of this -- this form.  It appears that Ms.

20  Kohl has checked, "Evaluation for need of psychiatric

21  intervention."

22     A      Um-hmm.

23     Q      And then she has checked, "History of

24  psychotropic medication prior to intake."  And then she

25  has initialed, "Completion of detox."  You see that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of THELMA J. SLOAN, Taken on October 03, 2014

88

1      A     Um-hmm.  Yes.

2      Q     **Is there a reason why she initialed**

3  **completion of detox instead of checking it?**

4            MR. PIEKARSKI:  Object to form.

5      A     I don't have any idea why she did that.

6      Q     **Okay.  What is completion -- what does that -**

7  **- that -- the statement, "Completion of detox" mean to**

8  **you?  When it is checked or initialed?**

9      A     This -- what this means is is anybody that

10  has been placed on a detox monitor, okay?

11      Q     **Um-hmm.**

12      A     A referral would go to mental health for them

13  to follow up with them and talk with them about rehab.

14  So that would be done after the five days that they

15  went through I guess detox.

16      Q     **Okay.  Am I correct that this indicates that**

17  **Mr. Cross was going to be put into detox?**

18      A     Well, what this means is is that he was put

19  on a detox monitor.  And that he apparently stated that

20  he was taking medicines for a particular condition that

21  he had the potential to detox from.

22      Q     **Okay.  And what is the detox monitor?**

23      A     Okay.  The detox monitor is in this packet.

24  That's this packet right here.

25      Q     **Okay.  Got it that's the Withdrawal Initial**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    Screening and Treatment Plan?  Is that what you

2    understand --

3        A    Yes.

4        Q    -- to --

5        A    Yes.

6        Q    To be the detox monitor?

7        A    Yes.  This is the form that the individual

8    that's assigned to -- to assess the patients that could

9    -- that's coming off of any substance to, you know,

10   take vital signs, and ask them questions that's on the

11   other pages.  Or actually if they see any.

12       Q    Now, let's -- let's look at this sheet --

13   Withdrawal and Initial Screening and Treatment Plan.

14   Did you see this prior to Mr. Cross being found

15   unresponsive?

16       A    I don't believe so.

17       Q    Now, looking under plan it appear -- and it -

18   - well, let me ask you.  Is that Ms. -- do you

19   recognize that as Ms. Kohl's signature next to "Nurse

20   Signature?"

21       A    It appears to be hers.

22       Q    Under plan, she's checked the box, "Order

23   received from provider."  Do you know who the provider

24   was that she received the orders from?

25       A    That would have either been Dr. Smith or Dr.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Cad or Cad. The two doctors that I was making you aware

2  of earlier.

3       Q    Okay.  And she has also checked, "Observe

4  patient every eight hours for five days.  Continue to

5  reorient patient.  And bottom bunk assignment. Continue

6  to monitor for falls."  You see that there?

7       A    I'm sure it's just observe.  Okay.  I see it.

8       Q    Okay.  I take it -- is my assumption correct

9  that that -- the -- the observation schedule and the

10  bottom bunk assignment, that would have been the

11  provider's orders?

12      A    Not necessarily.

13      Q    Okay.  That might have been --

14      A    Those are just standard -- I mean, we can --

15  the nurses -- let's see.  The -- the normal plan for

16  anyone that does any substance, alcohol, opiates,

17  benzos, whatever it may be.  But that -- those are just

18  -- you don't have to get an order for that because

19  that's just part of the protocol.

20      Q    Okay.  You could -- this information is that

21  -- that Nurse Kohl has checked here, "Observe patient

22  every eight hours for five days."  That's - - it's your

23  understanding that's part of a written protocol?

24      A    That's just standard procedure.

25      Q    Standard procedure.  And the bottom bunk

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   assignment, that's -- likewise is that standard

2   procedure?

3       A    It is for a -- for, you know, at least that

4   five days while they're on a monitor.

5       Q    You see that she's checked the next box that

6   says, "Notify security to observe patient for

7   withdrawal sy -- symptoms."

8       A    Okay.  That would be in the -- the --

9   probably I'm thinking that it would be the observation

10  sheets.

11      Q    Well, did you notify the corrections officers

12  who were responsible for checking on Mr. Cross to

13  observe him for withdrawal symptoms?

14      A    I do not remember that I did.

15      Q    Okay.  Let me also ask you about something up

16  above here.  Where it says, "Observe patient every

17  eight hours for five days.  It says continue to

18  reorient patient."  What does that mean?

19      A    That's just a blanket statement.  Because if

20  a person -- when a -- let's see how.  If a person is

21  coming off of drugs or medications that they've been

22  ordered regularly and they are no longer receiving it,

23  that might be some period of time that they get

24  confused.  Particularly with alcohol it's kind of

25  common that the person, you know, might not remember

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    where they're at or how did I get here, what did I do

2    type thing.  So that would be -- but you would -- I

3    don't know.  You would try to orientate anyone that you

4    could, you know, it's like hey I'm lost.  Which way do

5    I go?

6        Q    Okay.  So would it be fair to say that this

7    directive to continue to reorient patient means to the

8    extent necessary -- to the extent necessary continue to

9    remind them where they are?  What's going on, things of

10   that nature?

11       A    Yes.

12       Q    Okay.  But that is something that would be

13   done on this every eight hours for five days schedule?

14   Is that right?

15       A    It could be done anytime.

16       Q    Okay.

17       A    But I mean, you're going to most likely have

18   -- if you're talking about with medical staff, yes.

19   But I mean, anybody can tell you if today is Friday.

20       Q    Okay.  Now the -- there is a lot of stuff in

21   the policy and procedure manual, the stuff in the

22   nursing protocol about withdrawal.  Drug withdrawal,

23   alcohol withdrawal.  Would you agree with me that

24   withdrawal is something completely different than a

25   drug overdose?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 93 of 136 PageID #:
11187
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
93

1      A     It's --

2            MR. PIEKARSKI:  Object to form.

3      A     Yeah.  I would think that it probably would

4    be.  Yes.

5      Q     All right.  Let's turn back to the

6    Classification Notice.

7      A     I know -- I'll read -- I know what it is.

8      Q     Well, go -- go -- go -- go ahead and find the

9    one in particular.  You're almost there.

10     A     Okay.

11     Q     There we go.  You're looking at the

12   Classification Notice.  Is this document that we're

13   looking at the actual classification notice?

14     A     This is class -- when -- what happens is is

15   when a nurse decides that a person needs to be housed

16   in a particular area, it's outside the general

17   population to a specific area.  Okay.  Then they would

18   put -- which basically is anybody on the mental health

19   unit or the medical unit.  They would get a -- a hand

20   written notice.  Because otherwise they would go with

21   everyone else.

22     Q     Okay.  It looks like the classification

23   officer was Marrels M-A-R-R-E-L-S?

24     A     That's what it looks like.

25     Q     Is the -- is that name familiar to you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1        A    I don't know.

2        Q    Now it indicates here -- it appears that

3    whoever filled this out checked psych and not medical?

4        A    Right.

5        Q    Was -- am I correct that Mr. Cross when he

6    came up to the medical floor was put in the -- in

7    observation cell two in the psych unit, and not in the

8    medical unit?

9        A    Right.

10        Q    If you will turn to the next page, which is

11    Initial Medical.  And there appear to be a lot of pages

12    that followed this that appear to be formatted

13    similarly.  There's Initial Medical, there's Medical

14    Detox, there's Current Medical, there's Psychiatric

15    Questions.  Do you recall seeing any of these pages

16    before Mr. Cross was found unresponsive?

17        A    No.  I do not.

18        Q    And would -- would these have been accessible

19    to you by computer or would you have been dependent

20    upon --

21        A    I could have gotten --

22        Q    -- getting a hard copy?

23        A    -- this from the -- I could have got this

24    from computer.

25        Q    You could have seen this in the computer?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A     Yes.

2      Q     **What is your practice in terms of looking at**

3  **these documents in the computer for an inmate that's**

4  **sent up to you on the medical floor?**

5      A     Well, sometimes I look at them and sometimes

6  I don't.

7      Q     **Is -- are there particular situations in**

8  **which you look at them and particular situations that**

9  **you don't?**

10     A     I th -- I look -- I usually look at them if

11 I'm trying to find out like history.  Okay.  If the

12 person has like been there before, and if they've had

13 this problem in the past.  That kind of thing.  But

14 prior to coming up to -- to me, I probably wouldn't

15 necessarily look at it.

16     Q     **And you have no independent recollection of**

17 **having looked at these documents concerning Mr. Cross**

18 **prior to him becoming -- or him being found**

19 **unresponsive?**

20     A     Not that I can recall.

21     Q     **If you would turn to the psychiatric**

22 **questions.  I think there's four pages there. Let's**

23 **talk about these a little bit.  Would this -- is it**

24 **your understanding that the information on these pages**

25 **was entered by Nurse Kohl?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, Taken on October 03, 2014

1      A     It would be my understanding.

2      Q     **Okay.  And does she -- does she enter this**

3   **information on a computer?**

4      A     Yes.

5      Q     **And this information unlike the information,**

6   **for example, on the promise -- the problem list, is**

7   **information that -- that you -- that can be accessed**

8   **through the computer?**

9      A     To medical staff.

10     Q     **Okay.  After Ms. Kohl enters this information**

11  **into this form, how would you access this on the**

12  **computer?  What would be the process for that?**

13     A     You would log on into -- log onto Windows.

14  And at that particular time we had a system called IMS.

15  And you would log onto that, and then you would type in

16  the SIN number or the person's name in and it would pop

17  up under screening.

18     Q     **Okay.  When -- when you -- when you entered**

19  **the name and it -- and it popped up, what would pop up?**

20  **Would -- would it be a list of documents that you could**

21  **select from?  Or would it just be all the documents?**

22     A     You could actually select it.

23     Q     **Select the document you wanted to look at?**

24     A     Like if you just wanted to look at current

25  medical, you could do that.  Or you could go through

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 97 of 136 PageID #:
1191
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
97

1    the whole thing.

2        Q    Okay.  When Ms. Kohl fills this document out,

3    does she have to do something that then permanently

4    commits it to the -- the computer?

5        A    Yes.  You have to save it.

6        Q    Save it.  Okay.  Once it's saved then you

7    could access it on the medical floor?

8        A    Right.

9        Q    And do you know whether it is the policy

10   custom or practice of the nurses at the jail to save

11   the entries in this document immediately after it's

12   completed?

13       A    Yes.  You pretty much got to before you can

14   go to the next process with the next person.

15       Q    Okay.  So we've talked about the progress

16   notes, we've talked about the Withdrawal Initial

17   Screening and Treatment Plan.  Is -- and I apologize if

18   I asked you this -- is the Withdrawal Initial Screening

19   and Treatment Plan, is that accessible on the computer?

20       A    The forms are -- are there.

21       Q    But -- but the -- but this form completed for

22   Mr. Cross?  Could -- would you be to acce -- access

23   that on the computer?

24       A    No.

25       Q    Okay.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

1          MR. PIEKARSKI:  This form, meaning the SOAP

2    Note or...?

3          MR. BELZLEY:  No.  This is the Withdrawal

4    Initial Screening and Treatment Plan.

5          MR. PIEKARSKI:  Yeah.  I don't know about

6    SOAP.

7          MR. BELZLEY:  Oh, SOAP.  Yeah.  Sure. Um-hmm.

8          MR. PIEKARSKI:  Yeah.  I just wanted to make

9    sure I knew what he was talking about.

10         THE WITNESS:  Okay.

11         MR. PIEKARSKI:  You do.  Which is all that's

12   important actually.

13   BY MR. BELZLEY:

14        Q    Okay.  Can you turn to the Emergency

15   Department Transfer?  This is not a very good copy, but

16   it's the best that I was provided with.  Can --

17        A    Is that better?

18        Q    No.  Other than -- other than --

19        A    Okay.

20        Q    -- a few of these, can you read any of this?

21   Other than -- well, tell me what you can read on this.

22   That's probably the easiest way to go about it.

23        A    It looks like, "Patient unresponsive.  Zero

24   pulse, zero respirations.  CPR initiated."

25        Q    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A     I do not know what the rest of that is on

2     that line.

3          Q     Yeah.

4          A     Okay.

5          Q     That's under -- just what you just read is

6     under Description of Problems.

7          A     Correct.

8          Q     How about Treatment Interventions?  Can you

9     read any of that?

10         A     It -- it looks as though it says, "History of

11    hypertension HTN."

12         Q     Maybe bipolar or anxiety?

13         A     I see something that looks like Xanax there -

14    -

15         Q     Yeah.

16         A     -- but that's kind of blurred.  I can't

17    really.  Okay.

18         Q     Okay.  You -- you -- you -- you've told me

19    what I need to know.  Did you prepare this document?

20         A     Did I write this information on here?

21         Q     Yeah.

22         A     I wrote what you can basically read.

23         Q     Okay.  And what -- what is the --

24         A     Okay.

25         Q     -- purpose of an Emergency Department

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 100 of 136 PageID #:
11194
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
100

1    Transfer?  What's this document for?

2         A    This is when you send someone out to the

3    emergency room.

4         Q    Okay.  If you look at the next document,

5    which is a Medical Claims Form, what is the -- you

6    understand that the purpose of this document?

7         A    This is a pain.  This -- apparently they have

8    a -- or this company Corizon had this -- what do you

9    call it?  Like a person that would review it.  It's for

10   payment the -- I guess they negotiate a price that

11   they're going to pay.  There's a term for that but I

12   can't remember what it was.

13        Q    Okay.  Well, that's okay.  Can you tell me

14   what you have written under Part B?

15        A    "History of hypertension.  Bipolar anxiety.

16   Per history take Xanax, Lisinopril, Lexapro, Lortab."

17   I got -- looks like I got, "Takes -- took -- or take

18   one beer today.  Appeared to be under influence.

19   History of brain injury from 2007. Patient

20   unresponsive.  Color was bluish tint, and." That's

21   supposed to be zero pulse there by the way. Looks like

22   and, but it could be my zero.

23        Q    Okay.  Okay.

24             MR. PIEKARSKI:  To me it says and pale. But--

25             THE WITNESS:  Pale?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 101 of 136 PageID #: 1195
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
101

1          MR. PIEKARSKI:  Yeah.

2          THE WITNESS:  Oh, okay.

3          MR. PIEKARSKI:  I mean, that's what --

4          THE WITNESS:  That -- okay.

5          MR. PIEKARSKI:  -- it looks like to me. It

6    could be what you said though.

7          THE WITNESS:  I -- it looks like pale to me.

8          MR. PIEKARSKI:  Okay.

9          THE WITNESS:  Okay.

10     A    Then it says, "CPR initiated, EMS ac --"

11   BY MR. BELZLEY:

12     Q    And is this your handwriting?

13     A    Yeah.

14     Q    Okay.  At the top there appears to be a name

15   and a -- what looks like to be a telephone number.  Who

16   -- who -- do you know -- do --

17     A    This is the name -- the name I was trying to

18   remember for this one is called Utilization Management.

19     Q    Okay.

20     A    And she's the person that takes care of that.

21   So if a person were to get admitted to the hospital,

22   they're the individuals that negotiates what they're

23   going to pay.

24     Q    It -- it appears that her last name is Harden

25   (phonetic).

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 102 of 136 PageID #: 1196
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
102

1       A    Right.

2       Q    Do you know what her first name is?  Is that

3  --

4       A    It starts with an M.

5       Q    Yeah.  Okay.  All right.  And is that her

6  telephone number; do you know?

7       A    Yes.  Yes.

8       Q    Now, we were produced a second page in this

9  litigation, which it follows the one that we were just

10 talking about.  And that appears to be a copy of what

11 we were just talking about, except in the upper right-

12 hand corner it's got a number, 2133. Do you know what

13 that signifies?

14      A    I can only guess.  So I'm -- I'm not certain.

15 But most likely, that might have been like the incident

16 report.

17      Q    Okay.

18      A    But I'm not positive in that.

19      Q    All right.  If you would turn to the Nursing

20 MH Assessment.  This appears to have been prepared by

21 Nurse Kohl as well.  Is that right?

22      A    Yes.

23      Q    Did you -- do you recall seeing this before

24 Mr. Cross was found unresponsive?

25      A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 103 of 136 PageID #: 1197
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
103

1      Q     Would this have been accessible to you by

2  computer?

3      A     No.

4      Q     Have you ever worked in a correctional

5  environment other than the Louisville Jail?

6      A     I worked over at JCYC, but that's for

7  children.

8      Q     Yeah.  That's the juvenile.

9      A     And I worked over at Community Corrections

10 Center, but that's kind of like a sister jail I guess

11 you could say.

12     Q     Um-hmm.  In terms of working in a

13 correctional environment, have you ever worked for

14 anyone other than CMS and its predecessors?

15     A     No.

16     Q     Did you have any involvement in the case of

17 Celisa M. Stone (phonetic)?

18     A     She doesn't sound familiar.

19     Q     Okay.  There was a lawsuit filed over this

20 that said, that alleged that, "On or about the evening

21 of February 6th, and/or early morning hours of February

22 7th, 2008 there was a disturbance at CCC involving the

23 detainee -- involving the deceased Celisa M. Stone.

24 Said disturbance involved several other inmates who

25 alerted the defendants to the fact that Ms. Stone was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 104 of 136 PageID #:
1198
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
104

1    under the influence of narcotics.  No action was taken

2    in spite of the warnings of inmates.  And on the

3    morning of February 7th, 2008 Celisa M. Stone was found

4    unresponsive in her bunk and was pronounced dead later

5    that morning due to mixed drug intoxication."

6              MR. PIEKARSKI:  Is that reading from the

7    complaint there?

8              MR. BELZLEY:  Yeah.

9              MR. PIEKARSKI:  Okay.

10   BY MR. BELZLEY:

11        Q    Does that ring a bell with you at all?

12        A    No.

13        Q    Have you -- have you been -- have you been

14   sued before in your capacity as a nurse at the jail?

15        A    I don't really know how to answer that.  I

16   have been to court before.

17        Q    Well, I'm just wondering if you know whether

18   you've been actually personally sued before?

19        A    This -- I believe this individual sued

20   everybody.

21        Q    Okay.

22        A    So...

23        Q    What -- what -- what was his claim?

24        A    His claim was I guess that he -- I don't know

25   exactly what -- how they turned it.  But, I guess that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 105 of 136 PageID #: 1199
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
105

1  he didn't get -- he sustained a -- a little fracture in

2  his -- in his hand.  And he had a -- prior to that he

3  had an altercation with the officers at the end of the

4  shift.  So he sued the shift that was -- the shift that

5  I was on which was third, and the oncoming shift too.

6      Q    Okay.  It -- it wasn't anything having to do

7  with drugs or anything --

8      A    No.

9      Q    -- like that?  Do you -- do you recall being

10  sued in any other cases other than that one and this

11  one?

12      A    No.

13      Q    Let me show you what I've marked Exhibit 2.

14  Have you ever seen either of those documents before?

15      A    Wouldn't it be here?

16      Q    No.  They're not in there.

17      A    Okay.  I -- you asked me I've ever seen this

18  before?

19      Q    Yeah.

20      A    I don't know.

21      Q    Do you recall seeing -- whether you've see --

22  whether you may have seen either of these documents

23  before Mr. Cross was found unresponsive?

24      A    No.  I don't remember that.

25      Q    Now, these documents are these -- are these

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    entered into the computer and accessible by computer?

2    Or -- or is this a hard copy document that goes into

3    the file?

4         A    I would probably venture to say is that this

5    was typed -- that this form is available in the

6    computer.  And that the nurse typed this note, and then

7    printed it.

8         Q    Okay.  Let me ask you some questions about

9    this.  It's under allergies, it looks like an acronym,

10   KNDA.  What does that mean?

11        A    The N is no, K is known, the D is drug, and A

12   is allergies.

13        Q    Okay.  No known drug allergies?  Got you.

14   Now, we've seen the -- in the -- in the Exhibit 1 we

15   discussed the progress notes -- the handwritten

16   progress notes that -- that contain your handwriting.

17        A    Um-hmm.

18        Q    And we also discussed the Withdrawal Initial

19   Screening and Treatment Plan that also has sort of a --

20   a SOAP, S-O-A-P analysis on it.

21        A    Um-hmm.

22        Q    My question is what is -- what is the purpose

23   of these intervention progress notes?

24        A    At any time that an individual comes into the

25   jail that has any type of problem that warrants

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  particular housing, orders from the doctor or a

2  dressing maybe.  Like it could just be clean with soap

3  and water, put a triple antibiotic ointment and Band-

4  Aid.  But that would require an intervention note.

5      Q    Okay.

6      A    So basically anything -- almost anything

7  unless you have no problems whatsoever.

8      Q    All right.  Have you prepared Intervention

9  Progress notes like this yourself?

10     A    My typing is not very good so I always do

11 things by hand.

12     Q    Okay.  Well, does a nurse have a choice of

13 entering this in the -- typing this into the computer

14 and then printing it out?  Or printing out the form and

15 handwriting it in?

16     A    Yes.

17     Q    Okay.  Is it a requirement of your employer

18 that these notes be dated and timed?  As we see here --

19     A    Yeah.  That's -- that's basic nursing sort

20 of, you know.  That's --

21     Q    Okay.  And what does the time indicate?

22     A    That time says 9:49 pm.

23     Q    Well, no.  Let -- we're looking at -- I'm

24 looking at the first one.

25     A    Oh, sorry.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

108

1      Q      Look at the first page.

2      A      That says 5:18 pm.

3      Q      What -- what do you understand that time to

4  signify?

5      A      That would -- I would interpret that as a

6  that's what time that she did her assessment.

7      Q      Okay.  And this appears to have been entered

8  by Ms. Kohl.  Is that correct?

9      A      Yes.

10     Q      And when you prepare these Intervention

11  Progress Notes, following an assessment of an

12  individual like Mr. Cross, are you expected to enter

13  all of the information that you believe relevant for

14  the purposes -- purpose of this Intervention Progress

15  Note describing this indi -- individual's problems?

16     A      The Interve -- this Intervention Note, the --

17  the purpose of it is to be inclusive of your problems

18  that you had addressed.

19     Q      Okay.

20     A      And then what your assessment is of that

21  problem.

22     Q      Okay.  I understand.  Now let's look at the

23  second page.  This appears to be an entry also by Ms.

24  Kohl.  Is that correct?

25     A      That's what is says.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 109 of 136 PageID #:
1203
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
109

1       Q      What do you understand the time of 9:49 pm to

2   signify?

3       A      Maybe it's a typo.  I don't know.

4              MR. PIEKARSKI:  You -- yeah.  Are you asking

5   what -- her understanding of what the term means?  I

6   mean, we can ask Ms. Kohl why she put that time.

7              MR. BELZLEY:  Well, no I'm -- I'm -- if -- if

8   Ms. Sloan knows --

9              MR. PIEKARSKI:  Yeah.  That --

10             MR. BELZLEY:  -- what that time signifies.

11  BY MR. BELZLEY:

12      Q      Do you know?

13      A      No.

14      Q      Okay.  We can agree that 9:49 pm was after

15  Mr. Cross was found unresponsive, correct?

16      A      Correct.

17      Q      And, in fact, did you ever -- did -- do you

18  recall Nurse Kohl ever interacting with Mr. Cross after

19  he was brought up to the medical floor?

20      A      I do not.

21      Q      Do you -- do you have -- and based on your

22  experience, okay.  Do you have an explanation for why

23  this second note was prepared or why there is

24  information that appears in this second note that

25  doesn't appear in the first?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 110 of 136 PageID #:
1204
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
110

1      A    I mean, I can venture to say, but it doesn't

2  mean, you know, it's not fact or anything. I mean, I

3  can just only --

4           MR. PIEKARSKI:  It -- yeah.  He asked if you

5  know.

6      A    No.  I do not know.

7      Q    Okay.  Is this unusual in this experience to

8  have one note prepared -- one Intervention Progress

9  Note prepared and then another Intervention Progress

10  Note prepared some four hours later containing some of

11  the same information as the first.  But some additional

12  information?

13     A    Different.

14     Q    I mean, have you ever -- have you seen a --

15  have you seen something like this before where there

16  were two Intervention Progress Notes prepared for the

17  same individual?  Relating to one admission?

18     A    I don't know.

19          MR. BELZLEY:  We're getting close.

20     Q    Let me show you what's been marked Exhibit 3,

21  Deposition.  I'm going to represent to you this is a

22  policy from the Laurel County Detention Center.  And my

23  question to you is whether -- and I'm looking at the --

24  the middle paragraph that starts, "First 10 hours."

25  You see that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 111 of 136 PageID #: 1205
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014

111

1        A        Um-hmm.  Okay.

2        Q        Let me read that into the record.  It says,

3    "First 10 hours, very important to monitor on," and I

4    think that's supposed to be an, "intoxicated intake.

5    Inmate should be aroused, get to speak and walk.  Don't

6    let any intoxicated inmate sleep without deputies

7    waking up at least every 15 minutes.  If inmate hard to

8    arouse make sure taking vitals every 15 minutes.  Don't

9    let them just sleep it off."  Are you aware of any

10   similar policy, directive, protocol or writing that was

11   in place in the Louisville Jail or in the medical -- on

12   the medical floor at the time Mr. Cross was there?

13       A        There -- other than the detox monitor?

14       Q        Yes.  I mean, the -- are you aware of any

15   policy about waking intoxicated inmates up at least

16   every 15 minutes?

17       A        I'm not aware of that.

18       Q        Or determining whether intoxicated inmates

19   who appear to be sleeping are hard to arouse?

20       A        I'm not aware of that.

21       Q        Or any directive that a -- an intoxicated

22   inmate should not be allowed to just sleep it off?

23       A        No.

24       Q        Or that intoxicated inmates should be aroused

25   to -- to speak and walk, at least during the first 10

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 112 of 136 PageID #:
1206
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
112

1   hours of their incarceration?

2       A    They're -- the inmates can walk and whenever

3   they would like to.  And --

4       Q    Sure.  But I mean, it -- are you aware of any

5   policy that -- that directs the medical staff or the

6   correctional staff to make sure that they get up and

7   talk and walk on a regular basis during the first 10

8   hours of their admission?

9       A    I'm not aware of that.

10      Q    Are you aware of any specific policies or

11  protocols that directs that any special attention be

12  given intoxicated intakes during the first 10 hours of

13  their incarceration beyond the detox monitoring that

14  we've discussed?

15      A    You're talking specifically about detox

16  patients?  Or are you talking about mental health

17  patients too?

18      Q    I'm talking about intoxicated inmates.

19      A    In general?

20      Q    Yes.

21      A    Okay.  All right.  In general, I would

22  probably say no.

23      Q    Okay.  Let me show you what's been marked

24  Exhibit 4.  Have you ever seen this document?

25      A    No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      Is there any similar or comparable document

2    posted on the medical floor at the Louisville Jail?

3           MR. PIEKARSKI:  Are you talking about

4    currently or 2012?

5           MR. BELZLEY:  In 2012 or even today.

6      A      We -- at the -- you said posted on a door?

7    BY MR. BELZLEY:

8      Q      Well, posted anywhere.  Wall, nurse's

9    station, outside a cell, anywhere.  Is there anything

10   like this?

11     A      We do have something similar to this that we

12   have like a -- a psychiatric -- that psychiatric

13   assessment that's in -- I don't remember if it's in the

14   packet or not.  But it's similar to that.  It -- this

15   is like kind of short and sweet.

16     Q      Um-hmm.

17     A      And it's kind of lengthy.  But --

18     Q      You -- you're saying this Exhibit 4 is short

19   and sweet and the -- the psychiatric assessment you're

20   talking about is kind of lengthy?

21     A      Right.

22     Q      Okay.  Now I'm talking about something short

23   and sweet.

24     A      They have -- well --

25     Q      And we have the -- the Policy and Procedures

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 114 of 136 PageID #: 1208
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
114

1    Manual here and the protocols here if you want to look

2    in those.

3              MR. PIEKARSKI:  You're asking about something

4    posted, right?

5              MR. BELZLEY:  Um-hmm.

6              MR. PIEKARSKI:  Yeah.

7         A    I don't believe anything is posted.

8    BY MR. BELZLEY:

9         Q    Okay.  I'm -- I'm just waiting because you

10   appear to be looking for something, and I don't want to

11   interrupt you.

12        A    Oh you can go ahead.  I can --

13        Q    Okay.

14        A    I can -- I can look on.

15        Q    Looking at this Exhibit 4, can you see a

16   column entitled, "High Risk in Custody?"  You see that

17   there?

18        A    Um-hmm.

19        Q    And then they -- they list some risk factors

20   under there, such as, "Cognitive impairment, ambulatory

21   impairment, respiratory distress, extreme behavioral

22   disturbance, healthcare alert status."  And then below

23   that they have the protocol, and they've got protocol

24   types listed.  "Mandatory secondary assessment, and

25   special needs housing supervision follow up care." And

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW Document 109-7 Filed 11/14/17 Page 115 of 136 PageID #:
1209
The Deposition of THELMA J. SLOAN, Taken on October 03, 2014
115

1   the -- there's examples given on the right side of the

2   page.  Under "Cognitive impairment for high risk in

3   custody," so you see, "Slurred speech, heavy nod,

4   confused?"

5        A    Yes.  I see that.

6        Q    And it was not communicate to you before Mr.

7   Cross was found unresponsive, that Ms. Kohl had

8   observed any of those conditions?  Is that correct?

9             MR. PIEKARSKI:  Object to the form.

10       A    Not that I can remember.

11       Q    Okay.  Under "Ambulatory impairment," it says

12  one of the examples is, "Difficulty walking." And it

13  had not been communicated to you prior to Mr. Cross

14  being found unresponsive that Mr. Cross had stumbled to

15  the station, where he was assessed by Ms. Kohl?  Is

16  that correct?

17            MR. PIEKARSKI:  Object to the form.

18       A    She -- okay.  I -- you're saying that I was

19  not aware that he was exhibiting the inability or

20  unable to walk correctly?

21       Q    Yeah.  Well, more specifically to Mr. Cross,

22  that -- that Ms. Kohl believed he had been stu -- that,

23  "Inmate presents a medical stumbling to station."

24            MR. PIEKARSKI:  The question is...?

25       Q    You never -- that hadn't been commin --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 116 of 136 PageID #: 1210
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
116

1   communicated to you prior to him being found

2   unresponsive?

3          MR. PIEKARSKI:  Object to the --

4       Q    Is that right?

5          MR. PIEKARSKI:  Object to the form.

6       A    I don't think so.

7       Q    Likewise, prior to Mr. Cross being found

8   unresponsive it had not been communicated to you that

9   Ms. Kohl believed he had slurred speech?

10         MR. PIEKARSKI:  Object to the form --

11      Q    Is that correct?

12      A    No.

13      Q    And -- or that he -- that Ms. Kohl believed

14  he appeared to fall asleep several times during his

15  interview?

16         MR. PIEKARSKI:  Object to the form.

17      A    Right.

18      Q    Under "Respiratory distress," do you see,

19  "Loud snoring," as an example?

20      A    Um-hmm.  I see that.

21      Q    But prior to Mr. Cross being found

22  unresponsive, it had not been communicated to you that

23  loud snoring might be a sign of respiratory distress

24  signaling that an inmate was at high risk in custody?

25  Is that right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 117 of 136 PageID #: 1211
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
117

1          MR. PIEKARSKI:  Object to the form.

2     A    No.

3          MR. BELZLEY:  Let's take a short break. Let

4    me review my notes and thoughts and we'll wrap up.

5          THE WITNESS:  Okay.

6    (OFF THE RECORD)

7    BY MR. BELZLEY:

8     Q    Ms. Sloan, do you know whether the word

9    overdose appears anywhere in Corizon's Policy and

10   Procedures Manual, or in the nurse protocols?

11    A    I'm not sure.

12         MR. BELZLEY:  No further questions.

13         MR. PIEKARSKI:  All right.  Done?  Oh, you

14   have any questions?  Oh --

15   CROSS EXAMINATION

16   BY MS. HOUSTON:

17    Q    Actually yeah.  Ms. Sloan, I do have easy

18   questions, okay?  My name is Ellen Houston and I

19   represent the arresting officers in this, Officer

20   McNamara and Officer Tinnell.  Did you, that night have

21   any conversations with them?

22    A    Not that I remember at all.

23    Q    Did you see them?

24    A    I'm sure I didn't see them.

25    Q    Because as arresting officers they bring the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

118

1    suspect, or the person in custody into booking, and

2    then they go back out on the street?   Is that right?

3         A    Actually, they just bring them into the Sally

4    Port.

5         Q    Oh the -- so where do they bring them?

6         A    To the -- they drive the car into what they

7    call the Sally Port.   Then the individual is released

8    to the officers at the jail.   And then they're

9    processed in.

10        Q    Okay.   So the officers -- the arresting

11   officers for lack of a better term, don't even normally

12   get out of their car?

13        A    Yeah.   They get out of the car and they

14   escort the -- the person to the corrections officer or

15   they put him in a -- like a little waiting area,

16   nonetheless, because usually they're handcuffed. So

17   they have to, you know, make sure they don't run, that

18   the doors are closed down and that kind of thing.

19        Q    So, for lack -- lack of a better word, is it

20   kind of like receiving?

21        A    It's receiving.

22        Q    Okay.   So they go into receiving?   And where

23   is receiving in relation to booking?

24        A    Thank you.   The receiving area is -- okay.

25   I'll just give you directions.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of THELMA J. SLOAN, taken on October 03, 2014

1       Q       **That's fine.**

2       A       Okay.  It's --

3       Q       **Just do your best.**

4       A       Cedar Street.  Just remember you're at Cedar

5   Street.

6       Q       **Okay.**

7       A       There is a driveway there, it has a door that

8   opens and closes by the officer that sits in the area

9   there.  He'll open up the door, you'll come in.  Drive

10  through.  And he'll -- he'll get out and he'll leave

11  the individual in the car. This is typically, okay.

12  The person --

13      Q       **And when you say he, the arresting officer?**

14      A       He or she whatever --

15      Q       **He or she right.  Okay.  Got it.**

16      A       Will give them the warrant the arrest sheet.

17  And the officers at the jail will review that.  Because

18  numbers and things has got to match. And then after

19  that's done the -- when the jail or when the officers

20  is ready to take that individual in or over to another

21  little holding area, sometimes they have outstanding

22  warrants so they check any warrants.

23      Q       **Okay.**

24      A       But after that's done then, you know,

25  handcuffs are removed.  And then they go on into a room

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 120 of 136 PageID #:
1214
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
120

1  where they're kind of like padded down.  And then they

2  go through like a body scan.  And then next place they

3  go fingerprint and pictured.  And then, af -- when you

4  get that very first door when you get padded down,

5  that's considered booking floor.

6      Q    Okay.  So more likely than not you would not

7  have had any conversations with Of -- with the police

8  officers --

9      A    Corr --

10     Q    Correct?

11     A    Correct.

12          MS. HOUSTON:  Okay.  I have no further

13  questions.  Thank you.

14          MR. BELZLEY:  Calls to mind one question.

15  REDIRECT EXAMINATION

16  BY MR. BELZLEY:

17     Q    Did you ever -- ever hear any information

18  that Mr. Cross had reported seizures prior to or after

19  he arrived at the jail?

20     A    Not that I recall.

21          MR. BELZLEY:  No further questions.

22          MR. PIEKARSKI:  Didn't even -- no questions.

23  You didn't even get your cocoa.

24          THE WITNESS:  Oh, well.

25  (DEPOSITION CONCLUDED AT 12:12 P.M.)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

COMMONWEALTH OF KENTUCKY AT LARGE

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded stenographically and mechanically by me and then reduced to type written form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.



AMANDA BECERRA, COURT REPORTER/NOTARY PUBLIC

SUBMITTED ON: 10/13/2014

COMMISSION EXPIRES ON: 12/03/2016

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 122 of 136 PageID #: 1216
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
122

**1**

**1** 9:18,24 32:6
81:17 85:13
106:14

**10** 53:6 61:5
110:24 111:3,
25 112:7,12

**100** 69:18

**11:00** 19:25
20:1 83:8

**11:30** 20:2

**12** 24:6

**12:12** 120:25

**14** 15:1 17:24
18:20,22 19:6
25:17

**15** 30:19 31:1
33:5,6 40:11
44:5 111:7,8,16

**2**

**2** 105:13

**2000** 6:21

**2007** 100:19

**2008** 103:22
104:3

**2012** 19:16
20:13,20,23
21:22 22:17
23:17 24:13
25:2,8,9,14
29:14 35:8
36:3,17 37:6
81:12 113:4,5

**2033** 50:11

**20:50** 19:16
35:8 50:3

**212** 22:17

**2133** 50:11
102:12

**23** 61:4

**25** 19:15 20:13,

20,23 21:22
22:10 25:2,8,9,
14 29:14 35:8
68:19 81:12

**26** 6:24 7:3,18
54:15

**3**

**3** 110:20

**30** 50:18

**38558** 10:13

**3:00** 19:24
20:2,9

**4**

**4** 112:24 113:18
114:15

**4:00** 49:1

**5**

**5587** 10:14

**5:06** 34:9

**5:18** 108:2

**5:30** 68:19
82:16

**6**

**6:00** 48:24 49:1

**6:30** 48:24

**6th** 103:21

**7**

**7:00** 20:8 48:24
49:1

**7:30** 20:7 48:24

**7th** 103:22
104:3

**8**

**8-25-12** 50:3

**8:00** 48:24

**8:50** 19:21
34:14 82:16

**9**

**99** 57:8

**9:06** 34:12

**9:49** 107:22
109:1,14

**A**

**abdominal**
64:13

**ac** 28:1 101:10

**acce** 97:22

**access** 80:13,
19 82:17 86:23
96:11 97:7,22

**accessed**
86:10,20 96:7

**accessible**
81:24 83:20
94:18 97:19
103:1 106:1

**accompany**
72:21

**acronym**
106:9

**action** 104:1

**activity** 41:8

**actual** 26:4
93:13

**AD** 50:5

**addition** 15:2
17:11,25 21:15
51:11

**additional**
110:11

**address** 26:21
61:18

**addressed**
108:18

**administrator**
36:12,14,15,16,
21 37:2

**administrator'
s** 13:8 14:6
36:10

**admissible**
70:23

**admission**
110:17 112:8

**admitted** 43:6
101:21

**AED** 50:8 51:23
52:2,17,19

**af** 120:3

**affirm** 6:4

**affirmatively**
79:10

**affords** 40:5

**African** 76:1

**agree** 65:12
92:23 109:14

**ahead** 14:1
38:3 41:5 50:14
51:24,25 53:15
65:16 67:18
93:8 114:12

**Aid** 107:4

**airborne** 16:9,
11

**alarm** 31:11
73:23

**alcohol** 90:16
91:24 92:23

**alert** 73:16
114:22

**alerted** 103:25

**Alicia** 36:5

**alleged** 103:20

**allergies**
106:9,12,13

**allowed** 17:1
111:22

**altercation**
105:3

**ambulatory**
114:20 115:11

**America** 76:1

**amount** 71:2,7,
10 72:5

**analysis**
106:20

**and/or** 103:21

**answering**
78:7

**antibiotic**
107:3

**anxiety** 99:12
100:15

**anyone's**
79:15

**anytime** 92:15

**apnea** 55:22

**apologize**
97:17

**apparently**
35:14 88:19
100:7

**appeared**
46:17 57:21
100:18 116:14

**appearing**
49:11,23

**appears** 10:13
19:15,16 35:7
44:8 45:6 61:10
87:19 89:21
94:2 101:14,24
102:10,20
108:7,23
109:24 117:9

**application**
8:10,12

**applied** 50:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 123 of 136 PageID #:
4217
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
123

**Approximately**
6:24

**area** 11:11
12:9,13 18:18
29:25 40:1
55:20 59:13
80:16 93:16,17
118:15,24
119:8,21

**arise** 25:18
31:12 71:15

**arm** 10:19,23

**ARNP** 25:10

**ARNPS** 22:9
23:4,16

**arouse** 74:8,11
111:8,19

**aroused** 74:3
111:5,24

**arrangements**
16:17

**arrest** 119:16

**arrested** 66:25
67:3

**arresting**
117:19,25
118:10 119:13

**arrived** 50:9
120:19

**asks** 37:11

**asleep** 46:17
74:2 116:14

**assess** 42:19
45:5,21 67:24
89:8

**assessed**
46:17 48:1
115:15

**assessing**
26:24 44:7

**assessment**
56:8,9 80:8
102:20 108:6,
11,20 113:13,
19 114:24

**assigned**
10:16 31:14
89:8

**assignment**
90:5,10 91:1

**assistance**
25:19

**assisted** 50:7

**assume** 37:17
43:19 46:25
56:25

**assuming**
68:17

**assumption**
90:8

**ate** 48:15

**attempt** 74:7

**attempted**
50:9

**attempting**
57:23 60:5

**attention**
12:19 77:6
112:11

**attributable**
72:20

**Audubon** 7:13

**August** 19:15
20:13,20,23
21:22 22:10
23:17 24:13
25:2,8,9,14
29:14 35:8
36:3,16 37:6
68:19 81:12

**Automatic**
52:4

**awaken** 74:14

**awakened**
72:24

**aware** 45:1,4,
12 55:10 61:16
64:5 68:8,11,23
74:1 84:12 90:1
111:9,14,17,20
112:4,9,10

115:19

**awful** 29:3

___

**B**

___

**back** 7:22
23:16 24:12,25
29:9 32:3 35:25
36:16 37:6
46:6,10 76:20
81:6 86:13 93:5
118:2

**bad** 25:7

**band** 10:19,21,
23

**Band-** 107:3

**based** 109:21

**basic** 107:19

**basically**
37:24 41:8
93:18 99:22
107:6

**basis** 45:3
112:7

**bathroom**
31:22

**beating** 72:25

**beer** 100:18

**behavior**
78:15

**behavioral**
114:21

**believed**
57:12,25 66:13
67:4 77:11
115:22 116:9,
13

**bell** 104:11

**BELZLEY** 6:10
9:2,4,6,13,15
10:2,5,6 13:21,
25 14:10,12,13
29:2,6,9,10
31:23 32:1,3,4
33:14,16,17
45:21 46:1,5,8,
11,13,14 53:19

55:7 62:13,21,
25 63:6 69:6,
10,12 72:1,3
73:21 75:6,9
76:19 78:8,18
80:25 81:3,6,9
85:21,24 86:3
98:3,7,13
101:11 104:8,
10 109:7,10,11
110:19 113:5,7
114:5,8 117:3,
7,12 120:14,16,
21

**benzos** 90:17

**Beverly** 74:16

**big** 37:13

**biggest** 15:23,
24 17:20

**bill** 36:22

**bipolar** 99:12
100:15

**bit** 14:1 37:14
38:7,24 63:22
95:23

**blank** 83:25

**blanket** 91:19

**blocked** 40:1

**blood** 64:16
85:3

**bluish** 50:4
58:15 100:20

**blurred** 99:16

**boats** 11:24,25
39:10

**body** 120:2

**booking** 34:25
47:1 48:1
118:1,23 120:5

**bottom** 15:19
32:21 87:13
90:5,10,25

**box** 89:22 91:5

**brain** 56:24
57:7,8 84:24
100:19

**break** 13:14,
16,17,18 14:2,7
31:21 63:23
80:24 117:3

**breathing**
41:20,25 42:22,
23 43:1,3 51:21
56:3,4 64:17
72:13,24

**bring** 82:10
83:16 117:25
118:3,5

**broad** 70:21

**brought** 47:15,
20 82:20,23
83:3,14,17
109:19

**bubble** 87:7

**bunk** 15:19
90:5,10,25
104:4

**bunks** 11:20,
22

**burdensome**
70:21

**But--** 100:24

___

**C**

___

**Cad** 24:21 90:1

**calculated**
70:22

**call** 23:15
37:19 40:18
82:24 100:9
118:7

**called** 28:18,21
35:20 49:8,12
51:3,6,18,19
52:24 53:8
54:21 56:15
58:8,9 60:1
69:17 75:14
77:10 78:20
80:6 83:11
96:14 101:18

**Calls** 120:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 124 of 136 PageID #:
4218
The Deposition of THELMA J. SLOAN taken on October 03, 2014

124

capacity 104:14

car 62:18 63:3 118:6,12,13 119:11

care 7:14,24 26:10 51:25 52:1 87:10 101:20 114:25

career 73:9

Caritas 7:15

carts 14:16

case 8:9 27:4 62:7 68:5 78:17 103:16

cases 105:10

cavity 50:7

CCC 103:22

Cedar 119:4

ceiling 38:4,5, 8

Celisa 103:17, 23 104:3

cell 11:3,17,18, 20 16:16,22 17:1 18:17 26:17 27:15,18 31:11,14 32:16 34:1,25 37:12, 17 39:4,9 40:2, 6,8 41:2,15 44:6,17 47:4 48:3,10 49:17 50:13,21 51:1,9 52:14 54:4 56:16,18,21 57:5 58:10,24 59:1,2,19,22,25 60:4 68:18 69:1,16 70:2,5, 6,9 75:22 76:22 77:18 79:1,14 94:7 113:9

cellmates 59:25 60:4 77:1

cells 11:16 13:1 14:4,19, 21,22,25 16:3,

12,14,18,20,23 17:4,7,9,11,24, 25 18:1,3,5,6,7, 10,19,20,23,24 19:1,3,6,10 25:17 30:11 32:17 41:23 43:4

center 39:5,6,7 103:10 110:22

central 12:13

certificates 8:21

change 61:6

changed 61:1, 8

charge 22:25 23:2 25:15,21 26:1,5,12

chart 33:8

chatting 35:1, 15

check 32:22 42:22 43:4,10 44:5 45:5,13,21 119:22

checked 27:15 32:10 33:18,22, 25 34:8,11,16 41:15 51:21 68:20 69:15 87:3,10,20,23 88:8 89:22 90:3,21 91:5 94:3

checking 34:17,20 41:23 68:11 69:23 77:17 79:12 88:3 91:12

checks 68:24 69:7

child 43:19

children 7:15 103:7

choice 107:12

chow 44:14,24

45:3 48:15,16, 19

chronic 87:4,5, 8,9

circumstance 67:9

circumstances 33:3 44:11 70:18,25 75:3

cl 87:9

claim 104:23, 24

Claims 100:5

class 93:14

classification 93:6,12,13,22

classroom 66:7

Claussen 27:12

clean 107:2

clear 17:6 44:3

clearance 23:20

click 37:21

clinic 87:4,5,8, 10

close 110:19

closed 42:25 43:2 118:18

closes 119:8

CMS 60:23 61:3,7,8 103:14

CMS's 61:14

cocoa 120:23

code 41:11

Cognitive 114:20 115:2

color 50:4 58:15,16,19 100:20

column 40:3,5 114:16

coma 73:3

commin 115:25

commits 97:4

common 91:25

communicate 77:16 79:11 115:6

communicated 78:24 115:13 116:1,8,22

Community 103:9

company 100:8

comparable 113:1

complaining 28:16,19 51:1

complaint 104:7

completed 84:10 86:22,24 97:12,21

completely 22:1 86:23 92:24

completion 87:25 88:3,6,7

comprises 14:18

computer 80:18 81:24,25 82:3 83:21,24, 25 84:11 86:11, 20 94:19,24,25 95:3 96:3,8,12 97:4,19,23 103:2 106:1,6 107:13

concern 79:2

CONCLUDED 120:25

concluding 41:24

concrete 38:9, 10,25 40:3,5

condition 29:4 45:15,22 63:13 66:24 67:2 71:12 72:23 79:15 88:20

conditions 12:16 66:22 115:8

conduct 75:17

conducted 75:10

confused 65:25 66:15 67:8 91:24 115:4

confusing 30:10

connected 16:18 30:2

connection 66:11 67:15

conscious 73:15,17,19

consciousness 42:19,24 43:10 44:7 45:5 46:18 67:25

considered 12:23,24 18:17 31:8 32:13 36:13 120:5

contact 47:19

contacted 34:18 50:8

contacts 35:5 74:24

continue 90:4, 5 91:17 92:7,8

continues 50:8,9

continuously 7:17,19

control 12:21 15:21 37:20



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 125 of 136 PageID #:
4210
The Deposition of THELMA J. SLOAN taken on October 03, 2014
125

conversations
117:21 120:7

copies 60:12
82:4,11 85:17
86:21

copy 62:11,12
81:23 82:19
83:2 84:2,4,14
86:9,19 94:22
98:15 102:10
106:2

Cori 61:3

Corizon 8:10
26:3 61:7,9
81:19 85:13
100:8

Corizon's
60:14 61:12
117:9

corner 46:25
102:12

Corr 120:9

correct 8:12
17:12 18:2
19:22 88:16
90:8 94:5 99:7
108:8,24
109:15,16
115:8,16
116:11 120:10,
11

correction
31:7

correctional
10:9 60:24
103:4,13 112:6

corrections
11:8 31:6 40:10
42:18 69:1,15,
23 77:1,17
78:24,25 79:12
91:11 103:9
118:14

correctly 12:8
71:4 115:20

countless
70:25

County 110:22

couple 51:5

court 6:3,8
46:7,12 81:8
85:19 104:16

covered 53:2

CPAP 55:23

CPR 50:5,8,9
51:16 59:16
98:24 101:10

Cross 9:17
10:13 29:13
31:20 32:7
33:4,18,25
34:18,22,24
35:1,5,12
46:15,21 47:19
48:13 49:3,10,
15,22 50:13
52:14 53:9,21
56:8,13 57:12
58:14,23 60:5,
7,14 61:13 67:3
68:10,11,17
69:14 70:4
73:14 74:6,10,
25 75:23 76:21,
25 77:10,18,21
78:20 79:2
80:7,9,14 81:20
82:6,15 83:11,
18 84:8,10,18,
21 85:8,10
86:5,16 88:17
89:14 91:12
94:5,16 95:17
97:22 102:24
105:23 108:12
109:15,18
111:12 115:7,
13,14,21 116:7,
21 117:15
120:18

Cross' 57:15
59:24 75:3,12

current 94:14
96:24

curve 18:17

custody
114:16 115:3
116:24 118:1

custom 97:10

---
D
---

daily 22:22,23

dark 50:6

dated 19:15
107:18

Daugherty
20:12 21:4,16
27:6 50:24
59:19,22 68:9
77:2

Daugherty's
81:11

day 22:12 25:3,
22 81:15

days 32:23
88:14 90:4,22
91:4,17 92:13

dead 104:4

dealing 50:25
51:2 77:5

death 60:10
71:4,9 72:6,11,
20 73:5 75:3,12

debriefing
48:8

deceased
103:23

decides 93:15

decision 43:11

decreased
64:17

deemed 12:11
14:21

defendants
103:25

Defibrillator
52:5

defining 73:19

delivered
26:10

demonstrating

41:9

Department
11:7 98:15
99:25

depend 63:10,
12 86:19

dependable
83:22

dependent
71:12 84:13
86:9 94:19

Depending
64:15

depends 49:1
65:19

deposition
8:24 9:9,19,23
110:21 120:25

depositions
7:9

deputies 111:6

describing
108:15

Description
99:6

detainee
103:23

Detention
110:22

determine
21:15 31:19
32:7 64:5 71:6

determining
111:18

detox 33:20,23
57:7 87:25
88:3,7,10,15,
17,19,21,22,23
89:6 94:14
111:13 112:13,
15

devoted 17:18

diabetes 12:20

diabetic 17:19
79:17

diabetics
15:20

diameter
38:24

died 60:7

difference
43:18

differently
52:7 55:21
63:14

Difficulty
115:12

Dir 74:22

DIRECT 6:9

directions
118:25

directive 92:7
111:10,21

directives
77:19

directly 27:20
29:25 30:4
58:12 62:2,4

Director 13:9
14:6 36:2,21
74:23

directs 112:5,
11

discipline 8:17

discovery
62:7 70:23

discussed
106:15,18
112:14

discussing
16:16,17

disease 16:10,
11

distress 55:11,
16 114:21
116:18,23

disturbance
103:22,24
114:22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

divided 30:1

divulge 79:5

doctor 22:17
107:1

doctors 90:1

document
10:8,12 26:4
34:4 35:10
81:19,22 83:19
84:10,14 86:9,
18 93:12 96:23
97:2,11 99:19
100:1,4,6 106:2
112:24 113:1

documentatio
n 21:13 35:5
80:8,14

documented
23:11 42:17
43:6

documenting
26:24

documents
9:7,19 60:16
80:9 81:10
82:10,11,19
83:2,4,23 95:3,
17 96:20,21
105:14,22,25

doom 71:14

door 11:3 30:2,
3 37:16,18
39:4,5,7 47:4
54:5,6,7 58:11
113:6 119:7,9
120:4

doors 118:18

dorm 15:16,17,
24 17:20 18:7

dorms 14:19,
22,23 15:3,4,5,
7,9,11,15
17:17,24 25:18

double 27:3

doubt 53:5

dressing
107:2

dressings
12:20 26:10

drink 65:10

drive 118:6
119:9

driveway
119:7

drug 61:18
62:3,4 63:10,22
64:7,11,12,15,
24 65:7,25
66:20 67:4
73:4,11 78:22
79:3,24 92:22,
25 104:5
106:11,13

drugs 63:9,18,
24 65:13,15
66:13,16 67:1,
3,5,11,22
70:19,24 71:1,
7,12,18 72:5,
10,21 78:14
79:6 91:21
105:7

drunk 76:22

due 34:11,18
104:5

duty 7:16 21:8,
21 22:3,9 31:14
77:8

———————

**E**

earlier 50:16
71:25 90:2

early 103:21

easiest 98:22

easy 117:17

eat 42:5 44:15

eating 35:3,15
41:10 48:14
49:4

edge 30:5

edged 27:3

educated 72:7

education
66:18 85:13
86:4

effect 60:13
77:25

effects 28:17,
20 51:2

electrical
52:11

electronic
37:18

elevated 64:16

elevator 47:1

Eleven 20:7

Ellen 117:18

emergency
35:21 68:3,15
70:20,25 71:2,
16,20 98:14
99:25 100:3

emesis 50:6

employer
60:20 75:11
107:17

employment
8:10,17

EMS 50:8,9
51:19 101:10

encompasses
12:14

end 82:24 83:3
105:3

ends 82:7

enforcement
75:11

ensure 26:9

enter 37:17
44:6 47:3 96:2
108:12

entered 48:3
56:8 59:2 95:25
96:18 106:1
108:7

entering 58:23
59:25 70:6,9

107:13

enters 96:10

entire 7:21
12:24 29:21
32:14 82:20

entitled 10:8
81:18 114:16

entries 97:11

entry 108:23

environment
103:5,13

EPS 28:16,21

equates 19:20

Eric 76:8,9

escort 118:14

escorted
76:21

essentially
52:8 75:16

established
69:5

estimate 53:6

Evaluation
87:20

evening
103:20

everybody's
48:9

evidence
70:23

Ewing 75:20,
25

EXAMINATIO
N 6:9 117:15
120:15

examples
115:1,12

exceptions
10:25

Executive
13:9,12 14:7
37:5

exempt 75:8

exhibit 9:18,24
32:6 65:13
71:19 81:17
85:13 105:13
106:14 110:20
112:24 113:18
114:15

exhibiting
115:19

exists 21:14

expect 63:17
66:19

expected 36:7
37:2 108:12

experience
54:14 68:6
109:22 110:7

experiencing
68:14

explain 10:14
19:2 26:1 87:18

explanation
109:22

extent 92:8

External 52:5

extreme
114:21

extremely
45:24

eyeballing
31:10

eyes 42:25
43:1

———————

**F**

facility 10:18

fact 103:25
109:17 110:2

factor 78:15

factors 114:19

fair 25:9 41:21
54:16 68:24
92:6

fairly 60:17



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 127 of 136 PageID #:
1221
The Deposition of THELMA J. SLOAN taken on October 03, 2014
127

fall 16:15 46:17
116:14

falling 57:22

falls 90:6

familiar 60:16,
17 76:9,13
79:23 93:25
103:18

family 74:25

February
103:21 104:3

feeling 65:10
72:19

feet 38:17
50:18

fellow 27:17

fight 44:1

figure 35:18
46:8

file 8:8 33:14,
15 81:24 83:23
106:3

filed 103:19

fill 84:1

filled 83:5
86:23 94:3

fills 97:2

find 66:21 93:8
95:11

finding 7:7

fine 30:23 41:5
81:3 119:1

fingerprint
120:3

finished 43:24

fired 8:14

fit 36:22

flip 86:14

floor 11:11,13,
16 12:5,7,9,10,
11,14,22,25
13:2,20,22
14:18 15:6,12

17:7 23:1 34:25
36:1,11 38:4,5,
7 39:13 42:12
46:24 47:1,16,
20 48:1 49:16
50:4 51:14
68:18 76:21
82:9,10,12,18
83:3,12,17,18,
21 94:6 95:4
97:7 109:19
111:12 113:2
120:5

fluids 72:14

folks 12:16
78:17

follow 88:13
114:25

food 42:7 44:16

foot 44:19

footed 36:22

forgot 25:6
42:11

form 21:23
27:16 45:19
50:14 53:11
61:19 63:19
65:16 67:12,17
69:4 74:13
79:25 82:1
83:25 84:2
87:19 88:4 89:7
93:2 96:11
97:21 98:1
100:5 106:5
107:14 115:9,
17 116:5,10,16
117:1

formally 30:8

formatted
94:12

forms 80:16
86:24 97:20

found 34:2,13
51:20 52:15
68:10,22 69:17
70:6,10,11
76:25 77:2
78:20 80:7

81:20 82:16
83:18 84:18,22
85:9,15 86:6,16
89:14 94:16
95:18 102:24
104:3 105:23
109:15 115:7,
14 116:1,7,21

Fox 36:5,18

fracture 105:1

framed 39:2

frankly 73:18

Friday 23:13
25:7 92:19

Fridays 25:7

front 29:21
37:24

full 6:13

———————

G

gamut 15:25

gasping 56:5

gave 83:11

gee 24:6

general 26:7
66:18 93:16
112:19,21

generally
63:16 64:6,10
68:14 71:1

generated
80:17

gentleman
9:16

gestures 48:5

give 6:5 24:1
26:7 31:24
48:24 62:9
118:25 119:16

giving 7:20
11:10 79:17

glass 29:22

Glassen 27:13,

14

Gleison 27:12

good 6:11,12
65:10 79:21
80:1 81:1 98:15
107:10

gosh 27:11

great 13:24
62:14 63:24

Greg 9:25
62:19 75:4

grill 80:16

group 15:21

guards 42:18

guess 16:21
32:13 54:18
56:17,25 61:2,
25 73:4 85:7
88:15 100:10
102:14 103:10
104:24,25

Guston 76:5,6

guy 56:16

guys 24:2
70:12

———————

H

hallway 39:3

hand 6:4 48:4,9
66:20 93:19
102:12 105:2
107:11

handcuffed
118:16

handcuffs
119:25

handling 28:18

hands 48:8

handwriting
101:12 106:16
107:15

handwritten
106:15

hang 25:5
28:25 43:9 78:6
85:16

happened
27:17 70:2

hard 59:8
81:23 82:11,19
83:2 84:2,4,14
86:9,19 94:22
106:2 111:7,19

Harden 101:24

Haskins 74:16

hate 49:5 73:18

he'll 30:23
119:9,10

head 17:6

heads 83:11

health 12:15
14:20,24,25
15:4,5,7,9,13
17:23 18:4,11,
18,20,23 25:16
26:16,20 27:2,
21 29:25 30:5
32:15 36:14,15,
16,21 47:2 57:9
60:15 61:11
74:20,23 78:1,
17 79:20 87:3,8
88:12 93:18
112:16

healthcare
114:22

hear 47:6,14
54:4 120:17

heard 24:8
51:3 52:23
54:6,7,20 58:8,
9 73:14 74:6
84:21 85:8,9

hearing 53:8
59:25

heart 52:11
72:24

heavy 115:3

helped 27:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 128 of 136 PageID #:
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

128

helping 59:16

helps 24:3

hey 44:15,17
92:4

high 85:3
114:16 115:2
116:24

highlighted
62:12

hip 38:11

HIPAA 79:4,10

history 87:23
95:11 99:10
100:15,16,19

Hmm 9:2

hold 8:20
11:20,21,22
50:21 62:19,20

holding 119:21

hollered 56:14
68:9

home 7:14,24

hospice 7:15,
24

hospital
101:21

hour 80:24

hours 32:23
33:22 50:11
90:4,22 91:17
92:13 103:21
110:10,24
111:3 112:1,8,
12

house 19:3,7

housed 93:15

housing 107:1
114:25

Houston
117:16,18
120:12

HTN 99:11

hub 12:13

hypertension
87:10 99:11
100:15

---

**I**

---

ID 10:13,18

idea 26:8 79:21
80:2 88:5

identification
9:24 10:15

identified 29:3

identify 9:22

immediately
32:20 50:8 51:9
97:11

impaired
15:17,19 17:18,
19

impairment
114:20,21
115:2,11

impe 72:11

impending
71:14 72:11

important
98:12 111:3

impression
54:8

IMS 96:14

inability 74:11
115:19

incarceration
112:1,13

incident 28:13,
15 75:17
102:15

include 19:1

included 26:16
29:13

including
24:15

inclusive
108:17

incorrect 28:1

increased
64:17

independent
28:5 69:21
95:16

independently
28:12

indi 108:15

indicative 56:5

indicator
55:11,15

indiv 27:17

individual
10:18 16:20
19:6 28:16
29:12 30:9,20
31:3,8,10,13
40:20 41:12,14,
16 42:18,20
45:10 63:17
67:16,20 69:2
71:7,8 89:7
104:19 106:24
108:12 110:17
118:7 119:11,
20

individual's
28:22 108:15

individuals
11:19 15:16
16:6 19:9 22:2
26:22 29:12,15
31:10 36:6
39:16 40:19
78:2 101:22

infectious
16:8

influence 58:1,
3 65:9,15,22
66:13,19 67:5
100:18 104:1

information
79:5 90:20
95:24 96:3,5,7,
10 99:20
108:13 109:24
110:11,12
120:17

informed
56:15 78:12

Initial 88:25
89:13 94:11,13
97:16,18 98:4
106:18

initialed 87:25
88:2,8

initially 77:6
82:14

initials 87:13

initiated 50:5
98:24 101:10

injuries 57:9

injury 56:24
57:7 71:3,9
72:6 84:24
100:19

inmate 41:24
42:3,15,16,22
45:6,13 50:17
51:1 65:22
66:12 82:6
85:13 86:4 95:3
111:5,6,7,22
115:23 116:24

inmate's 44:7

inmates 17:8
27:14 30:8 35:2
40:11 43:4 44:5
47:5 48:3 54:16
59:7,12 69:24
75:20 77:18
79:1 103:24
104:2 111:15,
18,24 112:2,18

instance 55:24

instances
44:23

Institution
11:5

instruction
65:21

instructions
77:19

insulin 79:18

intake 26:11
87:24 111:4

intakes 112:12

intensive 7:14,
24

interacting
48:6 109:18

Interdisciplina
ry 10:10 35:7
50:2

interfere 40:7

interpret 108:5

interpreted
55:21

Interrogatorie
s 62:7

interrogatory
70:17,21

interrupt
114:11

Interve 108:16

intervention
87:21 106:23
107:4,8 108:10,
14,16 110:8,9,
16

Interventions
99:8

interview
57:23 116:15

intoxicated
42:15,17 43:7
45:6,9 57:13
66:12 67:4
111:4,6,15,18,
21,24 112:12,
18

intoxication
104:5

intubate 50:9

investigation
75:2,17

involved 75:2
103:24

involvement

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

56:7,11 103:16

**involving**
103:22,23

**issue** 50:17
62:2,4

**issues** 71:13
84:23

_____

J

_____

**J-A-U-L-B-E-**
76:11

**jail** 6:17,23 7:1,
5,10,18 8:1
10:17,24 12:6,
23,24 20:23
21:22 23:5,16
24:14 25:11
33:14,15 34:8
42:16 45:2,13
54:15 56:8 57:7
59:1 60:14,18
61:13 66:11
67:3 68:3,6
75:11,14 82:6
97:10 103:5,10
104:14 106:25
111:11 113:2
118:8 119:17,
19 120:19

**James** 76:11

**Jaulbee** 76:11

**JCYC** 103:6

**Jessica** 36:6

**job** 8:14

**jobs** 7:25 8:7
40:18

**Jonathan**
75:20

**juice** 48:20

**juvenile** 103:8

_____

K

_____

**K-O-H-L** 20:25

**Kenneth** 9:17
10:12

**Kentucky**
24:10

**kind** 12:19 16:8
17:6 26:7 30:1,
4 36:18,22
45:14 59:8
65:23 68:15
91:24 95:13
99:16 103:10
113:15,17,20
118:18,20
120:1

**kinds** 66:22

**kitchen** 48:18

**KNDA** 106:10

**knew** 56:13
98:9

**knowledge**
21:14 30:7
42:17 43:3
58:22 68:20
72:21

**Kohl** 20:11,25
21:15 34:8
56:10,15 57:11,
15 67:4 77:10
80:8,14 83:10
84:21 85:5,10
87:20 90:21
95:25 96:10
97:2 102:21
108:8,24 109:6,
18 115:7,15,22
116:9,13

**Kohl's** 87:13
89:19

**Kubander**
24:7,8,9

_____

L

_____

**lack** 118:11,19

**lady** 24:7 37:7

**Lampken** 77:8,
9 78:1

**late** 72:16,17

**Laurel** 110:22

**law** 75:11

**laws** 79:10

**lawsuit** 103:19

**laying** 50:4

**layout** 39:8

**lead** 70:22

**leakage** 72:14

**leave** 30:2
52:18 119:10

**Lee** 74:21 78:2

**left** 24:24 39:5

**length** 7:21

**lengthy**
113:17,20

**lettering** 75:15

**level** 42:19
43:10 44:7
46:17 67:24
70:24

**levels** 54:16

**Lexapro**
100:16

**license** 21:1

**licensed** 21:2,
5

**licenses** 8:20

**likewise** 91:1
116:7

**Lisinopril**
100:16

**list** 25:23,25
81:19 83:20
84:8 86:8 96:6,
20 114:19

**listed** 114:24

**Listen** 43:22

**listening** 54:15

**litigation** 9:20
102:9

**living** 6:16

**LMDC** 11:7

**locate** 81:23

**located** 12:6
46:22

**location** 29:23

**log** 96:13,15

**long** 6:20,22
10:23 15:19
21:9 48:1 51:2
52:13 54:19
58:19,22 59:9
76:4

**longer** 91:22

**looing** 32:5

**looked** 8:9
29:16 33:5
49:22 51:9
95:17

**Lortab** 58:6
100:16

**lost** 8:25 92:4

**lot** 29:3 36:4
55:21 64:22
80:11 92:20
94:11

**lots** 72:17

**loud** 54:2,12,
13,14,24 55:10,
14,23 56:1 65:4
67:15 116:19,
23

**loudly** 54:3,9,
10,20 55:3
67:21 73:14
74:7,11

**Louisville**
6:23,25 7:4
11:7 103:5
111:11 113:2

**low** 64:16

**LPN** 7:2,4

**lunch** 48:22

**lying** 49:10
50:7 51:14

**locate** 81:23

_____

M

_____

**M-A-R-R-E-L-S**
93:23

**machine** 55:23

**made** 35:4

**main** 19:3

**make** 17:5
30:17 35:22
43:11 44:3
67:10 69:8 74:7
98:8 111:8
112:6 118:17

**makes** 65:11

**making** 90:1

**male** 76:1

**man** 44:15,17

**Management**
101:18

**Manager** 36:20

**Mandatory**
114:24

**manual** 60:15
61:11,17 92:21
114:1 117:10

**mark** 32:22

**marked** 9:18,
24 105:13
110:20 112:23

**Marrels** 93:23

**match** 119:18

**matches** 10:20

**matter** 27:24

**Mcnamara**
117:20

**meaning** 98:1

**means** 26:21
70:13 88:9,18
92:7 109:5

**med** 13:12
14:9,10,14,16
51:22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW  Document 109-7  Filed 11/14/17  Page 130 of 136 PageID #:
1224
The Deposition of THELMA J. SLOAN, taken on October 03, 2014

130

medical 10:9
11:11,13,16
12:5,9,11,14,
16,22,25 13:2,
3,4,22 14:5,11,
18,22 15:12,24
17:7,20,21 29:4
31:6,12 32:15
33:19,25 36:1,
11 40:20 45:17
47:15,20 49:16
55:20 56:9
60:24 63:13
66:22,24 67:1
68:3,15,18
70:19,25 71:1,
15,20 76:21
79:15,20 80:19
82:4,9,10,12,18
83:3,12 92:18
93:19 94:3,6,8,
11,13,14 95:4
96:9,25 97:7
100:5 109:19
111:11,12
112:5 113:2
115:23

medication
28:17 51:2
65:23 87:24

medications
58:6 71:11
91:21

medicine
14:15 28:20

medicines
26:10 88:20

member 31:6
69:15

mental 12:15
14:20,24,25
15:4,5,7,9,13,
24 17:23 18:4,
10,18,20,23
25:16 26:16,20
27:2,20 29:25
30:5 32:15 47:2
57:9 74:20,23
78:1,17 79:20
87:3,8 88:12
93:18 112:16

mentioned

22:19

merged 61:9

met 9:1,3

Metro 6:17
11:7

MH 102:20

middle 30:3
87:19 110:24

military 19:16,
20

milk 48:21

mind 9:25
120:14

mine 85:19

minutes 30:19
31:2 33:5,6
40:12 44:6 51:5
53:7 111:7,8,16

mixed 104:5

mobility 15:17,
19 17:18,19

Monday 23:12

monitor 88:10,
19,22,23 89:6
90:6 91:4
111:3,13

monitored
27:15

monitoring
77:12 112:13

morning 6:11,
12 73:24
103:21 104:3,5

motionless
42:25 43:2

moved 39:16

moving 40:22

Multidisciplina
ry 85:18,24
86:14,15

Muncy 36:6

—————

N

—————

names 22:2
24:19 59:17

narcotics
104:1

natural 58:17

nature 77:13,
22 92:10

nausea 64:12

necessarily
45:9 55:12
65:1,3,5,7 72:9
90:12 95:15

needed 12:1
77:11

negative 16:2,
4,23,25 17:2,8
18:5

negotiate
100:10

negotiates
101:22

night 21:8
31:15 40:12
49:22 53:21
68:19 69:24
77:8 83:8
117:20

nod 49:23
65:11 115:3

nodding 57:22
65:2,24 66:15
67:7

nonetheless
118:16

normal 35:16
70:14 90:15

notably 58:16

note 9:12,13,22
19:14 27:4,10
35:6,7 48:8
50:1,2 51:12
98:2 106:6
107:4 108:15,
16 109:23,24

110:8,9,10

notes 10:10
32:20 35:4
97:16 106:15,
16,23 107:9,18
108:11 110:16
117:4

notice 93:6,12,
13,20

notified 46:15
50:12 51:17
52:14,23

notify 91:6,11

noting 69:2

number 10:13,
15,16,17,20,22
11:5,9,13,14,20
26:17 27:18,25
28:2 29:12,20
30:5 41:2,13
47:4 51:8 70:5,
17 96:16
101:15 102:6,
12

numbers
119:18

nurse 6:18,20
7:3,9,17 8:1
20:24 21:2,5
22:11,25 23:2,
14 25:15,21
26:1,5,12 27:1
34:8 50:22,24
51:24 57:11
68:20 80:8,14
89:19 90:21
93:15 95:25
102:21 104:14
106:6 107:12
109:18 117:10

nurse's 12:12
13:1 14:4 29:24
30:1 47:2 113:8

nurses 14:6
20:15,19 21:8,
21 22:20 23:1
36:2 50:19
59:22 90:15
97:10

nursing 7:14,
24 26:13 36:22
60:13 61:12,17
62:3 66:21
71:25 92:22
102:19 107:19

Nursing's 13:9

—————

O

—————

ob 56:21

Object 21:23
27:16 41:4
45:19 50:14
53:11 61:19
63:19 65:16
67:12,17 69:4
74:13 75:4
79:25 88:4 93:2
115:9,17 116:3,
5,10,16 117:1

objection
70:20,24 71:24

obs 11:1,5,9
25:17 30:5
32:13 47:3 51:8

obscure 40:7

observa 30:9

observation
11:10,13,14,15,
18,20 13:1 14:4
16:14,22,24
17:25 18:1,3,
10,19 19:1,3,10
26:16,17 27:14,
18,25 28:2,5
29:12,20 30:11,
17,18 31:1,14,
17,20 32:7,11,
14 33:8 34:1
35:3 37:12,24
39:4,9 40:6
41:2,6,13 42:20
47:21 49:16
50:13 56:16,17,
21 57:4 58:10
68:18 69:16,24
70:5 76:2,22
77:18 79:1 90:9
91:9 94:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 131 of 136 PageID #: 1225
The Deposition of THELMA J. SLOAN taken on October 03, 2014

131

observations 49:21 77:12

observe 90:3, 7,21 91:6,13,16

observed 32:10,22 35:6 41:16 42:16 43:6 69:2 115:8

Observes 50:6

occasion 70:10

occurred 69:5

occurring 28:13,14

offense 67:4

office 13:8,9, 10 14:6 36:1,11 38:25

officer 30:19 31:1,5,6,7,11 35:1 40:11 41:21 43:12 47:15 69:23 77:7,9 78:25 93:23 117:19, 20 118:14 119:8,13

officers 37:19 40:16 41:1,22 42:21 43:4 44:5 45:2,13 47:3 51:16 59:1,14, 15 69:1 77:1,17 78:25 79:12,19 91:11 105:3 117:19,25 118:8,10,11 119:17,19 120:8

offices 13:5 14:5

ointment 107:3

oncoming 105:5

ongoing 12:19

open 30:3 37:21,23 54:6,7

58:11 119:9

opened 54:5

opening 16:19

opens 119:8

operation 70:14

operations 35:17

opiates 90:16

opportunity 42:10

oral 50:6

order 89:22 90:18

ordered 91:22

orders 89:24 90:11 107:1

ordinarily 56:1

orientate 92:3

orifices 72:15

outlined 71:25

outstanding 119:21

overdose 60:11 61:18 62:3,4 63:9,18 64:7,11,12,25 65:8,9,13 66:1, 16 67:11,22 70:19,24 71:1, 18 72:21 73:5, 11 78:22 79:3, 24 80:4 92:25 117:9

overflow 30:13

overly 70:21

———
P
———

P.M. 120:25

packet 82:21 88:23,24 113:14

packets 82:23

padded 120:1, 4

paddles 52:3

pads 52:5,8

pages 41:15 89:11 94:11,15 95:22,24

pain 64:13 100:7

pale 100:24,25 101:7

panes 38:20,22

paper 9:10 30:20

par 63:21

paragraph 110:24

part 12:23 15:7 16:16,22 18:10, 18 33:12 66:2 90:19,23 100:14

passed 53:2

passive 32:13 69:9

past 32:16 95:13

patient 10:12 26:11 32:22 50:4,7,10 56:18,22 57:5 71:3 79:21 90:4,5,21 91:6, 16,18 92:7 98:23 100:19

patients 12:15 26:9 89:8 112:16,17

pay 100:11 101:23

payment 100:10

Peace 7:15

people 12:3

15:18 17:18,19, 21 19:4 30:13 32:14 35:15 40:19 44:13 63:13 65:18 66:21 67:2 73:22,23 78:14, 16 79:19 83:2

people's 23:20 48:7

percent 57:8 69:18

period 68:25 72:22 73:5,11 91:23

permanent 10:17

permanently 97:3

permission 37:19

pers 30:25

person 10:25 17:1 19:7 30:21,22,25 36:13 38:11 40:22 41:8,19 42:5 44:15,16 45:14 55:22,25 56:2 66:19 67:10 71:15,18 72:23 79:5 80:16 82:25 91:20,25 93:15 95:12 97:14 100:9 101:20, 21 118:1,14 119:12

person's 63:12 96:16

Personal 69:22

personally 71:10 104:18

personnel 8:8

Phillips 76:8,9

phonetic 24:22 27:13 37:8

75:20 76:5,8 77:8 101:25 103:17

PHS 61:8,9

physician 23:12,13,14 25:11

physicians 22:15,16 23:10 24:12,13

picture 17:6

pictured 120:3

PIEKARKSI 78:9

PIEKARSKI 9:1,3,5,12,14, 25 10:4 13:19, 24 14:9 21:23 27:16 28:25 29:3,7 30:23 31:21,24 33:12, 15 37:11 41:4 43:22 45:19 46:3 50:14 53:11,14 55:6,9 61:19 62:10,15, 19,22 63:2,19 64:8 65:16 67:12,17 69:4, 7,11 71:24 72:2 73:17 74:13 75:4,7 76:16 78:6,11 79:25 80:23 81:1,4 85:16,23,25 88:4 93:2 98:1, 5,8,11 100:24 101:1,3,5,8 104:6,9 109:4,9 110:4 113:3 114:3,6 115:9, 17,24 116:3,5, 10,16 117:1,13 120:22

place 22:25 40:22 71:10 78:3 111:11 120:2

places 71:2,8 72:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

plan 32:21
89:1,13,17,22
90:15 97:17,19
98:4 106:19

PLAYS 46:10

pm 19:21 34:14
107:22 108:2
109:1,14

point 74:8 81:2

police 120:7

policies
112:10

policy 45:2
60:15 61:11,17,
20,21 62:2
92:21 97:9
110:22 111:10,
15 112:5
113:25 117:9

pop 96:16,19

popped 96:19

population
93:17

Port 118:4,7

position 50:7

positions 7:24

positive
102:18

possibility
22:18 83:13,14

posted 113:2,
6,8 114:4,7

potential 11:2
88:21

potentially
71:2,8 72:5

Powerpoint
66:10

practical 21:2,
5

practice 84:1
95:2 97:10

practitioner
23:14

practitioners
22:11

preceded
72:22 73:5,11

predecessors
103:14

preparation
9:9,23

prepare 8:23
99:19 108:10

prepared
19:15 80:9,14
102:20 107:8
109:23 110:8,9,
10,16

presents
115:23

pressure 16:2,
5,23,25 17:2,8
18:5 64:16 85:3

pretty 17:18
24:20 26:12
47:18 56:18
57:6 72:11,16,
17 75:13 77:25
79:21 97:13

price 100:10

primarily
16:11

print 84:2

printed 106:7

printing
107:14

prior 34:18
46:15 53:8
56:13 58:23
68:8 71:14
72:18 74:5
78:19 80:6
84:22 85:8,15
87:24 89:14
95:14,18 105:2
115:13 116:1,7,
21 120:18

privacy 40:5

private 7:16

prob 53:5

problem 50:13
81:19 83:20
84:8 86:8 95:13
96:6 106:25
108:21

problems
56:2,6 84:25
99:6 107:7
108:15,17

procedure
90:24,25 91:2
92:21

Procedures
60:15 61:11,17
113:25 117:10

PROCEEDING
S 6:1

process 23:19
28:18 96:12
97:14

processed
118:9

produced 9:20
102:8

productions
62:8

professional
75:14

progress
10:10 32:20
35:7 50:2 51:12
97:15 106:15,
16,23 107:9
108:11,14
110:8,9,16

promise 96:6

promoted
36:19

pronounced
50:11 104:4

protected
79:18

protocol 62:3
90:19,23 92:22
111:10 114:23

protocols
60:13 61:12,17
112:11 114:1
117:10

provided 8:8
24:9 60:12
98:16

provider 89:23

provider's
90:11

providers 61:2

psych 14:22
94:3,7

psychiatric
13:5 14:5 28:20
84:25 87:20
94:14 95:21
113:12,19

psychiatrists
24:15

psychotropic
87:24

public 29:1

pulled 84:9

pulse 50:5
51:15,20 72:13
98:24 100:21

purpose 44:6
99:25 100:6
106:22 108:14,
17

purposes
108:14

put 11:3 17:8
29:1 30:13 34:1
39:17 47:20
50:20 51:12
52:8 56:21
68:18 69:16
70:4 71:14
73:10 74:5 82:7
88:17,18 93:18
94:6 107:3
109:6 118:15

puts 22:25
83:24

_____

Q

_____

question 27:3
30:24 37:9
43:3,22 46:6
55:9,14 64:8
66:2 78:7
106:22 110:23
115:24 120:14

questions
89:10 94:15
95:22 106:8
117:12,14,18
120:13,21,22

quick 25:6
31:21 80:23

_____

R

_____

radio 37:19

raise 6:3

Randy 76:5,6

range 48:23
50:19

rattle 64:3

read 11:6 27:9
33:1 46:5 50:1
71:4 80:7 93:7
98:20,21 99:5,
9,22 111:2

reading 104:6

ready 49:2
81:7 119:20

real 62:11

reason 19:12
42:21 88:2

reasons 40:20

recall 8:19
14:17 21:7,11,
20 34:21 46:19
49:4,13 51:11
54:23 55:2
57:3,11 61:25
62:1 67:9 68:13
70:5 77:14
82:5,20 84:16,
17 86:7,15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

94:15 95:20
102:23 105:9,
21 109:18
120:20

**received** 65:21
68:25 71:22
89:23,24

**receiving**
91:22 118:20,
21,22,23,24

**recognize**
87:12 89:19

**recognized**
64:6,10 87:12

**recollect** 69:21

**recollection**
8:11 22:10 28:5
34:17 49:9
53:9,21 69:22
70:9 84:20
95:16

**record** 6:13
29:1,5,6,8,9
31:2 32:2,3
46:2,4 76:16,
18,20 81:5 84:5
85:14 86:4
111:2 117:6

**records** 13:3,4
14:5

**recreate** 59:8

**REDIRECT**
120:15

**refer** 15:3

**reference**
11:10 48:8

**referral** 86:14,
15 88:12

**referred** 12:22
87:16

**referring** 12:8

**Reformatory**
24:10

**regard** 42:2,15
77:21

**Regional**

36:19

**registered**
6:18,20 20:24
21:21

**registering**
73:2

**regular** 30:7
45:3 48:20
80:15 112:7

**regularly**
27:15 91:22

**rehab** 88:13

**related** 8:17
56:23

**Relating**
110:17

**relation** 54:20
118:23

**relative** 29:23

**release** 10:19

**released** 118:7

**relevant**
108:13

**remains** 84:5

**remarking**
55:2

**remember**
21:12,24 23:23
24:19 25:2
28:8,9,22 30:16
31:16 40:10
46:20,22 47:9
48:11,12,14
49:3,5,6 50:22
53:17,25 54:1,5
55:6 57:20 58:7
59:4,11,17,21
60:3 62:6,22
70:1,16 75:19,
22,25 76:6 77:7
80:11 83:15
84:24 85:3,5
91:14,25
100:12 101:18
105:24 113:13
115:10 117:22
119:4

**remind** 92:9

**remove** 11:3
59:12

**removed**
119:25

**reorient** 90:5
91:18 92:7

**report** 102:16

**reported** 58:5
120:18

**REPORTER**
6:3,8 46:7,10,
12 81:8 85:19

**represent**
110:21 117:19

**represents**
41:11

**REQUESTED**
46:10

**requests** 62:7,
8

**require** 107:4

**required** 22:6,
7

**requirement**
107:17

**resp** 45:20
78:25

**respirations**
50:5 98:24

**respiratory**
55:11,15 56:2,6
114:21 116:18,
23

**respond** 44:25
63:13

**responding**
62:6

**response**
70:17,20

**responsibilitie
s** 25:13,21 26:1,
5 27:2 81:14,15

**responsibility**
45:17

**responsible**
25:16 26:15,19
77:17 78:25
91:12

**rest** 32:6 40:8
99:1

**review** 9:7 80:7
100:9 117:4
119:17

**reviewed** 9:12,
22

**revive** 60:5

**revoked** 8:21

**reword** 45:24

**right-** 102:11

**Riley** 37:7

**ring** 104:11

**rise** 70:24

**risk** 65:25
67:22 71:3,9
72:5 78:15,22
114:16,19
115:2 116:24

**RN** 6:17,18 7:1,
4 22:3

**room** 13:12,13,
14,15,16,17,18
14:2,3,7,9,10,
11,14 17:2
35:2,3 37:15
39:14 42:11,12
51:22 100:3
119:25

**rooms** 14:3
16:20 17:7
18:13

**roughly** 34:14
37:13 47:23

**rover** 40:19

**rule** 45:1,4,12

**run** 118:17

**rushing** 55:19

─────────

**S**

**S-O-A-P**
106:20

**sack** 48:21

**Sally** 118:3,7

**sanctions** 8:17

**sandwiches**
48:20

**Saturday** 25:8,
9 36:8 37:3
48:16

**save** 97:5,6,10

**saved** 83:23
97:6

**scan** 120:2

**scenes** 51:18

**schedule**
21:19,20 22:19,
20,22,23 23:4,
6,7,11 30:7
90:9 92:13

**school** 7:22
66:21 71:25

**screening**
89:1,13 96:17
97:17,18 98:4
106:19

**secondary**
114:24

**secretary**
13:11,12 14:7
37:5

**Secretary's**
13:10

**secured** 12:23,
24

**security** 91:6

**seizure** 55:25

**seizures** 64:19
120:18

**select** 96:21,
22,23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 134 of 136 PageID #: 1228
The Deposition of THELMA J. SLOAN taken on October 03, 2014

134

self-harm 11:1

seminar 78:4

send 100:2

sending 56:20
57:4

sends 52:11

sense 37:13
38:16

separate 16:15
18:4,5,6,7,13
37:2

sergeant
51:17

service 13:5
36:14,21

services 10:9
24:9 36:15,16
60:15,24 61:11

set 8:12 45:12
51:23

sets 26:4

setting 66:7

sh 26:13

shake 44:19
48:7,9

sheet 30:22
31:2 41:6,7
89:12 119:16

sheets 33:9
40:21 91:10

shift 19:23,24
20:6,8,13,16,
19,23 21:22
22:10,13 25:10
26:13 29:13
36:8 37:3 40:16
42:22 43:24
77:9 82:24
83:4,7 105:4,5

shifts 20:3
22:21

shock 50:6
52:11

shoot 62:15

short 36:5
38:12 113:15,
18,22 117:3

show 9:18
22:20 23:4
62:11,12
105:13 110:20
112:23

shower 39:21,
22 42:10,11
70:13

side 14:20,21
15:10 28:17,20
38:22 39:14
42:14 50:7 51:1
115:1

sides 32:14

sign 30:20
64:24 66:4
116:23

signaling
116:24

signature 27:9
87:15 89:19,20

significant
71:3,9 72:6
76:10

signifies
102:13 109:10

signify 108:4
109:2

signs 63:8,16
64:6,11 65:8,14
67:16,20 71:19,
23 72:4,8 78:12
79:24 89:10

similar 111:10
113:1,11,14

similarly 94:13

SIN 96:16

single 11:17
16:3,12 17:1,9,
11 18:6,24
19:6,10 25:17

sink 39:23,24

sister 103:10

sit 62:1

site 37:3

sits 30:3 119:8

sitter 31:9

sitting 41:9

situation 50:25
51:3

situations
95:7,8

size 38:17

skipped 10:1,
2,4

sleep 55:22
57:22 67:21
111:6,9,22

sleeping
41:10,14,17,19,
23,25 42:3,19,
24 43:5,20
44:8,14 45:7
49:10,11 53:10,
17 73:19,20,23,
25 111:19

Sloan 6:15
32:5 109:8
117:8,17

slurred 57:16
66:15 67:7
115:3 116:9

smaller 37:14
38:24

smile 48:5

Smith 24:20,24
89:25

snore 54:10,16

snoring 53:24,
25 54:1,3,4,9,
20,24,25 55:3,
10,14,24 56:1,
3,6 65:4 67:15,
21 73:14 74:6,
10 116:19,23

soap 98:1,6,7
106:20 107:2

social 74:19
78:2

solemnly 6:4

somebody's
45:22

sort 14:21
18:14 25:5 46:8
106:19 107:19

sorts 17:21

sound 103:18

sounds 27:3
76:9,13

Southfield
78:4

space 15:20
23:19

speak 59:24
111:5,25

speaks 62:2,3

special 77:11,
12,19 112:11
114:25

specialized
17:4

specific 64:3
70:8 85:5 93:17
112:10

specifically
30:12 57:4 62:1
112:15 115:21

speculate 57:1

speech 57:15
66:14 67:6
115:3 116:9

spelled 20:25
76:11

spill 22:13

spite 104:2

staff 31:6,12
33:19,25 45:18
48:18 69:15
80:19 92:18
96:9 112:5,6

staffing 23:7

stage 72:16

stagger 49:19

staggering
64:23

standard
80:15 90:14,24,
25 91:1

standards
75:14

standing 39:3

start 46:21
51:15 52:12
67:21 81:10

started 51:23
60:18,21

starts 102:4
110:24

state 6:13
24:10 74:1

stated 88:19

statement
88:7 91:19

stating 35:9
50:16

station 12:12
13:1 14:4 29:24
30:1 47:2 67:6
113:9 115:15,
23

status 114:22

statute 38:11

Stone 103:17,
23,25 104:3

stop 72:12,13

stopping 81:2

straight 27:21

street 118:2
119:4,5

struck 54:11

stu 115:22

stuff 7:7 59:16
92:20,21

stumble 49:17

stumbled
57:18 115:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 135 of 136 PageID #:
1229
The Deposition of THELMA J. SLOAN taken on October 03, 2014
135

stumbles 67:6

stumbling
64:24 65:24
66:14 115:23

subjected 8:16

substance
65:23 89:9
90:16

substances
58:1

succumb
67:11

sued 104:14,
18,19 105:4,10

suf 72:6

suffering 71:3,
9,20 72:6

suicidal 78:16

suicide 11:1

summoned
68:21 70:2

supervision
114:25

supervisor
26:13 81:11

supposed
77:20,21
100:21 111:4

susceptible
79:2

suspect 118:1

suspected
84:25 85:6

suspended
8:21

sustained
105:1

swear 6:4

sweet 113:15,
19,23

sy 91:7

symptom
55:11,14 64:24
66:5

symptoms
28:21 63:8,16
64:7,11 65:14
66:22 67:16,20
71:19,23 72:4,8
78:13 79:24
91:7,13

system 10:17,
20 96:14

_____

**T**

_____

takes 65:12
100:17 101:20

taking 52:1
58:6 88:20
111:8

talk 9:16 20:22
29:11,19 47:8
54:24 67:7 69:8
86:4 88:13
95:23 112:7

talked 14:3
75:5 97:15,16

talking 17:7
41:9 42:23
47:3,5 48:4
49:7 63:21 67:2
75:10 80:5
81:10 82:15
92:18 98:9
102:10,11
112:15,16,18
113:3,20,22

taller 38:15

TB 16:7

telephone
101:15 102:6

telling 57:11

term 100:11
118:11

termed 13:23

terms 32:9
39:8 77:20 95:2
103:12

testimony 6:5
46:10

Thelma 6:15

thing 25:18
53:3 70:15
75:16 92:2
95:13 97:1
118:18

things 8:11
23:9 55:21
61:23 78:5,13
92:9 107:11
119:18

thinking 24:6
55:17 91:9

thought 14:8
54:1,13

thoughts
117:4

Three-thirty
20:10,11

time 7:21 8:6
19:16,20 21:1,9
22:12 23:2,21
28:14 29:17
30:11 31:24
33:25 34:1 36:3
37:1 42:4 44:14
46:23 47:22,23
48:23 49:7,13,
15 50:3 52:21
53:1,2 55:18
59:9 60:13,20
61:6,13 68:25
74:22 91:23
96:14 106:24
107:21,22
108:3,6 109:1,
5,6,10 111:12

timed 107:18

timeframe
36:20

times 20:5
23:15 34:22
70:1 72:17
80:11 116:14

Tinnell 117:20

tint 100:20

tired 45:24
65:11

today 8:24 9:8,
16 62:2 92:19
100:18 113:5

toilet 39:19,25
40:6

told 51:15 57:3
58:2 65:20
66:3,4,17 67:8
78:21 84:23
99:18

tolerance
65:19 71:11

top 10:9 82:1
101:14

toss-up 40:23

trained 72:7
78:3

training 65:21
71:22

Transfer 98:15
100:1

transported
50:10

traumatic
56:24 57:8
84:24

travel 32:16

tray 48:20

treatment
77:12 89:1,13
97:17,19 98:4
99:8 106:19

triage 13:13
14:2,8 51:22

triple 107:3

true 8:12 59:12
63:4

truth 6:5,6

turn 32:19 93:5
94:10 95:21
98:14 102:19

turned 104:25

turns 40:23

type 17:19 66:7
92:2 96:15

106:25

typed 106:5,6

types 79:21
114:24

typical 48:19
84:1

typically 22:16
48:16 82:13,18,
23 83:1 119:11

typing 107:10,
13

typo 109:3

_____

**U**

_____

Um-hmm
14:16 17:13
27:8 32:25
33:21 34:10
46:7 52:10 53:4
59:10 60:19,25
66:23 81:8
87:22 88:1,11
98:7 103:12
106:17,21
111:1 113:16
114:5,18
116:20

umbrella 69:9

unable 115:20

unconscious
43:1 68:12
73:20,25

unconsciousn
ess 68:2 72:22
73:6,12

understand
21:1,10 45:17
63:7 71:17 89:2
100:6 108:3,22
109:1

understanding
18:22 40:25
41:22 60:9 68:2
79:8 90:23
95:24 96:1
109:5

undo 51:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:13-cv-00427-DJH-DW   Document 109-7   Filed 11/14/17   Page 136 of 136 PageID #:
1230
The Deposition of THELMA J. SLOAN, taken on October 03, 2014
136

**unduly** 70:21

**unit** 7:14 14:20,
24,25 15:4,5,8,
13 17:23 18:4,
20,23 25:16
26:16,17,20,23
27:2,21 32:15
74:20 75:13,14
79:20 82:4
93:19 94:7,8

**unknown** 58:1
65:23

**unlike** 96:5

**unnatural**
58:20

**unresponsive**
34:2,13,19
46:16 52:16
58:23,24 68:10,
22 69:17 70:6,
11 76:25 77:3
78:20 80:7
81:20 82:16
83:19 84:18,22
85:9,15 86:6,16
89:15 94:16
95:19 98:23
100:20 102:24
104:4 105:23
109:15 115:7,
14 116:2,8,22

**unsuccessfull
y** 50:10

**unusual** 110:7

**upper** 102:11

**Urback** 24:21,
22

**Utilization**
101:18

_____

**V**

_____

**vacations** 23:9

**vague** 70:21

**varies** 48:17

**venture** 106:4
110:1

**vicinity** 50:18

**victimized**
57:10

**violation** 79:4

**visiting** 24:14

**vital** 89:10

**vitals** 111:8

**voice** 50:19
78:19

**volume** 54:16

**vomit** 72:13

**vomiting** 64:13

_____

**W**

_____

**wait** 37:11

**waiting** 114:9
118:15

**wake** 42:5
43:20

**waking** 111:7,
15

**walk** 18:16
39:7 64:24
65:24 66:14
111:5,25 112:2,
7 115:20

**walked** 57:19

**walking** 80:4
115:12

**walks** 67:6

**Wall** 113:8

**walls** 32:18

**wanted** 39:18
42:9 48:9
96:23,24 98:8

**warnings**
104:2

**warrant** 119:16

**warrants**
106:25 119:22

**watch** 77:21

**watcher** 31:9

**watching**
67:10

**water** 107:3

**wave** 47:12

**waving** 70:23

**wear** 10:19,23

**week** 25:3

**weekend**
48:19

**whatsoever**
107:7

**window** 29:18
37:25 38:17,19,
24 58:10

**windows** 38:5,
6,9 39:2 96:13

**withdraw** 41:4

**withdrawal**
88:25 89:13
91:7,13 92:22,
23,24 97:16,18
98:3 106:18

**wondering**
104:17

**word** 117:8
118:19

**work** 7:14,15
8:6,18 20:19
22:12 60:18
66:11 79:19

**worked** 6:22,
23 7:3,9,12,13,
15,17 54:15
68:6 74:19
103:4,6,9,13

**worker** 74:19
78:3

**working** 6:25
7:20,23,25
19:23 20:12,15,
19 22:20 23:16
24:13 103:12

**wrap** 117:4

**write** 41:11

99:20

**writing** 111:10

**written** 35:12
62:6 77:15
90:23 93:20
100:14

**wrong** 24:21

**wrote** 27:10
35:19,20 99:22

_____

**X**

_____

**X-RAY** 13:13
14:2,8

**Xanax** 58:6
99:13 100:16

_____

**Y**

_____

**year** 7:20,22

**years** 6:24 7:4,
18 54:15 61:4,5

**yelled** 50:20,22

**young** 76:1

_____

**Z**

_____

**Zellers** 74:21
78:2



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com